RRH/2003R00974

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND** 2007 JUN 26  P 4: 41

CLERK'S OFFICE
AT BALTIMORE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **Criminal No. AMD-04-029** |
| | : | |
| v. | : | (Racketeering Conspiracy, 18 U.S.C. § |
| | | 1962(d); Murder in Aid of Racketeering, |
| **WILLIE MITCHELL,** | : | 18 U.S.C. § 1959(a)(1); Conspiracy to |
| a/k/a Bo, | | Commit Murder in Aid of Racketeering, |
| **SHELTON HARRIS,** | . | 18 U.S.C. § 1959(a)(5); Conspiracy to |
| a/k/a Rock, Little Rock, Hard Rock | | Distribute and Possess with Intent to |
| **SHELLEY WAYNE MARTIN,** | : | Distribute Drugs, 21 U.S.C. § 846; |
| a/k/a Wayne, Weaze, Weazy | | Possession of a Firearm in Furtherance |
| **SHAWN GARDNER,** | | of a Drug Conspiracy and a Crime of |
| a/k/a Goo | : | Violence, 18 U.S.C. § 924(c); Possession |
| | : | of a Firearm in Furtherance of a Drug |
| | | Conspiracy and a Crime of Violence in |
| | : | which Death Results, 18 U.S.C. § 924(j); |
| | | Felon in Possession of a Firearm, 18 |
| | : | U.S.C. § 922(g);  Witness Retaliation, |
| | | 18 U.S.C. § 1513(b)(2); Aiding and Abetting, |
| | : | 18 U.S.C. § 2) |

...oooOooo...

**FOURTH SUPERSEDING INDICTMENT**

**COUNT ONE**

The Grand Jury for the District of Maryland charges that:

1.     At various times relevant to this Fourth Superseding Indictment, **Willie Mitchell,**

**a/k/a Bo; Shelton Harris, a/k/a Rock, Little Rock, Hard Rock; Shelley Wayne Martin, a/k/a**

**Wayne, Weaze, Weazy**, and **Shawn Gardner, a/k/a Goo,** along with others known and unknown

to the grand jury, were members of a group referred to herein as the Randallstown/Park Heights

organization, a criminal organization, which operated in Baltimore, Baltimore County, Pennsylvania

and elsewhere, whose members engaged in the distribution of controlled substances and committed

acts of violence including conspiracy to commit murder, murder, armed robbery, and home-invasion

robbery.

2.     On or about December 12, 2000, Shake Down Entertainment, Ltd., was incorporated in Maryland.  The resident agent was Willie Mitchell.  The business produced and promoted rap music recordings and performances.

3.     The Randallstown/Park Heights organization including its leadership, members and associates, constituted an "enterprise," as defined by Sections 1961(4) and 1959(b)(2) of Title 18, United States Code, that is, a group of individuals and an entity associated in fact, which engaged in, and the activities of which affected, interstate and foreign commerce.  The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

### Purposes of the Enterprise

4.     Among the purposes of the enterprise were the following:

a.     Enriching the members and associates of the enterprise through, among other things, murder, armed robbery, home-invasion robbery, and distribution of controlled substances including cocaine base, commonly known as "crack", cocaine, marihuana and heroin.

b.     Preserving and protecting the power, territory and profits of the enterprise and retaliating against other individuals and organizations through the use of intimidation, violence, threats of violence, murder, and murder for profit.

c.     Promoting and enhancing the enterprise and its members' and associates' activities.

d.     Maintaining and promoting the rap music business in which members and associates were involved , including Shake Down Entertainment, Ltd.

e.     Preventing and obstructing the arrest and prosecution of members and

associates through witness intimidation and disruption of court proceedings.

## Methods and Means of the Enterprise

5.    Among the means and methods by which the defendants and their associates conducted and participated in  the affairs of the enterprise were the following:

a.    Members of the enterprise and their associates committed, attempted to commit and threatened to commit acts of violence, including armed robbery, home-invasion robbery, murder, murder for profit, and witness intimidation, to protect and expand the enterprise's criminal operations, retaliate against other individuals and organizations, and to obstruct justice and law enforcement.

b.    Members of the enterprise and their associates promoted a climate of fear in Baltimore area neighborhoods through violence and threats of violence.

c.    Members of the enterprise and their associates trafficked in cocaine base, commonly known as "crack," cocaine, marihuana and heroin to obtain money.

d.    Members of the enterprise made decisions both by mutual consent and by direction from its leaders.

6.    **The Racketeering Violation**

From in or about 1994, through on or about August 18, 2006, in the State and District of Maryland, the Commonwealth of Pennsylvania, the State of New York, and elsewhere,

**WILLIE MITCHELL,**
**a/k/a Bo,**
**SHELTON HARRIS,**
**a/k/a Rock, Little Rock, Hard Rock**
**SHELLEY WAYNE MARTIN,**
**a/k/a Wayne, Weaze, Weazy**
**and**

3



**SHAWN GARDNER,**
**a/k/a Goo,**

defendants herein, together with persons known and unknown to the Grand Jury, being persons

employed by and associated with the Randallstown/Park Heights organization, an enterprise, which

engaged in, and the activities of which affected, interstate and foreign commerce, did knowingly,

intentionally, and unlawfully combine, conspire, confederate, and agree to violate Section 1962(c)

of Title 18, United States Code, that is, to conduct and participate, directly and indirectly, in the

conduct of the enterprise's affairs through a pattern of racketeering activity, as that term is defined

in Sections 1961(1) and (5) of Title 18, United States Code, and through the commission of the acts

set forth in paragraph seven below.  It was a part of the conspiracy that each defendant agreed that

a conspirator would commit at least two acts of racketeering activity, as listed below in paragraph

seven, in the conduct of the affairs of the enterprise.

7.    **The Pattern of Racketeering Activity**

The pattern of racketeering activity as defined in Sections 1961(1) and 1961(5) of Title 18,

United States Code, consisted of the following acts:

**Racketeering Act One - Murder and Conspiracy to Murder Oliver McCaffity**

The defendants named below committed the following acts, either one of which alone

constitutes Racketeering Act One:

a)    On or about February 27-28, 2002, in the State and District  of

Maryland, **Willie Mitchell, a/k/a Bo,** and **Shelton Harris, a/k/a Rock, Little Rock, Hard Rock**

defendants herein, did feloniously, willfully, and of deliberately premeditated malice aforethought

kill and murder Oliver McCaffity against the peace, government, and dignity of the State, thereby

4

violating Maryland common law and Sections 407, 411, and 411A of Article 27, Annotated Code of Maryland.

b)  On or about February 27-28, 2002, in the State and District of Maryland, **Willie Mitchell, a/k/a Bo,** and **Shelton Harris, a/k/a Rock, Little Rock, Hard Rock,** defendants herein, did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree with each other, and with others known and unknown, to feloniously, willfully, and of deliberately premeditated malice aforethought kill and murder Oliver McCaffity against the peace, government, and dignity of the State, thereby violating Maryland common law and Sections 38, 407, 411, and 411A of Article 27, Annotated Code of Maryland.

### Racketeering Act Two - Murder of Lisa Brown

On or about February 27-28, 2002, in the State and District of Maryland, **Willie Mitchell, a/k/a Bo,** and **Shelton Harris, a/k/a Rock, Little Rock, Hard Rock,** defendants herein, 1) feloniously, willfully and of deliberately premeditated malice aforethought did kill and murder Lisa Brown against the peace, government and dignity of the State, and 2) committed said murder in the perpetration of the murder of Oliver McCaffity, in violation of Maryland common law and Article 27, Sections 407, 410 and 411 of the Annotated Code Maryland.

### Racketeering Act Three - Murder and Conspiracy to Murder Darryl Wyche

The defendants named below committed the following acts, either one of which alone constitutes Racketeering Act Three:

a)  On or about March 24-25, 2002, in the State and District of Maryland, **Willie Mitchell, a/k/a Bo; Shelton Harris, a/k/a Rock, Little Rock, Hard Rock; Shelley Wayne Martin, a/k/a Wayne, Weaze, Weazy,** and **Shawn Gardner, a/k/a Goo,** defendants herein, 1)

5

feloniously, willfully and of deliberately premeditated malice aforethought did kill and murder Darryl Wyche, and 2) committed said murder in the perpetration of robbery, against the peace, government, and dignity of the State, thereby violating Maryland common law and Sections 407, 410, 411, 411A, 486 and 487 of Article 27, Annotated Code of Maryland.

      b)      On or about March 24-25, 2002, in the State and District of Maryland, **Willie Mitchell, a/k/a Bo; Shelton Harris, a/k/a Rock, Little Rock, Hard Rock; Shelley Wayne Martin, a/k/a Wayne, Weaze, Weazy,** and **Shawn Gardner, a/k/a Goo,** defendants herein, did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree with each other, and with others known and unknown, 1) to feloniously, willfully, and of deliberately premeditated malice aforethought kill and murder Darryl Wyche, and 2) to murder Darryl Wyche in the perpetration of robbery, against the peace, government, and dignity of the State, thereby violating Maryland common law and Sections 38, 407, 410, 411, 411A, 486 and 487 of Article 27, Annotated Code of Maryland.

### Racketeering Act Four - Murder and Conspiracy to Murder Anthony Wyche

The defendants named below committed the following acts, either one of which alone constitutes Racketeering Act Four:

      a)      On or about March 24-25, 2002, in the State and District of Maryland, **Willie Mitchell, a/k/a Bo; Shelton Harris, a/k/a Rock, Little Rock, Hard Rock; Shelley Wayne Martin, a/k/a Wayne, Weaze, Weazy,** and **Shawn Gardner, a/k/a Goo,** defendants herein, 1) feloniously, willfully and of deliberately premeditated malice aforethought did kill and murder Anthony Wyche, and 2) committed said murder in the perpetration of robbery, against the peace, government, and dignity of the State, thereby violating Maryland common law and Sections 407,

410, 411, 411A, 486 and 487 of Article 27, Annotated Code of Maryland.

b)    On or about March 24-25, 2002, in the State and District of Maryland, **Willie Mitchell, a/k/a Bo; Shelton Harris, a/k/a Rock, Little Rock, Hard Rock; Shelley Wayne Martin, a/k/a Wayne, Weaze, Weazy, and Shawn Gardner, a/k/a Goo,** defendants herein, did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree with each other, and with others known and unknown, 1) to feloniously, willfully, and of deliberately premeditated malice aforethought kill and murder Anthony Wyche, and 2) to murder Anthony Wyche in the perpetration of robbery, against the peace, government, and dignity of the State, thereby violating Maryland common law and Sections 38, 407, 410, 411, 411A, 486 and 487 of Article 27, Annotated Code of Maryland.

### Racketeering Act Five - Armed Robbery of Darryl and Anthony Wyche

On or about March 24-25, 2002, in the State and District of Maryland, **Willie Mitchell, a/k/a Bo; Shelton Harris, a/k/a Rock, Little Rock, Hard Rock; Shelley Wayne Martin, a/k/a Wayne, Weaze, Weazy, and Shawn Gardner, a/k/a Goo,** defendants herein, did feloniously rob Darryl Wyche and Anthony Wyche of property, with a dangerous or deadly weapon, contrary to the form of the act of assembly in such case made and provided and against the peace, government, and dignity of the State, thereby violating Maryland common law and Sections 486 and 487 of Article 27, Annotated Code of Maryland.

### Racketeering Act Six - Murder of Tanya Jones-Spence

On or about June 7, 2002, in the State and District of Maryland, **Shawn Gardner, a/k/a Goo,** a defendant herein, 1) feloniously, willfully and of deliberately premeditated malice aforethought did kill and murder Tanya Jones-Spence, and 2) committed said murder during the

7

perpetration of robbery, against the peace, government, and dignity of the State, thereby violating Maryland common law and Sections 407, 410, 411, 411A, 486 and 487 of Article 27, Annotated Code of Maryland.

### Racketeering Act Seven - Armed Robbery of Tanya Jones-Spence

On or about June 7, 2002, in the State and District of Maryland, **Shawn Gardner, a//k/a Goo,** a defendant herein, did feloniously rob and attempt to rob Tanya Jones-Spence of property, with a dangerous or deadly weapon, contrary to the form of the act of assembly in such case made and provided and against the peace, government, and dignity of the State, thereby violating Maryland common law and Sections 486 and 487 of Article 27, Annotated Code of Maryland.

### Racketeering Act Eight - Conspiracy to Murder Darius Spence

From in or about May, 2002 to on or about June 7, 2002, in the State and District of Maryland, **Shawn Gardner, a/k/a Goo,** a defendant herein, did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree with others known and unknown, 1) to feloniously, willfully, and of deliberately premeditated malice aforethought kill and murder Darius Spence, and 2) to murder Darius Spence in the perpetration of robbery, against the peace, government, and dignity of the State, thereby violating Maryland common law and Sections 38, 407, 410, 411, 411A, 486 and 487 of Article 27, Annotated Code of Maryland.

### Racketeering Act Nine - Drug Trafficking

From in or about 1994, through in or about February 2004, in the State and District of Maryland and elsewhere, **Willie Mitchell, a/k/a Bo; Shelton Harris, a/k/a Rock, Little Rock, Hard Rock; Shelley Wayne Martin, a/k/a Wayne, Weaze, Weazy,** and **Shawn Gardner, a/k/a Goo,** defendants herein, did knowingly, willfully and unlawfully conspire with each other and with

others known and unknown to the Grand Jury to knowingly, intentionally and unlawfully distribute fifty grams or more of a mixture or substance containing cocaine base, commonly known as "crack," a Schedule II controlled substance; five kilograms or more of a mixture or substance containing cocaine hydrochloride, a Schedule II controlled substance; a quantity of a mixture or substance containing heroin, a Schedule I controlled substance; and a quantity of a mixture or substance containing marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 846.

All in violation of 18 U.S.C. § 1962(d)

## COUNT TWO

And the Grand Jury for the District of Maryland further charges that:

1.    Paragraphs 1 through 5 set forth in Count One are incorporated herein by reference.

2.    From in or about 1994, through on about August 18, 2006, the Randallstown/ Park Heights organization, an enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely, conspiracy to distribute controlled substances in violation of Title 21, United States Code, Section 846, witness retaliation in violation of Title 18, United States Code, Section 1513, armed robbery and murder.

3.    On or about February 27-28, 2002, in the State and District of Maryland, for the purpose of gaining entrance to and maintaining and increasing their positions in the Randallstown/Park Heights organization, and as consideration for the receipt of, and for a promise or agreement to pay, a thing of pecuniary value, from the Randallstown/Park Heights organization, an enterprise engaged in racketeering activity,

**WILLIE MITCHELL,**
**a/k/a Bo,**
**and**
**SHELTON HARRIS,**
**a/k/a Rock, Little Rock, Hard Rock**

defendants herein, feloniously, willfully and of deliberately premeditated malice aforethought did kill and murder Oliver McCaffity against the peace, government and dignity of the State, in violation of Maryland common law and Article 27, Sections 407 and 411 of the Annotated Code Maryland.

18 U.S.C. § 1959(a)(1)
18 U.S.C. § 2

10

## COUNT THREE

And the Grand Jury for the District of Maryland further charges that:

1.    Paragraphs 1 through 5 set forth in Count One and paragraph 2 set forth in Count Two are incorporated herein by reference.

2.    On or about February 27-28, 2002, in the State and District of Maryland, for the purpose of gaining entrance to and maintaining and increasing their positions in the Randallstown/Park Heights organization, and as consideration for the receipt of or for a promise or agreement to pay a thing of pecuniary value, from the Randallstown/Park Heights organization, an enterprise engaged in racketeering activity,

**WILLIE MITCHELL,**
**a/k/a Bo,**
**and**
**SHELTON HARRIS,**
**a/k/a Rock, Little Rock, Hard Rock**

defendants herein, did conspire with one another and with other persons known and unknown to the grand jury to feloniously, willfully and of deliberately premeditated malice aforethought kill and murder Oliver McCaffity, in violation of and against the peace, government and dignity of the State, in violation of Article 27, Sections 407 and 411 of the Annotated Code of Maryland and Maryland common law.

18 U.S.C. § 1959(a)(5)
18 U.S.C. § 2

11

## COUNT FOUR

And the Grand Jury for the District of Maryland further charges that:

1.     Paragraphs 1 through 5 set forth in Count One and paragraph 2 set forth in Count Two

are incorporated herein by reference.

2.     On or about February 27-28, 2002, in the State and District of Maryland, for the

purpose of gaining entrance to and maintaining and increasing their positions in the

Randallstown/Park Heights organization, and as consideration for the receipt of, and for a promise

or agreement to pay, a thing of pecuniary value, from the Randallstown/Park Heights organization,

an enterprise engaged in racketeering activity,

**WILLIE MITCHELL,**
**a/k/a Bo,**
**and**
**SHELTON HARRIS,**
**a/k/a Rock, Little Rock, Hard Rock**

defendants herein, 1) feloniously, willfully and of deliberately premeditated malice aforethought did

kill and murder Lisa Brown against the peace, government and dignity of the State, and 2)

committed said murder in the perpetration of the murder of Oliver McCaffity, in violation of

Maryland common law and Article 27, Sections 407, 410 and 411 of the Annotated Code Maryland.


18 U.S.C. § 1959(a)(1)
18 U.S.C. § 2

## COUNT FIVE

And the Grand Jury for the District of Maryland further charges that:

1.    Paragraphs 1 through 5 set forth in Count One and paragraph 2 set forth in Count Two are incorporated herein by reference.

2.    On or about March 24-25, 2002, in the State and District of Maryland, for the purpose of gaining entrance to and maintaining and increasing their positions in the Randallstown/Park Heights organization, and as consideration for the receipt of, and for a promise or agreement to pay, a thing of pecuniary value, from the Randallstown/Park Heights organization, an enterprise engaged in racketeering activity,

**WILLIE MITCHELL,**
**a/k/a Bo,**
**SHELTON HARRIS,**
**a/k/a Rock, Little Rock, Hard Rock**
**SHELLEY WAYNE MARTIN,**
**a/k/a Wayne, Weaze, Weazy**
**and**
**SHAWN GARDNER,**
**a/k/a Goo,**

defendants herein, 1) feloniously, willfully and of deliberately premeditated malice aforethought did kill and murder Darryl Wyche, and 2) committed said murder in the perpetration of robbery, against the peace, government, and dignity of the State, thereby violating Maryland common law and Sections 407, 410, 411, 411A, 486 and 487 of Article 27, Annotated Code of Maryland.

18 U.S.C. § 1959(a)(1)
18 U.S.C. § 2

## COUNT SIX

And the Grand Jury for the District of Maryland further charges that:

1.      Paragraphs 1 through 5 set forth in Count One and paragraph 2 set forth in Count Two are incorporated herein by reference.

2.      On or about March 24-25, 2002, in the State and District of Maryland, for the purpose of gaining entrance to and maintaining and increasing their positions in the Randallstown/Park Heights organization, and as consideration for the receipt of, and for a promise or agreement to pay, a thing of pecuniary value, from the Randallstown/Park Heights organization, an enterprise engaged in racketeering activity,

**WILLIE MITCHELL,**
**a/k/a Bo,**
**SHELTON HARRIS,**
**a/k/a Rock, Little Rock, Hard Rock**
**SHELLEY WAYNE MARTIN,**
**a/k/a Wayne, Weaze, Weazy**
**and**
**SHAWN GARDNER,**
**a/k/a Goo,**

defendants herein, 1) feloniously, willfully and of deliberately premeditated malice aforethought did kill and murder Anthony Wyche, and 2) committed said murder in the perpetration of robbery, against the peace, government, and dignity of the State, thereby violating Maryland common law and Sections 407, 410, 411, 411A, 486 and 487 of Article 27, Annotated Code of Maryland.

18 U.S.C. § 1959(a)(1)
18 U.S.C. § 2

14

## COUNT SEVEN

And the Grand Jury for the District of Maryland further charges that:

1.    Paragraphs 1 through 5 set forth in Count One and paragraph 2 set forth in Count Two are incorporated herein by reference.

2.    On or about June 7, 2002, in the State and District of Maryland, for the purpose of gaining entrance to and maintaining and increasing his position in the Randallstown/Park Heights organization, and as consideration for the receipt of, and for a promise or agreement to pay, a thing of pecuniary value, from the Randallstown/Park Heights organization, an enterprise engaged in racketeering activity,

### SHAWN GARDNER,
### a/k/a Goo,

a defendant herein, 1) feloniously, willfully and of deliberately premeditated malice aforethought did kill and murder Tanya Jones-Spence, and 2) committed said murder during the perpetration of robbery, against the peace, government, and dignity of the State; thereby violating Maryland common law and Sections 407, 410, 411, 411A, 486 and 487 of Article 27, Annotated Code of Maryland.

18 U.S.C. § 1959(a)(1)
18 U.S.C. § 2

15

## COUNT EIGHT

And the Grand Jury for the District of Maryland further charges that:

From in or about 1994, up to in or about February 2004, in the State and District of Maryland, the Commonwealth of Pennsylvania, the State of New York, and elsewhere,

**WILLIE MITCHELL,**
**a/k/a Bo,**
**SHELTON HARRIS,**
**a/k/a Rock, Little Rock, Hard Rock**
**SHELLEY WAYNE MARTIN,**
**a/k/a Wayne, Weaze, Weazy**
**and**
**SHAWN GARDNER,**
**a/k/a Goo,**

defendants herein, did knowingly, willfully and unlawfully conspire with each other and with others known and unknown to the Grand Jury to knowingly, intentionally and unlawfully distribute and possess with intent to distribute fifty grams or more of a mixture or substance containing cocaine base, commonly known as "crack," a Schedule II controlled substance; five kilograms of more of a mixture or substance containing cocaine hydrochloride, a Schedule II controlled substance; a quantity of a mixture or substance containing heroin, a Schedule I controlled substance, and a quantity of a mixture or substance containing marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a).

21 U.S.C. § 846
18 U.S.C. § 2

16

## COUNT NINE

And the Grand Jury for the District of Maryland further charges that:

On or about February 27-28, 2002, in the State and District of Maryland,

**WILLIE MITCHELL,**
**a/k/a Bo,**
**and**
**SHELTON HARRIS,**
**a/k/a Rock, Little Rock, Hard Rock**

defendants herein, did knowingly possess and discharge a firearm in furtherance of 1) a crime of violence for which the defendants may be prosecuted in a court of the United States, that is, the murder of Oliver McCaffity in aid of racketeering, in violation of Title 18, United States Code, Section 1959(a)(1), as set forth in Count Two of this Fourth Superseding Indictment, and 2) a drug trafficking crime for which the defendants may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as set forth in Count Eight of this Fourth Superseding Indictment.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## COUNT TEN

And the Grand Jury for the District of Maryland further charges that:

On or about February 27-28, 2002, in the State and District of Maryland,

**WILLIE MITCHELL,**
**a/k/a Bo,**
**and**
**SHELTON HARRIS,**
**a/k/a Rock, Little Rock, Hard Rock,**

defendants herein, did knowingly possess and discharge a firearm in furtherance of 1) a crime of violence for which the defendants may be prosecuted in a court of the United States, that is, the murder of Lisa Brown in aid of racketeering, in violation of Title 18, United States Code, Section 1959(a)(1), as set forth in Count Four of this Fourth Superseding Indictment, and 2) a drug trafficking crime for which the defendants may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as set forth in Count Eight of this Fourth Superseding Indictment.

18 U.S.C. § 924(c)
18 U.S.C. § 2

18

## COUNT ELEVEN

And the Grand Jury for the District of Maryland further charges that:

On or about February 27-28, 2002, in the State and District of Maryland,

**WILLIE MITCHELL,**
**a/k/a Bo,**
**and**
**SHELTON HARRIS,**
**a/k/a Rock, Little Rock, Hard Rock,**

defendants herein, in the course of a violation of Title 18, United States Code, Section 924(c), as set forth in Count Ten of this Fourth Superseding Indictment, caused the death of a person through the use of a firearm, a killing that was a murder as defined in Title 18, United States Code, Section 1111, in that the defendants 1) murdered a human being, Lisa Brown, wilfully, deliberately, maliciously, and with premeditation, and 2) committed said murder in the perpetration of the murder of Oliver McCaffity.

18 U.S.C. § 924(j)
18 U.S.C. § 1111
18 U.S.C. § 2

## COUNT TWELVE

And the Grand Jury for the District of Maryland further charges that:

On or about March 24-25, 2002, in the State and District of Maryland,

**WILLIE MITCHELL,**
**a/k/a Bo,**
**SHELTON HARRIS,**
**a/k/a Rock, Little Rock, Hard Rock**
**SHELLEY WAYNE MARTIN,**
**a/k/a Wayne, Weaze, Weazy**
**and**
**SHAWN GARDNER,**
**a/k/a Goo,**

defendants herein, did knowingly possess and discharge a firearm in furtherance of 1) a crime of violence for which the defendants may be prosecuted in a court of the United States, that is, the murders of Darryl and Anthony Wyche in aid of racketeering, in violation of Title 18, United States Code, Section 1959(a)(1), as set forth in Counts Five and Six of this Fourth Superseding Indictment, and 2) a drug trafficking crime for which the defendants may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as set forth in Count Eight of this Fourth Superseding Indictment.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## COUNT THIRTEEN

And the Grand Jury for the District of Maryland further charges that:

On or about March 24-25, 2002, in the State and District of Maryland,

**WILLIE MITCHELL,**
**a/k/a Bo,**
**SHELTON HARRIS,**
**a/k/a Rock, Little Rock, Hard Rock**
**SHELLEY WAYNE MARTIN,**
**a/k/a Wayne, Weaze, Weazy**
**and**
**SHAWN GARDNER,**
**a/k/a Goo,**

defendants herein, in the course of a violation of Title 18, United States Code, Section 924(c), as set forth in Count Twelve of this Fourth Superseding Indictment, caused the death of a person through the use of a firearm, a killing that was a murder as defined in Title 18, United States Code, Section 1111, in that the defendants 1) murdered a human being, Darryl Wyche, wilfully, deliberately, maliciously, and with premeditation, and 2) committed said murder in the perpetration of robbery.

18 U.S.C. § 924(j)
18 U.S.C. § 1111
18 U.S.C. § 2

21

## COUNT FOURTEEN

And the Grand Jury for the District of Maryland further charges that:

On or about March 24-25, 2002, in the State and District of Maryland,

**WILLIE MITCHELL,**
**a/k/a Bo,**
**SHELTON HARRIS,**
**a/k/a Rock, Little Rock, Hard Rock**
**SHELLEY WAYNE MARTIN,**
**a/k/a Wayne, Weaze, Weazy**
**and**
**SHAWN GARDNER,**
**a/k/a Goo,**

defendants herein, in the course of a violation of Title 18, United States Code, Section 924(c), as set forth in Count Twelve of this Fourth Superseding Indictment, caused the death of a person through the use of a firearm, a killing that was a murder as defined in Title 18, United States Code, Section 1111, in that the defendants 1) murdered a human being, Anthony Wyche, wilfully, deliberately, maliciously, and with premeditation, and 2) committed said murder in the perpetration of robbery.

18 U.S.C. § 924(j)
18 U.S.C. § 1111
18 U.S.C. § 2

## COUNT FIFTEEN

And the Grand Jury for the District of Maryland further charges that:

On or about June 7, 2002, in the State and District of Maryland,

### SHAWN GARDNER,
### a/k/a Goo,

a defendant herein, did knowingly possess and discharge a firearm in furtherance of 1) a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, the murder of Tanya Jones-Spence in aid of racketeering, in violation of Title 18, United States Code, Section 1959(a)(1), as set forth in Count Seven of this Fourth Superseding Indictment, and 2) a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as set forth in Count Eight of this Fourth Superseding Indictment.

18 U.S.C. § 924(c)
18 U.S.C. § 2

## COUNT SIXTEEN

And the Grand Jury for the District of Maryland further charges that:

On or about June 7, 2002, in the State and District of Maryland,

### SHAWN GARDNER,
### a/k/a Goo,

a defendant herein, in the course of a violation of Title 18, United States Code, Section 924(c), as set forth in Count Fifteen of this Fourth Superseding Indictment, caused the death of a person through the use of a firearm, a killing that was a murder as defined in Title 18, United States Code, Section 1111, 1) murdered a human being, Tanya Jones-Spence, wilfully, deliberately, maliciously, and with premeditation, and 2) committed said murder in the perpetration of robbery.

18 U.S.C. § 924(j)
18 U.S.C. § 1111
18 U.S.C. § 2

24

## COUNT SEVENTEEN

And the Grand Jury for the District of Maryland further charges that:

On or about June 7, 2002, in the State and District of Maryland,

### SHAWN GARDNER,
### a/k/a Goo,

a defendant herein, having been previously convicted of one or more crimes punishable by imprisonment for a term exceeding one year, did knowingly, intentionally, and unlawfully possess the following firearms in and affecting interstate or foreign commerce: a .357 caliber Magnum "Dan Wesson" model 14 revolver bearing serial number 304373, and a .40 caliber S&W Glock model 23 semi-automatic pistol bearing serial number BDW356US.

18 U.S.C. § 922(g)

25

## COUNT EIGHTEEN

And the Grand Jury for the District of Maryland further charges that:

On or about January 22, 2004, in the State and District of Maryland,

### SHELTON HARRIS,
### a/k/a Rock, Little Rock, Hard Rock,

a defendant herein, having been previously convicted of one or more crimes punishable by imprisonment for a term exceeding one year, did knowingly, intentionally, and unlawfully possess the following firearm in and affecting interstate or foreign commerce: a Llama .45 caliber semi-automatic pistol bearing serial number C23997.

18 U.S.C. § 922(g)

## COUNT NINETEEN

And the Grand Jury for the District of Maryland further charges that:

On or about June 13, 2005, in the State and District of Maryland,

### SHELTON HARRIS
### a/k/a Rock, Little Rock, Hard Rock

the defendant herein, did knowingly engage and attempt to engage in conduct and thereby caused bodily injury and damaged the tangible property of another person, whose identity is known to the grand jury, and threatened to do so, in that the defendant physically struck and wrestled with another person, with the intent to retaliate against a person for information relating to the commission or possible commission of federal offenses, namely, racketeering, murder and narcotics trafficking, given by a person to a law enforcement officer.

18 U.S.C. § 1513(b)(2)

## NOTICE OF SPECIAL FINDINGS

I.      As to Count Two of this Fourth Superseding Indictment, the defendant,

**WILLIE MITCHELL,**
**a/k/a Bo,**

(1)     was 18 years or older at the time of the charged offense (18 U.S.C. § 3591(a));

(2)     intentionally killed the victim of the charged offense, Oliver McCaffity (18 U.S.C. § 3591(a)(2)(A));

(3)     intentionally inflicted serious bodily injury that resulted in the death of the victim, Oliver McCaffity (18 U.S.C. § 3591(a)(2)(B));

(4)     intentionally participated in an act contemplating that the life of a person would be taken and intending that lethal force would be used in connection with a person, other than one of the participants, and Oliver McCaffity died as a direct result of the act (18 U.S.C. § 3591(a)(2)©);

(5)     intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted reckless disregard for human life, and Oliver McCaffity died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D));

(6)     committed the charged offense after substantial planning and premeditation to cause the death of a person or commit an act of terrorism.  (18 U.S.C. § 3592(c)(9)).

II.     As to Count Two of this Fourth Superseding Indictment, the defendant,

**SHELTON HARRIS,**
**a/k/a Rock, Little Rock, Hard Rock,**

(1)     was 18 years or older at the time of the charged offense (18 U.S.C. § 3591(a));

(2)     intentionally killed the victim of the charged offense, Oliver McCaffity (18 U.S.C. § 3591(a)(2)(A));

(3)     intentionally inflicted serious bodily injury that resulted in the death of the

victim, Oliver McCaffity (18 U.S.C. § 3591(a)(2)(B));

(4)    intentionally participated in an act contemplating that the life of a person
would be taken and intending that lethal force would be used in connection
with a person, other than one of the participants, and Oliver McCaffity died
as a direct result of the act (18 U.S.C. § 3591(a)(2)©);

(5)    intentionally and specifically engaged in an act of violence, knowing that the
act created a grave risk of death to a person, other than one of the participants
in the offense, such that participation in the act constituted reckless disregard
for human life, and Oliver McCaffity died as a direct result of the act (18
U.S.C. § 3591(a)(2)(D));

(6)    committed the charged offense after substantial planning and premeditation
to cause the death of a person or commit an act of terrorism. (18 U.S.C. §
3592(c)(9)).

(7)    intentionally killed or attempted to kill more than one person in a single
criminal episode (18 U.S.C. § 3592(c)(16)).

III.    As to Counts Four and Eleven of this Fourth Superseding Indictment, the defendant,

**SHELTON HARRIS,**
**a/k/a Rock, Little Rock, Hard Rock,**

(1)    was 18 years or older at the time of the charged offense (18 U.S.C. §
3591(a));

(2)    intentionally killed the victim of the charged offense, Lisa Brown (18 U.S.C.
§ 3591(a)(2)(A));

(3)    intentionally inflicted serious bodily injury that resulted in the death of the
victim, Lisa Brown (18 U.S.C. § 3591(a)(2)(B));

(4)    intentionally participated in an act contemplating that the life of a person
would be taken and intending that lethal force would be used in connection
with a person, other than one of the participants, and Lisa Brown died as a
direct result of the act (18 U.S.C. § 3591(a)(2)©);

(5)    intentionally and specifically engaged in an act of violence, knowing that the
act created a grave risk of death to a person, other than one of the participants
in the offense, such that participation in the act constituted a reckless
disregard for human life, and Lisa Brown died as a direct result of the act (18

29

U.S.C. § 3591(a)(2)(D));  and

    (6)    committed the charged offense after substantial planning and premeditation to cause the death of a person or commit an act of terrorism.  (18 U.S.C. § 3592(c)(9)).

    (7)    intentionally killed or attempted to kill more than one person in a single criminal episode (18 U.S.C. § 3592(c)(16)).

IV.    As to Counts Seven and Sixteen of this Fourth Superseding Indictment, the defendant,

**SHAWN GARDNER,**
**a/k/a Goo,**

    (1)    was 18 years or older at the time of the charged offense (18 U.S.C. § 3591(a));

    (2)    intentionally killed the victim of the charged offense, Tanya Jones-Spence (18 U.S.C. § 3591(a)(2)(A));

    (3)    intentionally inflicted serious bodily injury that resulted in the death of the victim, Tanya Jones-Spence (18 U.S.C. § 3591(a)(2)(B));

    (4)    intentionally participated in an act contemplating that the life of a person would be taken and intending that lethal force would be used in connection with a person, other than one of the participants, and Tanya Jones-Spence died as a direct result of the act (18 U.S.C. § 3591(a)(2)©);

    (5)    intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life, and Tanya Jones-Spence died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D));  and

    (6)    committed the charged offense after substantial planning and premeditation to cause the death of a person or commit an act of terrorism.  (18 U.S.C. § 3592(c)(9)).

    (7)    in the commission of the offense knowingly created a grave risk of death to one or more persons in addition to the victim of the offense.  18 U.S.C. § 3592(c)(5).

    (8)    intentionally killed or attempted to kill more than one person in a single

criminal episode (18 U.S.C. § 3592(c)(16)).

ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

SIGNATURE REDACTED

6/27/07
DATE

31