1

1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
2                   NORTHERN DIVISION

3


4

    UNITED STATES OF AMERICA
5
          v.                        CRIMINAL CASE NO.
6                                     AMD-04-029

    WILLIE MITCHELL,
7   SHELTON HARRIS,
    SHELLY WAYNE MARTIN,
8   SHAWN GARDNER,

9         Defendants
    _____/
10

11                (Motions Hearing)
                  Thursday, May 15, 2008
12                Baltimore, Maryland

13

    Before:  Honorable Andre M. Davis, Judge
14

15  Appearances:
          On Behalf of the Government:
16         Robert Harding, Esquire
          On Behalf of Defendant Mitchell:
17         Laura Kelsey Rhodes, Esquire
          Michael E. Lawlor, Esquire
18        On Behalf of Defendant Harris:
           Gerard P. Martin, Esquire
19         Paul Flannery, Esquire
          On Behalf of Defendant Martin:
20         Thomas L. Crowe, Esquire
           James G. Pyne, Esquire
21        On Behalf of Defendant Gardner:
           Adam H. Kurland, Esquire
22         Barry Coburn, Esquire

23
    Reported by:
24  Mary M. Zajac, RPR
    Room 3515, U.S. Courthouse
25  101 West Lombard Street
    Baltimore, Maryland 21201

1          (Proceedings at 10:25 a.m.)

2          THE COURT:  Counsel, I trust that you got word that I

3  canceled yesterday's proceeding sufficiently in advance to make

4  good use of the free time you had yesterday, perhaps to go to the

5  game.  But be that as it may, we're ready to proceed.

6          I've gotten the correspondence from Mr. Crowe and Mr.

7  Harding and Mr. Hanlon.  And I agree with the government.  My

8  focus today was going to be on the issue of rap music and rap

9  lyrics.  But I will take up your issues before we conclude today,

10  Mr. Crowe.

11          MR. CROWE:  Thank you, Your Honor.

12          THE COURT:  Unless there are any preliminary matters, I

13  think we're ready to proceed.  How do you wish to proceed, Mr.

14  Harding?

15          MR. HARDING:  Well, Your Honor, this issue has been

16  briefed and even argued previously.

17          THE COURT:  Yes.

18          MR. HARDING:  The Court has ruled on Track 11.  I

19  submitted a draft of the transcript of excerpts, including Track

20  11, but also many other, several other songs.  As I said in the

21  cover letter, I think if you played this straight through, it

22  would come to only about 10 or 12 minutes.  So I've tried to pare

23  this down as much as possible.

24          All counsel have had copies of the entirety of these

25  songs, as well as many other songs on a couple of other CD's that

3

1    we don't intend to use in evidence, for a long time now.  So I

2    think that the appropriate procedure now would be for defense

3    counsel to offer any arguments they have for why the other

4    excerpts, apart from Track 11, which the Court has already ruled

5    on, are not in furtherance of the conspiracy.

6           THE COURT:  Well, I think we need to actually play the

7    recordings here in court.  Are you prepared to do that?  I

8    appreciate --

9           MR. HARDING:  I'm sorry.  I wasn't prepared for that,

10   Your Honor.  But the agent says he can go get them.

11          THE COURT:  Okay.  Well, I have the --

12          MR. HARDING:  You have them?

13          THE COURT:  I have the disk that you sent me.  I

14   listened to some of it.  But I just couldn't listen to much more

15   than a couple minutes.  And of course, you provided the draft

16   transcripts.  Perhaps counsel don't need to have it played.

17          MR. HARDING:  They have the CD's, Your Honor.

18          THE COURT:  They have the CD's.  And presumably they've

19   heard and/or read the lyrics.  So perhaps that's not necessary.

20          But if you could just focus me.  I've already ruled on

21   Track 11.  And you've provided that as an attachment to your

22   letter, with the draft transcript.  Correct?

23          MR. HARDING:  Yes, Your Honor.

24          THE COURT:  Of Track 11.

25          MR. HARDING:  Yes, Your Honor.  It's the first four

1    pages.

2              THE COURT:  First four pages.  And then next you

3    identify, I take it, Track 19.

4              MR. HARDING:  Right.

5              THE COURT:  Final verse, you say.

6              MR. HARDING:  Yes.  I skipped to the end of the song,

7    basically.

8              THE COURT:  Okay.  And what is the parens 20 on Page 5

9    of your draft transcript?  What does that signify?

10             MR. HARDING:  Paren 20?  I'm looking for it.  I don't

11   see that on my --

12             THE COURT:  Okay.  My law clerk just whispered to me

13   that, in fact, apparently, Track 19, as you identified on the

14   draft lyrics, is actually Track 20.

15             MR. HARDING:  Oh.  I'm sorry about that, Your Honor.  I

16   noticed when I copied the CD's on to new CD's, that a couple of

17   the songs got reversed.  And I thought I caught the two that got

18   reversed.  But there must have been another flip-flop in there

19   that I didn't catch.

20             THE COURT:  I see.  Okay.  So my law clerk has

21   identified what you say is Track 19 as Track 20, what you say as

22   Track 2 is actually Track 3, and what you say is Track 8 is

23   actually Track 9.

24             MR. HARDING:  Well, okay.

25             THE COURT:  And furthermore, what you say is Track 18

1    is actually Track 19.

2         MR. HARDING:  That will be true for the copies sent to

3    the Court.  But defense counsel --

4         THE COURT:  But not for the others?

5         MR. HARDING:  -- will have the track numbers that are

6    on here.

7         THE COURT:  Great.  Okay.  So do you propose to play

8    all of the excerpts for which you provided the draft transcripts?

9         MR. HARDING:  Yes, Your Honor.

10        THE COURT:  Is that your proposal?  Okay.  Well, I

11   don't know that just because I've ruled on Track 11 that that

12   satisfies your burden as to the other tracks.  So I need to hear

13   from you.  And we can use the draft transcript unless counsel,

14   again, want any of the excerpts played.

15        MR. HARDING:  Okay.  I'm happy --

16        THE COURT:  Tell me.  Let's start with Track 19.  Why

17   is that --

18        MR. HARDING:  If I could say in general, Your Honor.

19        THE COURT:  Okay.

20        MR. HARDING:  I think all of these songs have three

21   themes to them that are in furtherance of the conspiracy.  One is

22   to intimidate both rivals, the people who are beefing with the

23   down, a phrase that appears several times in these songs, the

24   people who are involved in this sort of dispute that led to

25   several of the murders in this case.

6

1          The government's theory of the case is that the

2    McCappity Brown murders were connected to a beef that arose

3    between the Rice organization and Mr. Mitchell and his

4    associates.  And so there is an ongoing theme to intimidate these

5    rivals.

6          There's also an ongoing theme to intimidate snitches or

7    people who might be inclined to cooperate or talk to Homicide.

8    And that's another recurrent theme in Track 11, as well as the

9    other songs.

10          Another theme is sort of a kind of boastful recitation

11    of the accomplishments of the down, bragging about murders

12    they've committed, often talking about the characteristic type of

13    murder this group committed, which was shooting people in the

14    head.  There are a great many references to brains and eyes and

15    things like that, because the murders in this case, all four of

16    the first murders in this case were by shots to the head.  "Nine

17    to the dome" is one of the phrases that appears in this first

18    song.

19          THE COURT:  Referring now to Track 19?

20          MR. HARDING:  No.  Track 11, actually.

21          THE COURT:  Okay.

22          MR. HARDING:  I'll get to Track 19, if I may,

23    specifically in a moment.  But the other theme I wanted just to

24    mention, if I could, in a general way, is that there's an effort

25    to sort of solidify the solidarity of the soldiers of this

1    organization with the leaders of the organization, sort of to

2    build the collective fervor of the organization.

3           And in my pleading in this case that I submitted a long

4    time ago, it's Paper Number 221, I go through four of the Fourth

5    Circuit cases on in-furtherance, the <u>Lewis,</u> <u>Howard,</u> <u>Shores</u> and

6    <u>Stokes</u> cases and quote the language that supports the admission

7    of coconspirator statements on grounds similar to the ones that

8    I've just been talking about.

9           On Page 6 I quoted language from a case called <u>United</u>

10   <u>States v. Flynn,</u> which is actually an Eighth Circuit case.  It is

11   also clear that statements are in furtherance when they are,

12   quote, "made to pull the troops together and provide renewed

13   fervor among members of the conspiracy."

14          So with that said, Track 19, you will notice about 10

15   lines down, it says, "It's just me, Weaze and Bo."  This is Mr.

16   Harris singing at this time.  So he's --

17          THE COURT:  Yeah.  Before we get deep into the lyrics,

18   let me have you refresh my recollection.

19          First of all, just refresh my recollection as to the

20   issue of authenticity, both with respect to authorship, to the

21   extent that that is known or relevant, and with respect to actual

22   performance, recording of the actual recordings.

23          And if you would, just say a word or two about when and

24   how they were produced and/or marketed.

25          One of the -- I didn't listen to all of them.  I didn't

8

1    even listen to the entirety of any of the excerpts.  But among

2    those I listened to, it appeared to be a live performance.  There

3    was clapping and short of actual performance of a rap song, there

4    was like an introduction.  So it created in my mind the image of

5    an actual performance such that this was a live recording of a

6    performance.

7            So if you could just fill in those gaps with me with

8    respect generally.  And then I'd like to know with respect to

9    each of the excerpts you propose to play, if you have that at

10   your fingertips.

11           MR. HARDING:  Okay.  These songs all come from a single

12   CD.

13           THE COURT:  A single CD?

14           MR. HARDING:  Yes.

15           THE COURT:  Okay.

16           MR. HARDING:  It was produced sometime in late April or

17   May of 2003, something we know about from the internal factual

18   evidence in these songs.  We know that it had to occur after Mr.

19   Mitchell and Mr. Martin were locked up for the Wyche brothers

20   murders, which happened in April of 2003.

21           THE COURT:  Do you have -- and I don't mean to suggest

22   by my questions, I'm just trying to get as much information from

23   you as I can.  Do you have documentation of production --

24           MR. HARDING:  No.

25           THE COURT:  I don't know anything about the music

1    business.  But do you have any documentation at all?

2              MR. HARDING:  The label on the CD is Sheistyville,

3    which is the label we know is associated to Mr. Mitchell.

4              What we have in the way of business documentation are

5    the Articles of Incorporation of Shake Down Entertainment, which

6    is the production company for Sheistyville, which is the name of

7    the label that they use on the CD's.  Mr. Mitchell incorporated

8    this company.

9              THE COURT:  Okay.  You don't have a witness, though, I

10   take it, an engineer or producer or someone that one would expect

11   to be involved in the production, however sophisticated or

12   unsophisticated, actual production of the CD's?

13             MR. HARDING:  No.  We have witnesses who will testify

14   about how these guys went to a certain studio.

15             THE COURT:  Okay.

16             MR. HARDING:  Rap.

17             THE COURT:  It will be an identified studio?

18             MR. HARDING:  Yes.  It's a studio, in fact, if my

19   memory serves me, on North Avenue.

20             THE COURT:  Okay.  All right.  And were these CD's

21   generally available for sale, either street sale or --

22             MR. HARDING:  Yes.  We have witnesses who will testify

23   that these defendants themselves sold copies of the CD's.  And we

24   have witnesses who bought copies of the CD's from these

25   defendants.

1          We also know that they performed at local night clubs.

2   We have fliers that we can introduce into evidence.  And we have

3   witnesses who know that this happened.

4          We also know that their music was broadcast by radio.

5   We have witnesses who will testify that there's a certain radio

6   station here in Baltimore that plays this kind of music a lot.

7   And these defendants managed to get their songs played on this

8   radio station.

9          THE COURT:  Okay.  Now, when you say "these

10  defendants" --

11         MR. HARDING:  Actually, the key people are Mr. Harris

12  and Mr. Mitchell.  Weaze is mentioned in many of these songs but

13  he's not one of the rappers.  In fact, Mr. Mitchell is not one of

14  the rappers.

15         THE COURT:  Okay.

16         MR. HARDING:  It's even mentioned in one of these

17  songs, even though they talk about Bo all the time, they point

18  out that he's not a rapper.

19         THE COURT:  Am I right that Bo is Mr. Gardner's

20  nickname?

21         MR. HARDING:  No.  That's Goo.  Bo is Mr. Mitchell.

22         THE COURT:  Bo is Mr. Mitchell, Goo is Mr. Gardner?

23         MR. HARDING:  Yeah.

24         THE COURT:  Okay.

25         MR. HARDING:  I don't think I agree with the Court's

1    view that this was a live performance, this particular --

2            THE COURT:  Oh, I'm not saying it was.  I'm just saying

3    that's the way it sounded on the tape.

4            MR. HARDING:  I think they staged it to make it seem

5    like that.  And the last track features Mr., this last excerpt

6    that I propose to play, Track 20, is Mr. Harris talking about the

7    next CD they're going to produce.  So it actually does create the

8    impression that he's talking to a group of people.

9            But I don't think that's, in fact, what's going on.  I

10   think they're producing this in a studio and they're simply

11   talking to whoever's listening to their CD's.

12           THE COURT:  Okay.  But there was clapping on one of the

13   --

14           MR. HARDING:  There's a lot of clapping and there's a

15   lot of clacking of guns and cocking of guns and that sort of

16   thing.

17           THE COURT:  I heard that on Track 11, of course.  But

18   literally, there is clapping, there's audience response.  Now,

19   maybe it was recorded and then put into the CD.  But what I heard

20   was something in the nature of an introduction.  And then maybe

21   it was after the song or before the song, there was applause.  So

22   as I say, it created the image of a live performance in some

23   venue.

24           MR. HARDING:  Well, I guess I have to qualify what I

25   said.  I don't remember that.  But it could well be, of course,

12

1    that they recorded one of their live performances and then copied

2    it on to the CD.  Or it could be that they simply dubbed in the

3    clapping noise when they were producing the song, just as they

4    dubbed in a lot of other things.

5         THE COURT:  Okay.  So the actual rapper in all of these

6    is Mr. Harris, you say?

7         MR. HARDING:  No.  It's usually Mr. Harris.  I would

8    say that 75 or 80% of the singing in these songs is Mr. Harris.

9         THE COURT:  And how would you prove that?

10        MR. HARDING:  Oh, I have witnesses who know his voice.

11        THE COURT:  Okay.  All right.

12        MR. HARDING:  He identifies himself, actually, as Hard

13   Rock frequently.  That's Mr. Harris's name, Hard Rock or Rock.

14        THE COURT:  Hard Rock or Rock.  Okay.

15        MR. HARDING:  Also, Your Honor, you may recall that

16   when the search warrant was executed on Mr. Harris's apartment at

17   this, in this case, a large stack of song lyrics was recovered in

18   Mr. Harris's handwriting.  And his name appears on many, many

19   pages of these.

20        He is the author of an enormous volume of rap song

21   lyrics, which we intend also to use in evidence as admissions by

22   Mr. Harris.

23        THE COURT:  As apart, separate and apart from the

24   actual --

25        MR. HARDING:  Apart from this.  Although there is, of

1    course, overlap.  Much of the, much of the recorded songs are, we

2    have the written lyrics from Mr. Harris, from his apartment.

3              THE COURT:  Okay.

4              MR. HARDING:  In terms of authenticity, I guess the

5    answer is that we can identify the voices who are singing these

6    songs.  Not only Mr. Harris, but we can identify the other

7    voices.  The other voices include people like a guy named Mark

8    Herbert, who was TM.  He's often called TM in these songs because

9    his street name was Tony Montana.

10             THE COURT:  Is he a coconspirator?

11             MR. HARDING:  We believe he is a coconspirator, Your

12   Honor.  And apparently, the defendants do, too.  He's frequently

13   talked about in these songs.

14             There's one other guy who sings a little bit, named

15   Slow.  And I can't remember what his real name is.  But he's just

16   one of the rappers in this crew.

17             But as I say, about 75 to 80% of the singing on the

18   tracks that the government proposes to use in evidence is Mr.

19   Harris singing.  That's the most valuable stuff from the

20   government's point of view.

21             THE COURT:  All right.  And who is Weaze?

22             MR. HARDING:  Weaze is Mr. Martin.

23             THE COURT:  Okay.

24             MR. HARDING:  We have many witnesses who will testify

25   that that is his street name.  In fact, when he filled out an

1    information form for the Homicide detectives, when he was

2    arrested in the, in the Wyche brothers murder, he gave that as an

3    alternate name, Weaze.

4          So Mr. Harris sings in Track 19, "It's just me, Weaze

5    and Bo, back to back, with niggas bobbing and weaving, one of

6    your blows."  He's talking about their ongoing struggle with this

7    other organization.

8          THE COURT:  I'm sorry, Mr. Harding.  Will you have

9    either an expert -- and we may have gone over this when I ruled

10   on Track 11, so forgive me.  But will you have either an expert,

11   which I assume you won't, or a coconspirator or a knowledgeable

12   aficionado in the rap music industry to interpret or

13   transliterate any of this?

14         MR. HARDING:  Well, my original intention -- I think I

15   stated this in a pleading at one point -- was that I would try to

16   get an expert in rap lyrics and rap jargon.  But I think I'm

17   going to just use coconspirators and case agents to accomplish

18   what I need to do in that.

19         THE COURT:  All right.  Now, I would imagine a case

20   agent or any investigator could do what appears to have been

21   done, and that is to extract or extrapolate from the lyrics

22   descriptions of actual murders.  I mean, that's basically your

23   position here, right?  That these songs were written about actual

24   murders, in part, at least?

25         MR. HARDING:  Well, there are numerous references to

1    specific murders but there are also just references to that being

2    one of the general ways that they operate.

3                THE COURT:  Okay.  That goes to your

4    intimidation/enforcement point.  But there's no mention of the

5    Wyches by name here, is there?

6                MR. HARDING:  No.

7                THE COURT:  Okay.  But I take it your position is that

8    there will be descriptives included in the lyrics that an

9    investigator and/or some other witness and/or by inference one

10   can infer, yeah, they're talking about something that actually

11   happened, based on other evidence?

12               MR. HARDING:  Absolutely, Your Honor.  A good example

13   of that is on Page 4.

14               THE COURT:  Okay.

15               MR. HARDING:  Where it talks about "Lyle's party, when

16   it all went down, I wasn't there but if I was, it would have been

17   more clowns stabbed and dragged out of the club, gagged and

18   bagged, best believe we gonna chase y'all down and shake y'all

19   down."

20               THE COURT:  But that's Track 11.

21               MR. HARDING:  Yes.

22               THE COURT:  Okay.  I've already ruled on that.  See,

23   again, I'm not going to revisit Track 11.

24               MR. HARDING:  Okay.

25               THE COURT:  And I'm just trying to, again, as I said a

1  few minutes ago, just because I've admitted Track 11 and just

2  because as a general matter some rap songs may be very much like

3  Track 11, I want to deal with it on a track-by-track basis.

4            MR. HARDING:  Okay.

5            THE COURT:  I think I have to.

6            MR. HARDING:  Okay.  Well, Track 19 features this

7  language where --

8            THE COURT:  And by the way -- I'm sorry I keep

9  interrupting -- I think, in fact, clearly what you're going to

10  need to do, and your word processor can do this for you, I know,

11  you're going to have to number the lines.

12            MR. HARDING:  Okay.

13            THE COURT:  Because from what you've told me already

14  and from what I recall about Track 11, there is likely to be,

15  almost certain to be direct and/or cross examination of witnesses

16  regarding the meaning of words, the meaning of phrases.  And so

17  the jury's going to have to be able to find words and phrases.

18  And the only way you can do that is to say, look at Lines 21

19  through 23.  Okay?

20            So please be sure to, when you prepare the final

21  transcript, use the function that will number each line so that

22  we can talk about it more easily.

23            But go ahead.  You were about to point to a line in

24  Track 19 on Page 5.

25            MR. HARDING:  Yes.  This language where it says "It's

1   just me, Weaze and Bo, back to back, with niggas bobbing and

2   weaving, one of your blows.  Now it's cracking, nigga, I hope

3   God's guarding your soul.  I ain't just rapping, nigga.  Trying

4   to figure someone out."

5          This is -- "Cause them niggas quick to tap the trigger.

6   We in a hurry cause we really wanna get at this nigga.  My nigga

7   Bo's a looney tune.  Just ask a nigga.  This shit's about to

8   balloon.  We gotta grab this nigga.  When we hit 'em, we hit 'em

9   hard.  We don't be jabbing niggas.  Every heater you just got, we

10  done had it, nigga.  Sooner or later, nigga, we'll be living

11  lavish, nigga."

12         This is talking about the ongoing beef that they're

13  having with the Rice organization and it's an attempt to boast

14  about how it's going to balloon.  It's going to, they're going to

15  triumph.  They're going to grab this nigga.  And we hit him hard.

16         So the government's position is that this is intended

17  to, primarily to intimidate their enemies in this ongoing sort of

18  beef that they have with the Rice organization.

19         THE COURT:  And will you have a witness, one or more

20  witnesses who will essentially say what you just said?

21         MR. HARDING:  Yes.

22         THE COURT:  About these lyrics?

23         MR. HARDING:  Yes.

24         THE COURT:  All right.  And are there any, if you

25  recall, because, obviously, one of the things that struck the

1    Court in respect to Track 11 was the use of sound effects, the

2    gunshots and that kind of thing.  Is any of that on Track 19?  If

3    you recall.

4              MR. HARDING:  I can't say specifically about Track 19.

5    It's often in the other songs.

6              THE COURT:  Okay.

7              MR. HARDING:  But I can't say that I recall

8    specifically about Track 19.

9              THE COURT:  All right.  So let's go to Track 2 on Page

10   6.  Generally, what does this song relate to?

11             MR. HARDING:  This songs relates to drug dealing by the

12   organization in Park Heights, and how the cops are trying to stop

13   them from making money, which they need for their beef with the

14   down.  See, it ends there with, "When it's beef with the Down,

15   you niggas know what I'm spraying."

16             Down is, of course, Shakedown Entertainment.  And the

17   claim here is they're complaining partly that the cops are

18   harassing them from selling drugs in Park Heights.

19             THE COURT:  Now, I did hear Park Heights mentioned in

20   part of what I listened to.  But I don't see it in this

21   particular excerpt.  I don't see a specific mention.  Am I

22   missing it?  Talking about Track 2.

23             MR. HARDING:  Well, I can tell you -- first off, Park

24   Heights is mentioned at the end of the previous track, on Track

25   19.  That may be what you're referring to.

1            THE COURT:  Oh, yes.

2            MR. HARDING:  First of all, Your Honor, we're going to

3  have witnesses who will testify that Sheistyville means Park

4  Heights.  That's what the label of these songs refers to.

5            THE COURT:  Really?

6            MR. HARDING:  Yes.

7            THE COURT:  Hmm.

8            MR. HARDING:  The block, you see where it says "Me and

9  Narni on the block with pills rocking and flowing?"

10           THE COURT:  Yeah.

11           MR. HARDING:  "Cops posted on the block trying to fuck

12  with the flowin."

13           THE COURT:  Yeah.

14           MR. HARDING:  "Flowin" is drug distribution.  And --

15           THE COURT:  Okay.  And who is Narni, by the way?

16  N-A-R-N-I.

17           MR. HARDING:  I can't remember, Your Honor.

18           THE COURT:  Okay.  But it's a, it's a real person?

19           MR. HARDING:  Yeah.

20           THE COURT:  Who's Pill?

21           MR. HARDING:  Same thing, Your Honor.  I can't

22  remember.

23           THE COURT:  Okay.

24           MR. HARDING:  This is Mr. Harris singing again.

25           THE COURT:  All right.

1          MR. HARDING:  You see he mentions Sheistyville up here

2     at, the fifth line in this track is Sheistyville.  The block is a

3     specific block on Woodland Avenue, which is where Mr., I think

4     it's the 3500 block of Woodland Avenue, which is where Mr. Harris

5     in particular was prone to stand out and try to sell crack on the

6     street.

7          THE COURT:  Okay.

8          MR. HARDING:  So that's what he's talking about.  And I

9     have witnesses --

10          THE COURT:  By the way -- I'm sorry.  We should mark --

11     do you have an extra copy of the draft transcript that you

12     attached to your letter?  If you don't, we can make a copy.  We

13     should mark it as Government's Hearing Exhibit One for May 15th.

14          MR. HARDING:  I'm sorry, Your Honor.

15          THE COURT:  That's all right.  That's all right.  I'll

16     have --

17          MR. HARDING:  I think I sent it electronically so you

18     could print out a copy.

19          THE COURT:  Okay.  Thank you.  Yeah.  That's exactly

20     what I'll do.  I think I have your, I think I have your e-mail.

21     I'll forward it.  Do you have a printer down here, Belinda?

22     Okay.  Boy.  This is great.  Pretty amazing, isn't it?

23          All right.  I'm going to forward your -- well, no.  I

24     don't think you did send it.  Do you know when?  You sent, I

25     think you sent the letter responding to Mr. Crowe electronically.

1          Anyway, we'll make a copy before we conclude.  All

2     right.  Okay.

3               MR. HARDING:  Okay.  Track 8 at the bottom of Page 6.

4               THE COURT:  Yes.

5               MR. HARDING:  He first of all addresses Bo.

6               THE COURT:  Does he actually say "Bo" or does he say

7     "B-O?"

8               MR. HARDING:  I guess he says B-O here.

9               THE COURT:  Okay.  But you're confident there will be

10    evidence that reference to B-O is the reference to Bo, which is a

11    reference to Mr. Mitchell?

12              MR. HARDING:  Yes, I am, Your Honor.

13              THE COURT:  All right.

14              MR. HARDING:  You'll see that he repeats it later on.

15              THE COURT:  Okay.  And T-M is Tony Montana?

16              MR. HARDING:  Yeah.  And then he goes on, at the top of

17    Page 7, to talk about "B-O, hold ya head, nigga."  That's because

18    Bo is locked up at this point and what he's trying to do is boost

19    the morale of his two colleagues that have been locked up for the

20    Wyche brothers murder, Mr. Martin and Mr. Mitchell.

21              He then goes on, basically, to argue that the Down is

22    winning.  "Yo niggas still don't see clearly, though the rain is

23    gone, that the Down up next, and the game is ours, all the pain

24    that we felt, and the scars that marked, and the brains that we

25    shot."  By this time, they have killed four people by shooting

1    them in the head, Your Honor.

2              THE COURT:  And they are, again, the Wyches?

3              MR. HARDING:  Oliver McCaffity, Lisa Brown and the

4    Wyche brothers, Darryl and Pete Wyche.

5              "Cause we refuse to starve, I'ma break it down iller

6    for the slow ones, dog."

7              Goes on to --

8              THE COURT:  Is that supposed to be killer?  You think?

9              MR. HARDING:  Well, that may well be correct, Your

10   Honor.  I wish --

11             THE COURT:  And iller doesn't --

12             MR. HARDING:  Yeah.  I need to ask my, my expert

13   cooperator on that particular issue.  I've been through these

14   songs line by line with somebody who's very familiar with these,

15   with this jargon, and the specific references in these songs.  I

16   can't remember what he told me about that, if anything.

17             THE COURT:  All right.

18             MR. HARDING:  "We was trying to build a label", that's

19   a reference to, they were trying to get the money to make this

20   record label work.  "But was broke ass thugs.  So we pulled off

21   heists and we splattered blood, plus we grind on the strip, even

22   sold some bud."  Bud is marijuana.

23             THE COURT:  And what's the strip?  Is that an

24   identified location or --

25             MR. HARDING:  Well, I, I can't remember what my

1  cooperator will say specifically, Your Honor, but I believe he

2  will say that it's Woodland Avenue in Park Heights.

3           THE COURT:  All right.  All right.

4           MR. HARDING:  He's talking about how they committed

5  their crimes to try to raise money to support Sheistyville on

6  Shakedown Entertainment.

7           "What the fuck niggas really think Shake Down is?

8  Buncha grimy ass niggas that was sheisty since kids.  Tote big

9  guns and don't even" --

10          THE COURT:  What's it mean, "Snatch your moms up if we

11  think she worth some brick?"

12          MR. HARDING:  I think that's simply a boast about how

13  far they are willing to go in order to make money.

14          THE COURT:  Is a brick a block of cash?

15          MR. HARDING:  I think it's --

16          THE COURT:  Drugs?

17          MR. HARDING:  Yeah, drugs.  I think it's most commonly

18  used to refer to a kilogram of cocaine.

19          THE COURT:  Okay.

20          MR. HARDING:  "She don't mean shit to you.  She catch

21  one in the head.  Then these hungry" -- this is all boasting.

22  But it also explains how the activity of this organization is all

23  integrated in a way.  It all goes to, to a common purpose and a

24  common end.  "Put the Ruger to you" --

25          THE COURT:  I'm sorry.  The third line from the bottom.

24

1    Will there be evidence that Mr. Harris or anybody else actually

2    got "pistol whipped", quote-unquote?  "I got scars from when I

3    slipped and got pistol whipped."

4              MR. HARDING:  Just one minute, Your Honor, if I may.

5              (Pause in proceedings.)

6              MR. HARDING:  Well, we aren't sure, Your Honor.  We do

7    have a cooperator who talks about an attempt to kidnap Mr. Harris

8    on one occasion.  But my agent can't remember who that is at the

9    moment.

10             THE COURT:  All right.  "They had the gun to my head."

11   Might that be a reference to that?

12             MR. HARDING:  Yes.

13             THE COURT:  All right.

14             MR. HARDING:  We know there was another occasion when

15   Mr. Harris got into a fight on the street and, actually, it was a

16   knife fight.  And he cut the tip of his finger off in the course

17   of this knife fight.  And he actually sings about this on one of

18   the songs.

19        The police were able to identify him because they

20   fingerprinted the tip of his finger which he had accidentally cut

21   off, and they came and arrested him.

22             THE COURT:  Wait a minute.  Say that again.

23             MR. HARDING:  Mr. Harris got into a knife fight on the

24   street, which we will have testimony about.  He, in the course of

25   the fight, accidentally cut off the tip of his own finger with

1    his knife.

2            THE COURT:  He cut off the tip of his own finger using

3    his own knife in the course of this fight?

4            MR. HARDING:  Yes.  It was on the ground, then, when

5    the police arrived.

6            THE COURT:  The tip of the finger was on the ground?

7            MR. HARDING:  Yes.

8            THE COURT:  So you actually meant it when you said they

9    fingerprinted the tip of his cut-off finger?

10           MR. HARDING:  Yes, I did.

11           THE COURT:  And was the fight related to Shake Down or

12   was it totally extraneous?

13           MR. HARDING:  Broadly speaking, yes.  It was a beef

14   over a gun.  Mr. Harris wanted a gun and the, and somebody else

15   would not give him the gun.

16           THE COURT:  And what's the general time frame for this

17   incident?

18           MR. HARDING:  This is all in the period immediately

19   following the Wyche brothers murder, within a few weeks following

20   the Wyche brothers murder.  Mr. Harris gets locked up, you

21   remember, in early August.  So everything in these songs had to

22   happen in the, in the late spring or early summer of 2003.

23           THE COURT:  Okay.  If I may, let me ask you a question

24   about that.  You said that the CD, all these songs come off one

25   CD.

1          MR. HARDING:  Yes.

2          THE COURT:  That was marketed, sold, what have you.  So

3  am I to understand that these songs were both written, to the

4  extent that there's any verisimilitude in the songs with regard

5  to actual events, were they written and the CD, and recorded and

6  the CD produced, as you said, between late spring and early

7  summer or mid-spring and late summer?  It all happened within a

8  matter of just a couple of months?

9          MR. HARDING:  Yes, Your Honor.

10         THE COURT:  Okay.  So none of these songs go back to --

11 so again, we're talking 2003?

12         MR. HARDING:  Yes.

13         THE COURT:  So none of these songs go back to 2002 or

14 2001, to your recollection?

15         MR. HARDING:  No.  They were producing other CD's.  We

16 turned over other CD's that were older than this one.

17         THE COURT:  I see.  So these are essentially CD's

18 produced contemporaneously with the events of particular interest

19 to the jury in this case?

20         MR. HARDING:  Yes, Your Honor.

21         THE COURT:  Okay.  I get it.  All right.

22         MR. HARDING:  "Put the Ruger to your nozzle."  We will

23 have testimony that "nozzle" mean 's someone's head, again.  This

24 is in line with the favored technique for shooting people that

25 these guys employed.

1          THE COURT:  You on Page Eight?

2          MR. HARDING:  No.  I'm still at the bottom of Page

3  Seven, Your Honor.

4          THE COURT:  Page Seven?

5          MR. HARDING:  On Page Eight, they turn to, they turn

6  again to the beef with the Rice organization.  And this is an

7  important passage where Mr. Harris is singing and says, "But

8  their fingers jammed.  Nigga, you's a dead man.  Being at war

9  with the Down.  Same shit with Hard Rock, B-O and Slow.  SD don't

10  play games."  SD is Shake Down.  "We buck brains fo' show.

11  Nigga."

12          This is, this is their boastfulness about how they kill

13  people and how they're going to prevail in their feud with the

14  Rice organization.  And again, we get it in the next passage.

15  "Shoot niggas in their faces.  That's the basics."

16          Then there's a reference to "Get their face lift from

17  my tres eight bitch."

18          THE COURT:  Is that a reference to a .38 caliber?

19          MR. HARDING:  Yes, that is, Your Honor.  And the .38

20  caliber weapon was the gun used in the murder of McCaffity and

21  Lisa Brown.  They were both shot from the same .38 caliber

22  weapon.

23          "Yo, my aim the greatest.  Trigger finger has no

24  patience.  Shells never wasted.  Death, I could taste it.  It's

25  coming cause I chased it.  Sooner better than later.  So I keep

1    the gun cocked, even with the safety broke."

2              And he goes on to talk about Mayor O'Malley's 25 year

3    sentences for guns, but basically only to point out that none of

4    this is going to keep him from doing what he needs to do to win

5    this beef.

6              THE COURT:  What's the reference to 25?

7              MR. HARDING:  25 year sentences.  "O'Malley dishing 25

8    for the gun that I tote."

9              THE COURT:  Was that a proposal that the mayor was

10   advocating at that time?

11             MR. HARDING:  No.  I think it's a mistakenly

12   exaggerated view of how long the sentences were for weapons

13   offenses in the city.

14             THE COURT:  All right.

15             MR. HARDING:  I think maybe federally you could get

16   that much time if you were an armed career criminal, but 25 years

17   from a city gun charge is unlikely.

18             Again, more about the beef later on.

19             THE COURT:  The reference to vest is body armor?

20             MR. HARDING:  Yes.  "Want a beef, please believe your

21   squad will die.  It's nothing for the Down to catch a body.  It's

22   hobby, dog.  Nigga say he seen the Ruge."  That's a Ruger.

23             "Shit, he lying y'all.  Any nigga seen the Ruge did a

24   dying dog."

25             THE COURT:  So if you see a Ruger, you're dead.

1          MR. HARDING:  Yeah.

2          THE COURT:  Afterwards.

3          MR. HARDING:  Okay.  Track 18.  The theme here is how

4    they've been --

5          THE COURT:  Beating cases at arraignments?

6          MR. HARDING:  Yes.  They haven't been successfully

7    prosecuted.  The detectives investigating them and the people

8    attempting to prosecute them haven't gotten very far.

9          THE COURT:  I think, I think I might have to redact

10   "some bitches with short dresses to fuck."  I mean, that might be

11   over the line, unless that has some particular meaning that you

12   can identify.  I mean, that would be particularly offensive to a

13   large number of jurors.

14         MR. KURLAND:  I'm sorry, Judge.  What line?

15         THE COURT:  It's about ten lines or so down on Page 9,

16   Track 18.

17         MR. HARDING:  Okay.  Well, it's good to know.

18         THE COURT:  Let's get that out of there.

19         MR. HARDING:  Okay.  "Detectives investigating.  They

20   ain't got shit on niggas.  Beefs is escalating.  Niggas putting

21   hits on niggas.  Some niggas get real scared."

22         They've got another war going on at this time, Your

23   Honor.  They've got the war going on against the law enforcement

24   people who are investigating the crimes they commit.  And so this

25   song deals with that part of the struggle they're in at the

1    moment, also.

2              THE COURT:  And "I make your mind fall out" is a

3    reference to shooting somebody in the head, brains?

4              MR. HARDING:  Yes.  As well as "I snatch eyeballs out."

5    I keep a gun, a knife, and something right for niggas.  I snatch

6    eyeballs out, take sight from niggas, I make your mind fall out.

7    Right in front of your niggas."

8              THE COURT:  Now, I'm sure you probably mentioned it

9    before but perhaps not in the language you're using now.  I

10   recall the beef at, was it Hammerjacks?

11             MR. HARDING:  Yes.

12             THE COURT:  Is that the Rice, is that a part of the

13   Rice dispute you're talking about?  Because I don't remember ever

14   you mentioning the quote-unquote "Rice organization."

15             MR. HARDING:  The beef was with Howard and Raeshio Rice

16   and other members of their organization, who were at the same

17   party for Kenny Lyles, who's a big rap music producer.

18             THE COURT:  Okay.  And there was the fight and the

19   stabbing and so forth.  I remember that.

20             MR. HARDING:  Yes.  Mr. Mitchell actually pulled a

21   knife.  And our witnesses will say that he stabbed several people

22   on the dance floor that night at Hammerjacks, including Raeshio

23   Rice himself.

24             THE COURT:  And the Rices we're talking about are the

25   Rices who recently had a case in front of, was it Judge Quarles?

1      MR. HARDING:  Yes, Your Honor.  Everything in Baltimore

2  is connected.

3      THE COURT:  All right.  So how much are you going to

4  get into that?

5      MR. HARDING:  Well --

6      THE COURT:  I mean, again, I'm not going to hold you to

7  your answer now.  But obviously --

8      MR. HARDING:  It's necessary to establish the motive

9  for the first two murders in this case, Your Honor.

10     THE COURT:  And remind me about that.

11     MR. HARDING:  Okay.

12     THE COURT:  I'm sorry if I'm losing it, Mr. Harding.

13 But I'm doing my best to keep track here.

14     MR. HARDING:  That's all right.  I lose you, too.

15     THE COURT:  As you well know, it's an elaborate tale.

16 It's Canterbury Tales in Greek.

17     MR. HARDING:  Yes.  Mr. Mitchell went to this party for

18 Kenny Lyles in the hopes of getting a promotion for his own, for

19 Shake Down.  He had other people with him whom we know about but

20 who were not charged in this case, but who were co-conspirators,

21 actually.

22     The fight broke out between Mr. Mitchell and one of the

23 other members of the Rice organization.  We're not entirely sure

24 how it broke out.  But it was just the inevitable sort of

25 conflict that arises between rival groups, often arises between

1    rival groups at a night club event like this.

2          The Rice organization also wanted to promote their

3    music with Kenny Lyles.  It may have been --

4          THE COURT:  Did they produce music?

5          MR. HARDING:  Yes, they did.

6          THE COURT:  Okay.

7          MR. HARDING:  So there was, somehow pushing and shoving

8    started.  And then Mr. Mitchell pulled a knife and started

9    stabbing several people.  He was himself then beaten up outside

10   of Hammerjacks as he was leaving, and so was his cousin who was

11   with him.  Both of them were badly beaten up on the parking lot

12   outside Hammerjacks underneath I-83 down there, off Guilford

13   Avenue.

14         Mr. Mitchell was hospitalized, as was his cousin.  Mr.

15   Mitchell was arrested because next to him was recovered the

16   bloody knife that he used in the, in the stabbings.

17         A DNA comparison has established that some of the blood

18   on that knife was Mr. Mitchell's own blood.  And so -- or no.  I

19   take that back.  Other DNA recovered from a handle of the knife

20   that was not blood, it was skin fragments or something like that,

21   on the knife, has been identified as Mr. Mitchell's DNA.  So we

22   can tie that knife to Mr. Mitchell quite clearly.

23         He was arrested and processed.  He was never

24   successfully charged.  The Rices didn't pursue it.  They instead

25   filed a civil suit against Hammerjacks, but they didn't pursue a

33

1    criminal case against Mr. Mitchell.  And Mr. Mitchell knew why.

2    He knew that they would attempt to resolve it the way drug

3    organizations in Baltimore normally resolve beefs, which doesn't

4    include law enforcement.

5         Mr. Mitchell decided that Oliver McCaffity was the hit

6    man that had been hired by the Rice organization to kill him.  He

7    and Harris arranged to, by telephone, for a meeting with Oliver

8    McCaffity.  Mr. McCaffity showed up with Lisa Brown in the car

9    with him.  We believe there was to be some kind of transaction on

10   that event.  Somebody was to buy a gun from somebody else.  That

11   was the reason for the meeting.

12        We have cell phone connections that tie Mr. Mitchell to

13   the phone that was recovered from the body of Mr. McCaffity in

14   the car that night.  We know that he was in telephone contact

15   with Bo because the directory on the phone, Mr. McCafferty's

16   phone, listed the number that he was in contact with as the

17   number for Bo.

18        THE COURT:  Why would McCaffity go to a meeting?

19        MR. HARDING:  Mr. Mitchell thought it was to kill him

20   and he was determined to make a preemptory or peremptory

21   strike -- a preemptive strike.

22        THE COURT:  Okay.  So the government's theory is that

23   Mitchell thought McCaffity had been assigned to kill him, Mr.

24   Mitchell.  And Mr. Mitchell -- who initiated the contact?

25   McCaffity?

1          MR. HARDING:  I'm not sure I can answer that

2     question --

3          THE COURT:  Okay.

4          MR. HARDING:  -- definitively, Your Honor.

5          THE COURT:  But they knew each other?

6          MR. HARDING:  Oh, they did.  They knew each other very

7     well.  They had committed crimes together.

8          THE COURT:  Okay.  All right.  So the McCafferty/Brown

9     murders were an ambush?

10         MR. HARDING:  Yes.

11         THE COURT:  Motivated by concern that McCaffity was

12    going to essentially ambush Mr. Mitchell?

13         MR. HARDING:  Yes.  And you are may recall that in the

14    statement that Mr. Mitchell gave about the Wyche brothers murder,

15    he talked about how he was in cell phone communication with the

16    Wyche brothers and directed them to this location where they

17    would meet a guy named L.  It's a perfect description, also, of

18    the way this previous murder was set up.

19         We believe the person that Mr. Mitchell directed them

20    to meet up was, in fact, Mr. Harris.  And Mr. Harris was the one

21    that climbed into the back seat of the car and executed both

22    McCaffity and Brown with shots to the head.

23         Brown was killed simply because she was there.  I don't

24    think anybody knew she was going to be in the car and she was

25    simply McCafferty's girlfriend.

1          THE COURT:  Okay.

2          MR. HARDING:  But there's a very close connection

3    between the Hammerjacks incident and that double murder.

4          THE COURT:  I remembered that clearly.  I just didn't

5    remember the mention specifically of Rice or the Rice

6    organization.

7          MR. HARDING:  Okay.  We're ready for Track 20, then.

8          THE COURT:  Yes.

9          MR. HARDING:  This is the final song where Harris is

10   talking to the public and generally fans of Shake Down

11   Entertainment.  He's dedicating it to his man, B-O.  "You know

12   what I'm saying?  Lil Weaze."  That's Mr. Martin.  "You know what

13   I'm saying?"  Cease is a guy named Caesar who actually we know

14   relatively little about because he was locked up at this time.

15   But he was involved in founding Shake Down with Mr. Mitchell.

16   His name appears on the paperwork that established this outfit,

17   along with Mr. Mitchell.

18          Then he says "Real niggas on lock."  Mr. Mitchell and

19   Mr. Martin were on lockdown at this point following their arrest

20   in the Wyche brothers murder.  "My peoples killers.  You know

21   what I'm saying?  This shit for y'all niggas.  You know what I'm

22   saying?  All my niggas on lock.  This was for the whole B-More.

23   You know what I'm saying?  We represent the Heights, but this was

24   for the whole Baltimore, dug.  This was for the whole B-More."

25          THE COURT:  What's hunger pains?  And what's the

1    relevance of June?

2            MR. HARDING:  June is when their next, that's when he

3    promises their next album is going to come out, Your Honor.

4    That's how we know this was, this CD appeared sometime before

5    June.  It appeared either in late April or June.

6            THE COURT:  I see.  We got my album coming -- okay.

7            MR. HARDING:  "Hunger pains" is, I think, just the name

8    of the CD that's going to appear in June.  This CD also had a

9    name, obscene name.

10           THE COURT:  What's the name of the CD?

11           MR. HARDING:  Pure Shit.

12           THE COURT:  Okay.  All right.  Thank you, Mr. Harding.

13   Mr. Martin, I'm gad to start with you.

14           MR. MARTIN:  Good morning, Your Honor.

15           THE COURT:  Good morning.

16           MR. MARTIN:  Well, Your Honor, I suppose I got mostly

17   what I wanted out of this by what you just did, because up till

18   now the relevance issue, we just didn't understand.  We still

19   don't know enough about the facts.  I mean, we've got, as you

20   know, there's this ongoing debate about what we got through Mr.

21   Coburn and what we don't have.  There's a lot of stuff we still

22   don't have.

23           So it was interesting for me to hear Mr. Harding's

24   exposition of why these things are admissible.

25           I was not at the hearing when you ruled, where you

1    ruled that Number 11 was in.  I think that's back when I was sick

2    last year.  But I understand that ruling.

3           You know, Your Honor, that ruling I understand far more

4    than I could understand why these are admissible.  These are more

5    general, you know.  You may not like the art, but that's kind of

6    what it is.  And in fact, that is what it is.

7           I just don't, I think we have to be careful here about

8    how closely one can tie what's being said here to what the actual

9    crimes are that are being charged.  You know, that they should

10   talk about drug dealing?  What rapper doesn't talk about drug

11   dealing?

12          You know, if you can tie it specifically, Number 11 is

13   a good example, at least if Mr. Harding's evidence comes in the

14   way he thinks it will come in, is an example of how he may be

15   able to tie it specifically to a specific crime charged here.

16   But the rest of this stuff is so general.  I have a real problem

17   with it, especially when you try to balance the prejudice of it.

18          The only reason this is coming in is because it shows

19   these guys to be bad guys, paints them to be terrible people who

20   talk about murders and talk about drug dealing and the police and

21   all this other stuff.  I just don't, without it being more

22   specifically tied to the crimes charged here, I have a difficult

23   time thinking it would be fair to permit the rest of these tapes

24   to be played.

25          You know, having just digested for first time what the

38

1    theory is, you know, I understand, but I still think that these

2    latter tapes, I mean, half the time when you ask Mr. Harding a

3    question he would say, I think this is what it means, we think

4    this is what it means.  If they have witnesses who are going to

5    say that's what it means, that's one thing.  But to try to

6    speculate to what it means and speculate that they were fighting

7    with the Rice bothers or speculate that they were fighting with

8    some, you know, the third theory, the third war they have going

9    on with the police, that's just all guessing.  Nobody really

10   knows.

11           And it's prejudicial, very prejudicial in the manner in

12   which, if you listen to the tapes, the manner in which things are

13   said and the actual wording, Your Honor.  I just think it's too

14   general to permit these other tapes to come in.  I'm not asking

15   you to revisit the first one.

16           There's a certain amount of artistic license that has

17   to be granted here.  You know, we may not like it, but it's a

18   talent that apparently my client had and was seeking to use it.

19   But we're all guessing about it.

20           For instance, we still don't know where this thing was

21   ever played.  I don't think there is going to be any evidence as

22   to where it was played.  Mr. Harding says he has evidence that

23   they tried to sell it.  I don't know.  He says he has evidence

24   about it being played on a radio station.  We heard that the last

25   time.  I think we heard that in the papers.

1              You know, if it was played on a radio station, I assume

2        they'll have some witnesses who will talk about it having been

3        played on a radio station.  But then we get into this whole area

4        of the purpose.  The purpose is to intimidate others.  Is the

5        purpose just to write songs that fit within the genre of what

6        everybody their age and their circumstances is writing about or

7        is the purpose really to intimidate others?

8              How wide of an acceptance are these songs going to get

9        that they'll actually have any, any effect in intimidating

10       anybody else?  You know, that they may, it's one thing to say

11       they bragged about things they did on Tape 11, you know, Number

12       11, Track 11, but it's another thing to say that they were out

13       there disseminating this to the world so that everybody would be

14       afraid of them.  That just doesn't make a whole lot of sense to

15       me.  That doesn't strike me as, when you try to balance the

16       fairness, that doesn't strike me as something the Court ought to

17       be engaging in because there's a lot of unknown here.

18             Nobody really knows, except perhaps the artist, what he

19       meant.  Nobody really knows except the artist when these things

20       were really written.  Mr. Harding says they try to locate it

21       between April and June.  That's convenient that they would locate

22       it between April and June.  But I don't really know that.  You

23       would think there would be some document or something somewhere

24       that would indicate when this CD was cut.  Maybe even an analysis

25       of the CD would show that.  I don't know the answer to that.

1          Your Honor, I'm a little bit hamstrung because I didn't

2     hear until today exactly why it was that Mr. Harding thought

3     these were admissible.  As I think you recall from the papers we

4     filed, that's really what we were asking for when we filed the

5     motion.

6          So having said that, Your Honor, unless you have any

7     questions, I don't have anything further to say.

8          THE COURT:  Thank you very much, Mr. Martin.

9          MR. MARTIN:  Thank you, Your Honor.

10          THE COURT:  By the way, we did take care of your jury

11     issue.

12          MR. MARTIN:  You did?

13          THE COURT:  I know you regret it.  I know you regret

14     it.  I'll be happy to hear from any other counsel on this issue.

15     Mr. Coburn, good morning.

16          MR. COBURN:  Good morning, Your Honor.  Thank you so

17     much.  I guess I'm going to have two principal concerns about

18     this, and I can be very brief about it, Your Honor.

19          The first one has to do with the methodology, with

20     which I take it from Mr. Harding's remarks, he intends to try to

21     "explain", quote-unquote, to the jury, what these lyric mean.

22     I'm not 100% sure whether he believes that either one of the

23     cooperators that he's going to call or a case agent is going to

24     be qualified as an expert or is going to be able to present lay

25     opinion testimony about the meaning of the lyrics within what's

41

1    permitted under the Federal Rules of Evidence.  But either way, I

2    just wanted to, I don't know if it's anything Your Honor needs to

3    resolve right now or even could resolve right now.  But I wanted

4    to just alert the Court to the fact that we will have an

5    objection to that.  I'm sure we'll be doing something in writing

6    on it.

7           The other thing was specifically with respect to Mr.

8    Gardner, as we were all listening very closely to what Mr.

9    Harding was saying about his interpretation of the meaning of

10   these lyrics.  There's one particular lyric where I believe Mr.

11   Harris is attributed with the phrase "It's just me, Weaze and

12   Bo."  And that, of course, is of interest to us because Mr.

13   Gardner is not any of those people.  In fact, it doesn't sound

14   like Mr. Gardner's actually referenced anywhere in any of these

15   lyrics.

16          And so we think that we have a special issue with

17   respect to the admissibility of this evidence, particularly

18   because it is so incredibly inflammatory.  I mean, it would be

19   hard, I think, to overstate the kind of impact that these lyrics

20   are going to have on the jury once they're heard and read and, if

21   allowed, interpreted.

22          I mean, even Mr. Harding, as he stood at the podium, it

23   was hard for him to say some of the words.  I mean, they're just

24   going to be very upsetting, extremely upsetting to a jury,

25   particularly to the extent they're linked directly to particular

1    homicides.

2              So to the extent they don't actually directly implicate

3    Mr. Gardner, I think it raises an issue from our point of view in

4    terms of their admissibility against him.

5              THE COURT:  Thank you, Mr. Coburn.

6              MR. COBURN:  Thank you, Your Honor.  I should just add

7    by the way, very briefly, Your Honor, there is still that issue

8    that Your Honor referenced at the last hearing in terms of some

9    additional documents.  This doesn't relate directly to the

10   lyrics -- Mr. Martin just referred to it when he was up here --

11   of some additional materials that appear to be missing from what

12   we, had initially been disclosed to us that we then disclosed to

13   the other counsel.

14             THE COURT:  You referring to Mr. Crowe's letter?

15             MR. COBURN:  Yes.  I just wanted to alert Your Honor.

16             THE COURT:  Yes.  I'm going to take that up before we

17   break.

18             MR. COBURN:  Oh, would Your Honor allow Mr. Kurland to

19   state just a brief supplemental word?

20             THE COURT:  Certainly.  Good morning, Mr. Kurland.

21             MR. KURLAND:  Good morning, Your Honor.  Your Honor,

22   just to amplify just for a moment on Mr. Coburn's first point

23   with respect to the, both on issues with respect to lay opinion

24   testimony and supposed expert testimony.

25             I could say we're certainly going to have serial

1    objections to any sort of interpretation offered by, you know,

2    almost on a lyric by lyric basis, on a witness by witness basis

3    with respect to that.

4           Just to kind of put it into the larger perspective.

5    The references, I mean, certain of this stuff, according to the

6    government's theory, is supposed to be accepted as fact as

7    reflective of boasting about actual murders to take place.  But

8    then, when it's convenient to the government, when there's a,

9    quote, "inaccuracy", whether it's former Mayor O'Malley's

10   sentencing and stuff like that.  I mean, there's a very, very

11   selective picking and choosing as to, you know, what is accurate,

12   what is not, so on, so forth.

13          That kind of feeds into the general point that Mr.

14   Martin made, I mean, these are song lyrics.  We will certainly, I

15   just wanted to make it clear, just based on the way the

16   government had presented it, that there are going to be serial

17   objections almost with respect to every witness who comes in to

18   try to interpret, both under 703 and 704.

19          THE COURT:  All right.  Thank you, Mr. Kurland.  Ms.

20   Rhodes, good morning.

21          MS. RHODES:  Good morning, Your Honor.  This is, this

22   has been --

23          (Defendant Harris has a seizure.)

24          DEFENDANT MITCHELL:  He's having a seizure.  He's a

25   diabetic.

1          THE COURT:  Call 911 immediately, please.

2          DEFENDANT MITCHELL:  Put him on the floor on the side.

3   Put him on the floor on his side.

4          A VOICE:  He's an epileptic.

5          THE COURT:  Marshals, you may remove the defendants

6   from the courtroom.

7          Will you call for medical attention immediately?

8          A MARSHAL:  Yes, sir.

9          MR. MARTIN:  Your Honor, you might want to have the

10  marshals check to make sure he's getting his medicine.

11         THE COURT:  I will do that.

12         MR. MARTIN:  Thank you.

13         THE COURT:  I understand he's a diabetic.

14         MR. MARTIN:  Epileptic.

15         THE COURT:  Epileptic.

16         (Defendants Mitchell, Martin and Gardner leave the

17  courtroom.)

18         THE COURT:  Let the record reflect that Mr. Harris

19  appears to be having a seizure.  Clearly, the marshals are doing

20  what they can to comfort him, and we have called for medical

21  attention.  And the remaining defendants have been removed from

22  the courtroom.

23         We will stand in recess.  I'll be back in touch with

24  counsel shortly.  He is conscious.

25         (Recess at 11:28 a.m.)

1          (Resume proceedings at 11:53 a.m.)

2          THE COURT:  I thank the marshals for their professional

3    and sensitive response to the unfortunate occasion of Mr.

4    Harris's seizure.  He's on his way to the hospital, accompanied

5    by the marshals.  And I'm confident that he'll receive adequate

6    care.  And I will doublecheck to insure that all appropriate

7    medications are being made available to Mr. Harris.

8          I think we can conclude this matter fairly

9    expeditiously.  Mr. Harris's absence, I think, is not a problem.

10   I've heard from Mr. Martin on his behalf.  And so I'll proceed.

11         If Ms. Rhodes or Mr. Lawlor, Mr. Pyne, or Mr. Crowe,

12   want to be heard on the issue, I'll be glad to do that.  And then

13   we'll proceed to consider scheduling issues and the issues raised

14   in Mr. Crowe's letter.

15         MS. RHODES:  Thank you.  In light of the government's

16   position that it's going to use cooperators as experts regarding

17   the rap lyrics, what we would request is an in limine hearing at

18   least a few weeks before trial begins to, in addition to, first

19   of all, getting expert notice and all that that entails from the

20   government regarding these people, we think that because, and as

21   Mr. Kurland mentioned, I think it was, that we need kind of a

22   line-by-line review of these lyrics as to what's admissible and

23   what's not because of the extraordinarily prejudicial nature of

24   them.  I think we need a hearing where the actual witnesses

25   testify and give us some of the foundation, some of their, what

1    their expertise is, and we can go through some of that.

2    Otherwise, it's going to be a day long hearing, at least, in the

3    middle of the trial.  Because I do think we have to go through a

4    lot of the lyrics, some other things in addition to what the

5    Court mentioned.

6            There's the reference to moms or the brick, and other

7    things, we'll come get your bitches, too, that sort of thing,

8    that really aren't relevant at all, that we've heard from the

9    government, even, in furthering the conspiracy.

10           So that would be, that would be our request -- what

11   information the experts relying on, what their history is, and,

12   of course, the other foundational issues having to do with the

13   regular rules of evidence.

14           I have one other matter, Your Honor, although I don't

15   know if you wanted to hear from Mr. Crowe first and then --

16           THE COURT:  I would rather do that.

17           MS. RHODES:  Thank you.

18           MR. CROWE:  I believe I can be very brief, Your Honor.

19   Other counsel have covered many of the points I was going to make

20   and some of them that I would have made had I thought of.

21           It's clear that if the government's proffer of

22   authenticity holds, and so far that's all that we have, that

23   these rap lyrics present something of a difficulty for Mr.

24   Harris.  Quite obviously, the statements themselves would be

25   inadmissible hearsay with respect to Mr. Martin unless the

1   government can show as a preliminary matter before the Court that

2   these were, in fact, statements made in furtherance of the

3   conspiracy.

4         I would point out that the time line in which the

5   government seems to rely is not quite as tight as Mr. Harding

6   would have it.  He had indicated that the McCaffity/Brown murders

7   and the Wyche brothers murders occurred in 2003.  In fact, the

8   indictment charges, and those murders occurred in 2002.

9   McCaffity/Brown murders were in February of 2002 and the Wyche

10  brothers were murdered either very late March 24, or more likely

11  very early March 25, 2002.

12        Mr. Harding's letter indicates that there is, from some

13  internal, his April 28th letter indicate --

14        THE COURT:  I'm sorry, Mr. Crowe.  Let's see if we can

15  clarify that.  Did we just have the year wrong for everything?

16        MR. HARDING:  Yes, Your Honor.

17        THE COURT:  Okay.

18        MR. HARDING:  It should have been 2002.

19        THE COURT:  2002.

20        MR. HARDING:  That was my first point to make in my

21  response to defense counsel.

22        THE COURT:  Okay.  So we have the time frame right, we

23  just had the year wrong.

24        MR. HARDING:  Yes, Your Honor.

25        THE COURT:  Okay.  Go ahead.

1          MR. CROWE:  But nonetheless, the time problem still

2     remains because, as I understand from Mr. Martin, his client was

3     first arrested in, was first arrested in either August or

4     September of 2003.  And I do not know how it is that the

5     government can say that, that this CD first appeared in April or

6     May of 2002 or April or May of 2003, as it's stated in the

7     letter.

8          We think this is important because the farther removed

9     it is from point of time from the actual murders themselves, the

10    more less likely it is either to be accurate or, for that matter,

11    to be in furtherance of the conspiracy.

12         The other point I would make is that although the

13    statement is made that these were in furtherance of the

14    conspiracy because it was a lot of braggadocio, it was

15    threatening people, it had to do with threats to people with whom

16    they were currently in a beef, that is the Rice brothers, I don't

17    know if the Rice brothers were free at the time these things came

18    out.  I don't know if there really was much of, much of a beef

19    going on.

20         My expectation is that this was probably something

21    which, at best for the government, discussed things that would

22    happen, possibly touched on the conspiracy, but would really, it

23    would seem to me that it's pure speculation to say that it

24    furthered any of the aims of the conspiracy.

25         Indeed, one of the things that we've been told these

1  people were conspiring to do was to basically avoid detection.

2  And I find it, I can't think of anything that's more

3  counterproductive to a conspiracy to avoid detection than to have

4  somebody like Mr. Harris, you know, publishing, publishing these

5  lyrics and passing them out.

6         And if, in fact, he was doing it, it was clearly not in

7  furtherance of the conspiracy.  Certainly didn't do anything to

8  help Mr. Mitchell, who's been locked up I think since April 1 of

9  2002, or my client, who was locked up on, I think it was April 17

10  of 2002.

11        So we do have those, we do have those objections.  I

12  mean, really, all that we've heard from the government so far has

13  been proffers.  And I don't think that the Court can really rule

14  on admissibility just on the basis of proffers.  Thank you.

15        THE COURT:  Thank you, Mr. Crowe.  Brief word, Mr.

16  Harding?

17        MR. HARDING:  Yes.  Thank you, Your Honor.  Yes.  The

18  year was wrong.  It's 2002.  And I apologize for that.

19        Mr. Martin seemed to suggest that I had been deficient

20  in my obligations for not having previously divulged the

21  government's interpretation of these songs.  But I know of no

22  obligation under Rule 16 or any other doctrine that would require

23  the government to provide defense counsel with its understanding

24  of the meaning of songs or any documents in evidence in a case.

25        Mr. Martin says I used the word "I think" he said half

50

1    the time.  I don't believe it was anywhere near half the time.

2    In any event, the government's quite confident that it will have

3    testimony in support of the various interpretations that I

4    relayed to the Court this morning from witnesses who really have

5    no doubt about the meaning.  In fact, for the most part, the

6    meaning is self-evident.  Once you're told what, what's being

7    referred to, I think it all sort of clicks.  And I don't think

8    that the interpretations are at all in doubt really.

9         I do agree that my saying that I thought the reference

10   to O'Malley dishing out 25 years was an exaggerated view of how

11   long people get for gun crimes in the city.  I don't anticipate

12   eliciting any testimony about that.  And I was speculating at

13   that point.  But I was attempting to respond to the Court's

14   questions with a theory of the government's.  But that's not

15   something we would elicit from a witness on the stand.

16        Mr. Martin also felt that some of these songs, the

17   later ones, are not as specifically tied to the charged crimes as

18   Track 11 is.  And that, of course, is not the standard the Court

19   has to use in evaluating the admission of coconspirators's

20   statements.  The standard is simply whether what was said was in

21   furtherance of the conspiracy.

22        And the government has presented to the Court already

23   why the statements made about murders and other crimes are in

24   furtherance of the conspiracy, because they were intended to

25   intimidate and to threaten snitches and to threaten members of

1    the Rice organization.  These are all things that unquestionably

2    are in furtherance of the conspiracy.

3            As I pointed out in my pleading, which is Paper 22-1,

4    two-two-one, Mr. Gardner conceded in his motion in limine filed

5    over two years ago that, quote, "communications to third parties

6    may be in furtherance of a conspiracy if the communications are

7    intended to threaten or intimidate a victim or witness or to act

8    in a way that will assist in accomplishing the conspiracy's

9    objectives."  That's from Mr. Gardner's pleading.  And it cites

10   Shore as one of the Fourth Circuit cases that goes to in

11   furtherance and its meaning in this circuit.

12           One other point.  Ms. Rhodes raised an issue about

13   expert notice for cooperators.  I anticipate using cooperators as

14   lay experts under Rule 401, not as rule -- I'm sorry -- 701, not

15   under 702.  This is commonly done in trials.  We often have

16   cooperators give their understanding of the meanings of phrases

17   used in wiretaps or consensually monitored conversations.

18           And the requirements of 701 are simply that testimony,

19   the testimony can include opinions or inferences which are, A,

20   rationally based on the perception of the witness, B, helpful to

21   a clear understanding of the witness' testimony or the

22   determination of a fact in issue; and C, not based on scientific,

23   technical, or other specialized knowledge within the scope of

24   Rule 702.

25           I would envision using a case agent, also, to translate

1  some coded words or to explain historical background, who Mr.

2  Caesar was, for example, but again, not in any way that is at all

3  unusual.

4       These are very normal and common ways that police

5  officers or agents are permitted to testify about language used

6  in tapes.

7       The Rices were out of jail at the time these songs were

8  sung.  These songs were sung, even though I gave the wrong year,

9  it was 2002.  They were, they were clearly, I think I've already

10  explained why these songs all had to have been produced and the

11  CD produced in between the latter part of April and early,

12  perhaps the very, well, sometime in May.  Because at the end,

13  Shelton Harris gets up and says, this next CD is coming out in

14  June.  Mr. Harris was indeed locked up in August of 2002.  He was

15  locked up for that drug case, you remember, when the police

16  recovered all those drugs out of the house where his, where he

17  was living with his mother and his sister and one or two other

18  people.

19       So if the Court wants another, wants me to provide a

20  written explanation of the timing, why it is the government is

21  confident about the timing of this production of this CD, I'd be

22  happy to do so.  But I feel that I've done that to some extent on

23  the record here today in open court.

24       Mr. Crowe's argument that this material isn't in

25  furtherance of the conspiracy because it, in fact, provides

1    evidence against the conspiracy, that it hurt the conspiracy,

2    that could be said of any coconspirator's statement at all.  If

3    that were a criteria for finding that some statement were not in

4    furtherance of the conspiracy, then no coconspirator's statement

5    would ever come in because it's always offered as evidence of the

6    conspiracy.  It's always offered as something to help prosecute a

7    conspiracy.

8            I have to completely reject the notion that because

9    this material winds up being useful in a prosecution of a

10   conspiracy, that it is therefore not in furtherance of the

11   conspiracy.

12           Thank you.  That's all I have, Your Honor.

13           THE COURT:  Thank you, Mr. Harding.  The Court's ruling

14   is, I think, of necessity to a certain extent preliminary only.

15   But I am satisfied prima facie that the government has satisfied

16   all of the requirements for admissibility of the excerpts that

17   we've gone over this morning.  And therefore I expect to admit

18   the rap music and related lyrics, together with the transcripts

19   as an aid to listening to the actual productions, and/or any

20   handwritten or other produced copies of such lyrics that the

21   government may produce.

22           As to Mr. Harris, of course, these are admissions and

23   so the Court, except for Rule 403, need not concern itself too

24   much with coconspirator's statements.  It's really as to the

25   remaining three defendants that the question of coconspirator

54

1    exception arises.

2            The Court finds the lyrics absolutely compelling.  And

3    the Court is mindful that Mr. Harding is proceeding by way of

4    proffer.  Some seemingly he had greater confidence than others.

5    But I accept the government's proffers at face value.  I don't

6    think Mr. Harding has made up any of his interpretations.  It

7    seems to me that he's done the best he could here today to

8    recollect, with the agent's assistance, what is no doubt probably

9    a mound of witness interviews and exchanges, proffers, and that

10   kind of thing.  And thus, that accounts for the Court's

11   preliminary, the preliminary nature of the Court's ruling.

12           But accepting the proffer at face value, accepting that

13   the government will have witnesses that will substantially

14   identify, authenticate, and support the government's

15   interpretations of the lyrics, the Court has no hesitation in

16   finding that the coconspirator exception applies as to the other

17   three defendants for the reasons the government has indicated.

18           The interpretation of the lyrics is, in part, as Mr.

19   Harding suggested, simply a matter of common sense and plain

20   language.  Other interpretations of the lyrics require an

21   inferential and interpretive analysis.  And to the extent that

22   the government intends to use lay opinion testimony, it seems to

23   me the government's going to be permitted to do that.  Whether

24   the government would be permitted or even attempt through classic

25   expert 702 opinion testimony, I don't need to consider that now.

55

1    The government hasn't filed the appropriate notice, to my

2    knowledge.  And I take it the government is still thinking about

3    that.  And I'll cross that bridge if and when we get to it.

4          But for purposes of lay opinion, it strikes me as

5    exactly the kind of evidence that lay opinion testimony would be

6    clearly admissible.

7          Certainly with respect to any coconspirator or other

8    person identifying himself or herself as an aficionado of rap

9    music generally, as involved in the, shall I say, underworld

10   production, consumption of rap music in the specific Baltimore

11   area, I'm not prepared to rule out in any way the possibility

12   that there will be witnesses who are very familiar with this

13   material, who, according to the government, are very familiar

14   with this beef between the so-called Mitchell organization and

15   the Rice organization, the seminal event at Hammerjacks that is

16   the focus of the government's theory.

17         So while I'm reserving final ruling on the

18   admissibility of any particular tape, it seems to me that the

19   objections that I've heard today don't outweigh the government's

20   contentions.

21         On 403, I've already identified one line that

22   absolutely jumped out at me as just over the top and doesn't add

23   anything.  And perhaps it pales in significance.  I can

24   appreciate the defense perspective given the highly prejudicial

25   material, nature of the material in general.  But what the Court

56

1    is concerned with here is undue prejudice, not prejudice arising

2    from the probative value of highly probative evidence that is

3    admissible.  And that's what I conclude.

4            I agree with Mr. Crowe.  Generally, one wouldn't expect

5    a member of a conspiracy to put up a billboard on Interstate 83

6    announcing the conspiracy's goals, purposes, and history.  But

7    there's no requirement that a member of a conspiracy be smart,

8    strategic, humble.  And that's the situation here.

9            It's remarkable that a person would do such a thing,

10   but stranger things have happened.

11           On the question of, of interpretation, the defense will

12   be able to challenge through cross examination any witnesses, of

13   course.  And I don't rule out the possibility, although this is

14   not a promise, I don't rule out the possibility, along the lines

15   that Ms. Rhodes alluded to, of permitting counsel to voir dire

16   certain witnesses before they're allowed to testify in front of

17   the jury.  We'll just have to see how that goes.

18           I've done this before in cases.  It can be disruptive

19   to the progress of the trial, but I think we can manage it.  I

20   gather that the government's going to have enough witnesses in

21   this case that we'll never run out of witnesses and we'll never

22   run out of things to do.

23           But if it should come to pass that we need to set aside

24   an hour here or an hour there in respect to witness testimony

25   concerning these rap lyrics, I'll be prepared to excuse the jury

1    for an extended lunch or a later arrival for the purpose of

2    giving counsel for the defendants an opportunity to voir dire a

3    witness with respect to any lay opinion testimony and with

4    respect to authenticity, and with respect to personal knowledge

5    regarding this rap, rap music business.  But I don't intend to

6    have a pretrial hearing on a motion in limine or some such

7    procedure as that.

8         We'll talk, obviously, in far greater detail down the

9    line about the government's order of proof.  I certainly would

10   expect, without being too disruptive of the government's plan, to

11   have this evidence come in much later rather than earlier.  To

12   the extent that there's any question here about whether the

13   government can satisfy its preliminary burden to establish prima

14   facie the existence of one or more of the conspiracies which are

15   alleged in the indictment, I would expect, as I say, that we get

16   into the whole issue of rap lyrics, as I say, later in the trial.

17        It's not going to be a part of the first week of the

18   trial.  It's not going to be a part of the second week of the

19   trial.  And I suspect it's not going to be a part of the third

20   week of the trial.  I will have heard a lot of evidence, a lot of

21   testimony, seen a lot of exhibits, before we have anybody in here

22   talking about rap lyrics.

23        That's not to say the government can't mention this

24   evidence in its opening statement in an appropriate way.  But

25   obviously, under the circumstances, the government would be wise

1    to be cautious in not going into it too deeply since the Court's

2    ruling is preliminary.

3         So I've heard the objections.  I've considered the

4    arguments.  I've considered the language.  Again, I'll reiterate

5    very briefly, much of the lyrics speak for themselves and I'm

6    prepared to indulge the inference that the government will be

7    able to tie up in a significant way through witness testimony and

8    through inference itself some of the events, activities, themes,

9    as Mr. Harding put it, described in the rap lyrics with other

10   evidence in this case.

11        If it's not seamless, certainly, as I say, there's a

12   compelling and striking overlap between the allegations in the

13   indictment and the government's rational theory of the case, that

14   this case is about people who were involved with guns, drugs,

15   killing, and rap music.  And I find that that's not an

16   inappropriate or unduly prejudicial approach to the case.

17        I'm happy to receive any additional briefing that any

18   of counsel wish to submit and I'll consider it.  But I hope my

19   ruling is clear, that I do expect to admit the lyrics with

20   whatever appropriate limiting instruction that any of counsel

21   might, might request.

22        Okay.  Mr. Crowe, I'd be happy to take up some of your

23   issues, which I think are shared with, shared by other counsel.

24   And then I'll hear from counsel each on any additional matters.

25        As you approach the lectern, let me say, we have

1  remaining -- I'll hear you later, Mr. Kurland, please -- we have

2  June 12th and June 13th.  I fully expect to have full day

3  hearings on both of those days.  Having said that, I may have a

4  problem on June 13th, but I'm working to avoid that.

5        So please, don't schedule anything on June 12th or June

6  13th.  I think we're going to be here for full days on those days

7  to do wrap up.

8        Our final pretrial conference is scheduled for August

9  22nd, Friday.  And depending on how much we get done on June 13th

10  and 14th, that may also be a full day.  It may be a combination

11  pretrial conference and final motions hearing.  So we'll try to

12  get through as much as we can on the 13th and 14th.  But please

13  keep clear Friday, August 22nd, as well.

14        Mr. Crowe.

15        MR. CROWE:  Thank you, Your Honor.  I wrote initially

16  to Mr. Harding and then much more recently to the Court about two

17  matters.  The first has to do with some discovery.  And this is a

18  matter, actually, that was discussed, I think, at the April,

19  April 3rd hearing.

20        Our understanding is that when Mr. Gardner was

21  scheduled for a separate trial, the government provided quite a

22  bit of discovery to him.  Most of it was probably what we'd call

23  Jencks and Giglio material.  Thereafter, that trial was

24  postponed.  And indeed, the cases were all joined back together.

25        And the Court directed Mr. Coburn and Mr. Kurland to

1    furnish copies of the discovery they had gotten from Mr. Harding

2    to all other defense counsel.  We've gotten a great deal of

3    matters from them.  There are a few items, and it's only a few

4    out of the bulk of the items that I understand were provided,

5    that Mr. Coburn and Kurland can't locate at this time.  And we

6    would just like to have them at this point.

7            I guess I could talk about it for a while but there's

8    not, there's really not any else more to say.

9            THE COURT:  You don't need to.  Mr. Harding, remind me

10   when the government intends to produce Jencks and Giglio.

11           MR. HARDING:  I think it's a month before trial, Your

12   Honor.

13           THE COURT:  A month before.  All right.  I'm satisfied

14   with that.  I think it's certainly not what the defense would

15   prefer, but I think that's reasonable.

16           MR. CROWE:  Your Honor, the other matter --

17           THE COURT:  And they still might find it, right?

18           MR. COBURN:  We'll look again, Your Honor.

19           THE COURT:  Well, I don't want you to look, I want you

20   to find it.  No, I appreciate, Mr. Coburn.  I'm aware that Mr.

21   Coburn's office has moved a couple of times, I think, since I got

22   involved in this case.  Okay.

23           MR. CROWE:  The other matter is much more substantive

24   and much more important.  I think the Court's certainly aware of

25   the circumstances behind what I guess people have been calling

61

1    misdirected voice mail.  Our understanding is that there was a,

2    is that in 2002 there was a very chaotic process where members

3    and friends of the Wyche family listened to a message which had

4    been, which had been transmitted.  Our understanding is that they

5    did that without law enforcement people there, and that they

6    talked it over and that eventually there were a number of

7    identifications made.

8           Our investigator has made some very, very serious

9    attempts to try to locate, I think --

10          THE COURT:  I'm sorry, Mr. Crowe.  Let me see if I can

11   abbreviate this.

12          MR. CROWE:  Sure.

13          THE COURT:  My understanding is that the government

14   still isn't certain who they will rely, who the government will

15   rely on for these identifications.

16          MR. CROWE:  That's what they say, yes, Your Honor.

17          THE COURT:  And it's May.  And I appreciate Mr.

18   Harding's observation that the assistants and the agents are

19   involved in other cases.  So I don't want to be, you know,

20   unreasonable.  Certainly, before the June 13th proceeding I will

21   expect the government to have provided a strong preliminary

22   indication of who the government expects to use.  Okay?

23          So clearly -- I appreciate your memorandum, by the way.

24   Of course, admissibility of identification evidence is a matter

25   of concern for trial.  And it's a trial right and I appreciate

1    that.  And of course state action isn't required in the normal

2    sense in which we think of state action.

3            And you're absolutely right.  And we all know that the

4    focus is on reliability.  The difference, one difference is that

5    when you got family members after a murder playing a tape over

6    and over and over and over again, trying to identify voices, that

7    is, in fact, a different situation than the situation you have if

8    you have a law enforcement officer playing it over and over and

9    over again.

10           So there is a difference in that sense.  It's not a

11   difference.  I agree with the defense position that reliability

12   is the linchpin, of course.  That's what the Supreme Court has

13   told us.

14           Now, I don't know what else I can say about that.

15   Hopefully sooner rather than later the government's going to be

16   able to say to you, here are the three people who we can say will

17   positively identify Mr. Martin's voice on that voice mail, or the

18   two people, or the four people, whatever it is.  And hopefully

19   the government, I assume the government will be able to provide

20   you with 302's or whatever they have regarding the etiology, if

21   you will, of those identifications.

22           But I'm not going to expect the government -- I'm going

23   to be very clear about this -- I'm not going to expect the

24   government to go back and try to identify everybody who came to

25   that house the morning after the murders, and the 4 people or 12

63

1    people or the 27 people who were present, you know, for the 7

2    hours of replaying it over and over again before law enforcement

3    got involved.  I'm not going to put that burden on the

4    government.

5            The government doesn't have to discover suggestiveness.

6    The government has a Brady obligation, obviously.  And the

7    government has a responsibility to insure that only reliable

8    evidence is admitted, is offered and admitted for trial.  But

9    there's a limit to what the government's going to be required to

10   do.

11           And I'm not suggesting, I don't mean to suggest that

12   you're even suggesting that I should impose that kind of

13   obligation on the government.  But the truth of the matter is,

14   under the circumstances there's going to be some stuff, I'm

15   pretty sure there's going to be some stuff that's beyond the

16   reach of the defense from what we see in a normal bank robbery.

17   You know?  The agent shows up within two minutes and within a

18   couple of days there are photo arrays and the identification

19   process is just pristine and recorded and all that.

20           We don't have that here.  We've got voice recordings.

21   Who knows who listened to them?  Who knows who talked about it?

22   And I don't think the government has an obligation to conduct

23   that kind of investigation.

24           So again, I promise you you will have every reasonable

25   opportunity, one, to get whatever the government's got, whatever

64

1     the government's got, and two, fully to cross examine any witness

2     identified by the government or discovered by the defense on this

3     issue.  But the government doesn't have an obligation to find the

4     address of Cousin Somebody who came to the house the day after

5     the murder and was present when, when that voice mail was played.

6               So I don't think I can be any more, any more clear than

7     that.  You'll get what the government has.  But as of this

8     moment, I don't see any requirement on the part of the government

9     to conduct any further investigation.

10              Again, I don't mean to suggest that you're asking the

11    Court to order the government to conduct any further

12    investigation.  But if Mr. Harding doesn't, if he's got a name of

13    somebody who may have been present without law enforcement,

14    listening to this tape, and he doesn't know where the person is,

15    I'm not requiring him to send some agent out looking for this

16    person just so Mr. Harding can find out whether he was present

17    when other people were present, who might have been present, who

18    might have listened to the tape, and who may have formed an

19    opinion about who was on the tape.  So there are limitations.

20    That's all.

21              I said I was going to abbreviate it.  I probably

22    prolonged it.  But go ahead and respond.

23              MR. CROWE:  Let me just make a couple of points.

24              THE COURT:  Okay.

25              MR. CROWE:  We expect that this was a process which was

1    very, very much contaminated.

2          In my experience, whenever there have been questionable

3    identification procedures, the government has usually revealed to

4    the defense the reasons why, you know, the problems with the

5    identification as part of a Brady, as part of a Brady process.  I

6    would certainly expect that the government, when it is

7    interviewing its witnesses, would be under an obligation to make

8    inquiries about, you know, who was there, who did you, who did

9    you talk to beforehand, did anybody identify anybody else.  These

10   are not matters that they can turn blind eye to.  That if their

11   inquiries do produce information of that sort, that it would be

12   information which they would be required, that they would be

13   required to pass on to us.  And indeed, they would be required to

14   pass on to us in sufficient time that we would be able to go out

15   and make whatever efforts we could to try to find some of these

16   people and have them here for the hearing, which I guess I now

17   understand is going to take place on, is going to take place on

18   June 12th.

19         I just don't think --

20         THE COURT:  Or maybe not until August 22nd.

21         MR. CROWE:  Well, Your Honor, if we want to subpoena

22   somebody, I mean, we have to, I mean, we can't come in on June

23   12th and be told this is the date for the hearing.  We really

24   need a fixed date for this hearing.

25         THE COURT:  Well, either June 12th, June 13th, or

1   August 22nd.

2           MR. CROWE:   Okay.

3           THE COURT:   Now, if you want to issue a subpoena for

4   June 12th, you can do that.  I authorize you to do that.

5   Assuming the witness shows up, I'll address the witness and

6   indicate that, if we're not ready for the witness on June 12th,

7   that the witness is bound by the subpoena, and so forth.

8           MR. CROWE:   But I am saying that I understand that it

9   is the government's burden, when it does interview these

10  eyewitnesses, or rather interview these people who listened to

11  the tape, to try to find out from them the circumstances under

12  which their identification and other identifications were made.

13          THE COURT:   See, I'm very nervous, I'm very nervous

14  with that assertion.  There's a very large part of that assertion

15  that I agree with and there's a part of that assertion that I

16  don't agree with.  And I'm not going to get into, I don't think

17  I'm going to be drawn into a dispute over or relating to what

18  questions a government agent or a prosecutor asked a witness

19  under these circumstances.  I mean, you know, how do you know

20  it's his voice?  Did anybody tell you that it was his voice or

21  are you making that judgment based on your own personal

22  knowledge?  I'm not sure a government prosecutor has to ask a

23  witness any more than that.

24          I don't think a government prosecutor has to cross

25  examine a witness under these circumstances.  And again, I keep

1    saying "under these circumstances" because we're not talking

2    about a bank robbery.  You know, this is sui generis.

3         So again, I agree with you, I disagree with you.

4    Government knows its Brady obligations.  But I don't know that

5    the government has an obligation to conduct an independent

6    investigation for Brady information.

7         MR. CROWE:  I don't believe that they can turn a blind

8    eye to the obvious, either.

9         THE COURT:  I agree with that part of it.  I absolutely

10   agree with it.  The difference between us, I think, if there is

11   any difference, is where you draw that line.  What is turning a

12   blind eye as opposed to, yeah, it was a chaotic situation, the

13   poor lady's son had just been murdered, and there's this evidence

14   that comes out of nowhere, and family and friends and neighbors

15   are interested and curious and want to play investigator.  People

16   talk, you know.

17        I mean, it's not much different than, you know, you got

18   5 people standing on the corner and somebody shoots somebody and

19   then it's 15 minutes before the police arrive.  And in that

20   period of time, you know, those five people are talking to each

21   other and testing each other's memory and vision.  And two of

22   them walk away and the police never even find out they were

23   there.  And three of them are taken down to Homicide.  It is

24   really no different from that.

25        MR. CROWE:  Well, it's a little bit different because

68

1   now we're six and a half years removed from what happened.

2   Memories have faded.  The type of witnesses that we're talking

3   about, I think, are extraordinarily hard to locate.  There is a

4   difference because of the passage of time.

5          A second thing we asked for was that the government

6   submitted to us an expert report from Mr. Nakasone, who was an

7   FBI voice expert.

8          THE COURT:  Voice expert or technical person?

9          MR. CROWE:  Voice expert.  This is a man who does what

10  they call spectrographic analysis, where they basically put the,

11  put the tapes on a machine and, they do all sorts of technical

12  stuff.  A lot of people say from that you can get, you can get

13  evidence which will either identify somebody or eliminate

14  somebody as a speaker.

15         I think the Bureau's practice is that they only use

16  that for purposes of investigative leads.  I think that's the

17  Justice Department policy.

18         In any event, this man said that, this man, who's an

19  expert at this stuff, said the quality of this tape is so bad

20  that it's simply not something we can use for, something we could

21  use to try to identify somebody, even for an investigative

22  purpose.  Moreover, he said, in listening to it, it appears that

23  there are two, and maybe more, people on the tape.

24         What I am suggesting to the Court is that this shows

25  that, indeed, the witnesses' opportunity to observe, which is, I

1     think, the first of the <u>Neil v. Biggers</u> factor, which don't

2     really fit this case, but this one does, was probably

3     extraordinarily poor.

4          We have asked the government if it would have Mr.

5     Nakasone present at the time when the hearing was held, to avoid

6     going through all of the procedures.

7          THE COURT:  Can't you use his report?  I'm sorry to cut

8     you off.  That's what his report says.

9          MR. CROWE:  Yes, we can use the report.  But we would

10    like to have the man here because I expect he knows a great deal

11    more than is in his report.

12         We're just asking the government to agree to have him

13    here so that we don't have to jump through all the hurdles and,

14    by the way, also charge the Court for jumping through all the

15    hurdles.

16         THE COURT:  Right.

17         MR. CROWE:  As I said, that's not something Mr. Harding

18    has to do, but we would just ask as a matter of courtesy if he

19    can do it.

20         THE COURT:  Sure.  In other words, you might want to

21    use him as a defense witness, in fact.

22         MR. CROWE:  Yeah.

23         THE COURT:  Okay.  All right.  I mean at the trial,

24    even.

25         MR. CROWE:  Certainly could happen.

1          THE COURT:  Okay.

2          MR. CROWE:  We'd like to have him here at the hearing

3     because the, you know, the ability to observe is important.  And

4     I think, my guess is he can shed a fair amount of light how bad

5     this tape is.

6          THE COURT:  Perhaps he can be prevailed upon to even

7     prepare a supplemental report.  I'll ask Mr. Harding when he,

8     when he speaks.

9          Anybody else on these issues, these issues of voice

10    identification?  Everybody joins in, I understand.  There's a

11    joinder essentially in all of it.  But if there's anything more

12    discrete than that.

13         MR. MARTIN:  Your Honor, maybe I'm confused.  We're

14    going to hear these on June 12th?  Because I'm trying to figure

15    out what we really are going to hear, what we're going to do on

16    June 12th.

17         THE COURT:  Well, I was going to say before we broke,

18    actually, we're going to hear everything.  I'm hoping counsel

19    will submit to me within the next few days or, certainly, within

20    the next week your list, each counsel's individual list of the

21    remaining issues.

22         MR. MARTIN:  I think you've satisfied all my issues.

23         THE COURT:  Okay.

24         MR. MARTIN:  And the reason I'm telling you that, Your

25    Honor, is I think I did something you're not going to be happy

1    with.  But I agreed to speak at the State Bar on Friday the 13th.

2              THE COURT:  Yeah.  That's right.

3              MR. MARTIN:  It's the State Bar.  I had agreed to do

4    this.  Professor Warnken asked me to come down and speak on the

5    program.  I thought, like all the other hearings we've had in

6    this case, we scheduled two days but we only used one, so I'd be

7    all right.

8              THE COURT:  Well, as I said, I actually have an

9    emerging problem for the 14th, so it may be that --

10             MR. MARTIN:  The 13th, whatever it is.  Whatever that

11   Friday morning is.

12             THE COURT:  Friday is the 14th.  Maybe we won't need

13   two days, frankly.

14             MR. MARTIN:  We're scheduled for the 13th and the 14th?

15             THE COURT:  We're scheduled for the 13th and 14th but

16   we also have August 22nd.

17             MR. COBURN:  I think it's the 12th and 13th.

18             MR. MARTIN:  It's the 12th and 13th, Your Honor.

19             THE COURT:  I'm sorry.  Is the 13th Friday?

20             MR. MARTIN:  Yes.

21             THE COURT:  I'm sorry.

22             MR. MARTIN:  The 13th is the day I'm speaking.

23             THE COURT:  I'm sorry.  12th and 13th.

24             MR. MARTIN:  If we don't finish, Mr. Flannery could be

25   here.  I'm sure that would be okay with the Court.

1    THE COURT:  Absolutely.  Absolutely.  Thank you, Mr.

2    Martin.  Ms. Rhodes.

3    MS. RHODES:  Your Honor, I have to respectfully ask the

4    Court to reconsider its decision on the Brady, rather Jencks and

5    Giglio materials.  I provided the court clerk with a list, which

6    was what we had gleaned from what Mr. Harding had provided Mr.

7    Coburn and Mr. Kurland a long time ago.

8    And in speaking with Mr. Harding this morning, he said

9    at one point, I can't give you the items because I can't put the

10   witnesses in jeopardy.  But the fact of the matter is the

11   witnesses are identified here.  In fact, there's only, I think,

12   three witnesses that, whose testimony or whose documents are at

13   issue here.  And one of them he mentioned this morning, who is

14   Mark Herbert.  We've known about him, TM, for a while, anyway,

15   because he's in the lyrics.

16   The other is listed as Damita Green grand jury

17   testimony which we, is a document we don't have, and Ernest

18   Reynolds's documents, proffer session and things like that.

19   If we know who the witnesses are and we know they're

20   saying things that aren't favorable to us, then they're

21   identified for purposes, for those purposes.  So I don't see what

22   the additional danger would be in his actually providing those

23   documents to us.

24   The other items are things like a CD of photos showing

25   guns, a 911 tape.  And I'm not sure why those aren't

1    discoverable, anyway.

2              As was mentioned just a minute ago, what we have to go

3    through, we could try to subpoena the KGA tape and we can, you

4    know, have a bunch, a flurry of letters with Mr. Harding back and

5    forth on the photos about the gun.  And there's two pages missing

6    from some other documents.  It just seems like it's extraordinary

7    effort for us to go through to try to get this as soon as

8    possible when it's not necessary.

9              We're under the gun time-wise --

10             THE COURT:  Wait.  Let me see if I'm following.  This

11   is about the stuff that Mr. Coburn and Mr. Kurland has lost?

12             MS. RHODES:  Yes.

13             THE COURT:  Is that what you're addressing?

14             MS. RHODES:  Yes.

15             THE COURT:  Okay.  That's on Mr. Coburn and Mr.

16   Kurland.  I'm not going to visit on the government -- I'm sorry.

17   I'm just not going to require the government to go back and do a

18   do-over, with all respect to Mr. Coburn and Mr. Kurland.

19             MS. RHODES:  Well, Your Honor, I don't think it is a

20   do-over.  They're going to have to give this to us, anyway.

21             THE COURT:  In accordance with the discovery agreement

22   and the rules and statutes.

23             MS. RHODES:  Right.  But I'm saying the rule doesn't

24   make sense now because we have the identities.

25             THE COURT:  What do you mean the rule doesn't make

74

1    sense?

2            MS. RHODES:  I mean, their interest in protecting

3    witnesses' safety doesn't apply now because we know the

4    witnesses.  They're identified here.

5            THE COURT:  I couldn't disagree more.  I mean, I think

6    the government's interest in protecting witness safety actually

7    follows the trial.

8            MS. RHODES:  I'm not sure what the Court means.

9            THE COURT:  Think about it.  I'm not, I'm not getting

10   into this discovery dispute.

11           I think, with all respect, I gave the defense something

12   that they weren't, strictly speaking, entitled to.  I ordered Mr.

13   Kurland and Mr. Coburn to make production.  They could have even

14   objected to it, frankly.  I think more than just trivial

15   arguments could have been made.  No, Judge, we don't have to make

16   production to the other defendants, there's adversity here.  And

17   so the fortuity of the severance that became the non-severance

18   and all of that, I'm sorry.  I'm sure Mr. Coburn meant every word

19   he said a few minutes ago when he said he's continuing to look

20   for it and when he finds it he's going to turn it over.  But I'm

21   not going to require the government now to step in and do what

22   Mr. Kurland and Mr. Coburn were ordered to do.

23           MS. RHODES:  Very well, Your Honor.

24           THE COURT:  All right.  Anybody else?  Mr. Kurland.

25           MR. KURLAND:  I have a point on a different matter.

1          THE COURT:  Yes.  Yes.

2          MR. KURLAND:  Your Honor, I'll probably avail myself of

3     the opportunity to file an additional short pleading based on

4     what you said a couple minutes ago.

5          I just want, as a point of clarification.  Mr. Harding

6     made reference to a pleading that we filed over a couple years

7     ago with respect to some of the issues with respect to the rap

8     lyrics, and in citing a case which dealt with communications of

9     third parties.  Just as a point of clarification.

10         I understand the Court's preliminary ruling with

11    respect to those matters.  But again, as a matter of the

12    evidentiary requirements under the coconspirators, the

13    coconspirator exception, the point of the statements have to be

14    in furtherance of the conspiracy.  Mr. Harding's proffer

15    notwithstanding, there is still the outstanding factual issue as

16    to whether or not what particular lyrics were, in fact,

17    communicated to third parties.

18         So as far as I'm concerned, that still is an open

19    question, that factually the government still has to prove by a

20    preponderance of the evidence to meet the evidentiary exception

21    that these lyrics were, in fact, communicated to third parties.

22    And the Court's hypothetical about putting up a billboard on

23    I-83, there's no evidence yet other than Mr. Harding's proffer

24    that these things were, in fact, communicated to third parties.

25    If that isn't established, then that's obviously an evidentiary

1    issue that the Court would have to deal with at the time.

2            I mean, we have the lyrics.  We have the hard copies of

3    the lyrics, so on and so forth.  But unless there's proof by a

4    preponderance of the evidence that it's been communicated, that's

5    still out there, as far as I'm concerned.

6            I can tell by the Court's look on his face that there

7    might be a --

8            THE COURT:  No.  No.  I love the mental pathways you

9    take me down, Mr. Kurland.  I absolutely -- I'm thinking, what if

10   a conspirator has a dream and the conspirator communicates the

11   dream, and the dream is in furtherance of the conspiracy?  And so

12   the question that arises in my head is, to whom would the

13   conspirator have to disclose the existence of the dream for it to

14   be admissible?  Don't try to answer that.

15           MR. KURLAND:  No.

16           THE COURT:  Don't even try.  Don't even try.  No,

17   really.  Your point, your point is that if Mr. Harris -- first of

18   all, wait a minute.  Wait a minute.

19           The thing has been recorded.

20           MR. KURLAND:  Yes.

21           THE COURT:  The government didn't produce the

22   recording.  It's been recorded.  So at least the engineer who was

23   present, it's been communicated to the engineer.

24           MR. KURLAND:  That is correct, Your Honor.  But again,

25   given the government's very helpful outline of the four theories

1    of solidarity or intimidation, presumably, the engineer wasn't

2    intimidated.

3         THE COURT:  No.  It doesn't, doesn't require that the

4    government show that somebody was actually intimidated.

5         MR. KURLAND:  No.  But it has to be, but they do have

6    to show that the statements were made in course of and in

7    furtherance of.  We had this same discussion, I think, a couple

8    of years ago.  I just wanted to make it clear that while the

9    existence of the tapes and the transcripts are a given, the fact

10   that a particular statement -- and I listened carefully to the

11   Court's comments with regard to that, but it still remains, it

12   still has to be shown almost on a case-by-case basis as to were

13   these statements actually communicated in a manner that was in

14   furtherance of the conspiracy?  And I understand the Court's --

15        THE COURT:  I think, I'm not going to rule finally now.

16   I'm going to look at your arguments, your written arguments.  But

17   the production of the song itself is in furtherance of the

18   conspiracy.

19        The government's theory, in part, is that the songs

20   were written, that the CD was produced, and the government says

21   offered for sale.  All of that is a part of communicating.

22        MR. KURLAND:  True.  But again, I would like to see the

23   witness who actually testifies that these things were offered for

24   sale.

25        I understand.  If the government's proffer is

1     established, then the legal requisites will be met.  But again --

2                THE COURT:  No.  I agree with you.  If the evidence

3     were to come out that Mr. Harris wrote the lyrics, other

4     coconspirators provided the music, and other coconspirators

5     served the engineering function, and everybody who was in the

6     studio at the time the CD was produced was a conspirator, all

7     right, and they produced 500 of these things and they're sitting

8     in a box somewhere, and then law enforcement, you know, swoops

9     in.  So the CD's been written, produced, boxed up, ready for

10    sale, but never actually went into the stream of commerce, I

11    think you'd have a really interesting question.  And I see your

12    point.

13                MR. KURLAND:  No.

14                THE COURT:  Would the CD then be admissible, because --

15                MR. KURLAND:  I'm just keeping open the possibility.  I

16    mean, it reminds me when I was a prosecutor a lifetime ago.  I

17    had a case with bootleg phono records.  That's exactly what they

18    were.  They were just boxes sitting around.

19                THE COURT:  It's like my dream, it's like the dream.

20    If it's a dream, can it really be in furtherance of the

21    conspiracy?

22                MR. KURLAND:  I think the whole Dallas show was based

23    on that.

24                (Laughter.)

25                MR. KURLAND:  The other point, Judge, has to do with,

1    and I'm actually fairly familiar with the, with the case law that

2    goes in all directions on the 701 and 702 issue.  I am just

3    amplifying what I had said earlier.

4            If the interpretation of the lyrics are self-evident,

5    they're certainly, and that's the Court's, not the Court's,

6    that's Mr. Harding's own interpretation of some of them, there's

7    going to be a real issue under 701 as to whether or not that's

8    just oath helping and whether or not there needs to be any

9    opinion testimony to amplify what is, of course, self-evident.

10            THE COURT:  I think I was clear that part of it is

11    quite self-evident, but other parts of it, you know, is not

12    self-evident.

13            MR. KURLAND:  The other point is particularly with

14    respect to what the law enforcement official might say.

15            THE COURT:  I don't think the government's going to

16    have a law enforcement official.

17            MR. KURLAND:  But again, there's some complicated

18    issues as to whether or not --

19            THE COURT:  I mean, a law enforcement official could

20    come in and say, for example, yes, in the Park Heights community,

21    Woodland Avenue is known as the Strip.  A law enforcement officer

22    with experience in that area of Baltimore, who's investigated

23    drug activity, etc., etc., certainly could come in and say -- it

24    wouldn't even be opinion testimony, it would be personal

25    knowledge.

1          MR. KURLAND:  So you're saying it would be the Court's

2   ruling on that, that that is not expert testimony?

3          THE COURT:  That's not expert testimony.  Of course

4   not.  Of course not.  A law enforcement officer could come in and

5   talk about what Park Heights is, as could a non-law enforcement

6   officer.

7          A law enforcement officer -- now, you could get into,

8   with respect to the question of brick, what is a brick?  Now

9   we're getting into perhaps expert testimony.  Okay?

10          MR. KURLAND:  And with respect to those types of

11   things, I mean, it's not self-evident to me that the government's

12   going to simply be able to get all that in that in through lay

13   opinion testimony.

14          THE COURT:  Absolutely.  Absolutely.  We're absolutely

15   in agreement on that.

16          MR. KURLAND:  Thank you very much, Your Honor.

17          THE COURT:  To a certain extent it's word by word,

18   phrase by phrase and so forth.  Thank you.

19          MR. KURLAND:  Thank you, Judge.

20          THE COURT:  All right.  Anything else from anybody

21   else?

22          I really -- oh, Mr. Harding, I need to give you a final

23   opportunity.

24          MR. HARDING:  I want to raise one -- first of all, I

25   will undertake, as the Court directed, to provide a strong

1    preliminary indication as to who it will use, who the government

2    will use for identification.

3        THE COURT:  Thank you, Mr. Harding.  And please try to

4    do that by June 7th at the latest.

5        MR. HARDING:  Okay.  Another issue has come up fairly

6    recently, Your Honor, which the agent has called to my attention.

7    There was produced a few months ago something called the Stop

8    Snitching Two video, which I have seen and which features at one

9    point the main narrator of the video, who's a guy named Skinny

10   Shug, holding up a --

11       THE COURT:  Skinny, S-K-I-N-N-Y.  Shug, S-H-U-G?

12       AGENT BENSON:  Yes, Your Honor.

13       MR. HARDING:  Yes.  The agent indicates that Your Honor

14   has spelled his name correctly.

15       THE COURT:  All right.

16       MR. HARDING:  He holds up a cell phone.  And the

17   voices, there are two voices that come over the cell phone.  They

18   complain about people who are ratting on the Down.  They actually

19   use -- do they use the word "Shake Down?"

20       AGENT BENSON:  Both.

21       MR. HARDING:  Both Down and Shake Down.  They then

22   condemn as rats, basically, three of the grand jury witnesses in

23   this case who are named.

24       THE COURT:  In the video?

25       MR. HARDING:  In the video, yes.  Will Montgomery,

1    Darryl Bacon, and Tony Montana, this guy Mark Herbert, who comes

2    up in these songs.  All three of them testified in the grand jury

3    and defense counsel are well aware of it because the grand jury

4    transcripts were turned over.

5           So we, the other day, played the Stop Snitching video

6    for one of our cooperators and he positively identified Mr.

7    Harris as one of the persons making this little statement.  The

8    agent has the actual clip from the video on his iPod and could

9    play it for the Court if the Court wants to hear it.

10          But I anticipate that, this is indicative of the

11   ongoing effort by these defendants to intimidate the witnesses

12   and to put them at risk because these witnesses are moving in

13   circles where rats are not viewed with favor, snitches are

14   regularly subjected to all sorts of punishment in our society,

15   and especially in our institutions of incarceration.

16          And so --

17          THE COURT:  So are you suggesting, Mr. Harding, that

18   sometime while he's been in custody in this case --

19          MR. HARDING:  Yes, Your Honor.

20          THE COURT:  -- somebody was able to make a recording of

21   Mr. Harris's participation in this production?

22          MR. HARDING:  What happened was, I believe, Your Honor,

23   cell phones are easily available at Supermax.  Mr. Harris and

24   another person who we believe we have identified, but whom we

25   have not definitely identified at this point, called Skinny Shug

1   probably by prearrangement so that it would be recorded on the

2   videotape.  Skinny Shug is actually depicted holding up the cell

3   phone.  And we hear, then, the voices coming over the cell phone.

4           Obviously, it seems Mr. -- in fact, they say that it's

5   from Supermax.  Isn't that correct?  The call is --

6           THE COURT:  Can you get me a copy, please, of --

7           MR. HARDING:  The whole video?

8           THE COURT:  Yes.

9           MR. HARDING:  Yes, we can do that.

10          THE COURT:  All right.  Send a copy to me.  Obviously,

11  this is something we'll have to take up at the June hearing.

12          MR. HARDING:  Okay.  Thank you, Your Honor.

13          MR. MARTIN:  Your Honor, assuming --

14          THE COURT:  Is this the first you're hearing of this,

15  Mr. Martin?

16          MR. MARTIN:  Well, I heard about it a few minutes ago

17  from the agent.  But assuming that he's giving, whatever he's

18  giving to you, we would like copies of, Your Honor.

19          THE COURT:  Yes.  Can you provide Mr. Martin --

20          MR. HARDING:  Sure, Your Honor.

21          MR. KURLAND:  All defense counsel.

22          MR. HARDING:  Yes.

23          THE COURT:  All right.  Thank you.

24          All right, counsel.  Please let me have within a week

25  just a short list from each of you of your remaining issues.  And

1    we'll get focused.

2              Thank you very much.

3              MR. MARTIN:  Thank you, Your Honor.

4              THE COURT:  We're in recess.

5              (Conclusion of Proceedings at 12:57 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    REPORTER'S CERTIFICATE

2

3            I, Mary M. Zajac, do hereby certify that I recorded

4    stenographically the proceedings in the matter of USA v. Willie

5    Mitchell, et al., Case Number(s) AMD-04-029, on May 15, 2008.

6            I further certify that the foregoing pages constitute

7    the official transcript of proceedings as transcribed by me to

8    the within matter in a complete and accurate manner.

9            In Witness Whereof, I have hereunto affixed my

10   signature this _____ day of _____, 2008.

11

12

13

14                      _____

                        Mary M. Zajac,
15                      Official Court Reporter

16

17

18

19

20

21

22

23

24

25

**'**

**'em** [2] - 17:8

## 1

**1** [1] - 49:8
**10** [2] - 2:22, 7:14
**100%** [1] - 40:22
**101** [1] - 1:25
**10:25** [1] - 2:1
**11** [22] - 2:18, 2:20, 3:4, 3:21, 3:24, 5:11, 6:8, 6:20, 11:17, 14:10, 15:20, 15:23, 16:1, 16:3, 16:14, 18:1, 37:1, 37:12, 39:11, 39:12, 50:18
**11:28** [1] - 44:25
**11:53** [1] - 45:1
**12** [2] - 2:22, 62:25
**12:57** [1] - 84:5
**12th** [12] - 59:2, 59:5, 65:18, 65:23, 65:25, 66:4, 66:6, 70:14, 70:16, 71:17, 71:18, 71:23
**13th** [16] - 59:2, 59:4, 59:6, 59:9, 59:12, 61:20, 65:25, 71:1, 71:10, 71:14, 71:15, 71:17, 71:18, 71:19, 71:22, 71:23
**14th** [6] - 59:10, 59:12, 71:9, 71:12, 71:14, 71:15
**15** [3] - 1:11, 67:19, 85:5
**15th** [1] - 20:13
**16** [1] - 49:22
**17** [1] - 49:9
**18** [3] - 4:25, 29:3, 29:16
**19** [15] - 4:3, 4:13, 4:21, 5:1, 5:16, 6:19, 6:22, 7:14, 14:4, 16:6, 16:24, 18:2, 18:4, 18:8, 18:25

## 2

**2** [3] - 4:22, 18:9, 18:22
**20** [6] - 4:8, 4:10, 4:14, 4:21, 11:6, 35:7
**2001** [1] - 26:14
**2002** [13] - 26:13, 47:8, 47:9, 47:11, 47:18, 47:19, 48:6, 49:9, 49:10, 49:18, 52:9, 52:14, 61:2
**2003** [7] - 8:17, 8:20, 25:22, 26:11, 47:7, 48:4, 48:6

**2008** [3] - 1:11, 85:5, 85:10
**21** [1] - 16:18
**21201** [1] - 1:25
**22-1** [1] - 51:3
**221** [1] - 7:4
**22nd** [5] - 59:9, 59:13, 65:20, 66:1, 71:16
**23** [1] - 16:19
**24** [1] - 47:10
**25** [7] - 28:2, 28:6, 28:7, 28:16, 47:11, 50:10
**27** [1] - 63:1
**28th** [1] - 47:13

## 3

**3** [1] - 4:22
**302's** [1] - 62:20
**3500** [1] - 20:4
**3515** [1] - 1:24
**38** [3] - 27:18, 27:19, 27:21
**3rd** [1] - 59:19

## 4

**4** [2] - 15:13, 62:25
**401** [1] - 51:14
**403** [2] - 53:23, 55:21

## 5

**5** [3] - 4:8, 16:24, 67:18
**500** [1] - 78:7

## 6

**6** [3] - 7:9, 18:10, 21:3

## 7

**7** [2] - 21:17, 63:1
**701** [4] - 51:14, 51:18, 79:2, 79:7
**702** [4] - 51:15, 51:24, 54:25, 79:2
**703** [1] - 43:18
**704** [1] - 43:18
**75** [2] - 12:8, 13:17
**7th** [1] - 81:4

## 8

**8** [2] - 4:22, 21:3
**80%** [2] - 12:8, 13:17

**83** [1] - 56:5

## 9

**9** [2] - 4:23, 29:15
**911** [2] - 44:1, 72:25

## A

**a.m** [3] - 2:1, 44:25, 45:1
**abbreviate** [2] - 61:11, 64:21
**ability** [1] - 70:3
**able** [11] - 16:17, 24:19, 37:15, 40:24, 56:12, 58:7, 62:16, 62:19, 65:14, 80:12, 82:20
**absence** [1] - 45:9
**Absolutely** [5] - 15:12, 72:1, 80:14
**absolutely** [6] - 54:2, 55:22, 62:3, 67:9, 76:9, 80:14
**accept** [1] - 54:5
**acceptance** [1] - 39:8
**accepted** [1] - 43:6
**accepting** [2] - 54:12
**accidentally** [2] - 24:20, 24:25
**accompanied** [1] - 45:4
**accomplish** [1] - 14:17
**accomplishing** [1] - 51:8
**accomplishments** [1] - 6:11
**accordance** [1] - 73:21
**according** [2] - 43:5, 55:13
**accounts** [1] - 54:10
**accurate** [3] - 43:11, 48:10, 85:8
**act** [1] - 51:7
**action** [2] - 62:1, 62:2
**activities** [1] - 58:8
**activity** [2] - 23:22, 79:23
**actual** [17] - 7:21, 7:22, 8:3, 8:5, 9:12, 12:5, 12:24, 14:22, 14:23, 26:5, 37:8, 38:13, 43:7, 45:24, 48:9, 53:19, 82:8
**Adam** [1] - 1:21
**add** [2] - 42:6, 55:22
**addition** [2] - 45:18, 46:4
**additional** [6] - 42:9, 42:11, 58:17, 58:24,

72:22, 75:3
**address** [2] - 64:4, 66:5
**addresses** [1] - 21:5
**addressing** [1] - 73:13
**adequate** [1] - 45:5
**admissibility** [6] - 41:17, 42:4, 49:14, 53:16, 55:18, 61:24
**admissible** [8] - 36:24, 37:4, 40:3, 45:22, 55:6, 56:3, 76:14, 78:14
**admission** [2] - 7:6, 50:19
**admissions** [2] - 12:21, 53:22
**admit** [2] - 53:17, 58:19
**admitted** [3] - 16:1, 63:8
**advance** [1] - 2:3
**adversity** [1] - 74:16
**advocating** [1] - 28:10
**affixed** [1] - 85:9
**aficionado** [2] - 14:12, 55:8
**afraid** [1] - 39:14
**Afterwards** [1] - 29:2
**age** [1] - 39:6
**AGENT** [2] - 81:12, 81:20
**agent** [12] - 3:10, 14:20, 24:8, 40:23, 51:25, 63:17, 64:15, 66:18, 81:6, 81:13, 82:8, 83:17
**agent's** [1] - 54:8
**agents** [3] - 14:17, 52:5, 61:18
**ago** [12] - 7:4, 16:1, 51:5, 72:7, 73:2, 74:19, 75:4, 75:7, 77:8, 78:16, 81:7, 83:16
**agree** [12] - 2:7, 10:25, 50:9, 56:4, 62:11, 66:15, 66:16, 67:3, 67:9, 67:10, 69:12, 78:2
**agreed** [2] - 71:1, 71:3
**agreement** [2] - 73:21, 80:15
**ahead** [3] - 16:23, 47:25, 64:22
**aid** [1] - 53:19
**aim** [1] - 27:23
**aims** [1] - 48:24
**ain't** [2] - 17:3, 29:20
**al** [1] - 85:5
**album** [2] - 36:3, 36:6
**alert** [2] - 41:4, 42:15
**allegations** [1] - 58:12
**alleged** [1] - 57:15
**allow** [1] - 42:18
**allowed** [2] - 41:21,

56:16
**alluded** [1] - 56:15
**almost** [4] - 16:15, 43:2, 43:17, 77:12
**alternate** [1] - 14:3
**amazing** [1] - 20:22
**ambush** [2] - 34:9, 34:12
**AMD-04-029** [2] - 1:6, 85:5
**AMERICA** [1] - 1:4
**amount** [2] - 38:16, 70:4
**amplify** [2] - 42:22, 79:9
**amplifying** [1] - 79:3
**analysis** [3] - 39:24, 54:21, 68:10
**Andre** [1] - 1:13
**announcing** [1] - 56:6
**answer** [5] - 13:5, 31:7, 34:1, 39:25, 76:14
**anticipate** [3] - 50:11, 51:13, 82:10
**anyway** [1] - 72:14, 73:1, 73:20
**Anyway** [1] - 21:1
**Apart** [1] - 12:25
**apart** [3] - 3:4, 12:23
**apartment** [2] - 12:16, 13:2
**apologize** [1] - 49:18
**appear** [2] - 36:8, 42:11
**Appearances** [1] - 1:15
**appeared** [4] - 8:2, 36:4, 36:5, 48:5
**applause** [1] - 11:21
**applies** [1] - 54:16
**apply** [1] - 74:3
**appreciate** [6] - 3:8, 55:24, 60:20, 61:17, 61:23, 61:25
**approach** [2] - 58:16, 58:25
**appropriate** [5] - 3:2, 45:6, 55:1, 57:24, 58:20
**April** [3] - 8:16, 8:20, 36:5, 39:21, 39:22, 47:13, 48:5, 48:6, 49:8, 49:9, 52:11, 59:18, 59:19
**area** [3] - 39:3, 55:11, 79:22
**argue** [1] - 21:21
**argued** [1] - 2:16
**argument** [1] - 52:24
**arguments** [5] - 3:3, 58:4, 74:15, 77:16
**arises** [4] - 31:25, 54:1, 76:12
**arising** [1] - 56:1
**armed** [1] - 28:16

armor [1] - 28:19
arose [1] - 6:2
arraignments [1] - 29:5
arranged [1] - 33:7
arrays [1] - 63:18
arrest [1] - 35:19
arrested [6] - 14:2, 24:21, 32:15, 32:23, 48:3
arrival [1] - 57:1
arrive [1] - 67:19
arrived [1] - 25:5
art [1] - 37:5
Articles [1] - 9:5
artist [2] - 39:18, 39:19
artistic [1] - 38:16
aside [1] - 56:23
ass [2] - 22:20, 23:8
assertion [3] - 66:14, 66:15
assigned [1] - 33:23
assist [1] - 51:8
assistance [1] - 54:8
assistants [1] - 61:18
associated [1] - 9:3
associates [1] - 6:4
assume [3] - 14:11, 39:1, 62:19
assuming [2] - 83:13, 83:17
Assuming [1] - 66:5
attached [1] - 20:12
attachment [1] - 3:21
attempt [4] - 17:13, 24:7, 33:2, 54:24
attempting [2] - 29:8, 50:13
attempts [1] - 61:9
attention [3] - 44:7, 44:21, 81:6
attributed [1] - 41:11
audience [1] - 11:18
August [8] - 25:21, 48:3, 52:14, 59:8, 59:13, 65:20, 66:1, 71:16
authenticate [1] - 54:14
authenticity [4] - 7:20, 13:4, 46:22, 57:4
author [1] - 12:20
authorize [1] - 66:4
authorship [1] - 7:20
avail [1] - 75:2
available [3] - 9:21, 45:7, 82:23
Avenue [6] - 9:19, 20:3, 20:4, 23:2, 32:13, 79:21
avoid [4] - 49:1, 49:3, 59:4, 69:5
aware [3] - 60:20, 60:24, 82:3

**B**

B-More [2] - 35:22, 35:24
B-O [1] - 35:11
background [1] - 52:1
Bacon [1] - 82:1
bad [3] - 37:19, 68:19, 70:4
badly [1] - 32:11
bagged [1] - 15:18
balance [2] - 37:17, 39:15
balloon [2] - 17:8, 17:14
Baltimore [8] - 1:12, 1:25, 10:6, 31:1, 33:3, 35:24, 55:10, 79:22
bank [2] - 63:16, 67:2
Bar [2] - 71:1, 71:3
Barry [1] - 1:22
based [7] - 15:11, 43:15, 51:20, 51:22, 66:21, 75:3, 78:22
basics [1] - 27:15
basis [5] - 16:3, 43:2, 49:14, 77:12
beaten [2] - 32:9, 32:11
Beating [1] - 29:5
became [1] - 74:17
beef [15] - 6:2, 17:12, 17:18, 18:13, 18:14, 25:13, 27:6, 28:5, 28:18, 28:20, 30:10, 30:15, 48:16, 48:18, 55:14
beefing [1] - 5:22
Beefs [1] - 29:20
beefs [1] - 33:3
beforehand [1] - 65:9
begins [1] - 45:18
Behalf [5] - 1:15, 1:16, 1:18, 1:19, 1:21
behalf [1] - 45:10
behind [1] - 60:25
believes [1] - 40:22
Belinda [1] - 20:21
BENSON [2] - 81:12, 81:20
best [4] - 15:18, 31:13, 48:21, 54:7
better [1] - 27:25
between [12] - 6:3, 26:6, 31:22, 31:25, 35:3, 39:21, 39:22, 52:11, 55:14, 58:12, 67:10
beyond [1] - 63:15
big [2] - 23:8, 30:17
Biggers [1] - 69:1
billboard [2] - 56:5,

75:22
bit [4] - 13:14, 40:1, 59:22, 67:25
bitch [1] - 27:17
bitches [2] - 29:10, 46:7
blind [3] - 65:10, 67:7, 67:12
block [7] - 19:8, 19:9, 19:11, 20:2, 20:3, 20:4, 23:14
blood [4] - 22:21, 32:17, 32:18, 32:20
bloody [1] - 32:16
blows [2] - 14:6, 17:2
BO [5] - 21:7, 21:8, 21:10, 21:17, 27:9
Bo [14] - 7:15, 10:17, 10:19, 10:21, 10:22, 14:5, 17:1, 21:5, 21:6, 21:10, 21:18, 33:15, 33:17, 41:12
Bo's [1] - 17:7
boast [2] - 17:13, 23:12
boastful [1] - 6:10
boastfulness [1] - 27:12
boasting [2] - 23:21, 43:7
bobbing [2] - 14:5, 17:1
body [3] - 28:19, 28:21, 33:13
boost [1] - 21:18
bootleg [1] - 78:17
bothers [1] - 38:7
bottom [3] - 21:3, 23:25, 27:2
bought [1] - 9:24
bound [1] - 66:7
box [1] - 78:8
boxed [1] - 78:9
boxes [1] - 78:18
Boy [1] - 20:22
Brady [6] - 63:6, 65:5, 67:4, 67:6, 72:4
braggadocio [1] - 48:14
bragged [1] - 39:11
bragging [1] - 6:11
brains [4] - 6:14, 21:24, 27:10, 30:3
break [2] - 22:5, 42:17
brick [5] - 23:11, 23:14, 46:6, 80:8
bridge [1] - 55:3
brief [3] - 40:18, 42:19, 46:18
Brief [1] - 49:15
briefed [1] - 2:16
briefing [1] - 58:17
briefly [2] - 42:7, 58:5

broadcast [1] - 10:4
Broadly [1] - 25:13
broke [5] - 22:20, 28:1, 31:22, 31:24, 70:17
brothers [13] - 8:19, 14:2, 21:20, 22:4, 25:19, 25:20, 34:14, 34:16, 35:20, 47:7, 47:10, 48:16, 48:17
Brown [6] - 6:2, 22:3, 27:21, 33:8, 34:22, 34:23
buck [2] - 27:10
bud [1] - 22:22
Bud [1] - 22:22
build [2] - 7:2, 22:18
bulk [1] - 60:4
bunch [1] - 73:4
Buncha [1] - 23:8
burden [4] - 5:12, 57:13, 63:3, 66:9
Bureau's [1] - 68:15
business [3] - 9:1, 9:4, 57:5
buy [1] - 33:10

**C**

Caesar [2] - 35:13, 52:2
caliber [3] - 27:18, 27:20, 27:21
canceled [1] - 2:3
Canterbury [1] - 31:16
car [4] - 33:8, 33:14, 34:21, 34:24
care [2] - 40:10, 45:6
career [1] - 28:16
careful [1] - 37:7
carefully [1] - 77:10
case [34] - 5:25, 6:1, 6:15, 6:16, 7:3, 7:9, 7:10, 12:17, 14:17, 14:19, 26:19, 30:25, 31:9, 31:20, 33:1, 40:23, 49:24, 51:25, 52:15, 56:21, 58:10, 58:13, 58:14, 58:16, 60:22, 69:2, 71:6, 75:8, 77:12, 78:17, 79:1, 81:23, 82:18
Case [1] - 85:5
CASE [1] - 1:5
case-by-case [1] - 77:12
cases [7] - 7:5, 7:6, 29:5, 51:10, 56:18, 59:24, 61:19
cash [1] - 23:14
catch [3] - 4:19, 23:20, 28:21
caught [1] - 4:17

cautious [1] - 58:1
CD [24] - 8:12, 8:13, 9:2, 11:7, 11:19, 12:2, 25:24, 25:25, 26:5, 26:6, 36:4, 36:8, 36:10, 39:24, 39:25, 48:5, 52:11, 52:13, 52:21, 72:24, 77:20, 78:6, 78:14
CD's [15] - 2:25, 3:17, 3:18, 4:16, 9:7, 9:12, 9:20, 9:23, 9:24, 11:11, 26:15, 26:16, 26:17, 78:9
Cease [1] - 35:13
cell [7] - 33:12, 34:15, 81:16, 81:17, 82:23, 83:2, 83:3
certain [9] - 9:14, 10:5, 16:15, 38:16, 43:5, 53:14, 56:16, 61:14, 80:17
Certainly [5] - 42:20, 49:7, 55:7, 61:20, 69:25
certainly [10] - 42:25, 43:14, 57:9, 58:11, 60:14, 60:24, 65:6, 70:19, 79:5, 79:23
CERTIFICATE [1] - 85:1
certify [2] - 85:3, 85:6
challenge [1] - 56:12
chaotic [2] - 61:2, 67:12
characteristic [1] - 6:12
charge [2] - 28:17, 69:14
charged [6] - 31:20, 32:24, 37:9, 37:15, 37:22, 50:17
charges [1] - 47:8
chase [1] - 15:18
chased [1] - 27:25
check [1] - 44:10
choosing [1] - 43:11
circles [1] - 82:13
circuit [1] - 51:11
Circuit [3] - 7:5, 7:10, 51:10
circumstances [8] - 39:6, 57:25, 60:25, 64:11, 66:11, 66:19, 66:25, 67:1
cites [1] - 51:9
citing [1] - 75:8
city [3] - 28:13, 28:17, 50:11
civil [1] - 32:25
clacking [1] - 11:15
claim [1] - 18:17
clapping [5] - 8:3, 11:12, 11:14, 11:18, 12:3
clarification [2] - 75:5, 75:9

**clarify** [1] - 47:15
**classic** [1] - 54:24
**clear** [10] - 7:11, 43:15, 46:21, 51:21, 58:19, 59:13, 62:23, 64:6, 77:8, 79:10
**clearly** [8] - 16:9, 21:22, 32:22, 35:4, 49:6, 52:9, 55:6, 61:23
**Clearly** [1] - 44:19
**clerk** [3] - 4:12, 4:20, 72:5
**clicks** [1] - 50:7
**client** [3] - 38:18, 48:2, 49:9
**climbed** [1] - 34:21
**clip** [1] - 82:8
**close** [1] - 35:2
**closely** [2] - 37:8, 41:8
**clowns** [1] - 15:17
**club** [2] - 15:17, 32:1
**clubs** [1] - 10:1
**co** [1] - 31:20
**co-conspirators** [1] - 31:20
**Coburn** [14] - 1:22, 36:21, 40:15, 42:5, 59:25, 60:5, 60:20, 72:7, 73:11, 73:15, 73:18, 74:13, 74:18, 74:22
**COBURN** [6] - 40:16, 42:6, 42:15, 42:18, 60:18, 71:17
**Coburn's** [2] - 42:22, 60:21
**cocaine** [1] - 23:18
**cocked** [1] - 28:1
**cocking** [1] - 11:15
**coconspirator** [8] - 7:7, 13:10, 13:11, 14:11, 53:25, 54:16, 55:7, 75:13
**coconspirator's** [3] - 53:2, 53:4, 53:24
**coconspirators** [4] - 14:17, 75:12, 78:4
**coconspirators's** [1] - 50:19
**coded** [1] - 52:1
**colleagues** [1] - 21:19
**collective** [1] - 7:2
**combination** [1] - 59:10
**comfort** [1] - 44:20
**coming** [5] - 27:25, 36:6, 37:18, 52:13, 83:3
**comments** [1] - 77:11
**commerce** [1] - 78:10
**commit** [1] - 29:24
**committed** [4] - 6:12, 6:13, 23:4, 34:7
**common** [4] - 23:23,

23:24, 52:4, 54:19
**commonly** [2] - 23:17, 51:15
**communicated** [6] - 75:17, 75:21, 75:24, 76:4, 76:23, 77:13
**communicates** [1] - 76:10
**communicating** [1] - 77:21
**communication** [1] - 34:15
**communications** [3] - 51:5, 51:6, 75:8
**community** [2] - 79:20
**company** [2] - 9:6, 9:8
**comparison** [1] - 32:17
**compelling** [2] - 54:2, 58:12
**complain** [1] - 81:18
**complaining** [1] - 18:17
**complete** [1] - 85:8
**completely** [1] - 53:8
**complicated** [1] - 79:17
**conceded** [1] - 51:4
**concern** [3] - 34:11, 53:23, 61:25
**concerned** [2] - 56:1, 75:18, 76:5
**concerning** [1] - 56:25
**concerns** [1] - 40:17
**conclude** [4] - 2:9, 21:1, 45:8, 56:3
**Conclusion** [1] - 84:5
**condemn** [1] - 81:22
**conduct** [4] - 63:22, 64:9, 64:11, 67:5
**conference** [2] - 59:8, 59:11
**confidence** [1] - 54:4
**confident** [4] - 21:9, 45:5, 50:2, 52:21
**conflict** [1] - 31:25
**confused** [1] - 70:13
**connected** [2] - 6:2, 31:2
**connection** [1] - 35:2
**connections** [1] - 33:12
**conscious** [1] - 44:24
**consensually** [1] - 51:17
**consider** [3] - 45:13, 54:25, 58:18
**considered** [2] - 58:3, 58:4
**conspiracies** [1] - 57:14
**conspiracy** [30] - 3:5, 5:21, 7:13, 46:9, 47:3, 48:11, 48:14, 48:22,

48:24, 49:3, 49:7, 50:21, 50:24, 51:2, 51:6, 52:25, 53:1, 53:4, 53:6, 53:7, 53:10, 53:11, 56:5, 56:7, 75:14, 76:11, 77:14, 77:18, 78:21
**conspiracy's** [2] - 51:8, 56:6
**conspirator** [4] - 76:10, 76:13, 78:6
**conspirators** [1] - 31:20
**conspiring** [1] - 49:1
**constitute** [1] - 85:6
**consumption** [1] - 55:10
**contact** [3] - 33:14, 33:16, 33:24
**contaminated** [1] - 65:1
**contemporaneously** [1] - 26:18
**contentions** [1] - 55:20
**continuing** [1] - 74:19
**convenient** [2] - 39:21, 43:8
**conversations** [1] - 51:17
**cooperate** [1] - 6:7
**cooperator** [3] - 22:13, 23:1, 24:7
**cooperators** [6] - 40:23, 45:16, 51:13, 51:16, 82:6
**copied** [2] - 4:16, 12:1
**copies** [8] - 2:24, 5:2, 9:23, 9:24, 53:20, 60:1, 76:2, 83:18
**cops** [2] - 18:12, 18:17
**Cops** [1] - 19:11
**copy** [6] - 20:11, 20:12, 20:18, 21:1, 83:6, 83:10
**corner** [1] - 67:18
**Correct** [1] - 3:22
**correct** [3] - 22:9, 76:24, 83:5
**correctly** [1] - 81:14
**correspondence** [1] - 2:6
**counsel** [22] - 2:24, 3:3, 3:16, 5:3, 5:13, 40:14, 42:13, 44:24, 46:19, 47:21, 49:23, 56:15, 57:2, 58:18, 58:20, 58:23, 58:24, 60:2, 70:18, 82:3, 83:21, 83:24
**Counsel** [1] - 2:2
**counsel's** [1] - 70:20
**counterproductive** [1] - 49:3
**couple** [10] - 2:25, 3:15, 4:16, 26:8, 60:21, 63:18, 64:23, 75:4, 75:6, 77:7

**course** [20] - 3:15, 11:17, 11:25, 13:1, 18:16, 24:16, 24:24, 25:3, 41:12, 46:12, 50:18, 53:22, 56:13, 61:24, 62:1, 62:12, 77:6, 79:9, 80:3, 80:4
**Court** [32] - 2:18, 3:4, 5:3, 18:1, 39:16, 41:4, 46:5, 47:1, 49:13, 50:4, 50:18, 50:22, 52:19, 53:23, 54:2, 54:3, 54:15, 55:25, 59:16, 59:25, 62:12, 64:11, 68:24, 69:14, 71:25, 72:4, 74:8, 76:1, 80:25, 82:9, 85:15
**court** [3] - 3:7, 52:23, 72:5
**COURT** [238] - 1:1, 2:2, 2:12, 2:17, 3:6, 3:11, 3:13, 3:18, 3:24, 4:2, 4:5, 4:8, 4:12, 4:20, 4:25, 5:4, 5:7, 5:10, 5:16, 5:19, 6:19, 6:21, 7:17, 8:13, 8:15, 8:21, 8:25, 9:9, 9:15, 9:17, 9:20, 10:9, 10:15, 10:19, 10:22, 10:24, 11:2, 11:12, 11:17, 12:5, 12:9, 12:11, 12:14, 12:23, 13:3, 13:10, 13:21, 13:23, 14:8, 14:19, 15:3, 15:7, 15:14, 15:20, 15:22, 15:25, 16:5, 16:8, 16:13, 17:19, 17:22, 17:24, 18:6, 18:9, 18:19, 19:1, 19:5, 19:7, 19:10, 19:13, 19:15, 19:18, 19:20, 19:23, 19:25, 20:7, 20:10, 20:15, 20:19, 21:4, 21:6, 21:9, 21:13, 21:15, 22:2, 22:8, 22:11, 22:17, 22:23, 23:3, 23:10, 23:14, 23:16, 23:19, 23:25, 24:10, 24:13, 24:22, 25:2, 25:6, 25:8, 25:11, 25:16, 25:23, 26:2, 26:10, 26:13, 26:17, 26:21, 27:1, 27:4, 27:18, 28:6, 28:9, 28:14, 28:19, 28:25, 29:2, 29:5, 29:9, 29:15, 29:18, 30:2, 30:8, 30:12, 30:18, 30:24, 31:3, 31:6, 31:10, 31:12, 31:15, 32:4, 32:6, 33:18, 33:22, 34:3, 34:5, 34:8, 34:11, 35:1, 35:4, 35:8, 35:25, 36:6, 36:10, 36:12, 36:15, 40:8, 40:10, 40:13, 42:5,

42:14, 42:16, 42:20, 43:19, 44:1, 44:5, 44:11, 44:13, 44:15, 44:18, 45:2, 46:16, 47:14, 47:17, 47:19, 47:22, 47:25, 49:15, 53:13, 60:9, 60:13, 60:17, 60:19, 61:10, 61:13, 61:17, 64:24, 65:20, 65:25, 66:3, 66:13, 67:9, 68:8, 69:7, 69:16, 69:20, 69:23, 70:1, 70:6, 70:17, 70:23, 71:2, 71:8, 71:12, 71:15, 71:19, 71:21, 71:23, 72:1, 73:10, 73:13, 73:15, 73:21, 73:25, 74:5, 74:9, 74:24, 75:1, 76:8, 76:16, 76:21, 77:3, 77:15, 78:2, 78:14, 78:19, 79:10, 79:15, 79:19, 80:3, 80:14, 80:17, 80:20, 81:3, 81:11, 81:15, 81:24, 82:17, 82:20, 83:6, 83:8, 83:10, 83:14, 83:19, 83:23, 84:4
**Court's** [15] - 10:25, 50:13, 53:13, 54:10, 54:11, 58:1, 60:24, 75:10, 75:22, 76:6, 77:11, 77:14, 79:5, 80:1
**courtesy** [1] - 69:18
**Courthouse** [1] - 1:24
**courtroom** [3] - 44:6, 44:17, 44:22
**cousin** [2] - 32:10, 32:14
**Cousin** [1] - 64:4
**cover** [1] - 2:21
**covered** [1] - 46:19
**crack** [1] - 20:5
**cracking** [1] - 17:2
**create** [1] - 1:17
**created** [2] - 8:4, 11:22
**crew** [1] - 13:16
**crime** [1] - 37:15
**crimes** [8] - 23:5, 29:24, 34:7, 37:9, 37:22, 50:11, 50:17, 50:23
**CRIMINAL** [1] - 1:5
**criminal** [2] - 28:16, 33:1
**criteria** [1] - 53:3
**cross** [5] - 16:15, 55:3, 56:12, 64:1, 66:24
**CROWE** [21] - 2:11, 46:18, 48:1, 59:15, 60:16, 60:23, 61:12, 61:16, 64:23, 64:25, 65:21, 66:2, 66:8, 67:7,

67:25, 68:9, 69:9, 69:17, 69:22, 69:25, 70:2
**Crowe** [12] - 1:20, 2:6, 2:10, 20:25, 45:11, 46:15, 47:14, 49:15, 56:4, 58:22, 59:14, 61:10
**Crowe's** [3] - 42:14, 45:14, 52:24
**curious** [1] - 67:15
**custody** [1] - 82:18
**cut** [4] - 24:16, 24:20, 24:25, 25:2, 25:9, 39:24, 69:7
**cut-off** [1] - 25:9

**D**

**Dallas** [1] - 78:22
**Damita** [1] - 72:16
**dance** [1] - 30:22
**danger** [1] - 72:22
**Darryl** [2] - 22:4, 82:1
**date** [2] - 65:23, 65:24
**Davis** [1] - 1:13
**days** [7] - 59:3, 59:6, 63:18, 70:19, 71:6, 71:13
**dead** [2] - 27:8, 28:25
**deal** [4] - 16:3, 60:2, 69:10, 76:1
**dealing** [4] - 18:11, 37:10, 37:11, 37:20
**deals** [1] - 29:25
**dealt** [1] - 75:8
**Death** [1] - 27:24
**debate** [1] - 36:20
**decided** [1] - 33:5
**decision** [1] - 72:4
**dedicating** [1] - 35:11
**deep** [1] - 7:17
**deeply** [1] - 58:1
**DEFENDANT** [2] - 43:24, 44:2
**Defendant** [5] - 1:16, 1:18, 1:19, 1:21, 43:23
**defendants** [12] - 9:23, 9:25, 10:7, 10:10, 13:12, 44:5, 44:21, 53:25, 54:17, 57:2, 74:16, 82:11
**Defendants** [2] - 1:9, 44:16
**defense** [16] - 3:2, 5:3, 47:21, 49:23, 55:24, 56:11, 60:2, 60:14, 62:11, 63:16, 64:2, 65:4, 69:21, 74:11, 82:3, 83:21
**deficient** [1] - 49:19
**definitely** [1] - 82:25
**definitively** [1] - 34:4
**Department** [1] - 68:17

**depicted** [1] - 83:2
**described** [1] - 58:9
**description** [1] - 34:17
**descriptions** [1] - 14:22
**descriptives** [1] - 15:8
**detail** [1] - 57:8
**detection** [2] - 49:1, 49:3
**Detectives** [1] - 29:19
**detectives** [2] - 14:1, 29:7
**determination** [1] - 51:22
**determined** [1] - 33:20
**diabetic** [2] - 43:25, 44:13
**die** [1] - 28:21
**difference** [7] - 62:4, 62:10, 62:11, 67:10, 67:11, 68:4
**different** [5] - 62:7, 67:17, 67:24, 67:25, 74:25
**difficult** [1] - 37:22
**difficulty** [1] - 46:23
**digested** [1] - 37:25
**dire** [2] - 56:15, 57:2
**direct** [1] - 16:15
**directed** [4] - 34:16, 34:19, 59:25, 80:25
**directions** [1] - 79:2
**directly** [3] - 41:25, 42:2, 42:9
**directory** [1] - 33:15
**disagree** [2] - 67:3, 74:5
**disclose** [1] - 76:13
**disclosed** [2] - 42:12
**discover** [1] - 63:5
**discoverable** [1] - 73:1
**discovered** [1] - 64:2
**discovery** [5] - 59:17, 59:22, 60:1, 73:21, 74:10
**discrete** [1] - 70:12
**discussed** [2] - 48:21, 59:18
**discussion** [1] - 77:7
**dishing** [1] - 28:7, 50:10
**disk** [1] - 3:13
**dispute** [4] - 5:24, 30:13, 66:17, 74:10
**disruptive** [2] - 56:18, 57:10
**disseminating** [1] - 39:13
**distribution** [1] - 19:14
**DISTRICT** [2] - 1:1, 1:1
**DIVISION** [1] - 1:2
**divulged** [1] - 49:20

**DNA** [3] - 32:17, 32:19, 32:21
**do-over** [2] - 73:18, 73:20
**doctrine** [1] - 49:22
**document** [2] - 39:23, 72:17
**documentation** [3] - 8:23, 9:1, 9:4
**documents** [6] - 42:9, 49:24, 72:12, 72:18, 72:23, 73:6
**dog** [3] - 22:6, 28:22, 28:24
**dome** [1] - 6:17
**done** [7] - 14:21, 17:10, 51:15, 52:22, 54:7, 56:18, 59:9
**double** [1] - 35:3
**doublecheck** [1] - 45:6
**doubt** [3] - 50:5, 50:8, 54:8
**Down** [17] - 9:5, 18:14, 18:16, 21:21, 21:23, 23:7, 25:11, 27:9, 27:10, 28:21, 31:19, 35:10, 35:15, 81:18, 81:19, 81:21
**down** [16] - 2:23, 5:23, 6:11, 7:15, 15:16, 15:18, 15:19, 18:14, 20:21, 22:5, 29:15, 32:12, 57:8, 67:23, 71:4, 76:9
**draft** [8] - 2:19, 3:15, 3:22, 4:9, 4:14, 5:8, 5:13, 20:11
**dragged** [1] - 15:17
**draw** [1] - 67:11
**drawn** [1] - 66:17
**dream** [7] - 76:10, 76:11, 76:13, 78:19, 78:20
**dresses** [1] - 29:10
**drug** [8] - 18:11, 19:14, 33:2, 37:10, 37:20, 52:15, 79:23
**Drugs** [1] - 23:16
**drugs** [4] - 18:18, 23:17, 52:16, 58:14
**dubbed** [2] - 12:2, 12:4
**dug** [1] - 35:24
**dying** [1] - 28:24

**E**

**e-mail** [1] - 20:20
**early** [5] - 25:21, 25:22, 26:6, 47:11, 52:11
**easily** [2] - 16:22, 82:23

**effect** [1] - 39:9
**effects** [1] - 18:1
**effort** [3] - 6:24, 73:7, 82:11
**efforts** [1] - 65:15
**eight** [1] - 27:17
**Eight** [2] - 27:1, 27:5
**Eighth** [1] - 7:10
**either** [12] - 9:21, 14:9, 14:10, 36:5, 40:22, 41:1, 47:10, 48:3, 48:10, 65:25, 67:8, 68:13
**elaborate** [1] - 31:15
**electronically** [2] - 20:17, 20:25
**elicit** [1] - 50:15
**eliciting** [1] - 50:12
**eliminate** [1] - 68:13
**emerging** [1] - 71:9
**employed** [1] - 26:25
**end** [4] - 4:18, 18:24, 23:24, 52:12
**ends** [1] - 18:14
**enemies** [1] - 17:17
**enforcement** [14] - 29:23, 33:4, 61:5, 62:8, 63:2, 64:13, 78:8, 79:14, 79:16, 79:19, 79:21, 80:4, 80:5, 80:7
**engaging** [1] - 39:17
**engineer** [4] - 9:10, 76:22, 76:23, 77:1
**engineering** [1] - 78:5
**enormous** [1] - 12:20
**entails** [1] - 45:19
**Entertainment** [4] - 9:5, 18:16, 23:6, 35:11
**entirely** [1] - 31:23
**entirety** [2] - 2:24, 8:1
**entitled** [1] - 74:12
**envision** [1] - 51:25
**epileptic** [1] - 44:4
**Epileptic** [2] - 44:14, 44:15
**Ernest** [1] - 72:17
**escalating** [1] - 29:20
**especially** [2] - 37:17, 82:15
**Esquire** [9] - 1:16, 1:17, 1:17, 1:18, 1:19, 1:20, 1:20, 1:21, 1:22
**essentially** [4] - 17:20, 26:17, 34:12, 70:11
**establish** [2] - 31:8, 57:13
**established** [4] - 32:17, 35:16, 75:25, 78:1
**et** [1] - 85:5
**etc** [2] - 79:23

**etiology** [1] - 62:20
**evaluating** [1] - 50:19
**event** [5] - 32:1, 33:10, 50:2, 55:15, 68:18
**events** [3] - 26:5, 26:18, 58:8
**eventually** [1] - 61:6
**evidence** [31] - 3:1, 8:18, 10:2, 12:21, 13:18, 15:11, 21:10, 24:1, 37:13, 38:21, 38:22, 38:23, 41:17, 46:13, 49:24, 53:1, 53:5, 55:5, 56:2, 57:11, 57:20, 57:24, 58:10, 61:24, 63:8, 67:13, 68:13, 75:20, 75:23, 76:4, 78:2
**Evidence** [1] - 41:1
**evident** [6] - 50:6, 79:4, 79:9, 79:11, 79:12, 80:11
**evidentiary** [3] - 75:12, 75:20, 75:25
**exactly** [4] - 20:19, 40:2, 55:5, 78:17
**exaggerated** [2] - 28:12, 50:10
**examination** [2] - 16:15, 56:12
**examine** [2] - 64:1, 66:25
**example** [5] - 15:12, 37:13, 37:14, 52:2, 79:20
**except** [2] - 39:18, 39:19, 53:23
**exception** [4] - 54:1, 54:16, 75:13, 75:20
**excerpt** [2] - 11:5, 18:21
**excerpts** [7] - 2:19, 3:4, 5:8, 5:14, 8:1, 8:9, 53:16
**exchanges** [1] - 54:9
**excuse** [1] - 56:25
**executed** [2] - 12:16, 34:21
**Exhibit** [1] - 20:13
**exhibits** [1] - 57:21
**existence** [3] - 57:14, 76:13, 77:9
**expect** [13] - 9:10, 53:17, 56:4, 57:10, 57:15, 58:19, 59:2, 61:21, 62:22, 62:23, 64:25, 65:6, 69:10
**expectation** [1] - 48:20
**expects** [1] - 61:22
**expeditiously** [1] - 45:9
**experience** [2] - 65:2, 79:22
**expert** [17] - 14:9, 14:10, 14:16, 22:12, 40:24, 42:24, 45:19,

51:13, 54:25, 68:6, 68:7, 68:8, 68:9, 68:19, 80:2, 80:3, 80:9
**expertise** [1] - 46:1
**experts** [3] - 45:16, 46:11, 51:14
**explain** [2] - 40:21, 52:1
**explained** [1] - 52:10
**explains** [1] - 23:22
**explanation** [1] - 52:20
**exposition** [1] - 36:24
**extended** [1] - 57:1
**extent** [7] - 7:21, 26:4, 41:25, 42:2, 52:22, 53:14, 54:21, 57:12, 80:17
**extra** [1] - 20:11
**extract** [1] - 14:21
**extraneous** [1] - 25:12
**extraordinarily** [3] - 45:23, 68:3, 69:3
**extraordinary** [1] - 73:6
**extrapolate** [1] - 14:21
**extremely** [1] - 41:24
**eye** [3] - 65:10, 67:8, 67:12
**eyeballs** [2] - 30:4, 30:6
**eyes** [1] - 6:14
**eyewitnesses** [1] - 66:10

**F**

**face** [4] - 27:16, 54:5, 54:12, 76:6
**faces** [1] - 27:15
**facie** [2] - 53:15, 57:14
**fact** [24] - 4:13, 9:18, 10:13, 11:9, 13:25, 16:9, 34:20, 37:6, 41:4, 41:13, 43:6, 47:2, 47:7, 49:6, 50:5, 51:22, 52:25, 62:7, 69:21, 72:10, 72:11, 75:16, 75:21, 75:24, 77:9, 83:4
**factor** [1] - 69:1
**facts** [1] - 36:19
**factual** [2] - 8:17, 75:15
**factually** [1] - 75:19
**faded** [1] - 68:2
**fair** [2] - 37:23, 70:4
**fairly** [3] - 45:8, 79:1, 81:5
**fairness** [1] - 39:16
**fall** [2] - 30:2, 30:6
**familiar** [4] - 22:14, 55:12, 55:13, 79:1
**family** [3] - 61:3, 62:5, 67:14

**fans** [1] - 35:10
**far** [8] - 23:13, 29:8, 37:3, 46:22, 49:12, 57:8, 75:18, 76:5
**favor** [1] - 82:13
**favorable** [1] - 72:20
**favored** [1] - 26:24
**FBI** [1] - 68:7
**features** [3] - 11:5, 16:6, 81:8
**February** [1] - 47:9
**Federal** [1] - 41:1
**federally** [1] - 28:15
**feeds** [1] - 43:13
**felt** [2] - 21:24, 50:16
**fervor** [2] - 7:2, 7:13
**feud** [1] - 27:13
**few** [9] - 16:1, 25:19, 45:18, 60:3, 70:19, 74:19, 81:7, 83:16
**fifth** [1] - 20:2
**fight** [9] - 24:15, 24:16, 24:17, 24:23, 24:25, 25:3, 25:11, 30:18, 31:22
**fighting** [2] - 38:6, 38:7
**figure** [2] - 17:4, 70:14
**file** [1] - 75:3
**filed** [6] - 32:25, 40:4, 51:4, 55:1, 75:6
**fill** [1] - 8:7
**filled** [1] - 13:25
**final** [6] - 16:20, 35:9, 55:17, 59:8, 59:11, 80:22
**Final** [1] - 4:5
**finally** [1] - 77:15
**finger** [7] - 24:16, 24:20, 24:25, 25:2, 25:6, 25:9, 27:23
**fingerprinted** [2] - 24:20, 25:9
**fingers** [1] - 27:8
**fingertips** [1] - 8:10
**finish** [1] - 71:24
**first** [22] - 3:25, 6:16, 6:17, 18:23, 21:5, 31:9, 37:25, 38:15, 40:19, 42:22, 45:18, 46:15, 47:20, 48:3, 48:5, 57:17, 59:17, 69:1, 76:17, 80:24, 83:14
**First** [3] - 4:2, 7:19, 19:2
**fit** [2] - 39:5, 69:2
**five** [1] - 67:20
**fixed** [1] - 65:24
**Flannery** [1] - 1:19, 71:24
**fliers** [1] - 10:2
**flip** [1] - 4:18
**flip-flop** [1] - 4:18

**floor** [3] - 30:22, 44:2, 44:3
**flop** [1] - 4:18
**flowin** [1] - 19:12
**Flowin** [1] - 19:14
**flowing** [1] - 19:9
**flurry** [1] - 73:4
**Flynn** [1] - 7:10
**fo'** [1] - 27:10
**focus** [4] - 2:8, 3:20, 55:16, 62:4
**focused** [1] - 84:1
**following** [4] - 25:19, 35:19, 73:10
**follows** [1] - 74:7
**FOR** [1] - 1:1
**foregoing** [1] - 85:6
**forgive** [1] - 14:10
**form** [1] - 14:17
**formed** [1] - 64:18
**former** [1] - 43:9
**forth** [6] - 30:19, 43:12, 66:7, 73:5, 76:3, 80:18
**fortuity** [1] - 74:17
**forward** [2] - 20:21, 20:23
**foundation** [1] - 45:25
**foundational** [1] - 46:12
**founding** [1] - 35:15
**four** [7] - 3:25, 4:2, 6:15, 7:4, 21:25, 62:18, 76:25
**Fourth** [2] - 7:4, 51:10
**fragments** [1] - 32:20
**frame** [2] - 25:16, 47:22
**frankly** [2] - 71:13, 74:14
**free** [2] - 2:4, 48:17
**frequently** [2] - 12:13, 13:12
**Friday** [6] - 59:9, 59:13, 71:1, 71:11, 71:12, 71:19
**friends** [2] - 61:3, 67:14
**front** [3] - 30:7, 30:25, 56:16
**fuck** [3] - 19:11, 23:7, 29:10
**full** [3] - 59:2, 59:6, 59:10
**fully** [2] - 59:2, 64:1
**function** [2] - 16:21, 78:5
**furnish** [1] - 60:1
**furtherance** [22] - 3:5, 5:21, 7:5, 7:11, 47:2, 48:11, 48:13, 49:7, 50:21, 50:24, 51:2, 51:6, 51:11, 52:25, 53:4, 53:10, 75:14, 76:11, 77:7, 77:14, 77:17, 78:20

**furthered** [1] - 48:24
**furthering** [1] - 46:9
**furthermore** [1] - 4:25

**G**

**gad** [1] - 36:13
**gagged** [1] - 15:17
**game** [2] - 2:5, 21:23
**games** [1] - 27:10
**gaps** [1] - 8:7
**GARDNER** [1] - 36:13
**Gardner** [8] - 1:21, 10:22, 41:8, 41:13, 42:3, 44:16, 51:4, 59:20
**Gardner's** [3] - 10:19, 41:14, 51:9
**gather** [1] - 56:20
**general** [10] - 5:18, 6:24, 15:2, 16:2, 25:16, 37:5, 37:16, 38:14, 43:13, 55:25
**Generally** [2] - 18:10, 56:4
**generally** [4] - 8:8, 9:21, 35:10, 55:9
**generis** [1] - 67:2
**genre** [1] - 39:5
**Gerard** [1] - 1:18
**Giglio** [3] - 59:23, 60:10, 72:5
**girlfriend** [1] - 34:25
**given** [3] - 55:24, 76:25, 77:9
**glad** [1] - 45:12
**gleaned** [1] - 72:6
**goals** [1] - 56:6
**God's** [1] - 17:3
**gonna** [1] - 15:18
**Goo** [2] - 10:21, 10:22
**gotta** [1] - 17:8
**Government** [2] - 1:15, 67:4
**government** [65] - 2:7, 13:18, 43:8, 43:16, 45:20, 46:9, 47:1, 47:5, 48:5, 48:21, 49:12, 49:23, 50:22, 52:20, 53:15, 53:21, 54:13, 54:17, 54:22, 54:24, 55:1, 55:2, 55:13, 57:13, 57:23, 57:25, 58:6, 59:21, 60:10, 61:13, 61:14, 61:21, 61:22, 62:19, 62:22, 62:24, 63:4, 63:5, 63:6, 63:7, 63:13, 63:22, 64:2, 64:3, 64:7, 64:8, 64:11, 65:3, 65:6, 66:18, 66:22,

66:24, 67:5, 68:5, 69:4, 69:12, 73:16, 73:17, 74:21, 75:19, 76:21, 77:4, 77:20, 81:1
**government's** [30] - 6:1, 13:20, 17:16, 33:22, 43:6, 45:15, 46:21, 49:21, 50:2, 50:14, 54:5, 54:14, 54:23, 55:16, 55:19, 56:20, 57:9, 57:10, 58:13, 62:15, 63:9, 63:25, 64:1, 66:9, 74:6, 76:25, 77:19, 77:25, 79:15, 80:11
**Government's** [1] - 20:13
**grab** [2] - 17:8, 17:15
**grand** [4] - 72:16, 81:22, 82:2, 82:3
**granted** [1] - 38:17
**great** [4] - 6:14, 20:22, 60:2, 69:10
**Great** [1] - 5:7
**greater** [2] - 54:4, 57:8
**greatest** [1] - 27:23
**Greek** [1] - 31:16
**Green** [1] - 72:16
**grimy** [1] - 23:8
**grind** [1] - 22:21
**ground** [2] - 25:4, 25:6
**grounds** [1] - 7:7
**group** [2] - 6:13, 11:8
**groups** [2] - 31:25, 32:1
**guarding** [1] - 17:3
**guess** [8] - 11:24, 13:4, 21:8, 40:17, 60:7, 60:25, 65:16, 70:4
**guessing** [2] - 38:9, 38:19
**Guilford** [1] - 32:12
**gun** [9] - 24:10, 25:14, 25:15, 27:20, 28:1, 28:8, 28:17, 30:5, 33:10, 50:11, 73:5, 73:9
**guns** [6] - 11:15, 23:9, 28:3, 58:14, 72:25
**gunshots** [1] - 18:2
**guy** [6] - 13:7, 13:14, 34:17, 35:13, 81:9, 82:1
**guys** [4] - 9:14, 26:25, 37:19

**H**

**half** [4] - 38:2, 49:25, 50:1, 68:1
**Hammerjacks** [7] - 30:10, 30:22, 32:10, 32:12, 32:25, 35:3, 55:15

**hamstrung** [1] - 40:1
**handle** [1] - 32:19
**handwriting** [1] - 12:18
**handwritten** [1] - 53:20
**Hanlon** [1] - 2:7
**happy** [6] - 5:15, 40:14, 52:22, 58:17, 58:22, 70:25
**harassing** [1] - 18:18
**Hard** [4] - 12:12, 12:13, 12:14, 27:9
**hard** [6] - 17:9, 17:15, 41:19, 41:23, 68:3, 76:2
**HARDING** [163] - 2:15, 2:18, 3:9, 3:12, 3:17, 3:23, 3:25, 4:4, 4:6, 4:10, 4:15, 4:24, 5:2, 5:5, 5:9, 5:15, 5:18, 5:20, 6:20, 6:22, 8:11, 8:14, 8:16, 8:24, 9:2, 9:13, 9:16, 9:18, 9:22, 10:11, 10:16, 10:21, 10:23, 10:25, 11:4, 11:14, 11:24, 12:7, 12:10, 12:12, 12:15, 12:25, 13:4, 13:11, 13:22, 13:24, 14:14, 14:25, 15:6, 15:12, 15:15, 15:21, 15:24, 16:4, 16:6, 16:12, 16:25, 17:21, 17:23, 18:4, 18:7, 18:11, 18:23, 19:2, 19:6, 19:8, 19:11, 19:14, 19:17, 19:19, 19:21, 19:24, 20:1, 20:8, 20:14, 20:17, 21:3, 21:5, 21:8, 21:12, 21:14, 21:16, 22:3, 22:9, 22:12, 22:18, 22:25, 23:4, 23:12, 23:15, 23:17, 23:20, 24:4, 24:6, 24:12, 24:14, 24:23, 25:4, 25:7, 25:10, 25:13, 25:18, 26:1, 26:9, 26:12, 26:15, 26:20, 26:22, 27:2, 27:5, 27:19, 28:7, 28:11, 28:15, 28:20, 29:1, 29:3, 29:6, 29:17, 29:19, 30:4, 30:11, 30:15, 30:20, 31:1, 31:5, 31:8, 31:11, 31:14, 31:17, 32:5, 32:7, 33:19, 34:1, 34:4, 34:6, 34:10, 34:13, 35:2, 35:7, 35:9, 36:2, 36:7, 36:11, 47:16, 47:18, 47:20, 47:24, 49:17, 60:11, 80:24, 81:5, 81:13, 81:16, 81:21, 81:25, 82:19, 82:22, 83:7, 83:9, 83:12, 83:20, 83:22

**Harding** [33] - 1:16, 2:7, 2:14, 14:8, 31:12, 36:12, 38:2, 38:22, 39:20, 40:2, 41:9, 41:22, 47:5, 49:16, 53:13, 54:3, 54:6, 54:19, 58:9, 59:16, 60:1, 60:9, 64:12, 64:16, 69:17, 70:7, 72:6, 72:8, 73:4, 75:5, 80:22, 81:3, 82:17
**Harding's** [8] - 36:23, 37:13, 40:20, 47:12, 61:18, 75:14, 75:23, 79:6
**HARRIS** [1] - 1:7
**Harris** [38] - 1:18, 7:16, 10:11, 11:6, 12:6, 12:7, 12:8, 12:22, 13:2, 13:6, 13:19, 14:4, 19:24, 20:4, 24:1, 24:7, 24:15, 24:23, 25:14, 25:20, 27:7, 33:7, 34:20, 35:9, 41:11, 43:23, 44:18, 45:7, 46:24, 49:4, 52:13, 52:14, 53:22, 76:17, 78:3, 82:7, 82:23
**Harris's** [6] - 12:13, 12:16, 12:18, 45:4, 45:9, 82:21
**head** [10] - 6:14, 6:16, 21:17, 22:1, 23:21, 24:10, 26:23, 30:3, 34:22, 76:12
**hear** [13] - 5:12, 18:19, 36:23, 40:2, 40:14, 46:15, 58:24, 59:1, 70:14, 70:15, 70:18, 82:9, 83:3
**heard** [14] - 3:19, 11:17, 11:19, 38:24, 38:25, 41:20, 45:10, 45:12, 46:8, 49:12, 55:19, 57:20, 58:3, 83:16
**hearing** [15] - 36:25, 42:8, 45:17, 45:24, 46:2, 57:6, 59:11, 59:19, 65:16, 65:23, 65:24, 69:5, 70:2, 83:11, 83:14
**Hearing** [2] - 1:11, 20:13
**hearings** [2] - 59:3, 71:5
**hearsay** [1] - 46:25
**heater** [1] - 17:9
**Heights** [9] - 18:12, 18:18, 18:19, 18:24, 19:4, 23:2, 35:23, 79:20, 80:5
**heists** [1] - 22:21
**held** [1] - 69:5
**help** [2] - 49:8, 53:6
**helpful** [2] - 51:20,

76:25
**helping** [1] - 79:8
**Herbert** [3] - 13:8, 72:14, 82:1
**hereby** [1] - 85:3
**hereunto** [1] - 85:9
**herself** [1] - 55:8
**hesitation** [1] - 54:15
**highly** [2] - 55:24, 56:2
**himself** [4] - 12:12, 30:23, 32:9, 55:8
**hired** [1] - 33:6
**historical** [1] - 52:1
**history** [2] - 46:11, 56:6
**hit** [4] - 17:8, 17:15, 33:5
**hits** [1] - 29:21
**Hmm** [1] - 19:7
**hobby** [1] - 28:22
**hold** [2] - 21:17, 31:6
**holding** [2] - 81:10, 83:2
**holds** [2] - 46:22, 81:16
**Homicide** [3] - 6:7, 14:1, 67:23
**homicides** [1] - 42:1
**Honor** [81] - 2:11, 2:15, 3:10, 3:17, 3:23, 3:25, 4:15, 5:9, 5:18, 12:15, 13:12, 15:12, 19:2, 19:17, 19:21, 20:14, 21:12, 22:1, 22:10, 23:1, 24:4, 24:6, 26:9, 26:20, 27:3, 27:19, 29:23, 31:1, 31:9, 34:4, 36:3, 36:14, 36:16, 37:3, 38:13, 40:1, 40:6, 40:9, 40:16, 40:18, 41:2, 42:6, 42:7, 42:8, 42:15, 42:18, 42:21, 43:21, 44:9, 46:14, 46:18, 47:16, 47:24, 49:17, 53:12, 59:15, 60:12, 60:16, 60:18, 61:16, 65:21, 70:13, 70:25, 71:18, 72:3, 73:19, 74:23, 75:2, 76:24, 80:16, 81:6, 81:12, 81:13, 82:19, 82:22, 83:12, 83:13, 83:18, 83:20, 84:3
**Honorable** [1] - 1:13
**hope** [2] - 17:2, 58:18
**Hopefully** [1] - 62:15
**hopefully** [1] - 62:18
**hopes** [1] - 31:18
**hoping** [1] - 70:18
**hospital** [1] - 45:4
**hospitalized** [1] - 32:14
**hour** [2] - 56:24
**hours** [1] - 63:2

**house** [3] - 52:16, 62:25, 64:4
**Howard** [2] - 7:5, 30:15
**humble** [1] - 56:8
**hunger** [1] - 35:25
**Hunger** [1] - 36:7
**hungry** [1] - 23:21
**hurdles** [2] - 69:13, 69:15
**hurry** [1] - 17:6
**hurt** [1] - 53:1
**hypothetical** [1] - 75:22

**I**

**I'ma** [1] - 22:5
**I-83** [2] - 32:12, 75:23
**identification** [7] - 61:24, 63:18, 65:3, 65:5, 66:12, 70:10, 81:2
**identifications** [4] - 61:7, 61:15, 62:21, 66:12
**identified** [8] - 4:13, 4:21, 9:17, 22:24, 32:21, 55:21, 64:2, 72:11, 72:21, 74:4, 82:6, 82:24, 82:25
**identifies** [1] - 12:12
**identify** [12] - 4:3, 13:5, 13:6, 24:19, 29:12, 54:14, 62:6, 62:17, 62:24, 65:9, 68:13, 68:21
**identifying** [1] - 55:8
**identities** [1] - 73:24
**iller** [2] - 22:5, 22:11
**image** [2] - 8:4, 11:22
**imagine** [1] - 14:19
**immediately** [3] - 25:18, 44:1, 44:7
**impact** [1] - 41:19
**implicate** [1] - 42:2
**important** [4] - 27:7, 48:8, 60:24, 70:3
**impose** [1] - 63:12
**impression** [1] - 11:8
**IN** [1] - 1:1
**in-furtherance** [1] - 7:5
**inaccuracy** [1] - 43:9
**inadmissible** [1] - 46:25
**inappropriate** [1] - 58:16
**incarceration** [1] - 82:15
**incident** [1] - 25:17, 35:3
**inclined** [1] - 6:7
**include** [3] - 13:7, 33:4, 51:19
**included** [1] - 15:8

**including** [2] - 2:19, 30:22
**incorporated** [1] - 9:7
**Incorporation** [1] - 9:5
**incredibly** [1] - 41:18
**Indeed** [1] - 48:25
**indeed** [4] - 52:14, 59:24, 65:13, 68:25
**independent** [1] - 67:5
**indicate** [3] - 39:24, 47:13, 66:6
**indicated** [2] - 47:6, 54:17
**indicates** [2] - 47:12, 81:13
**indication** [2] - 61:22, 81:1
**indicative** [1] - 82:10
**indictment** [3] - 47:8, 57:15, 58:13
**individual** [1] - 70:20
**indulge** [1] - 58:6
**industry** [1] - 14:12
**inevitable** [1] - 31:24
**infer** [1] - 15:10
**inference** [3] - 15:9, 58:6, 58:8
**inferences** [1] - 51:19
**inferential** [1] - 54:21
**inflammatory** [1] - 41:18
**information** [6] - 8:22, 14:1, 46:11, 65:11, 65:12, 67:6
**initiated** [1] - 33:24
**inquiries** [2] - 65:8, 65:11
**instance** [1] - 38:20
**instead** [1] - 32:24
**institutions** [1] - 82:15
**instruction** [1] - 58:20
**insure** [2] - 45:6, 63:7
**integrated** [1] - 23:23
**intend** [3] - 3:1, 12:21, 57:5
**intended** [3] - 17:16, 50:24, 51:7
**intends** [3] - 40:20, 54:22, 60:10
**intention** [1] - 14:14
**interest** [4] - 26:18, 41:12, 74:2, 74:6
**interested** [1] - 67:15
**interesting** [3] - 36:23, 78:11
**internal** [2] - 8:17, 47:13
**interpret** [2] - 14:12, 43:18

**interpretation** [7] - 41:9, 43:1, 49:21, 54:18, 56:11, 79:4, 79:6
**interpretations** [5] - 50:3, 50:8, 54:6, 54:15, 54:20
**interpreted** [1] - 41:21
**interpretive** [1] - 54:21
**interrupting** [1] - 16:9
**Interstate** [1] - 56:5
**interview** [2] - 66:9, 66:10
**interviewing** [1] - 65:7
**interviews** [1] - 54:9
**intimidate** [9] - 5:22, 6:4, 6:6, 17:17, 39:4, 39:7, 50:25, 51:7, 82:11
**intimidated** [2] - 77:2, 77:4
**intimidating** [1] - 39:9
**intimidation** [1] - 77:1
**intimidation/ enforcement** [1] - 15:4
**introduce** [1] - 10:2
**introduction** [2] - 8:4, 11:20
**investigated** [1] - 79:22
**investigating** [3] - 29:7, 29:19, 29:24
**investigation** [4] - 63:23, 64:9, 64:12, 67:6
**investigative** [2] - 68:16, 68:21
**investigator** [4] - 14:20, 15:9, 61:8, 67:15
**involved** [8] - 5:24, 9:11, 35:15, 55:9, 58:14, 60:22, 61:19, 63:3
**iPod** [1] - 82:8
**issue** [22] - 2:8, 2:15, 7:20, 22:13, 36:18, 40:11, 40:14, 41:16, 42:3, 42:7, 45:12, 51:12, 51:22, 57:16, 64:3, 66:3, 72:13, 75:15, 76:1, 79:2, 79:7, 81:5
**issues** [13] - 2:9, 42:23, 45:13, 46:12, 58:23, 70:9, 70:21, 70:22, 75:7, 79:18, 83:25
**items** [4] - 60:3, 60:4, 72:9, 72:24
**itself** [3] - 53:23, 58:8, 77:17

## J

**jabbing** [1] - 17:9
**jail** [1] - 52:7

**James** [1] - 1:20
**jammed** [1] - 27:8
**jargon** [2] - 14:16, 22:15
**Jencks** [3] - 59:23, 60:10, 72:4
**jeopardy** [1] - 72:10
**joinder** [1] - 70:11
**joined** [1] - 59:24
**joins** [1] - 70:10
**Judge** [6] - 1:13, 29:14, 30:25, 74:15, 78:25, 80:19
**judgment** [1] - 66:21
**jump** [1] - 69:13
**jumped** [1] - 55:22
**jumping** [1] - 69:14
**June** [25] - 36:1, 36:2, 36:5, 36:8, 39:21, 39:22, 52:14, 59:2, 59:4, 59:5, 59:9, 61:20, 65:18, 65:22, 65:25, 66:4, 66:6, 70:14, 70:16, 81:4, 83:11
**jurors** [1] - 29:13
**jury** [11] - 26:19, 40:10, 40:21, 41:20, 41:24, 56:17, 56:25, 72:16, 81:22, 82:2, 82:3
**jury's** [1] - 16:17
**Justice** [1] - 68:17

## K

**keep** [7] - 16:8, 27:25, 28:4, 30:5, 31:13, 59:13, 66:25
**keeping** [1] - 78:15
**Kelsey** [1] - 1:17
**Kenny** [3] - 30:17, 31:18, 32:3
**key** [1] - 10:11
**KGA** [1] - 73:3
**kidnap** [1] - 24:7
**kids** [1] - 23:8
**kill** [4] - 27:12, 33:6, 33:19, 33:23
**killed** [2] - 21:25, 34:23
**killer** [1] - 22:8
**killers** [1] - 35:20
**killing** [1] - 58:15
**kilogram** [1] - 23:18
**kind** [13] - 6:10, 10:6, 18:2, 33:9, 37:5, 41:19, 43:4, 43:13, 45:21, 54:10, 55:5, 63:12, 63:23
**knife** [3] - 24:16, 24:17, 24:23, 25:1, 25:3, 30:5, 30:21, 32:8, 32:16, 32:18, 32:19, 32:21,

32:22
**knowledge** [5] - 51:23, 55:2, 57:4, 66:22, 79:25
**knowledgeable** [1] - 14:11
**known** [3] - 7:21, 72:14, 79:21
**knows** [3] - 38:10, 39:18, 39:19, 63:21, 67:4, 69:10
**KURLAND** [20] - 29:14, 42:21, 74:25, 75:2, 76:15, 76:20, 76:24, 77:5, 77:22, 78:13, 78:15, 78:22, 78:25, 79:13, 79:17, 80:1, 80:10, 80:16, 80:19, 83:21
**Kurland** [16] - 1:21, 42:18, 42:20, 43:19, 45:21, 59:1, 59:25, 60:5, 72:7, 73:11, 73:16, 73:18, 74:13, 74:22, 74:24, 76:9

## L

**label** [6] - 9:2, 9:3, 9:7, 19:4, 22:18, 22:20
**lady's** [1] - 67:13
**language** [8] - 7:6, 7:9, 16:7, 16:25, 30:9, 52:5, 54:20, 58:4
**large** [3] - 12:17, 29:13, 66:14
**larger** [1] - 43:4
**last** [5] - 11:5, 37:2, 38:24, 42:8
**late** [6] - 8:16, 25:22, 26:6, 26:7, 36:5, 47:10
**latest** [1] - 81:4
**latter** [2] - 38:2, 52:11
**Laughter** [1] - 78:24
**Laura** [1] - 1:17
**lavish** [1] - 17:11
**law** [17] - 4:12, 4:20, 29:23, 33:4, 61:5, 62:8, 63:2, 64:13, 78:8, 79:1, 79:14, 79:16, 79:19, 79:21, 80:4, 80:5, 80:7
**Lawlor** [2] - 1:17, 45:11
**lay** [8] - 40:24, 42:23, 51:14, 54:22, 55:4, 55:5, 57:3, 80:12
**leaders** [1] - 7:1
**leads** [1] - 68:16
**least** [5] - 14:24, 37:13, 45:18, 46:2, 76:22
**leave** [1] - 44:16

**leaving** [1] - 32:10
**lectern** [1] - 58:25
**led** [1] - 5:24
**legal** [1] - 78:1
**less** [1] - 48:10
**letter** [9] - 2:21, 3:22, 20:12, 20:25, 42:14, 45:14, 47:12, 47:13, 48:7
**letters** [1] - 73:4
**Lewis** [1] - 7:5
**license** [1] - 38:16
**lifetime** [1] - 78:16
**lift** [1] - 27:16
**light** [2] - 45:15, 70:4
**likely** [3] - 16:14, 47:10, 48:10
**Lil** [1] - 35:12
**limine** [3] - 45:17, 51:4, 57:6
**limit** [1] - 63:9
**limitations** [1] - 64:19
**limiting** [1] - 58:20
**linchpin** [1] - 62:12
**line** [15] - 16:21, 16:23, 20:2, 22:14, 23:25, 26:24, 29:11, 29:14, 45:22, 47:4, 55:21, 57:9, 67:11
**line-by-line** [1] - 45:22
**lines** [4] - 7:15, 16:11, 29:15, 56:14
**Lines** [1] - 16:18
**linked** [1] - 41:25
**Lisa** [3] - 22:3, 27:21, 33:8
**list** [2] - 70:20, 72:5, 83:25
**listed** [2] - 33:16, 72:16
**listen** [4] - 3:14, 7:25, 8:1, 38:12
**listened** [8] - 3:14, 8:2, 18:20, 61:3, 63:21, 64:18, 66:10, 77:10
**listening** [5] - 11:11, 41:8, 53:19, 64:14, 68:22
**literally** [1] - 11:18
**live** [5] - 8:2, 8:5, 11:1, 11:22, 12:1
**living** [2] - 17:10, 52:17
**local** [1] - 10:1
**locate** [5] - 39:20, 39:21, 60:5, 61:9, 68:3
**location** [2] - 22:24, 34:16
**lock** [2] - 35:18, 35:22
**lockdown** [1] - 35:19
**locked** [9] - 8:19, 21:18, 21:19, 25:20, 35:14, 49:8, 49:9, 52:14, 52:15
**Lombard** [1] - 1:25

**look** [6] - 16:18, 60:18, 60:19, 74:19, 76:6, 77:16
**looking** [2] - 4:10, 64:15
**looney** [1] - 17:7
**lose** [1] - 31:14
**losing** [1] - 31:12
**lost** [1] - 73:11
**love** [1] - 76:8
**lunch** [1] - 57:1
**lying** [1] - 28:23
**Lyle's** [1] - 15:15
**Lyles** [3] - 30:17, 31:18, 32:3
**lyric** [1] - 40:21, 41:10, 43:2
**lyrics** [42] - 2:9, 3:19, 4:14, 7:17, 12:17, 12:21, 13:2, 14:16, 14:21, 15:8, 17:22, 40:25, 41:10, 41:15, 41:19, 42:10, 43:14, 45:17, 45:22, 46:4, 46:23, 49:5, 53:18, 53:20, 54:2, 54:15, 54:18, 54:20, 56:25, 57:16, 57:22, 58:5, 58:9, 58:19, 72:15, 75:8, 75:16, 75:21, 76:2, 76:3, 78:3, 79:4

## M

**machine** [1] - 68:11
**mail** [4] - 20:20, 61:1, 62:17, 64:5
**main** [1] - 81:9
**man** [7] - 27:8, 33:6, 35:11, 68:9, 68:18, 69:10
**manage** [1] - 56:19
**managed** [1] - 10:7
**manner** [4] - 38:11, 38:12, 77:13, 85:8
**March** [2] - 47:10, 47:11
**marijuana** [1] - 22:22
**Mark** [3] - 13:7, 72:14, 82:1
**mark** [2] - 20:10, 20:13
**marked** [1] - 21:24
**marketed** [2] - 7:24, 26:2
**MARSHAL** [1] - 44:8
**Marshals** [1] - 44:5
**marshals** [4] - 44:10, 44:19, 45:2, 45:5
**MARTIN** [1] - 1:7, 36:14, 36:16, 40:9, 40:12, 44:9, 44:12, 44:14, 70:13, 70:22, 70:24, 71:3, 71:10,

71:14, 71:18, 71:20, 71:22, 71:24, 83:13, 83:16, 84:3

**Martin** [21] - 1:18, 1:19, 8:19, 13:22, 21:20, 35:12, 35:19, 36:13, 40:8, 42:10, 43:14, 44:16, 45:10, 46:25, 48:2, 49:19, 49:25, 50:16, 72:2, 83:15, 83:19

**Martin's** [1] - 62:17

**Mary** [3] - 1:24, 85:3, 85:14

**MARYLAND** [1] - 1:1

**Maryland** [2] - 1:12, 1:25

**material** [6] - 52:24, 53:9, 55:13, 55:25, 59:23

**materials** [2] - 42:11, 72:5

**matter** [18] - 16:2, 26:8, 45:8, 46:14, 47:1, 48:10, 54:19, 59:18, 60:16, 60:23, 61:24, 63:13, 69:18, 72:10, 74:25, 75:11, 85:4, 85:8

**matters** [6] - 2:12, 58:24, 59:17, 60:3, 65:10, 75:11

**Mayor** [2] - 28:2, 43:9

**mayor** [1] - 28:9

**McCafferty's** [2] - 33:15, 34:25

**McCafferty/Brown** [1] - 34:8

**McCaffity** [11] - 22:3, 27:20, 33:5, 33:8, 33:13, 33:18, 33:23, 33:25, 34:11, 34:22

**McCaffity/Brown** [2] - 47:6, 47:9

**McCappity** [1] - 6:2

**mean** [32] - 8:21, 14:22, 23:10, 23:20, 26:23, 29:10, 29:12, 31:6, 36:19, 38:2, 40:21, 41:18, 41:22, 41:23, 43:5, 43:10, 43:14, 49:12, 63:11, 64:10, 65:22, 66:19, 67:17, 69:23, 73:25, 74:2, 74:5, 76:2, 78:16, 79:19, 80:11

**meaning** [9] - 16:16, 29:11, 40:25, 41:9, 49:24, 50:5, 50:6, 51:11

**meanings** [1] - 51:16

**means** [6] - 19:3, 38:3, 38:4, 38:5, 38:6, 74:8

**meant** [3] - 25:8, 39:19, 74:18

**medical** [2] - 44:7, 44:20

**medications** [1] - 45:7

**medicine** [1] - 44:10

**meet** [3] - 34:17, 34:20, 75:20

**meeting** [3] - 33:7, 33:11, 33:18

**member** [2] - 56:5, 56:7

**members** [6] - 7:13, 30:16, 31:23, 50:25, 61:2, 62:5

**memorandum** [1] - 61:23

**Memories** [1] - 68:2

**memory** [2] - 9:19, 67:21

**mental** [1] - 76:8

**mention** [5] - 6:24, 15:4, 18:21, 35:5, 57:23

**mentioned** [9] - 10:12, 10:16, 18:19, 18:24, 30:8, 45:21, 46:5, 72:13, 73:2

**mentioning** [1] - 30:14

**mentions** [1] - 20:1

**message** [1] - 61:3

**met** [1] - 78:1

**methodology** [1] - 40:19

**Michael** [1] - 1:17

**mid** [1] - 26:7

**mid-spring** [1] - 26:7

**middle** [1] - 46:3

**Might** [1] - 24:11

**might** [12] - 6:7, 29:9, 29:10, 44:9, 58:21, 60:17, 64:17, 64:18, 69:20, 76:7, 79:14

**mind** [3] - 8:4, 30:2, 30:6

**mindful** [1] - 54:3

**minute** [5] - 24:4, 24:22, 73:2, 76:18

**minutes** [8] - 2:22, 3:15, 16:1, 63:17, 67:19, 74:19, 75:4, 83:16

**misdirected** [1] - 61:1

**missing** [3] - 18:22, 42:11, 73:5

**mistakenly** [1] - 28:11

**MITCHELL** [3] - 1:6, 43:24, 44:2

**Mitchell** [36] - 1:16, 6:3, 8:19, 9:3, 9:7, 10:12, 10:13, 10:21, 10:22, 21:11, 21:20, 30:20, 31:17, 31:22, 32:8, 32:14, 32:15, 32:22, 33:1, 33:5, 33:12, 33:19,

33:33, 33:24, 34:12, 34:14, 34:19, 35:15, 35:17, 35:18, 44:16, 49:8, 55:14, 85:5

**Mitchell's** [2] - 32:18, 32:21

**moment** [5] - 6:23, 24:9, 30:1, 42:22, 64:8

**moms** [2] - 23:10, 46:6

**money** [4] - 18:13, 22:19, 23:5, 23:13

**monitored** [1] - 51:17

**Montana** [3] - 13:9, 21:15, 82:1

**Montgomery** [1] - 81:25

**month** [2] - 60:11, 60:13

**months** [2] - 26:8, 81:7

**morale** [1] - 21:19

**Moreover** [1] - 68:22

**morning** [14] - 36:14, 36:15, 40:15, 40:16, 42:20, 42:21, 43:20, 43:21, 50:4, 53:17, 62:25, 71:11, 72:8, 72:13

**most** [3] - 13:19, 23:17, 50:5

**Most** [1] - 59:22

**mostly** [1] - 36:16

**mother** [1] - 52:17

**motion** [3] - 40:5, 51:4, 57:6

**motions** [1] - 59:11

**Motions** [1] - 1:11

**Motivated** [1] - 34:11

**motive** [1] - 31:8

**mound** [1] - 54:9

**moved** [1] - 60:21

**moving** [1] - 82:12

**MR** [230] - 2:11, 2:15, 2:18, 3:9, 3:12, 3:17, 3:23, 3:25, 4:4, 4:6, 4:10, 4:15, 4:24, 5:2, 5:5, 5:9, 5:15, 5:18, 5:20, 6:20, 6:22, 8:11, 8:14, 8:16, 8:24, 9:2, 9:13, 9:16, 9:18, 9:22, 10:11, 10:16, 10:21, 10:23, 10:25, 11:4, 11:14, 11:24, 12:7, 12:10, 12:12, 12:15, 12:25, 13:4, 13:11, 13:22, 13:24, 14:14, 14:25, 15:6, 15:12, 15:15, 15:21, 15:24, 16:4, 16:6, 16:12, 16:25, 17:21, 17:23, 18:4, 18:7, 18:11, 18:23, 19:2, 19:6, 19:8, 19:11, 19:14, 19:17, 19:19, 19:21,

19:24, 20:1, 20:8, 20:14, 20:17, 21:3, 21:5, 21:8, 21:12, 21:14, 21:16, 22:3, 22:9, 22:12, 22:18, 22:25, 23:4, 23:12, 23:15, 23:17, 23:20, 24:4, 24:6, 24:12, 24:14, 24:23, 25:4, 25:7, 25:10, 25:13, 25:18, 26:1, 26:9, 26:12, 26:15, 26:20, 26:22, 27:2, 27:5, 27:19, 28:7, 28:11, 28:15, 28:20, 29:1, 29:3, 29:6, 29:14, 29:17, 29:19, 30:4, 30:11, 30:15, 30:20, 31:1, 31:5, 31:8, 31:11, 31:14, 31:17, 32:5, 32:7, 33:19, 34:1, 34:4, 34:6, 34:10, 34:13, 35:2, 35:7, 35:9, 36:2, 36:7, 36:11, 36:14, 36:16, 40:9, 40:12, 40:16, 42:6, 42:15, 42:18, 42:21, 44:9, 44:12, 44:14, 46:18, 47:16, 47:18, 47:20, 47:24, 48:1, 49:17, 59:15, 60:11, 60:16, 60:18, 60:23, 61:12, 61:16, 64:23, 64:25, 65:21, 66:2, 66:8, 67:7, 67:25, 68:9, 69:9, 69:17, 69:22, 69:25, 70:2, 70:13, 70:22, 70:24, 71:3, 71:10, 71:14, 71:17, 71:18, 71:20, 71:22, 71:24, 74:25, 75:2, 76:15, 76:20, 76:24, 77:5, 77:22, 78:13, 78:15, 78:22, 78:25, 79:13, 79:17, 80:1, 80:10, 80:16, 80:19, 80:24, 81:5, 81:13, 81:16, 81:21, 81:25, 82:19, 82:22, 83:7, 83:9, 83:12, 83:13, 83:16, 83:20, 83:21, 83:22, 84:3

**MS** [11] - 43:21, 45:15, 46:17, 72:3, 73:12, 73:14, 73:19, 73:23, 74:2, 74:8, 74:23

**murder** [12] - 6:13, 14:2, 21:20, 25:19, 25:20, 27:20, 34:14, 34:18, 35:3, 35:20, 62:5, 64:5

**murdered** [2] - 47:10, 67:13

**murders** [20] - 5:25, 6:2, 6:11, 6:15, 6:16,

8:20, 14:22, 14:24, 15:1, 31:9, 34:9, 37:20, 43:7, 47:6, 47:7, 47:8, 47:9, 48:9, 50:23, 62:25

**music** [14] - 2:8, 8:25, 10:4, 10:6, 14:12, 30:17, 32:3, 32:4, 53:18, 55:9, 55:10, 57:5, 58:15, 78:4

**must** [1] - 4:18

## N

**N-A-R-N-I** [1] - 19:16

**Nakasone** [2] - 68:6, 69:5

**name** [15] - 9:6, 12:13, 12:18, 13:9, 13:15, 13:25, 14:3, 15:5, 35:16, 36:7, 36:9, 36:10, 64:12, 81:14

**named** [6] - 13:7, 13:14, 34:17, 35:13, 81:9, 81:23

**Narni** [2] - 19:9, 19:15

**narrator** [1] - 81:9

**nature** [4] - 11:20, 45:23, 54:11, 55:25

**near** [1] - 50:1

**necessary** [3] - 3:19, 31:8, 73:8

**necessity** [1] - 53:14

**need** [16] - 3:6, 3:16, 5:12, 14:18, 16:10, 18:13, 22:12, 45:21, 45:24, 53:23, 54:25, 56:23, 60:9, 65:24, 71:12, 80:22

**needs** [3] - 28:4, 41:2, 79:8

**neighbors** [1] - 67:14

**Neil** [1] - 69:1

**nervous** [2] - 66:13

**never** [6] - 27:24, 32:23, 56:21, 67:22, 78:10

**new** [1] - 4:16

**next** [10] - 4:2, 11:7, 21:23, 27:14, 32:15, 36:2, 36:3, 52:13, 70:19, 70:20

**nickname** [1] - 10:20

**Nigga** [3] - 27:8, 27:11, 28:22

**nigga** [12] - 17:2, 17:3, 17:6, 17:7, 17:8, 17:10, 17:11, 17:15, 21:17, 28:23

**Niggas** [1] - 29:20

**niggas** [18] - 14:5, 17:1, 17:5, 17:9, 18:15, 21:22, 23:7, 23:8, 27:15, 29:20,

29:21, 30:5, 30:6, 30:7, 35:18, 35:21, 35:22
**night** [4] - 10:1, 30:22, 32:1, 33:14
**Nine** [1] - 6:16
**NO** [1] - 1:5
**Nobody** [3] - 38:9, 39:18, 39:19
**noise** [1] - 12:3
**non** [2] - 74:17, 80:5
**non-law** [1] - 80:5
**non-severance** [1] - 74:17
**none** [3] - 26:10, 26:13, 28:3
**nonetheless** [1] - 48:1
**normal** [3] - 52:4, 62:1, 63:16
**normally** [1] - 33:3
**North** [1] - 9:19
**NORTHERN** [1] - 1:2
**nothing** [1] - 28:21
**notice** [4] - 7:14, 45:19, 51:13, 55:11
**noticed** [1] - 4:16
**notion** [1] - 53:8
**notwithstanding** [1] - 75:15
**nowhere** [1] - 67:14
**nozzle** [2] - 26:22, 26:23
**number** [6] - 16:11, 16:21, 29:13, 33:16, 33:17, 61:6
**Number** [4] - 7:4, 37:1, 37:12, 39:11
**Number(s** [1] - 85:5
**numbers** [1] - 5:5
**numerous** [1] - 14:25

**O**

**O'Malley** [2] - 28:7, 50:10
**O'Malley's** [2] - 28:2, 43:9
**oath** [1] - 79:8
**objected** [1] - 74:14
**objection** [1] - 41:5
**objections** [5] - 43:1, 43:17, 49:11, 55:19, 58:3
**objectives** [1] - 51:9
**obligation** [7] - 49:22, 63:6, 63:13, 63:22, 64:3, 65:7, 67:5
**obligations** [2] - 49:20, 67:4
**obscene** [1] - 36:9
**observation** [1] - 61:18

**observe** [2] - 68:25, 70:3
**obvious** [1] - 67:8
**obviously** [7] - 17:25, 31:7, 46:24, 57:8, 57:25, 63:6, 75:25
**Obviously** [2] - 83:4, 83:10
**occasion** [3] - 24:8, 24:14, 45:3
**occur** [1] - 8:18
**occurred** [2] - 47:7, 47:8
**OF** [2] - 1:1, 1:4
**offenses** [1] - 28:13
**offensive** [1] - 29:12
**offer** [1] - 3:3
**offered** [6] - 43:1, 43:5, 53:6, 63:8, 77:21, 77:23
**office** [1] - 60:21
**officer** [5] - 62:8, 79:21, 80:4, 80:6, 80:7
**officers** [1] - 52:5
**official** [4] - 79:14, 79:16, 79:19, 85:7
**Official** [1] - 85:15
**often** [5] - 6:12, 13:8, 18:5, 31:25, 51:15
**older** [1] - 26:16
**Oliver** [3] - 22:3, 33:5, 33:7
**Once** [1] - 50:6
**once** [1] - 4:20
**one** [49] - 6:17, 9:10, 10:13, 10:16, 11:12, 12:1, 13:14, 13:16, 14:5, 14:15, 15:2, 15:9, 17:2, 17:19, 17:25, 23:21, 24:4, 24:8, 24:17, 25:24, 26:16, 31:22, 34:20, 37:8, 38:5, 38:15, 39:10, 40:19, 40:22, 41:10, 46:14, 48:25, 51:4, 51:10, 52:17, 55:21, 56:4, 57:14, 62:4, 63:25, 69:2, 71:6, 72:9, 72:13, 80:24, 81:8, 82:6, 82:7
**One** [4] - 5:21, 7:25, 20:13, 51:12
**ones** [3] - 7:7, 22:6, 50:17
**ongoing** [7] - 6:4, 6:6, 14:6, 17:12, 17:17, 36:20, 82:11
**open** [3] - 52:23, 75:18, 78:15
**opening** [1] - 57:24
**operate** [1] - 57:2
**opinion** [11] - 40:25, 42:23, 54:22, 54:25,

55:4, 55:5, 57:3, 64:19, 79:9, 79:24, 80:13
**opinions** [1] - 51:19
**opportunity** [5] - 57:2, 63:25, 68:25, 75:3, 80:23
**opposed** [1] - 67:12
**order** [3] - 23:13, 57:9, 64:11
**ordered** [2] - 74:12, 74:22
**organization** [20] - 6:3, 7:1, 7:2, 14:7, 17:13, 17:18, 18:12, 23:22, 27:6, 27:14, 30:14, 30:16, 31:23, 32:2, 33:6, 35:6, 51:1, 55:14, 55:15
**organizations** [1] - 33:3
**original** [1] - 14:14
**Otherwise** [1] - 46:2
**ought** [1] - 39:16
**outfit** [1] - 35:16
**outline** [1] - 76:25
**outside** [2] - 32:9, 32:12
**outstanding** [1] - 75:15
**outweigh** [1] - 55:19
**overlap** [2] - 13:1, 58:12
**overstate** [1] - 41:19
**own** [7] - 24:25, 25:2, 25:3, 31:18, 32:18, 66:21, 79:6

**P**

**p.m** [1] - 84:5
**Page** [12] - 4:8, 7:9, 15:13, 16:24, 18:9, 21:3, 21:17, 27:1, 27:2, 27:4, 27:5, 29:15
**pages** [5] - 4:1, 4:2, 12:19, 73:5, 85:6
**pain** [1] - 21:23
**pains** [2] - 35:25, 36:7
**paints** [1] - 37:19
**pales** [1] - 55:23
**Paper** [2] - 7:4, 51:3
**papers** [2] - 38:25, 40:3
**paperwork** [1] - 35:16
**pare** [1] - 2:22
**Paren** [1] - 4:10
**parens** [1] - 4:8
**Park** [8] - 18:12, 18:18, 18:19, 18:23, 19:3, 23:2, 79:20, 80:5
**parking** [1] - 32:11
**part** [19] - 14:24, 18:20, 29:25, 30:12, 50:5, 52:11, 54:18, 57:17, 57:18, 57:19, 64:8, 65:5, 66:14, 66:15, 67:9,

77:19, 77:21, 79:10
**participation** [1] - 82:21
**particular** [11] - 11:1, 18:21, 20:5, 22:13, 26:18, 29:11, 41:10, 41:25, 55:18, 75:16, 77:10
**particularly** [4] - 29:12, 41:17, 41:25, 79:13
**parties** [5] - 51:5, 75:9, 75:17, 75:21, 75:24
**partly** [1] - 18:17
**parts** [1] - 79:11
**party** [3] - 15:15, 30:17, 31:17
**pass** [3] - 56:23, 65:13, 65:14
**passage** [2] - 27:7, 27:14, 68:4
**passing** [1] - 49:5
**pathways** [1] - 76:8
**patience** [1] - 27:24
**Paul** [1] - 1:19
**Pause** [1] - 24:5
**People** [1] - 67:15
**people** [40] - 5:22, 5:24, 6:7, 6:13, 10:11, 11:8, 13:7, 21:25, 26:24, 27:13, 29:7, 29:24, 30:21, 31:19, 32:9, 37:19, 41:13, 45:20, 48:15, 49:1, 50:11, 52:18, 58:14, 60:25, 61:5, 62:16, 62:18, 62:25, 63:1, 64:17, 65:16, 66:10, 67:18, 67:20, 68:12, 68:23, 81:18
**peoples** [1] - 35:20
**perception** [1] - 51:20
**peremptory** [1] - 33:20
**perfect** [1] - 34:17
**performance** [7] - 7:22, 8:2, 8:3, 8:5, 8:6, 11:1, 11:22
**performances** [1] - 12:1
**performed** [1] - 10:1
**perhaps** [7] - 2:4, 3:19, 30:9, 39:18, 52:12, 55:23, 80:9
**Perhaps** [2] - 3:16, 70:6
**period** [2] - 25:18, 67:20
**permit** [2] - 37:23, 38:14
**permitted** [4] - 41:1, 52:5, 54:23, 54:24
**permitting** [1] - 56:15
**person** [8] - 19:18, 34:19, 55:8, 56:9, 64:14,

64:16, 68:8, 82:24
**personal** [3] - 57:4, 66:21, 79:24
**persons** [1] - 82:7
**perspective** [2] - 43:4, 55:24
**Pete** [1] - 22:4
**phone** [9] - 33:12, 33:13, 33:15, 33:16, 34:15, 81:16, 81:17, 83:3
**phones** [1] - 82:23
**phono** [1] - 78:17
**photo** [1] - 63:18
**photos** [2] - 72:24, 73:5
**phrase** [4] - 5:23, 41:11, 80:18
**phrases** [4] - 6:17, 16:16, 16:17, 51:16
**picking** [1] - 43:11
**Pill** [1] - 19:20
**pills** [1] - 19:9
**pistol** [2] - 24:2, 24:3
**place** [3] - 43:7, 65:17
**plain** [1] - 54:19
**plan** [1] - 57:10
**play** [7] - 3:6, 5:7, 8:9, 11:6, 27:10, 67:15, 82:9
**played** [12] - 2:21, 3:16, 5:14, 10:7, 37:24, 38:21, 38:22, 38:24, 39:1, 39:3, 64:5, 82:5
**playing** [2] - 62:5, 62:8
**plays** [1] - 10:6
**pleading** [6] - 7:3, 14:15, 51:3, 51:9, 75:3, 75:6
**plus** [1] - 22:21
**podium** [1] - 41:22
**point** [30] - 10:17, 13:20, 14:15, 15:4, 16:23, 21:18, 28:3, 35:19, 42:3, 42:22, 43:13, 47:4, 47:20, 48:9, 48:12, 50:13, 51:12, 60:6, 72:9, 74:25, 75:5, 75:9, 75:13, 76:17, 78:12, 78:25, 79:13, 81:9, 82:25
**pointed** [1] - 51:3
**points** [2] - 46:19, 64:23
**police** [8] - 24:19, 25:5, 37:20, 38:9, 52:4, 52:15, 67:19, 67:22
**policy** [1] - 68:17
**poor** [2] - 67:13, 69:3
**position** [5] - 14:23, 15:7, 17:16, 45:16, 62:11
**positively** [1] - 62:17, 82:6
**possibility** [4] - 55:11,

56:13, 56:14, 78:15
**possible** [2] - 2:23, 73:8
**possibly** [1] - 48:22
**posted** [1] - 19:11
**postponed** [1] - 59:24
**practice** [1] - 68:15
**prearrangement** [1] - 83:1
**preemptive** [1] - 33:21
**preemptory** [1] - 33:20
**prefer** [1] - 60:15
**prejudice** [3] - 37:17, 56:1
**prejudicial** [5] - 38:11, 45:23, 55:24, 58:16
**preliminary** [10] - 2:12, 47:1, 53:14, 54:11, 57:13, 58:2, 61:21, 75:10, 81:1
**prepare** [2] - 16:20, 70:7
**prepared** [5] - 3:7, 3:9, 55:11, 56:25, 58:6
**preponderance** [2] - 75:20, 76:4
**present** [10] - 40:24, 46:23, 63:1, 64:5, 64:13, 64:16, 64:17, 69:5, 76:23
**presented** [2] - 43:16, 50:22
**presumably** [2] - 3:18, 77:1
**pretrial** [3] - 57:6, 59:8, 59:11
**pretty** [1] - 63:15
**Pretty** [1] - 20:22
**prevail** [1] - 27:13
**prevailed** [1] - 70:6
**previous** [2] - 18:24, 34:18
**previously** [2] - 2:16, 49:20
**prima** [2] - 53:15, 57:13
**primarily** [1] - 17:17
**principal** [1] - 40:17
**print** [1] - 20:18
**printer** [1] - 20:21
**pristine** [1] - 63:19
**probative** [1] - 56:2
**problem** [5] - 37:16, 45:9, 48:1, 59:4, 71:9
**problems** [1] - 65:4
**procedure** [2] - 3:2, 57:7
**procedures** [2] - 65:3, 69:6
**proceed** [5] - 2:5, 2:13, 45:10, 45:13
**proceeding** [3] - 2:3, 54:3, 61:20

**proceedings** [4] - 24:5, 45:1, 85:4, 85:7
**Proceedings** [2] - 2:1, 84:5
**process** [4] - 61:2, 63:19, 64:25, 65:5
**processed** [1] - 32:23
**processor** [1] - 16:10
**produce** [6] - 11:7, 32:4, 53:21, 60:10, 65:11, 76:21
**produced** [12] - 7:24, 8:16, 26:6, 26:18, 52:10, 52:11, 53:20, 77:20, 78:6, 78:7, 78:9, 81:7
**producer** [2] - 9:10, 30:17
**producing** [3] - 11:10, 12:3, 26:15
**production** [10] - 8:23, 9:6, 9:11, 9:12, 52:21, 55:10, 74:13, 74:16, 77:17, 82:21
**productions** [1] - 53:19
**professional** [1] - 45:2
**Professor** [1] - 71:4
**proffer** [7] - 46:21, 54:4, 54:12, 72:18, 75:14, 75:23, 77:25
**proffers** [4] - 49:13, 49:14, 54:5, 54:9
**program** [1] - 71:5
**progress** [1] - 56:19
**prolonged** [1] - 64:22
**promise** [2] - 56:14, 63:24
**promises** [1] - 36:3
**promote** [1] - 32:2
**promotion** [1] - 31:18
**prone** [1] - 20:5
**proof** [2] - 57:9, 76:3
**proposal** [2] - 5:10, 28:9
**propose** [3] - 5:7, 8:9, 11:6
**proposes** [1] - 13:18
**prosecute** [2] - 29:8, 53:6
**prosecuted** [1] - 29:7
**prosecution** [1] - 53:9
**prosecutor** [4] - 66:18, 66:22, 66:24, 78:16
**protecting** [2] - 74:2, 74:6
**prove** [2] - 12:9, 75:19
**provide** [6] - 7:12, 49:23, 52:19, 62:19, 80:25, 83:19
**provided** [9] - 3:15, 3:21, 5:8, 59:21, 60:4,

61:21, 72:5, 72:6, 78:4
**provides** [1] - 52:25
**providing** [1] - 72:22
**public** [1] - 35:10
**publishing** [1] - 49:4
**pull** [1] - 7:12
**pulled** [2] - 22:20, 30:20, 32:8
**punishment** [1] - 82:14
**Pure** [1] - 36:11
**pure** [1] - 48:23
**purpose** [7] - 23:23, 39:4, 39:5, 39:7, 57:1, 68:22
**purposes** [5] - 55:4, 56:6, 68:16, 72:21
**pursue** [2] - 32:24, 32:25
**pushing** [1] - 32:7
**Put** [4] - 23:24, 26:22, 44:2, 44:3
**put** [9] - 11:19, 43:4, 56:5, 58:9, 63:3, 68:10, 68:11, 72:9, 82:12
**putting** [2] - 29:20, 55:22
**Pyne** [2] - 1:20, 45:11

**Q**

**qualified** [1] - 40:24
**qualify** [1] - 11:24
**quality** [1] - 68:19
**Quarles** [1] - 30:25
**questionable** [1] - 65:2
**questions** [4] - 8:22, 40:7, 50:14, 66:18
**quick** [1] - 17:5
**quite** [5] - 32:22, 47:5, 50:2, 59:21, 79:11
**Quite** [1] - 46:24
**quote** [7] - 7:6, 7:12, 24:2, 30:14, 40:21, 43:9, 51:5
**quote-unquote** [3] - 24:2, 30:14, 40:21
**quoted** [1] - 7:9

**R**

**radio** [6] - 10:4, 10:5, 10:8, 38:24, 39:1, 39:3
**Raeshio** [2] - 30:15, 30:22
**rain** [1] - 21:22
**raise** [2] - 23:5, 80:24
**raised** [2] - 45:13, 51:12
**raises** [1] - 42:3

**Rap** [1] - 9:16
**rap** [22] - 2:8, 8:3, 12:20, 14:12, 14:16, 16:2, 30:17, 45:17, 46:23, 53:18, 55:8, 55:10, 56:25, 57:5, 57:16, 57:22, 58:9, 58:15, 75:7
**rapper** [3] - 10:18, 12:5, 37:10
**rappers** [3] - 10:13, 10:14, 13:16
**rapping** [1] - 17:3
**rather** [5] - 46:16, 57:11, 62:15, 66:10, 72:4
**rational** [1] - 58:13
**rationally** [1] - 51:20
**rats** [2] - 81:22, 82:13
**ratting** [1] - 81:18
**reach** [1] - 63:16
**read** [2] - 3:19, 41:20
**ready** [2] - 2:5, 2:13, 35:7, 66:6, 78:9
**Real** [1] - 35:18
**real** [5] - 13:15, 19:18, 29:21, 37:16, 79:7
**really** [26] - 17:6, 23:7, 38:9, 39:7, 39:18, 39:19, 39:20, 39:22, 40:4, 46:8, 48:18, 48:22, 49:12, 49:13, 50:4, 50:8, 53:24, 60:8, 65:23, 67:24, 69:2, 70:15, 76:17, 78:11, 78:20, 80:22
**Really** [1] - 19:5
**reason** [3] - 33:11, 37:18, 70:24
**reasonable** [2] - 60:15, 63:24
**reasons** [2] - 54:17, 65:4
**receive** [2] - 45:5, 58:17
**recently** [3] - 30:25, 59:16, 81:6
**recess** [2] - 44:23, 84:4
**Recess** [1] - 44:25
**recitation** [1] - 6:10
**recollect** [1] - 54:8
**recollection** [3] - 7:18, 7:19, 26:14
**reconsider** [1] - 72:4
**record** [3] - 22:20, 44:18, 52:23
**recorded** [9] - 11:19, 12:1, 13:1, 26:5, 63:19, 76:19, 76:22, 82:21, 85:3
**recording** [4] - 7:22, 8:5, 76:22, 82:20
**recordings** [3] - 3:7, 7:22, 63:20

**records** [1] - 78:17
**recovered** [5] - 12:17, 32:15, 32:19, 33:13, 52:16
**recurrent** [1] - 6:8
**redact** [1] - 29:9
**refer** [1] - 23:18
**reference** [13] - 21:10, 21:11, 22:19, 24:11, 27:16, 27:18, 28:6, 28:19, 30:3, 46:6, 50:9, 75:6
**referenced** [2] - 41:14, 42:8
**references** [5] - 6:14, 14:25, 15:1, 22:15, 43:5
**referred** [2] - 42:10, 50:7
**Referring** [1] - 6:19
**referring** [2] - 18:25, 42:14
**refers** [1] - 19:4
**reflect** [1] - 44:18
**reflective** [1] - 43:7
**refresh** [2] - 7:18, 7:19
**refuse** [1] - 22:5
**regard** [2] - 26:4, 77:11
**regarding** [5] - 16:16, 45:16, 45:20, 57:5, 62:20
**regret** [2] - 40:13
**regular** [1] - 46:13
**regularly** [1] - 82:14
**reiterate** [1] - 58:4
**reject** [1] - 53:8
**relate** [2] - 18:10, 42:9
**related** [2] - 25:11, 53:18
**relates** [1] - 18:11
**relating** [1] - 66:17
**relatively** [1] - 35:14
**relayed** [1] - 50:4
**relevance** [2] - 36:1, 36:18
**relevant** [2] - 7:21, 46:8
**reliability** [2] - 62:4, 62:11
**reliable** [1] - 63:7
**rely** [3] - 47:5, 61:14, 61:15
**relying** [1] - 46:11
**remaining** [5] - 44:21, 53:25, 59:1, 70:21, 83:25
**remains** [2] - 48:2, 77:11
**remarkable** [1] - 56:9
**remarks** [1] - 40:20
**remember** [12] - 11:25, 13:15, 19:17, 19:22, 22:16, 22:25, 24:8, 25:21, 30:13, 30:19,

35:5, 52:15
**remembered** [1] - 35:4
**remind** [2] - 31:10, 60:9
**reminds** [1] - 78:16
**remove** [1] - 44:5
**removed** [3] - 44:21, 48:8, 68:1
**renewed** [1] - 7:12
**repeats** [1] - 21:14
**replaying** [1] - 63:2
**report** [6] - 68:6, 69:7, 69:8, 69:9, 69:11, 70:7
**Reported** [1] - 1:23
**Reporter** [1] - 85:15
**REPORTER'S** [1] - 85:1
**represent** [1] - 35:23
**request** [3] - 45:17, 46:10, 58:21
**require** [5] - 49:22, 54:20, 73:17, 74:21, 77:3
**required** [5] - 62:1, 63:9, 65:12, 65:13
**requirement** [2] - 56:7, 64:8
**requirements** [3] - 51:18, 53:16, 75:12
**requiring** [1] - 64:15
**requisites** [1] - 78:1
**reserving** [1] - 55:17
**resolve** [4] - 33:2, 33:3, 41:3
**respect** [25] - 7:20, 7:21, 8:8, 18:1, 41:7, 41:17, 42:23, 43:3, 43:17, 46:25, 55:7, 56:24, 57:3, 57:4, 73:18, 74:11, 75:7, 75:11, 79:14, 80:8, 80:10
**respectfully** [1] - 72:3
**respond** [2] - 50:13, 64:22
**responding** [1] - 20:25
**response** [3] - 11:18, 45:3, 47:21
**responsibility** [1] - 63:7
**rest** [2] - 37:16, 37:23
**Resume** [1] - 45:1
**revealed** [1] - 65:3
**reversed** [2] - 4:17, 4:18
**review** [1] - 45:22
**revisit** [2] - 15:23, 38:15
**Reynolds's** [1] - 72:18
**Rhodes** [6] - 1:17, 43:20, 45:11, 51:12, 56:15, 72:2
**RHODES** [11] - 43:21, 45:15, 46:17, 72:3, 73:12, 73:14, 73:19, 73:23, 74:2, 74:8, 74:23

**Rice** [20] - 6:3, 17:13, 17:18, 27:6, 27:14, 30:12, 30:13, 30:14, 30:15, 30:23, 31:23, 32:2, 33:6, 35:5, 38:7, 48:16, 48:17, 51:1, 55:15
**Rices** [4] - 30:24, 30:25, 32:24, 52:7
**risk** [1] - 82:12
**rival** [2] - 31:25, 32:1
**rivals** [2] - 5:22, 6:5
**robbery** [2] - 63:16, 67:2
**Robert** [1] - 1:16
**Rock** [6] - 12:13, 12:14, 27:9
**rocking** [1] - 19:9
**Room** [1] - 1:24
**RPR** [1] - 1:24
**Ruge** [2] - 28:22, 28:23
**Ruger** [4] - 23:24, 26:22, 28:22, 28:25
**rule** [8] - 49:13, 51:14, 55:11, 56:13, 56:14, 73:23, 73:25, 77:15
**Rule** [4] - 49:22, 51:14, 51:24, 53:23
**ruled** [8] - 2:18, 3:4, 3:20, 5:11, 14:9, 15:22, 36:25, 37:1
**Rules** [1] - 41:1
**rules** [2] - 46:13, 73:22
**ruling** [9] - 37:2, 37:3, 53:13, 54:11, 55:17, 58:2, 58:19, 75:10, 80:2
**run** [2] - 56:21, 56:22

**S**

**S-K-I-N-N-Y** [1] - 81:11
**safety** [3] - 28:1, 74:3, 74:6
**sale** [5] - 9:21, 77:21, 77:24, 78:10
**satisfied** [4] - 53:15, 60:13, 70:22
**satisfies** [1] - 5:12
**satisfy** [1] - 57:13
**scared** [1] - 29:21
**scars** [2] - 21:24, 24:2
**schedule** [1] - 59:5
**scheduled** [5] - 59:8, 59:21, 71:6, 71:14, 71:15
**scheduling** [1] - 45:13
**scientific** [1] - 51:22
**scope** [1] - 51:23
**SD** [2] - 27:9, 27:10
**seamless** [1] - 58:11
**search** [1] - 12:16

**seat** [1] - 34:21
**second** [2] - 57:18, 68:5
**See** [3] - 15:22, 18:14, 66:13
**see** [20] - 4:11, 4:20, 18:20, 18:21, 19:8, 20:1, 21:14, 21:22, 26:17, 28:25, 36:6, 47:14, 56:17, 61:10, 63:16, 64:8, 72:21, 73:10, 77:22, 78:11
**seeking** [1] - 38:18
**seem** [2] - 11:4, 48:23
**seemingly** [1] - 54:4
**seizure** [4] - 43:23, 43:24, 44:19, 45:4
**selective** [1] - 43:11
**self** [6] - 50:6, 79:4, 79:9, 79:11, 79:12, 80:11
**self-evident** [6] - 50:6, 79:4, 79:9, 79:11, 79:12, 80:11
**sell** [2] - 20:5, 38:23
**selling** [1] - 18:18
**seminal** [1] - 55:15
**send** [2] - 20:24, 64:15
**Send** [1] - 83:10
**sense** [6] - 39:14, 54:19, 62:2, 62:10, 73:24, 74:1
**sensitive** [1] - 45:3
**sent** [5] - 3:13, 5:2, 20:17, 20:24, 20:25
**sentences** [3] - 28:3, 28:7, 28:12
**sentencing** [1] - 43:10
**separate** [2] - 12:23, 59:21
**September** [1] - 48:4
**serial** [2] - 42:25, 43:16
**serious** [1] - 61:8
**served** [1] - 78:5
**serves** [1] - 9:19
**session** [1] - 72:18
**set** [2] - 34:18, 56:23
**Seven** [2] - 27:3, 27:4
**several** [5] - 2:20, 5:23, 5:25, 30:21, 32:9
**severance** [2] - 74:17
**Shake** [9] - 9:5, 23:7, 25:11, 27:10, 31:19, 35:10, 35:15, 81:19, 81:21
**shake** [1] - 15:18
**Shakedown** [2] - 18:16, 23:6
**shall** [1] - 55:9
**shared** [1] - 58:23
**SHAWN** [1] - 1:8
**shed** [1] - 70:4

**sheisty** [1] - 23:8
**Sheistyville** [6] - 9:2, 9:6, 19:3, 20:1, 20:2, 23:5
**Shells** [1] - 27:24
**SHELLY** [1] - 1:7
**Shelton** [1] - 52:13
**SHELTON** [1] - 1:7
**Shit** [2] - 28:23, 36:11
**shit** [4] - 23:20, 27:9, 29:20, 35:21
**shit's** [1] - 17:7
**Shoot** [1] - 27:15
**shooting** [4] - 6:13, 21:25, 26:24, 30:3
**shoots** [1] - 67:18
**Shore** [1] - 51:10
**Shores** [1] - 7:5
**short** [4] - 8:3, 29:10, 75:3, 83:25
**shortly** [1] - 44:24
**shot** [2] - 21:25, 27:21
**shots** [2] - 6:16, 34:22
**shoving** [1] - 32:7
**show** [6] - 27:10, 39:25, 47:1, 77:4, 77:6, 78:22
**showed** [1] - 33:8
**showing** [1] - 72:24
**shown** [1] - 77:12
**shows** [4] - 37:18, 63:17, 66:5, 68:24
**Shug** [4] - 81:10, 81:11, 82:25, 83:2
**SHUG** [1] - 81:11
**sick** [1] - 37:1
**side** [2] - 44:2, 44:3
**sight** [1] - 30:6
**signature** [1] - 85:10
**significance** [1] - 55:23
**significant** [1] - 58:7
**signify** [1] - 4:9
**similar** [1] - 7:7
**simply** [10] - 11:10, 12:2, 23:12, 34:23, 34:25, 50:20, 51:18, 54:19, 68:20, 80:12
**singing** [7] - 7:16, 12:8, 13:5, 13:17, 13:19, 19:24, 27:7
**single** [2] - 8:11, 8:13
**sings** [3] - 13:14, 14:4, 24:17
**sister** [1] - 52:17
**sitting** [2] - 78:7, 78:18
**situation** [4] - 56:8, 62:7, 67:12
**six** [1] - 68:1
**skin** [1] - 32:20
**Skinny** [4] - 81:9, 81:11,

**82:25, 83:2**
**skipped** [1] - 4:6
**slipped** [1] - 24:3
**Slow** [2] - 13:15, 27:9
**slow** [1] - 22:6
**smart** [1] - 56:7
**Snatch** [1] - 23:10
**snatch** [2] - 30:4, 30:5
**snitches** [3] - 6:6, 50:25, 82:13
**Snitching** [2] - 81:8, 82:5
**so-called** [1] - 55:14
**society** [1] - 82:14
**sold** [3] - 9:23, 22:22, 26:2
**soldiers** [1] - 6:25
**solidarity** [2] - 6:25, 77:1
**solidify** [1] - 6:25
**someone** [2] - 9:10, 17:4
**sometime** [4] - 8:16, 36:4, 52:12, 82:18
**somewhere** [2] - 39:23, 78:8
**son** [1] - 67:13
**song** [13] - 4:6, 6:18, 8:3, 11:21, 12:3, 12:17, 12:20, 18:10, 29:25, 35:9, 43:14, 77:17
**songs** [41] - 2:20, 2:25, 4:17, 5:20, 5:23, 6:9, 8:11, 8:18, 10:7, 10:12, 10:17, 12:8, 13:1, 13:6, 13:8, 13:13, 14:23, 16:2, 18:5, 18:11, 19:4, 22:14, 22:15, 24:18, 25:21, 25:24, 26:3, 26:4, 26:10, 26:13, 39:5, 39:8, 49:21, 49:24, 50:16, 52:7, 52:8, 52:10, 77:19, 82:2
**soon** [1] - 73:7
**Sooner** [2] - 17:10, 27:25
**sooner** [1] - 62:15
**sophisticated** [1] - 9:11
**sorry** [18] - 3:9, 4:15, 14:8, 16:8, 20:10, 20:14, 23:25, 29:14, 31:12, 47:14, 51:14, 61:10, 69:7, 71:19, 71:21, 71:23, 73:16, 74:18
**sort** [11] - 5:24, 6:10, 6:25, 7:1, 11:15, 17:17, 31:24, 43:1, 46:7, 50:7, 65:11
**sorts** [2] - 68:11, 82:14
**soul** [1] - 17:3
**sound** [2] - 18:1, 41:13

**sounded** [1] - 11:3
**speaker** [1] - 68:14
**speaking** [4] - 25:13, 71:22, 72:8, 74:12
**speaks** [1] - 70:8
**special** [1] - 41:16
**specialized** [1] - 51:23
**specific** [6] - 15:1, 18:21, 20:3, 22:15, 37:15, 55:10
**specifically** [10] - 6:23, 18:4, 18:8, 23:1, 35:5, 37:12, 37:15, 37:22, 41:7, 50:17
**spectrographic** [1] - 68:10
**speculate** [3] - 38:6, 38:7
**speculating** [1] - 50:12
**speculation** [1] - 48:23
**spelled** [1] - 81:14
**splattered** [1] - 22:21
**spraying** [1] - 18:15
**spring** [3] - 25:22, 26:6, 26:7
**squad** [1] - 28:21
**stabbed** [2] - 15:17, 30:21
**stabbing** [1] - 30:19, 32:9
**stabbings** [1] - 32:16
**stack** [1] - 12:17
**staged** [1] - 11:4
**stand** [3] - 20:5, 44:23, 50:15
**standard** [2] - 50:18, 50:20
**standing** [1] - 67:18
**start** [2] - 5:16, 36:13
**starve** [1] - 22:5
**State** [2] - 71:1, 71:3
**state** [3] - 42:19, 62:1, 62:2
**statement** [8] - 34:14, 48:13, 53:2, 53:3, 53:4, 57:24, 77:10, 82:7
**statements** [10] - 7:7, 7:11, 46:24, 47:2, 50:20, 50:23, 53:24, 75:13, 77:6, 77:13
**States** [1] - 7:10
**STATES** [2] - 1:1, 1:4
**station** [5] - 10:6, 10:8, 38:24, 39:1, 39:3
**statutes** [1] - 73:22
**stenographically** [1] - 85:4
**step** [1] - 74:21
**still** [17] - 21:22, 27:2,

36:18, 36:21, 38:1, 38:20, 42:7, 48:1, 55:2, 60:17, 61:14, 75:15, 75:18, 75:19, 76:5, 77:11, 77:12
**Stokes** [1] - 7:6
**stood** [1] - 41:22
**stop** [1] - 18:12
**Stop** [2] - 81:7, 82:5
**straight** [1] - 2:21
**stranger** [1] - 56:10
**strategic** [1] - 56:8
**stream** [1] - 78:10
**street** [6] - 9:21, 13:9, 13:25, 20:6, 24:15, 24:24
**Street** [1] - 1:25
**strictly** [1] - 74:12
**strike** [4] - 33:21, 39:15, 39:16
**strikes** [1] - 55:4
**striking** [1] - 58:12
**strip** [2] - 22:21, 22:23
**Strip** [1] - 79:21
**strong** [2] - 61:21, 80:25
**struck** [1] - 17:25
**struggle** [2] - 14:6, 29:25
**studio** [5] - 9:14, 9:17, 9:18, 11:10, 78:6
**stuff** [11] - 13:19, 36:21, 37:16, 37:21, 43:5, 43:10, 63:14, 63:15, 68:12, 68:19, 73:11
**subjected** [1] - 82:14
**submit** [2] - 58:18, 70:19
**submitted** [3] - 2:19, 7:3, 68:6
**subpoena** [4] - 65:21, 66:3, 66:7, 73:3
**substantially** [1] - 54:13
**substantive** [1] - 60:23
**successfully** [2] - 29:6, 32:24
**sufficient** [1] - 65:14
**sufficiently** [1] - 2:3
**suggest** [4] - 8:21, 49:19, 63:11, 64:10
**suggested** [1] - 54:19
**suggesting** [4] - 63:11, 63:12, 68:24, 82:17
**suggestiveness** [1] - 63:5
**sui** [1] - 67:2
**suit** [1] - 32:25
**summer** [3] - 25:22, 26:7
**sung** [2] - 52:8

**Supermax** [2] - 82:23, 83:5
**supplemental** [2] - 42:19, 70:7
**support** [3] - 23:5, 50:3, 54:14
**supports** [1] - 7:6
**suppose** [1] - 36:16
**supposed** [3] - 22:8, 42:24, 43:6
**Supreme** [1] - 62:12
**suspect** [1] - 57:19
**swoops** [1] - 78:8

# T

**tale** [1] - 31:15
**talent** [1] - 38:18
**Tales** [1] - 31:16
**talks** [3] - 15:15, 24:7
**tap** [1] - 17:5
**tape** [12] - 11:3, 55:18, 62:5, 64:14, 64:18, 64:19, 66:11, 68:19, 68:23, 70:5, 72:25, 73:3
**Tape** [1] - 39:11
**tapes** [7] - 37:23, 38:2, 38:12, 38:14, 52:6, 68:11, 77:9
**taste** [1] - 27:24
**technical** [3] - 51:23, 68:8, 68:11
**technique** [1] - 26:24
**telephone** [2] - 33:7, 33:14
**ten** [1] - 29:15
**terms** [3] - 13:4, 42:4, 42:8
**terrible** [1] - 37:19
**testified** [1] - 82:2
**testifies** [1] - 77:23
**testify** [8] - 9:13, 9:22, 10:5, 13:24, 19:3, 45:25, 52:5, 56:16
**testimony** [25] - 24:24, 26:23, 40:25, 42:24, 50:3, 50:12, 51:18, 51:19, 51:21, 54:22, 54:25, 55:5, 56:24, 57:3, 57:21, 58:7, 72:12, 72:17, 79:9, 79:24, 80:2, 80:3, 80:9, 80:13
**testing** [1] - 67:21
**THE** [239] - 1:1, 1:1, 2:2, 2:12, 2:17, 3:6, 3:11, 3:13, 3:18, 3:24, 4:2, 4:5, 4:8, 4:12, 4:20, 4:25, 5:4, 5:7, 5:10, 5:16, 5:19, 6:19, 6:21,

7:17, 8:13, 8:15, 8:21, 8:25, 9:9, 9:15, 9:17, 9:20, 10:9, 10:15, 10:19, 10:22, 10:24, 11:2, 11:12, 11:17, 12:5, 12:9, 12:11, 12:14, 12:23, 13:3, 13:10, 13:21, 13:23, 14:8, 14:19, 15:3, 15:7, 15:14, 15:20, 15:22, 15:25, 16:5, 16:8, 16:13, 17:19, 17:22, 17:24, 18:6, 18:9, 18:19, 19:1, 19:5, 19:7, 19:10, 19:13, 19:15, 19:18, 19:20, 19:23, 19:25, 20:7, 20:10, 20:15, 20:19, 21:4, 21:6, 21:9, 21:13, 21:15, 22:2, 22:8, 22:11, 22:17, 22:23, 23:3, 23:10, 23:14, 23:16, 23:19, 23:25, 24:10, 24:13, 24:22, 25:2, 25:6, 25:8, 25:11, 25:16, 25:23, 26:2, 26:10, 26:13, 26:17, 26:21, 27:1, 27:4, 27:18, 28:6, 28:9, 28:14, 28:19, 28:25, 29:2, 29:5, 29:9, 29:15, 29:18, 30:2, 30:8, 30:12, 30:18, 30:24, 31:3, 31:6, 31:10, 31:12, 31:15, 32:4, 32:6, 33:18, 33:22, 34:3, 34:5, 34:8, 34:11, 35:1, 35:4, 35:8, 35:25, 36:6, 36:10, 36:12, 36:15, 40:8, 40:10, 40:13, 42:5, 42:14, 42:16, 42:20, 43:19, 44:1, 44:5, 44:11, 44:13, 44:15, 44:18, 45:2, 46:16, 47:14, 47:17, 47:19, 47:22, 47:25, 49:15, 53:13, 60:9, 60:13, 60:17, 60:19, 61:10, 61:13, 61:17, 64:24, 65:20, 65:25, 66:3, 66:13, 67:9, 68:8, 69:7, 69:16, 69:20, 69:23, 70:1, 70:6, 70:17, 70:23, 71:2, 71:8, 71:12, 71:15, 71:19, 71:21, 71:23, 72:1, 73:10, 73:13, 73:15, 73:21, 73:25, 74:5, 74:9, 74:24, 75:1, 76:8, 76:16, 76:21, 77:3, 77:15, 78:2, 78:14, 78:19, 79:10, 79:15, 79:19, 80:3, 80:14, 80:17, 80:20, 81:3, 81:11, 81:15, 81:24, 82:17, 82:20, 83:6, 83:8,

83:10, 83:14, 83:19, 83:23, 84:4
**theme** [6] - 6:4, 6:6, 6:8, 6:10, 6:23, 29:3
**themes** [2] - 5:21, 58:8
**themselves** [4] - 9:23, 46:24, 48:9, 58:5
**theories** [1] - 76:25
**theory** [9] - 6:1, 33:22, 38:1, 38:8, 43:6, 50:14, 55:16, 58:13, 77:19
**Thereafter** [1] - 59:23
**therefore** [2] - 53:10, 53:17
**they've** [3] - 3:18, 6:12, 29:4
**They've** [2] - 29:22, 29:23
**thinking** [3] - 37:23, 55:2, 76:9
**thinks** [1] - 37:14
**third** [9] - 23:25, 38:8, 51:5, 57:19, 75:9, 75:17, 75:21, 75:24
**Thomas** [1] - 1:20
**threaten** [3] - 50:25, 51:7
**threatening** [1] - 48:15
**threats** [1] - 48:15
**three** [8] - 5:20, 53:25, 54:17, 62:16, 67:23, 72:12, 81:22, 82:2
**thugs** [1] - 22:20
**Thursday** [1] - 1:11
**tie** [6] - 32:22, 33:12, 37:8, 37:12, 37:15, 58:7
**tied** [2] - 37:22, 50:17
**tight** [1] - 47:5
**time-wise** [1] - 73:9
**timing** [2] - 52:20, 52:21
**tip** [6] - 24:16, 24:20, 24:25, 25:2, 25:6, 25:9
**TM** [4] - 13:8, 21:15, 72:14
**today** [6] - 2:8, 2:9, 40:2, 52:23, 54:7, 55:19
**together** [4] - 7:12, 34:7, 53:18, 59:24
**Tony** [3] - 13:9, 21:15, 82:1
**top** [2] - 21:16, 55:22
**totally** [1] - 25:12
**tote** [1] - 28:8
**Tote** [1] - 23:8
**touch** [1] - 44:23
**touched** [1] - 48:22
**track** [7] - 5:5, 11:5, 16:3, 18:24, 20:2, 31:13
**Track** [47] - 2:18, 2:19, 3:4, 3:21, 3:24, 4:3,

4:13, 4:14, 4:21, 4:22, 4:23, 4:25, 5:1, 5:11, 5:16, 6:8, 6:19, 6:20, 6:22, 7:14, 11:6, 11:17, 14:4, 14:10, 15:20, 15:23, 16:1, 16:3, 16:6, 16:14, 16:24, 18:1, 18:2, 18:4, 18:8, 18:9, 18:22, 18:24, 21:3, 29:3, 29:16, 35:7, 39:12, 50:18

**track-by-track** [1] - 16:3
**tracks** [2] - 5:12, 13:18
**transaction** [1] - 33:9
**transcribed** [1] - 85:7
**transcript** [7] - 2:19, 3:22, 4:9, 5:13, 16:21, 20:11, 85:7
**transcripts** [5] - 3:16, 5:8, 53:18, 77:9, 82:4
**translate** [1] - 51:25
**transliterate** [1] - 14:13
**transmitted** [1] - 61:4
**tres** [1] - 27:17
**trial** [15] - 45:18, 46:3, 56:19, 57:16, 57:18, 57:19, 57:20, 59:21, 59:23, 60:11, 61:25, 63:8, 69:23, 74:7
**trials** [1] - 51:15
**tried** [2] - 2:22, 38:23
**trigger** [1] - 17:5
**Trigger** [1] - 27:23
**triumph** [1] - 17:15
**trivial** [1] - 74:14
**troops** [1] - 7:12
**true** [1] - 5:2
**True** [1] - 77:22
**trust** [1] - 2:2
**truth** [1] - 63:13
**try** [21] - 14:15, 20:5, 23:5, 37:17, 38:5, 39:15, 39:20, 40:20, 43:18, 59:11, 61:9, 62:24, 65:15, 66:11, 68:21, 73:3, 73:7, 76:14, 76:16, 81:3
**Trying** [1] - 17:3
**trying** [9] - 8:22, 15:25, 18:12, 19:11, 21:18, 22:18, 22:19, 62:6, 70:14
**tune** [1] - 17:7
**turn** [5] - 27:5, 65:10, 67:7, 74:20
**turned** [2] - 26:16, 82:4
**turning** [1] - 67:11
**two** [19] - 4:17, 7:23, 21:19, 31:9, 40:17, 51:4, 51:5, 52:17, 59:16, 62:18, 63:17, 64:1, 67:21, 68:23, 71:6,

71:13, 73:5, 81:17
**Two** [1] - 81:8
**two-two-one** [1] - 51:4
**type** [2] - 6:12, 68:2
**types** [1] - 80:10

## U

**U.S** [1] - 1:24
**under** [15] - 41:1, 43:18, 49:22, 51:14, 51:15, 57:25, 63:14, 65:7, 66:11, 66:19, 66:25, 67:1, 73:9, 75:12, 79:7
**underneath** [1] - 32:12
**undertake** [1] - 80:25
**underworld** [1] - 55:9
**undue** [1] - 56:1
**unduly** [1] - 58:16
**unfortunate** [1] - 45:3
**United** [1] - 7:9
**UNITED** [2] - 1:1, 1:4
**unknown** [1] - 39:17
**Unless** [1] - 2:12
**unless** [5] - 5:13, 29:11, 40:6, 46:25, 76:3
**unlikely** [1] - 28:17
**unquestionably** [1] - 51:1
**unquote** [3] - 24:2, 30:14, 40:21
**unreasonable** [1] - 61:20
**unsophisticated** [1] - 9:12
**unusual** [1] - 52:3
**up** [38] - 2:9, 8:19, 20:1, 21:18, 21:19, 21:23, 23:10, 25:20, 32:9, 32:11, 33:8, 34:18, 34:20, 35:14, 36:17, 42:10, 42:16, 49:8, 49:9, 52:13, 52:14, 52:15, 53:9, 54:6, 56:5, 58:7, 58:22, 59:7, 63:17, 66:5, 75:22, 78:9, 81:5, 81:10, 81:16, 82:2, 83:2, 83:11
**upsetting** [2] - 41:24
**USA** [1] - 85:4
**useful** [1] - 53:9

## V

**valuable** [1] - 13:19
**value** [3] - 54:5, 54:12, 56:2
**various** [1] - 50:3
**venue** [1] - 11:23

**verisimilitude** [1] - 26:4
**verse** [1] - 4:5
**vest** [1] - 28:19
**victim** [1] - 51:7
**video** [7] - 81:8, 81:9, 81:24, 81:25, 82:5, 82:8, 83:7
**videotape** [1] - 83:2
**view** [5] - 11:1, 13:20, 28:12, 42:3, 50:10
**viewed** [1] - 82:13
**vision** [1] - 67:21
**visit** [1] - 73:16
**VOICE** [1] - 44:4
**Voice** [2] - 68:8, 68:9
**voice** [10] - 12:10, 61:1, 62:17, 63:20, 64:5, 66:20, 68:7, 70:9
**voices** [7] - 13:5, 13:7, 62:6, 81:17, 83:3
**voir** [2] - 56:15, 57:2
**volume** [1] - 12:20

## W

**Wait** [3] - 24:22, 73:10, 76:18
**wait** [1] - 76:18
**walk** [1] - 67:22
**wanna** [1] - 17:6
**wants** [3] - 52:19, 82:9
**war** [4] - 27:8, 29:22, 29:23, 38:8
**Warnken** [1] - 71:4
**warrant** [1] - 12:16
**wasted** [1] - 27:24
**WAYNE** [1] - 1:7
**ways** [2] - 15:2, 52:4
**weapon** [2] - 27:20, 27:22
**weapons** [1] - 28:12
**weaving** [2] - 14:5, 17:2
**Weaze** [9] - 7:15, 10:12, 13:21, 13:22, 14:3, 14:4, 17:1, 35:12, 41:11
**week** [5] - 57:17, 57:18, 57:20, 70:20, 83:24
**weeks** [2] - 25:19, 45:18
**West** [1] - 1:25
**Whereof** [1] - 85:9
**whipped** [2] - 24:2, 24:3
**whispered** [1] - 4:12
**whoever's** [1] - 11:11
**whole** [8] - 35:22, 35:24, 39:3, 39:14, 57:16, 78:22, 83:7
**wide** [1] - 39:8
**WILLIE** [1] - 1:6
**Willie** [1] - 85:4

**willing** [1] - 23:13
**win** [1] - 28:4
**winds** [1] - 53:9
**winning** [1] - 21:22
**wiretaps** [1] - 51:17
**wise** [2] - 57:25, 73:9
**wish** [3] - 2:13, 22:10, 58:18
**witness** [24] - 9:9, 15:9, 17:19, 43:2, 43:17, 50:15, 51:7, 51:20, 54:9, 56:24, 57:3, 58:7, 64:1, 66:5, 66:6, 66:7, 66:18, 66:23, 66:25, 69:21, 74:6, 77:23
**Witness** [1] - 85:9
**witness'** [1] - 51:21
**witnesses** [32] - 9:13, 9:22, 9:24, 10:3, 10:5, 12:10, 13:24, 16:15, 17:20, 19:3, 20:9, 30:21, 38:4, 39:2, 45:24, 50:4, 54:13, 55:12, 56:12, 56:16, 56:20, 56:21, 65:7, 68:2, 72:10, 72:11, 72:12, 72:19, 74:4, 81:22, 82:11, 82:12
**witnesses'** [2] - 68:25, 74:3
**Woodland** [4] - 20:3, 20:4, 23:2, 79:21
**word** [10] - 2:2, 7:23, 16:10, 42:19, 49:15, 49:25, 74:18, 80:17, 81:19
**wording** [1] - 38:13
**words** [5] - 16:16, 16:17, 41:23, 52:1, 69:20
**world** [1] - 39:13
**worth** [1] - 23:11
**wrap** [1] - 59:7
**write** [1] - 39:5
**writing** [2] - 39:6, 41:5
**written** [9] - 13:2, 14:23, 26:3, 26:5, 39:20, 52:20, 77:16, 77:20, 78:9
**wrote** [2] - 59:15, 78:3
**Wyche** [13] - 8:19, 14:2, 21:20, 22:4, 25:19, 25:20, 34:14, 34:16, 35:20, 47:7, 47:9, 61:3
**Wyches** [2] - 15:5, 22:2

## Y

**y'all** [4] - 15:18, 28:23, 35:21
**year** [7] - 28:2, 28:7, 37:2, 47:15, 47:23,

49:18, 52:8
**years** [6] - 28:16, 50:10, 51:5, 68:1, 75:6, 77:8
**yesterday** [1] - 2:4
**yesterday's** [1] - 2:3
**Yo** [2] - 21:22, 27:23
**you's** [1] - 27:8

## Z

**Zajac** [3] - 1:24, 85:3, 85:14