1

1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF MARYLAND

3

4    UNITED STATES OF AMERICA

5         VS.                    CRIMINAL NO. AMD-04-029

6    WILLIE MITCHELL, et al.

7               DEFENDANTS

8                              Baltimore, Maryland

9                              December 5, 2008

10

11        The above-entitled case came on for trial before

     the Honorable Andre M. Davis, United States District

12

     Judge

13

                      TRIAL DAY 35

14

15                 AFTERNOON SESSION

16

              A P P E A R A N C E S

17

18

     For the Government:

19

          Robert R. Harding, Esquire

20        Michael C. Hanlon, Esquire

21

     For Defendant Mitchell:

22

          Laura Kelsey Rhodes, Esquire

23        Michael E. Lawlor, Esquire

24

25   Gail A. Simpkins, RPR
     Official Court Reporter

2

1    For Defendant Martin:

2        Thomas L. Crowe, Esquire
         James G. Pyne, Esquire
3

4    For Defendant Gardner:

5        Barry Coburn, Esquire
         Adam H. Kurland, Esquire
6

7    For Defendant Harris:

8        Gerard P. Martin, Esquire
         Paul Flannery, Esquire
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          P R O C E E D I N G S

2          (Court resumed session 3:20 p.m.)

3          THE COURT:  Good afternoon.  I believe --

4     where's Ms. Rhodes?

5          I believe you all have received copies of the

6     jury note that we just received, as well as a proposed

7     question that I would like to put to the jury in the

8     form of a yes or no response on my letterhead.

9          The jury says, "Once the jury reaches a

10    unanimous verdict on all counts, minus the two against

11    the specific defendant, how do our deliberations

12    proceed?"

13         So the jury I think is telling us that they are

14    ready for an Allen charge, although there is enough --

15    not that they are ready for an Allen charge, but that

16    the case may be ready for an Allen charge.

17         But in any event, it seems to me I ought to seek

18    clarification, and I propose to do so through this

19    letter, this note that I would send into the jury

20    which reads ladies and gentlemen, your last note is

21    ambiguous.  Do you mean to say that you have reached a

22    unanimous verdict as to all counts and all defendants,

23    with the exception of "the two against the specific

24    defendant," which is the language taken from the note.

25    Please provide your answer below, yes or no.

4

1          Do any of counsel have any objection to my

2     sending in this note?  Of course, what we do after we

3     get the answer is a different issue, but at least we

4     can clarify the ambiguity, I hope.

5          MS. RHODES:  No objection, Your Honor.

6          MR. MARTIN:  No objection, Your Honor.

7          MR. CROWE:  No objection, Your Honor.

8          MR. COBURN:  None here either, Your Honor.

9          THE COURT:  All right.  Ms. Arrington, if you'll --

10     Oh, Mr. Harding?

11          MR. HARDING:  No objection.

12          THE COURT:  Sorry, sorry.

13          Apparently the hand signals from that juror to

14     Ms. Arrington had to do with his reimbursements, his

15     expenses and so forth.  Ms. Arrington and my law

16     clerks have made the necessary photocopies and so

17     forth.  SO that's what that was all about.

18          (Pause.)

19          MS. RHODES:  Your Honor, can I be excused very

20     briefly to make a phone call?

21          THE COURT:  Sure.  Is it going to take more than

22     one minute?

23          MS. RHODES:  I hope not.  I just need to leave a

24     message at my daughter's school.

25          THE COURT:  Okay.  Sure.  Of course.

1          MS. RHODES:  Thanks.

2          (Pause.)

3          THE COURT:  The jury's answer to my question is

4     yes.  Let's wait a moment for Ms. Rhodes.

5          (Pause.)

6          Ms. Rhodes, the jury has answered the Court's

7     question, yes.

8          MS. RHODES:  Thank you.

9          THE COURT:  So I have one of my stock -- not one

10    of.  I only have one -- Allen charges here.  I don't

11    think I have ever given it more than once.

12          Obviously the question arises whether the Court

13    should give an Allen charge at all, whether there is

14    sufficient interest in having the jury work further to

15    try to resolve what appear to be only two counts

16    relating to a single defendant if, I think if we are

17    reading their notes in the way that I think they are

18    intended to be read.

19          So we can obviously do something in the nature

20    of what I was proposing earlier.  We could either have

21    the jury send out the verdict sheet and I could either

22    disclose or not disclose to counsel what that reveals

23    in the way of which counts.

24          We could just bring the jury out, and I'll give

25    the modified Allen charge and send them back to work,

6

```
1        or we could bring the jury out, I could say to the
2        jury, ladies and gentlemen of the jury, we understand
3        that you have completed virtually all of your work.
4        There remain two counts.  Do you think that further
5        work on those counts is reasonably likely to result in
6        agreement within a reasonable period of time, without
7        giving the Allen charge?
8             I'll do whatever counsel can somehow reach
9        agreement the Court should do.  I think you know my, I
10       think you know my position.
11            Go ahead, Mr. Harding.
12            MR. HARDING:  Well, I'm inclined to think an
13       Allen charge at this point is the appropriate
14       solution, Your Honor.  That's the government's
15       preference.
16            Is it impossible to keep them here the rest of
17       the afternoon?  I understand Your Honor has a 4
18       o'clock engagement, but it sounds like we could reach
19       a resolution of this this afternoon.
20            THE COURT:  That's both possible and one view of
21       the circumstances, impossible.
22            I mean I have to say that I am quite impressed
23       with the lucidity of this foreperson, who we are told
24       is Juror Number 12.  Belinda reports that under his
25       leadership, he has left the jury room in pristine
```

1    condition every day.  He makes them clean up.  He is

2    something of a prankster perhaps from some of the

3    things that have been left in there that Belinda have

4    seen in the way of toys and that kind of thing.

5         I guess what I'm saying is he seems to be really

6    a master of his domain, and when he writes out and

7    says reasoned views firmly held -- that's what that

8    earlier note said -- that signals to me that he has

9    been pushing them.  Now, that's wholly speculative on

10   my part of, course.

11        But the specific answer to your question, Mr.

12   Harding, is yes, I can keep them here this afternoon.

13   Obviously I told them I was going to excuse them at

14   three.  It's now 3:30.  But if what we all come to is,

15   Judge, give them the Allen charge and just send them

16   back, you know, I'll do that.

17        As we all know, they have been leaving every day

18   at four, well, I guess a couple of days at 4:30, and I

19   know that there's that one juror who clearly seems to

20   work the second shift somewhere, because she is out of

21   here every day at four.  Maybe she has got child-care

22   issues or something.  But I don't think it's

23   reasonably likely that they are going to stick around

24   today.

25        Now whether I require them to come back on

1       Monday, they've already told us they will come back on

2       Monday and Tuesday, if necessary.

3             So I think more likely what's going to happen,

4       and really, this has nothing to do with the court

5       activities this afternoon, I think what's likely to

6       happen is they are going to probably be excused to

7       return on Monday, and I can give the Allen charge on

8       Monday morning.

9             MR. HARDING:  Well, that's fine with the

10      government, Your Honor.  But if the Court is willing,

11      you might offer them the option of staying today and

12      not --

13            THE COURT:  Well, that's what it would amount

14      to, yes.

15            MR. HARDING:  Okay.

16            THE COURT:  Of course.

17            MR. HARDING:  Thank you.

18            THE COURT:  Learned counsel.

19            MS. RHODES:  I thought he was talking to me.

20      Okay.

21            MR. COBURN:  I'm sure he was.

22            (Laughter.)

23            MS. RHODES:  Can I just ask the Court --

24            THE COURT:  Of course.

25            MS. RHODES:  -- what are you proposing to say?

1          THE COURT:  I'm sorry?

2          MS. RHODES:  What are you proposing to say in

3     terms of giving them the option of coming back or not,

4     because I think that's fine with us.  I'm just not

5     entirely sure what the options are you are going to

6     give them.

7          THE COURT:  In other words, how would I respond

8     to their report to us that we have reached a verdict,

9     but we're deadlocked on two counts?

10         MS. RHODES:  Yes.

11         THE COURT:  I would bring them out here and I

12    would say ladies and gentlemen, it's late in the day.

13    We appreciate the hard work you have done so far.

14         I guess -- your point is well taken, Ms. Rhodes.

15    It's kind of hard for me to behave as if I have given

16    a modified Allen charge without having given the

17    modified Allen charge, and I think that's what your

18    question really goes to.

19         What do I say to them today other than an Allen

20    charge, is kind of what you're getting at.  I think

21    that's right.

22         I can't, in other words, I can't say do you want

23    to continue deliberating today?  Well, I guess I

24    could.

25         I could say do you want to continue today or do

1       you wish to return on Monday, and I'm absolutely

2       certain they are going to say we'll return on Monday.

3              MS. RHODES:  Right.  That's fine.

4              THE COURT:  Then give them an Allen charge on

5       Monday.

6              MS. RHODES:  Uh-huh.  That's fine.

7              THE COURT:  You really don't want a partial

8       verdict?  I mean I can't believe you all don't want a

9       partial verdict.

10             MS. RHODES:  Well, I think we might --

11             THE COURT:  I'm shocked.

12             MS. RHODES:  I think we're going to get one on

13      Monday.

14             THE COURT:  Well, but that's exactly --

15             You mean you think we're going to get a complete

16      verdict on Monday?

17             MS. RHODES:  No.  I think we're going to get the

18      same result on Monday.

19             THE COURT:  A partial verdict on Monday.  So why

20      don't we take a partial verdict today?  That's my

21      point.

22             MR. HARDING:  It's okay with the government,

23      Your Honor.

24             THE COURT:  I mean honestly, I don't want to

25      coerce anybody into anything, but they're telling us

1    they're done.  They're done, two counts, one

2    defendant, and we could, you know, make book on the

3    likelihood, frankly.

4         I don't mind saying that clearly, the thinnest

5    count for guilty was Mr. Gardener on the Wyche

6    murders.  There's no question about that.  I think we

7    all understand that.  Whether those are the two, I

8    don't know, but I'm speaking out of school because I

9    have no idea what the jury is thinking.

10        But we do know from what they've told us they're

11   down to two counts on one defendant.

12        MS. RHODES:  Right.  Well --

13        THE COURT:  And I'm inferring from their

14   interest in Mr. Montgomery and Mr. -- and Ms. Wyche

15   that it may relate to those counts.

16        But in any event, why don't you step aside for a

17   moment Ms. Rhodes.

18        MS. RHODES:  That's our prediction.  I think it

19   might come --

20        THE COURT:  You can think about it a little

21   more.  Let me see what Mr. Martin thinks.

22        MR. MARTIN:  Your Honor, I think at least Mr.

23   Coburn and I are going to be on the same page here.  I

24   think you should ask them if they think they could

25   reach a verdict on the other two today.  They're

1    probably going to tell you no, and we then take the

2    verdict.  I don't think there should be an Allen

3    charge.

4         THE COURT:  All right.  Are you willing to have

5    me do that --

6         MR. MARTIN:  We object to an Allen charge.

7         THE COURT:  Are you willing to have me do that

8    in open court --

9         MR. MARTIN:  Yes, sir.

10         THE COURT:  -- and just have the jurors all look

11    at each other?

12         MR. MARTIN:  Absolutely, Your Honor.

13         THE COURT:  Okay.

14         MR. COBURN:  I agree with 99 percent of what Mr.

15    Martin said.  Mr. Kurland, when he was here, noted an

16    objection to a partial verdict and I'm reluctant to

17    take that back, particularly since he is not here

18    right now.

19         But I do completely agree with Mr. Martin, and I

20    think Your Honor is absolutely right to be, you know,

21    extremely sensitive to the question of coercion here.

22    I realize it would be totally unintended on the part

23    of the Court.  You know, it's 3:40 p.m. now.  They

24    thought they were going at three.

25         We're only talking about two counts.  They've

1    returned apparently verdicts on lots and lots of other

2    counts, and for a host of reasons, it seems to me that

3    this is a situation in which an Allen charge isn't

4    needed, and isn't called for, and could be dangerous.

5         So I think that last option that Your Honor

6    proposed of asking them whether further work would be

7    productive is totally appropriate under these

8    circumstances.

9         By the way, I do strongly agree with Your

10   Honor's observation about Juror Number 12.  I think he

11   has been pushing them.  It's incredible to me that

12   this jury has been sending out notes saying, you know,

13   sort of projecting deliberations into late next week.

14   I have never seen that before, and I think it's

15   indicative of exactly what Your Honor said, and I

16   think all of that suggests that an Allen charge isn't

17   appropriate or required here.

18        THE COURT:  Okay.  Mr. Crowe.

19        MR. HARDING:  If I could just correct --

20        THE COURT:  Yes, Mr. Harding.

21        MR. HARDING:  My agent thinks that I may have

22   communicated that I didn't feel an Allen charge was

23   appropriate by saying that it was all right with the

24   government if the Court took a partial verdict.

25        Of course, the government doesn't oppose a

14

1    partial verdict, but we also want an Allen charge as

2    to whatever counts aren't decided, unless, of course,

3    they are so trivial that it doesn't matter, and then

4    we'll reconsider the matter.

5         But the government believes that it has a right

6    to an Allen charge in this situation.  They've clearly

7    expressed in their prior note to the Court that they

8    are deadlocked on these two counts as to one

9    defendant, and I think that the foundation is there

10   for an Allen charge.

11        THE COURT:  All right.  Thank you, Mr. Harding.

12        Mr. Crowe.

13        MR. CROWE:  Your Honor, our position is we are

14   opposed to either a partial verdict or an informal

15   inquiry by the Court as to how they stand with respect

16   to individual counts and individual defendants.

17        THE COURT:  Okay.  What I'm going to do is I'm

18   going to have the jury come out with the verdict

19   sheet.  I will confirm with the foreman the response

20   to my question to the jury, that they have indeed

21   reached a unanimous verdict as to every count and

22   every defendant, with the exception of two counts as

23   to a single defendant.

24        If the foreperson here in open court confirms

25   that understanding, then I will ask the foreperson,

15

1    Mr. Foreman, is there a reasonable likelihood that

2    continued deliberations either today or on Monday will

3    result in the jury's ability to reach unanimity as to

4    the remaining two counts?

5         I'm going to proceed on the basis of the

6    foreman's answer to that question.  If he says no, I

7    intend to take a partial verdict.  We'll proceed with

8    Ms. Arrington bringing me the verdict sheet, and I'm

9    going to take the verdict of the jury.  Then Ms.

10   Arrington will harken the jury, not by the verdict

11   sheet, but simply by each defendant on all counts.

12   That's what I propose to do.

13        May we have the jury, please?  And please tell

14   the jury to bring the verdict sheet to the courtroom

15   with them.

16        (The jury entered the courtroom.)

17        THE COURT:  Ladies and gentlemen of the jury,

18   good afternoon once again, and thank you for you

19   patience, as I conferred with counsel regarding your

20   most recent communications.

21        Mr. Foreman, I need first to confirm here in

22   open court our understanding of the jury's response to

23   the question that I sent in in writing a few moments

24   ago.

25        Is it correct that the jury has reached a

1    unanimous decision as to all counts and all

2    defendants, with the exception of two counts relating

3    to a single defendant?

4         THE FOREPERSON:  Correct.

5         THE COURT:  In that light, Mr. Foreman, having

6    earlier indicated to us in your note that -- you used

7    the word deadlocked, which is not a particularly

8    technical legal term.  But I ask you, is there any

9    reasonable possibility, if the jury continues its

10   deliberations either today, this afternoon, or on

11   Monday, that with additional efforts to reach

12   unanimity, the jury is reasonably likely to do so?

13        (Pause.)

14        THE FOREPERSON:  Yes.

15        THE COURT:  All right.  In that light, I will

16   excuse you to return to the jury deliberation room;

17   but perhaps, counsel, I should go ahead and administer

18   additional advice to the jury.

19        Let me give you this supplemental instruction,

20   ladies and gentlemen, before you continue your

21   deliberations.  Please consider this instruction

22   together with all of my prior instructions.

23        The Court has received information that you sent

24   me from the standpoint of your having been unable to

25   reach a unanimous verdict as to, your foreperson says,

1    two counts.  In view of the time consumed and the

2    evidence, and particularly documentary evidence in

3    this case, that is not unusual.  However, I wish to

4    make a few suggestions which you may desire to

5    consider in your deliberations, along with all the

6    evidence and all the instructions previously given.

7        This, as you well realize, is an important case.

8    The trial has been expensive to both the prosecution

9    and the defense.  If you should fail to agree on a

10   verdict as to any particular count, the case is left

11   open as to those counts and undecided.  Like all

12   cases, it must be disposed of sometime.

13       There appears no reason to believe that another

14   trial would not be equally expensive to both sides,

15   nor does there appear any reason to believe that the

16   case can be tried again better or more exhaustively

17   than it has been on either side of the aisle.

18       Any further jury must be selected in the same

19   manner and from the same source as you have been

20   chosen, so there appears no reason to believe that the

21   case would ever be submitted to 12 men and women more

22   intelligent or more impartial or more competent to

23   decide it, or that more or clearer evidence could be

24   produced on behalf of either side.

25       Of course, these matters suggest themselves upon

1    brief reflection to all of us who have sat through the

2    trial.  The only reason I mention them is because some

3    of them may have escaped your attention, which must

4    have been fully occupied up to this time in reviewing

5    the evidence.

6        They are matters which, along with others, and

7    perhaps more obvious ones, remind us how important and

8    desirable it is that you unanimously agree upon a

9    verdict of either guilty or not guilty as to all

10   counts, if you can do so without violence to your own

11   individual judgment and conscience.

12       It is unnecessary to add that the Court does not

13   wish any juror to surrender his or her conscientious

14   convictions.  As I stated in the instructions given at

15   the time the case was submitted to you, do not

16   surrender your honest convictions as to the weight or

17   effect of evidence solely because of the opinion of

18   the other jurors or for the mere purpose of returning

19   a verdict.

20       However, it is your duty as jurors to consult

21   with one another and to deliberate with a view to

22   reaching an agreement if you can do so without

23   violence to any judgment.

24       Each of you must decide the case for yourself,

25   but you should do so only after a consideration of the

1    evidence with your fellow jurors, and in the course of

2    your deliberations, you should not hesitate to change

3    your opinion when you are convinced it is erroneous.

4         In order to bring 12 minds to a unanimous

5    result, you must examine the question submitted to you

6    with candor and frankness and with proper deference to

7    and regard for the opinions of each other.  That is to

8    say, in conferring together, each of you should pay

9    due attention and respect to the views of the others

10   and listen to each other's arguments with the

11   disposition to reexamine your own views.

12        If much the greater number of you are for

13   conviction, each dissenting juror ought to consider

14   whether a doubt in his or her mind is a reasonable one

15   since it makes no effective impression upon the minds

16   of so many equally honest, equally intelligent fellow

17   jurors who bear the same responsibility, serve under

18   the sanction of the same oath, and have heard the same

19   evidence with, we may assume, the same attention and

20   equal desire to arrive at the truth.

21        On the other hand, if a majority or even a

22   lesser number of you are for acquittal on the

23   unresolved counts, other jurors ought to seriously ask

24   themselves again whether they do not have reason to

25   doubt the correctness of a judgment which is not

1    concurred in by many of their fellow jurors and

2    whether they should not distrust the weight or

3    sufficiency of evidence which fails to convince the

4    minds of several of their fellow jurors beyond a

5    reasonable doubt.

6         You are not partisans.  You've got no friends to

7    reward, no enemies to punish.  You are judges, judges

8    of the facts.  Your sole purpose is to ascertain the

9    truth from the evidence before you.  You are the sole

10   and exclusive judges of the credibility of all the

11   witnesses and the weight and effect of all the

12   evidence.

13        In the performance of your duty, you are at

14   liberty to disregard all comments of both Court and

15   counsel, including, of course, the remarks I am now

16   making to you.

17        Remember at all times that no juror is expected

18   to yield a conscientious conviction he or she may have

19   as to the weight or effect of evidence.  But remember

20   also, that after full deliberation and consideration

21   of all the evidence, it is your duty to agree upon a

22   verdict, if you can do so without violating your

23   individual judgment and your individual conscience.

24        With that, Mr. Foreman, and ladies and gentlemen

25   of the jury, I will excuse you to return to the jury

1    room.  You may promptly determine among yourselves

2    whether you wish to continue deliberations this

3    afternoon for a bit more time or whether you wish to

4    conclude your deliberations now, to return on Monday

5    morning at 9:30, in accordance with our normal

6    pattern.

7         The jury is excused to continue its

8    deliberations and to communicate to the Court whether

9    it wishes to continue.

10        (The jury was excused 3:50 p.m.)

11        THE COURT:  Any exception to the modified Allen

12   charge?

13        MR. HARDING:  Not from the government, Your

14   Honor.

15        MR. COBURN:  We do have one, Your Honor.  I just

16   wanted to make sure my previous objection to the Allen

17   charge is on the record.

18        MR. MARTIN:  The same here, Your Honor.

19        THE COURT:  I'm sorry.  What was the previous

20   objection to the Allen charge?

21        MR. COBURN:  My proposal had been that Your

22   Honor just do the first part, just tell them --

23        THE COURT:  Oh, I see.  Oh, I see, to the giving

24   of the Allen charge.

25        MR. COBURN:  Exactly.

22

1           THE COURT:  Okay.

2           MR. MARTIN:  The same here, Your Honor.

3           THE COURT:  And Mr. Martin joins that.

4           MR. COBURN:  I guess just to, you know --

5           THE COURT:  I've got to say, I was surprised at

6       the answer, but that shows you what I know.

7           MR. MARTIN:  Mr. Crowe told me he would have

8       best his house on the answer.

9           MR. COBURN:  I was surprised with the answer

10      also.  He seemed to think.  I mean there was a

11      significant pause there.

12          THE COURT:  He did.  He's a very thoughtful

13      young man.  It may be that it's, you know, Friday

14      afternoon and he thinks that with a little more time,

15      they can work it out.

16          Mr. Crowe.

17          MR. CROWE:  Your Honor, with respect to the

18      Allen charge, we would object to it because I think

19      clearly in all instances references to the expense of

20      retrial are disfavored.

21          In addition to that, I think it's factually

22      incorrect.  Obviously another trial against one

23      defendant on two counts is neither going to be nearly

24      as expensive or as extensive as what we have been

25      through for the last two months.

23

1          THE COURT:  Thank you.  I did reflect on that

2     very briefly.  They may not know about a partial

3     verdict.  In fact, I think they probably are thinking,

4     particularly in light of that last question, that --

5          Well, I'm not going to predict anymore what the

6     jury thinks on those.

7          MR. CROWE:  Thank you, Your Honor.

8          Noted, Mr. Crowe.

9          MS. RHODES:  Your Honor, for Mr. Mitchell, we

10    would adopt Mr. Crowe's objection.

11         THE COURT:  Very well.

12         And the jury says they wish to return Monday

13    morning 9:30.  And so, can we ask the jury to come in,

14    please?

15         Belinda, do you have an envelope that you can

16    give to the jury to put the verdict sheet in and some

17    tape that he can seal it?  Do you have any tape?

18         THE CLERK:  Yes.

19         (The jury entered the courtroom 3:54 p.m.)

20         THE COURT:  Mr. Foreman, ladies and gentlemen,

21    thank you for responding very promptly.  You have

22    indicated to us that you will continue your

23    deliberations on Monday morning at 9:30.

24         Mr. Foreman, we are going to provide you as you

25    return to the jury room with an envelope, perhaps this

24

1    one.  What I would like you to do, on the assumption

2    that you have completed the verdict sheet so far based

3    on the jury's work, I would ask you to fold up the

4    verdict sheet and to put it in this envelope and seal

5    it -- we're going to give you some tape -- so that

6    when Ms. Arrington goes in after you all leave to

7    collect all the exhibits and so forth, the verdict

8    sheet will be in a separate envelope, under seal.  It,

9    together with all the other evidence -- ah, great --

10   will be kept under seal during the recess and locked

11   up with all of the exhibits.  No one will look at the

12   verdict sheet whatsoever or, of course, any of your

13   notes and so forth.

14        Please continue to adhere carefully and

15   faithfully to all of my instructions.  Have no

16   discussion about the case with anyone.  Do not permit

17   anyone to discuss the case in your presence.  Do not

18   discuss the case with each other during this weekend

19   recess.  Avoid any media reports about the case, and

20   continue to adhere to all of my instructions.

21        Please return on Monday morning, no later than

22   9:30 to continue your deliberations, bearing in mind

23   all of my instructions.  Once all 12 of you have

24   arrived, deliberations may resume.  Upon your

25   notification, we will send in all of the exhibits and

1       other material.

2               Have a pleasant weekend, ladies and gentlemen.

3       You are excused until Monday morning, at 9:30, and

4       we're going to provide this envelope and some tape.

5               Oh, by the way, one of you had some issues

6       regarding reimbursements and expenses, and we are

7       happy to say that that was able to be taken care of.

8       So Ms. Arrington will have something for you.

9               Thank you, ladies and gentlemen.

10              (The jury was excused 3:56 p.m.)

11              THE COURT:  Okay.  I thank you all very much.

12      We are in recess, pending the call of the jury.  I

13      would strongly urge counsel to be in the neighborhood

14      Monday morning.  But have a pleasant weekend.

15              We're in recess.

16              MR. HARDING:  Thank you, Your Honor.

17              MR. COBURN:  Thank you, Your Honor.

18              (The proceedings concluded.)

19

20

21

22

23

24

25

REPORTER'S CERTIFICATE

I hereby certify that the foregoing transcript in the matter of United States of America vs. Willie Mitchell, et al., Defendants, Criminal Action No. AMD-04-029, before the Honorable Andre M. Davis, United States District Judge, on December 5, 2008 is true and accurate.


_____

Gail A. Simpkins

Official Court Reporter

## 1

**12** [5] - 6:24, 13:10, 17:21, 19:4, 24:23

## 2

**2008** [2] - 1:9, 26:6

## 3

**35** [1] - 1:13
**3:20** [1] - 3:2
**3:30** [1] - 7:14
**3:40** [1] - 12:23
**3:50** [1] - 21:10
**3:54** [1] - 23:19
**3:56** [1] - 25:10

## 4

**4** [1] - 6:17
**4:30** [1] - 7:18

## 5

**5** [2] - 1:9, 26:6

## 9

**99** [1] - 12:14
**9:30** [5] - 21:5, 23:13, 23:23, 24:22, 25:3

## A

**ability** [1] - 15:3
**able** [1] - 25:7
**above-entitled** [1] - 1:10
**absolutely** [2] - 10:1, 12:20
**Absolutely** [1] - 12:12
**accordance** [1] - 21:5
**accurate** [1] - 26:7
**acquittal** [1] - 19:22
**Action** [1] - 26:4
**activities** [1] - 8:5
**Adam** [1] - 2:5
**add** [1] - 18:12
**addition** [1] - 22:21
**additional** [2] - 16:11, 16:18

**adhere** [2] - 24:14, 24:20
**administer** [1] - 16:17
**adopt** [1] - 23:10
**advice** [1] - 16:18
**AFTERNOON** [1] - 1:15
**afternoon** [9] - 3:3, 6:17, 6:19, 7:12, 8:5, 15:18, 16:10, 21:3, 22:14
**agent** [1] - 13:21
**ago** [1] - 15:24
**agree** [6] - 12:14, 12:19, 13:9, 17:9, 18:8, 20:21
**agreement** [3] - 6:6, 6:9, 18:22
**ahead** [2] - 6:11, 16:17
**aisle** [1] - 17:17
**al** [2] - 1:6, 26:4
**Allen** [27] - 3:14, 3:15, 3:16, 5:10, 5:13, 5:25, 6:7, 6:13, 7:15, 8:7, 9:16, 9:17, 9:19, 10:4, 12:2, 12:6, 13:3, 13:16, 13:22, 14:1, 14:6, 14:10, 21:11, 21:16, 21:20, 21:24, 22:18
**ambiguity** [1] - 4:4
**ambiguous** [1] - 3:21
**AMD-04-029** [2] - 1:5, 26:5
**America** [1] - 26:3
**AMERICA** [1] - 1:4
**amount** [1] - 8:13
**Andre** [2] - 1:11, 26:5
**answer** [8] - 3:25, 4:3, 5:3, 7:11, 15:6, 22:6, 22:8, 22:9
**answered** [1] - 5:6
**appear** [2] - 5:15, 17:15
**appreciate** [1] - 9:13
**appropriate** [4] - 6:13, 13:7, 13:17, 13:23
**arguments** [1] - 19:10
**arises** [1] - 5:12
**Arrington** [7] - 4:9, 4:14, 4:15, 15:8, 15:10, 24:6, 25:8
**arrive** [1] - 19:20
**arrived** [1] - 24:24
**ascertain** [1] - 20:8

**aside** [1] - 11:16
**assume** [1] - 19:19
**assumption** [1] - 24:1
**attention** [3] - 18:3, 19:9, 19:19
**Avoid** [1] - 24:19

## B

**Baltimore** [1] - 1:8
**Barry** [1] - 2:5
**based** [1] - 24:2
**basis** [1] - 15:5
**bear** [1] - 19:17
**bearing** [1] - 24:22
**behalf** [1] - 17:24
**behave** [1] - 9:15
**believes** [1] - 14:5
**Belinda** [5] - 6:24, 7:3, 23:15
**below** [1] - 3:25
**best** [1] - 22:8
**better** [1] - 17:16
**beyond** [1] - 20:4
**bit** [1] - 21:3
**book** [1] - 11:2
**brief** [1] - 18:1
**briefly** [2] - 4:20, 23:2
**bring** [5] - 5:24, 6:1, 9:11, 15:14, 19:4
**bringing** [1] - 15:8

## C

**candor** [1] - 19:6
**care** [2] - 7:21, 25:7
**carefully** [1] - 24:14
**case** [13] - 1:10, 3:16, 17:3, 17:7, 17:10, 17:16, 17:21, 18:15, 18:24, 24:16, 24:17, 24:18, 24:19
**cases** [1] - 17:12
**certain** [1] - 10:2
**CERTIFICATE** [1] - 26:1
**certify** [1] - 26:2
**change** [1] - 19:2
**charge** [26] - 3:14, 3:15, 3:16, 5:13, 5:25, 6:7, 6:13, 7:15, 8:7, 9:16, 9:17, 9:20, 10:4, 12:3, 12:6, 13:3, 13:16, 13:22, 14:1, 14:6, 14:10, 21:12, 21:17, 21:20, 21:24,

22:18
**charges** [1] - 5:10
**child** [1] - 7:21
**child-care** [1] - 7:21
**chosen** [1] - 17:20
**circumstances** [2] - 6:21, 13:8
**clarification** [1] - 3:18
**clarify** [1] - 4:4
**clean** [1] - 7:1
**clearer** [1] - 17:23
**clearly** [4] - 7:19, 14:6, 22:19
**CLERK** [1] - 23:18
**clerks** [1] - 4:16
**Coburn** [2] - 2:5, 11:23
**COBURN** [9] - 4:8, 8:21, 12:14, 21:15, 21:21, 21:25, 22:4, 22:9, 25:17
**coerce** [1] - 10:25
**coercion** [1] - 12:21
**collect** [1] - 24:7
**coming** [1] - 9:3
**comments** [1] - 20:14
**communicate** [1] - 21:8
**communicated** [1] - 13:22
**communications** [1] - 15:20
**competent** [1] - 17:22
**complete** [1] - 10:15
**completed** [2] - 6:3, 24:2
**completely** [1] - 12:19
**conclude** [1] - 21:4
**concluded** [1] - 25:18
**concurred** [1] - 20:1
**condition** [1] - 7:1
**conferred** [1] - 15:19
**conferring** [1] - 19:8
**confirm** [2] - 14:19, 15:21
**confirms** [1] - 14:24
**conscience** [2] - 18:11, 20:23
**conscientious** [2] - 18:13, 20:18
**consider** [3] - 16:21, 17:5, 19:13
**consideration** [2] - 18:25, 20:20
**consult** [1] - 18:20

**consumed** [1] - 17:1
**continue** [10] - 9:23, 9:25, 16:20, 21:2, 21:7, 21:9, 23:22, 24:14, 24:20, 24:22
**continued** [1] - 15:2
**continues** [1] - 16:9
**conviction** [2] - 19:13, 20:18
**convictions** [2] - 18:14, 18:16
**convince** [1] - 20:3
**convinced** [1] - 19:3
**copies** [1] - 3:5
**Correct** [1] - 16:4
**correct** [2] - 13:19, 15:25
**correctness** [1] - 19:25
**counsel** [8] - 4:1, 5:22, 6:8, 8:18, 15:19, 16:17, 20:15, 25:13
**count** [3] - 11:5, 14:21, 17:10
**counts** [25] - 3:10, 3:22, 5:15, 5:23, 6:4, 6:5, 9:9, 11:1, 11:11, 11:15, 12:25, 13:2, 14:2, 14:8, 14:16, 14:22, 15:4, 15:11, 16:1, 16:2, 17:1, 17:11, 18:10, 19:23, 22:23
**couple** [1] - 7:18
**course** [11] - 4:2, 4:25, 7:10, 8:16, 8:24, 13:25, 14:2, 17:25, 19:1, 20:15, 24:12
**COURT** [46] - 1:1, 3:3, 4:9, 4:12, 4:21, 4:25, 5:3, 5:9, 6:20, 8:13, 8:16, 8:18, 8:24, 9:1, 9:7, 10:1, 10:4, 10:7, 10:11, 10:14, 10:19, 10:24, 11:13, 11:20, 12:4, 12:7, 12:10, 12:13, 13:18, 13:20, 14:11, 14:17, 15:17, 16:5, 16:15, 21:11, 21:19, 21:23, 22:1, 22:3, 22:5, 22:12, 23:1, 23:11, 23:20, 25:11
**court** [4] - 8:4, 12:8, 14:24, 15:22
**Court** [15] - 1:25, 3:2, 5:12, 6:9, 8:10, 8:23, 12:23, 13:24, 14:7, 14:15, 16:23, 18:12, 20:14, 21:8, 26:11

Court's [1] - 5:6
courtroom [3] - 15:14, 15:16, 23:19
credibility [1] - 20:10
Criminal [1] - 26:4
CRIMINAL [1] - 1:5
CROWE [4] - 4:7, 14:13, 22:17, 23:7
Crowe [6] - 2:2, 13:18, 14:12, 22:7, 22:16, 23:8
Crowe's [1] - 23:10

**D**

dangerous [1] - 13:4
daughter's [1] - 4:24
Davis [2] - 1:11, 26:5
DAY [1] - 1:13
days [1] - 7:18
deadlocked [3] - 9:9, 14:8, 16:7
December [2] - 1:9, 26:6
decide [2] - 17:23, 18:24
decided [1] - 14:2
decision [1] - 16:1
defendant [11] - 3:11, 3:24, 5:16, 11:2, 11:11, 14:9, 14:22, 14:23, 15:11, 16:3, 22:23
Defendant [4] - 1:21, 2:1, 2:4, 2:7
defendants [3] - 3:22, 14:16, 16:2
DEFENDANTS [1] - 1:7
Defendants [1] - 26:4
defense [1] - 17:9
deference [1] - 19:6
deliberate [1] - 18:21
deliberating [1] - 9:23
deliberation [2] - 16:16, 20:20
deliberations [13] - 3:11, 13:13, 15:2, 16:10, 16:21, 17:5, 19:2, 21:2, 21:4, 21:8, 23:23, 24:22, 24:24
desirable [1] - 18:8
desire [2] - 17:4, 19:20
determine [1] - 21:1
different [1] - 4:3
disclose [2] - 5:22

discuss [2] - 24:17, 24:18
discussion [1] - 24:16
disfavored [1] - 22:20
disposed [1] - 17:12
disposition [1] - 19:11
disregard [1] - 20:14
dissenting [1] - 19:13
DISTRICT [2] - 1:1, 1:2
District [2] - 1:11, 26:6
distrust [1] - 20:2
documentary [1] - 17:2
domain [1] - 7:6
done [2] - 9:13, 11:1
doubt [3] - 19:14, 19:25, 20:5
down [1] - 11:11
due [1] - 19:9
during [2] - 24:10, 24:18
duty [3] - 18:20, 20:13, 20:21

**E**

effect [3] - 18:17, 20:11, 20:19
effective [1] - 19:15
efforts [1] - 16:11
either [9] - 4:8, 5:20, 5:21, 14:14, 15:2, 16:10, 17:17, 17:24, 18:9
enemies [1] - 20:7
engagement [1] - 6:18
entered [2] - 15:16, 23:19
entirely [1] - 9:5
entitled [1] - 1:10
envelope [5] - 23:15, 23:25, 24:4, 24:8, 25:4
equal [1] - 19:20
equally [3] - 17:14, 19:16
erroneous [1] - 19:3
escaped [1] - 18:3
Esquire [10] - 1:19, 1:20, 1:22, 1:23, 2:2, 2:2, 2:5, 2:5, 2:8, 2:8
et [2] - 1:6, 26:4

event [2] - 3:17, 11:16
evidence [14] - 17:2, 17:6, 17:23, 18:5, 18:17, 19:1, 19:19, 20:3, 20:9, 20:12, 20:19, 20:21, 24:9
Exactly [1] - 21:25
exactly [2] - 10:14, 13:15
examine [1] - 19:5
exception [4] - 3:23, 14:22, 16:2, 21:11
exclusive [1] - 20:10
excuse [3] - 7:13, 16:16, 20:25
excused [6] - 4:19, 8:6, 21:7, 21:10, 25:3, 25:10
exhaustively [1] - 17:16
exhibits [3] - 24:7, 24:11, 24:25
expected [1] - 20:17
expense [1] - 22:19
expenses [2] - 4:15, 25:6
expensive [1] - 17:8, 17:14, 22:24
expressed [1] - 14:7
extensive [1] - 22:24
extremely [1] - 12:21

**F**

fact [1] - 23:3
facts [1] - 20:8
factually [1] - 22:21
fail [1] - 17:9
fails [1] - 20:3
faithfully [1] - 24:15
far [2] - 9:13, 24:2
fellow [4] - 19:1, 19:16, 20:1, 20:4
few [1] - 15:23, 17:4
fine [4] - 8:9, 9:4, 10:3, 10:6
firmly [1] - 7:7
first [2] - 15:21, 21:22
Flannery [1] - 2:8
fold [1] - 24:3
FOR [1] - 1:2
foregoing [1] - 26:2
foreman [1] - 14:19
Foreman [6] - 15:1, 15:21, 16:5, 20:24, 23:20, 23:24
foreman's [1] - 15:6

foreperson [4] - 6:23, 14:24, 14:25, 16:25
FOREPERSON [2] - 16:4, 16:14
form [1] - 3:8
forth [4] - 4:15, 4:17, 24:7, 24:13
foundation [1] - 14:9
four [2] - 7:18, 7:21
frankly [1] - 11:3
frankness [1] - 19:6
Friday [1] - 22:13
friends [1] - 20:6
full [1] - 20:20
fully [1] - 18:4

**G**

Gail [2] - 1:25, 26:10
Gardener [1] - 11:5
Gardner [1] - 2:4
gentlemen [9] - 3:20, 6:2, 9:12, 15:17, 16:20, 20:24, 23:20, 25:2, 25:9
Gerard [2] - 2:8
given [5] - 5:11, 9:15, 9:16, 17:6, 18:14
Government [1] - 1:18
government [6] - 8:10, 10:22, 13:24, 13:25, 14:5, 21:13
government's [1] - 6:14
great [1] - 24:9
greater [1] - 19:12
guess [5] - 7:5, 7:18, 9:14, 9:23, 22:4
guilty [3] - 11:5, 18:9

**H**

hand [2] - 4:13, 19:21
Hanlon [1] - 1:20
happy [1] - 25:7
hard [2] - 9:13, 9:15
HARDING [10] - 4:11, 6:12, 8:9, 8:15, 8:17, 10:22, 13:19, 13:21, 21:13, 25:16
Harding [6] - 1:19, 4:10, 6:11, 7:12, 13:20, 14:11
harken [1] - 15:10

Harris [1] - 2:7
heard [1] - 19:18
held [1] - 7:7
hereby [1] - 26:2
hesitate [1] - 19:2
honest [2] - 18:16, 19:16
honestly [1] - 10:24
Honor [25] - 4:5, 4:6, 4:7, 4:8, 4:19, 6:14, 6:17, 8:10, 10:23, 11:22, 12:12, 12:20, 13:5, 13:15, 14:13, 21:14, 21:15, 21:18, 21:22, 22:2, 22:17, 23:7, 23:9, 25:16, 25:17
Honor's [1] - 13:10
Honorable [1] - 1:11, 26:5
hope [2] - 4:4, 4:23
host [1] - 13:2
house [1] - 22:8

**I**

idea [1] - 11:9
impartial [1] - 17:22
important [2] - 17:7, 18:7
impossible [2] - 6:16, 6:21
impressed [1] - 6:22
impression [1] - 19:15
IN [1] - 1:1
inclined [1] - 6:12
including [1] - 20:15
incorrect [1] - 22:22
incredible [1] - 13:11
indeed [1] - 14:20
indicated [2] - 16:6, 23:22
indicative [1] - 13:15
individual [5] - 14:16, 18:11, 20:23
inferring [1] - 11:13
informal [1] - 14:14
information [1] - 16:23
inquiry [1] - 14:15
instances [1] - 22:19
instruction [2] - 16:19, 16:21
instructions [6] - 16:22, 17:6, 18:14, 24:15, 24:20, 24:23
intelligent [2] - 17:22, 19:16

intend [1] - 15:7
intended [1] - 5:18
interest [2] - 5:14, 11:14
issue [1] - 4:3
issues [2] - 7:22, 25:5

**J**

James [1] - 2:2
joins [1] - 22:3
Judge [3] - 1:12, 7:15, 26:6
judges [3] - 20:7, 20:10
judgment [4] - 18:11, 18:23, 19:25, 20:23
Juror [2] - 6:24, 13:10
juror [5] - 4:13, 7:19, 18:13, 19:13, 20:17
jurors [8] - 12:10, 18:18, 18:20, 19:1, 19:17, 19:23, 20:1, 20:4
jury [42] - 3:6, 3:7, 3:9, 3:13, 3:19, 5:6, 5:14, 5:21, 5:24, 6:1, 6:2, 6:25, 11:9, 13:12, 14:18, 14:20, 15:9, 15:10, 15:13, 15:14, 15:16, 15:17, 15:25, 16:9, 16:12, 16:16, 16:18, 17:18, 20:25, 21:7, 21:10, 23:6, 23:12, 23:13, 23:16, 23:19, 23:25, 25:10, 25:12
jury's [4] - 5:3, 15:3, 15:22, 24:3

**K**

keep [2] - 6:16, 7:12
Kelsey [1] - 1:22
kept [1] - 24:10
kind [3] - 7:4, 9:15, 9:20
Kurland [2] - 2:5, 12:15

**L**

Ladies [1] - 15:17
ladies [8] - 3:20, 6:2, 9:12, 16:20, 20:24, 23:20, 25:2, 25:9

language [1] - 3:24
last [4] - 3:20, 13:5, 22:25, 23:4
late [2] - 9:12, 13:13
Laughter [1] - 8:22
Laura [1] - 1:22
law [1] - 4:15
Lawlor [1] - 1:23
leadership [1] - 6:25
Learned [1] - 8:18
least [2] - 4:3, 11:22
leave [2] - 4:23, 24:6
leaving [1] - 7:17
left [3] - 6:25, 7:3, 17:10
legal [1] - 16:8
lesser [1] - 19:22
letter [2] - 3:19
letterhead [1] - 3:8
liberty [1] - 20:14
light [3] - 16:5, 16:15, 23:4
likelihood [2] - 11:3, 15:1
likely [5] - 6:5, 7:23, 8:3, 8:5, 16:12
listen [1] - 19:10
locked [1] - 24:10
look [2] - 12:10, 24:11
lucidity [1] - 6:23

**M**

majority [1] - 19:21
man [2] - 22:13
manner [1] - 17:19
Martin [6] - 2:1, 2:8, 11:21, 12:15, 12:19, 22:3
MARTIN [8] - 4:6, 11:22, 12:6, 12:9, 12:12, 21:18, 22:2, 22:7
MARYLAND [1] - 1:2
Maryland [1] - 1:8
master [1] - 7:6
material [1] - 25:1
matter [3] - 14:3, 14:4, 26:3
matters [2] - 17:25, 18:6
mean [6] - 3:21, 6:22, 10:8, 10:15, 10:24, 22:10
media [1] - 24:19
men [1] - 17:21
mention [1] - 18:2
mere [1] - 18:18

message [1] - 4:24
Michael [2] - 1:20, 1:23
might [3] - 8:11, 10:10, 11:19
mind [3] - 11:4, 19:14, 24:22
minds [3] - 19:4, 19:15, 20:4
minus [1] - 3:10
minute [1] - 4:22
MITCHELL [1] - 1:6
Mitchell [3] - 1:21, 23:9, 26:4
modified [4] - 5:25, 9:16, 9:17, 21:11
moment [2] - 5:4, 11:17
moments [1] - 15:23
Monday [19] - 8:1, 8:2, 8:7, 8:8, 10:1, 10:2, 10:5, 10:13, 10:16, 10:18, 10:19, 15:2, 16:11, 21:4, 23:12, 23:23, 24:21, 25:3, 25:14
Montgomery [1] - 11:14
months [1] - 22:25
morning [7] - 8:8, 21:5, 23:13, 23:23, 24:21, 25:3, 25:14
most [1] - 15:20
MR [31] - 4:6, 4:7, 4:8, 4:11, 6:12, 8:9, 8:15, 8:17, 8:21, 10:22, 11:22, 12:6, 12:9, 12:12, 12:14, 13:19, 13:21, 14:13, 21:13, 21:15, 21:18, 21:21, 21:25, 22:2, 22:4, 22:7, 22:9, 22:17, 23:7, 25:16, 25:17
MS [18] - 4:5, 4:19, 4:23, 5:1, 5:8, 8:19, 8:23, 8:25, 9:2, 9:10, 10:3, 10:6, 10:10, 10:12, 10:17, 11:12, 11:18, 23:9
murders [1] - 11:6
must [5] - 17:12, 17:18, 18:3, 18:24, 19:5

**N**

nature [1] - 5:19
nearly [1] - 22:23

necessary [2] - 4:16, 8:2
need [2] - 4:23, 15:21
needed [1] - 13:4
neighborhood [1] - 25:13
never [1] - 13:14
next [1] - 13:13
NO [1] - 1:5
None [1] - 4:8
normal [1] - 21:5
note [8] - 3:6, 3:19, 3:20, 3:24, 4:2, 7:8, 14:7, 16:6
Noted [1] - 23:8
noted [1] - 12:15
notes [3] - 5:17, 13:12, 24:13
nothing [1] - 8:4
notification [1] - 24:25
Number [2] - 6:24, 13:10
number [1] - 19:12, 19:22

**O**

o'clock [1] - 6:18
oath [1] - 19:18
object [2] - 12:6, 22:18
objection [9] - 4:1, 4:5, 4:6, 4:7, 4:11, 12:16, 21:16, 21:20, 23:10
observation [1] - 13:10
obvious [1] - 18:7
Obviously [3] - 5:12, 7:13, 22:22
obviously [1] - 5:19
occupied [1] - 18:4
OF [2] - 1:2, 1:4
offer [1] - 8:11
Official [1] - 1:25, 26:11
once [2] - 5:11, 15:18
Once [2] - 3:9, 24:23
one [17] - 4:22, 5:9, 5:10, 6:20, 7:19, 10:12, 11:1, 11:11, 14:8, 18:21, 19:14, 21:15, 22:22, 24:1, 24:11, 25:5
ones [1] - 18:7
open [4] - 12:8,

14:24, 15:22, 17:11
opinion [2] - 18:17, 19:3
opinions [1] - 19:7
oppose [1] - 13:25
opposed [1] - 14:14
option [3] - 8:11, 9:3, 13:5
options [1] - 9:5
order [1] - 19:4
ought [3] - 3:17, 19:13, 19:23
own [2] - 18:10, 19:11

**P**

p.m [5] - 3:2, 12:23, 21:10, 23:19, 25:10
page [1] - 11:23
part [3] - 7:10, 12:22, 22:22
partial [10] - 10:7, 10:9, 10:19, 10:20, 12:16, 13:24, 14:1, 14:14, 15:7, 23:2
particular [1] - 17:10
particularly [4] - 12:17, 16:7, 17:2, 23:4
partisans [1] - 20:6
patience [1] - 15:19
pattern [1] - 21:6
Paul [1] - 2:8
Pause [4] - 4:18, 5:2, 5:5, 16:13
pause [1] - 22:11
pay [1] - 19:8
pending [1] - 25:12
percent [1] - 12:14
performance [1] - 20:13
perhaps [4] - 7:2, 16:17, 18:7, 23:25
period [1] - 6:6
permit [1] - 24:16
phone [1] - 4:20
photocopies [1] - 4:16
pleasant [2] - 25:2, 25:14
point [3] - 6:13, 9:14, 10:21
position [2] - 6:10, 14:13
possibility [1] - 16:9
possible [1] - 6:20
prankster [1] - 7:2
predict [1] - 23:5

prediction [1] - 11:18
preference [1] - 6:15
presence [1] - 24:17
previous [2] - 21:16, 21:19
previously [1] - 17:6
pristine [1] - 6:25
proceed [3] - 3:12, 15:5, 15:7
proceedings [1] - 25:18
produced [1] - 17:24
productive [1] - 13:7
projecting [1] - 13:13
promptly [2] - 21:1, 23:21
proper [1] - 19:6
proposal [1] - 21:21
propose [2] - 3:18, 15:12
proposed [2] - 3:6, 13:6
proposing [3] - 5:20, 8:25, 9:2
prosecution [1] - 17:8
provide [3] - 3:25, 23:24, 25:4
punish [1] - 20:7
purpose [2] - 18:18, 20:8
pushing [2] - 7:9, 13:11
put [3] - 3:7, 23:16, 24:4
Pyne [1] - 2:2

Q

quite [1] - 6:22

R

reach [6] - 6:8, 6:18, 11:25, 15:3, 16:11, 16:25
reached [4] - 3:21, 9:8, 14:21, 15:25
reaches [1] - 3:9
reaching [1] - 18:22
read [1] - 5:18
reading [1] - 5:17
reads [1] - 3:20
ready [3] - 3:14, 3:15, 3:16
realize [1] - 12:22,

17:7
really [4] - 7:5, 8:4, 9:18, 10:7
reason [5] - 17:13, 17:15, 17:20, 18:2, 19:24
reasonable [5] - 6:6, 15:1, 16:9, 19:14, 20:5
reasonably [3] - 6:5, 7:23, 16:12
reasoned [1] - 7:7
reasons [1] - 13:2
received [3] - 3:5, 3:6, 16:23
recent [1] - 15:20
recess [4] - 24:10, 24:19, 25:12, 25:15
reconsider [1] - 14:4
record [1] - 21:17
reexamine [1] - 19:11
references [1] - 22:19
reflect [1] - 23:1
reflection [1] - 18:1
regard [1] - 19:7
regarding [2] - 15:19, 25:6
reimbursements [2] - 4:14, 25:6
relate [1] - 11:15
relating [2] - 5:16, 16:2
reluctant [1] - 12:16
remain [1] - 6:4
remaining [1] - 15:4
remarks [1] - 20:15
Remember [1] - 20:17
remember [1] - 20:19
remind [1] - 18:7
report [1] - 9:8
Reporter [2] - 1:25, 26:11
REPORTER'S [1] - 26:1
reports [2] - 6:24, 24:19
require [1] - 7:25
required [1] - 13:17
resolution [1] - 6:19
resolve [1] - 5:15
respect [3] - 14:15, 19:9, 22:17
respond [1] - 9:7
responding [1] - 23:21
response [3] - 3:8, 14:19, 15:22

responsibility [1] - 19:17
rest [1] - 6:16
result [4] - 6:5, 10:18, 15:3, 19:5
resume [1] - 24:24
resumed [1] - 3:2
retrial [1] - 22:20
return [2] - 8:7, 10:1, 10:2, 16:16, 20:25, 24:21, 23:12, 23:25, 24:21
returned [1] - 13:1
returning [1] - 18:18
reveals [1] - 5:22
reviewing [1] - 18:4
reward [1] - 20:7
Rhodes [6] - 1:22, 3:4, 5:4, 5:6, 9:14, 11:17
RHODES [18] - 4:5, 4:19, 4:23, 5:1, 5:8, 8:19, 8:23, 8:25, 9:2, 9:10, 10:3, 10:6, 10:10, 10:12, 10:17, 11:12, 11:18, 23:9
Robert [1] - 1:19
room [4] - 6:25, 16:16, 21:1, 23:25
RPR [1] - 1:25

S

sanction [1] - 19:18
sat [1] - 18:1
school [2] - 4:24, 11:8
seal [4] - 23:17, 24:4, 24:8, 24:10
second [1] - 7:20
see [3] - 11:21, 21:23
seek [1] - 3:17
selected [1] - 17:18
send [5] - 3:19, 5:21, 5:25, 7:15, 24:25
sending [1] - 4:2, 13:12
sensitive [1] - 12:21
sent [2] - 15:23, 16:23
separate [1] - 24:8
seriously [1] - 19:23
serve [1] - 19:17
session [1] - 3:2
SESSION [1] - 1:15
several [1] - 20:4
sheet [10] - 5:21, 14:19, 15:8, 15:11, 15:14, 23:16, 24:2,

24:4, 24:8, 24:12
shift [1] - 7:20
shocked [1] - 10:11
shows [2] - 22:6
side [2] - 17:17, 17:24
sides [1] - 17:14
signals [2] - 4:13, 7:8
significant [1] - 22:11
Simpkins [2] - 1:25, 26:10
simply [1] - 15:11
single [3] - 5:16, 14:23, 16:3
situation [2] - 13:3, 14:6
SO [1] - 4:17
sole [2] - 20:8, 20:9
solely [1] - 17:1
solution [1] - 6:14
sometime [1] - 17:12
somewhere [1] - 7:20
Sorry [1] - 4:12
sorry [3] - 4:12, 9:1, 21:19
sort [1] - 13:13
sounds [1] - 6:18
source [1] - 17:19
speaking [1] - 11:8
specific [3] - 3:11, 3:23, 7:11
speculative [1] - 7:9
stand [1] - 14:15
standpoint [1] - 16:24
STATES [2] - 1:1, 1:4
States [3] - 1:11, 26:3, 26:6
staying [1] - 8:11
step [1] - 11:16
stick [1] - 7:23
stock [1] - 5:9
strongly [2] - 13:9, 25:13
submitted [3] - 17:21, 18:15, 19:5
sufficiency [1] - 20:3
sufficient [1] - 5:14
suggest [1] - 17:25
suggestions [1] - 17:4
suggests [1] - 13:16
supplemental [1] - 16:19
surprised [2] - 22:5, 22:9

surrender [2] - 18:13, 18:16

T

tape [4] - 23:17, 24:5, 25:4
technical [1] - 16:8
term [1] - 16:8
terms [1] - 9:3
THE [50] - 1:1, 1:2, 3:3, 4:9, 4:12, 4:21, 4:25, 5:3, 5:9, 6:20, 8:13, 8:16, 8:18, 8:24, 9:1, 9:7, 9:11, 10:4, 10:7, 10:11, 10:14, 10:19, 10:24, 11:13, 11:20, 12:4, 12:7, 12:10, 12:13, 13:18, 13:20, 14:11, 14:17, 15:17, 16:4, 16:5, 16:14, 16:15, 21:11, 21:19, 21:23, 22:1, 22:3, 22:5, 22:12, 23:1, 23:11, 23:18, 23:20, 25:11
themselves [2] - 17:25, 19:24
They've [2] - 12:25, 14:6
they've [2] - 8:1, 11:10
thinking [2] - 11:9, 23:3
thinks [1] - 11:21, 13:21, 22:14, 23:6
thinnest [1] - 11:4
Thomas [1] - 2:2
thoughtful [1] - 22:12
three [2] - 7:14, 12:24
today [9] - 7:24, 8:11, 9:19, 9:23, 9:25, 10:20, 11:25, 15:2, 16:10
together [3] - 16:22, 19:8, 24:9
took [1] - 13:24
totally [2] - 12:22, 13:7
toys [1] - 7:4
transcript [1] - 26:2
trial [5] - 1:10, 17:8, 17:14, 18:2, 22:22
TRIAL [1] - 1:13
tried [1] - 17:16
trivial [1] - 14:3
true [1] - 26:7

**truth** [2] - 19:20, 20:9
**try** [1] - 5:15
**Tuesday** [1] - 8:2
**two** [17] - 3:10, 3:23, 5:15, 6:4, 9:9, 11:1, 11:7, 11:11, 11:25, 12:25, 14:8, 14:22, 15:4, 16:2, 17:1, 22:23, 22:25

## U

**unable** [1] - 16:24
**unanimity** [2] - 15:3, 16:12
**unanimous** [6] - 3:10, 3:22, 14:21, 16:1, 16:25, 19:4
**unanimously** [1] - 18:8
**undecided** [1] - 17:11
**under** [5] - 6:24, 13:7, 19:17, 24:8, 24:10
**unintended** [1] - 12:22
**UNITED** [2] - 1:1, 1:4
**United** [3] - 1:11, 26:3, 26:6
**unless** [1] - 14:2
**unnecessary** [1] - 18:12
**unresolved** [1] - 19:23
**unusual** [1] - 17:3
**up** [4] - 7:1, 18:4, 24:3, 24:11
**urge** [1] - 25:13

## V

**verdict** [33] - 3:10, 3:22, 5:21, 9:8, 10:8, 10:9, 10:16, 10:19, 10:20, 11:25, 12:2, 12:16, 13:24, 14:1, 14:14, 14:18, 14:21, 15:7, 15:8, 15:9, 15:10, 15:14, 16:25, 17:10, 18:9, 18:19, 20:22, 23:3, 23:16, 24:2, 24:4, 24:7, 24:12
**verdicts** [1] - 13:1
**view** [3] - 6:20, 17:1, 18:21
**views** [3] - 7:7, 19:9, 19:11

**violating** [1] - 20:22
**violence** [2] - 18:10, 18:23
**virtually** [1] - 6:3
**vs** [1] - 26:3
**VS** [1] - 1:5

## W

**wait** [1] - 5:4
**week** [1] - 13:13
**weekend** [3] - 24:18, 25:2, 25:14
**weight** [4] - 18:16, 20:2, 20:11, 20:19
**whatsoever** [1] - 24:12
**wholly** [1] - 7:9
**WILLIE** [1] - 1:6
**Willie** [1] - 26:3
**willing** [3] - 8:10, 12:4, 12:7
**wish** [6] - 10:1, 17:3, 18:13, 21:2, 21:3, 23:12
**wishes** [1] - 21:9
**witnesses** [1] - 20:11
**women** [1] - 17:21
**word** [1] - 16:7
**words** [2] - 9:7, 9:22
**writes** [1] - 7:6
**writing** [1] - 15:23
**Wyche** [2] - 11:5, 11:14

## Y

**yield** [1] - 20:18
**young** [1] - 22:13
**yourself** [1] - 18:24
**yourselves** [1] - 21:1