FILED: April 14, 2009

```
            UNITED STATES COURT OF APPEALS
                FOR THE FOURTH CIRCUIT
                _____

                     No. 09-4359
                 (1:04-cr-00029-AMD-3)
                _____
```

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

SHELLY WAYNE MARTIN, a/k/a Wayne,

        Defendant - Appellant

```
                _____

                      O R D E R
                _____
```

    The Court appoints Thomas L. Crowe to represent appellant. Counsel is referred to the memorandum on **Payment of Counsel Appointed under the Criminal Justice Act** for information on obtaining a fee exempt PACER account for electronic access to documents in CJA cases, redacting private and sensitive data from transcripts and other documents, and maintaining time and expense records.

    Counsel not yet registered for electronic filing should proceed to the Court's web site to register as an ECF filer, **www.ca4.uscourts.gov/cmecftop.htm**.

                                        For the Court--By Direction

                                        <u>/s/ Patricia S. Connor, Clerk</u>