1

<pre>
 1                    IN THE UNITED STATES DISTRICT COURT
 2                     FOR THE DISTRICT OF MARYLAND
                              NORTHERN DIVISION
 3


 4


 5        UNITED STATES OF AMERICA

 6             v.                              CRIMINAL CASE NO.
                                                 AMD-04-029
 7        WILLIE MITCHELL,
          SHELTON HARRIS,
 8        SHELLY WAYNE MARTIN,
          SHAWN GARDNER,
 9
                Defendants
10        _____/

11                      VOLUME XXXI OF XXXVII
                        Monday, November 24, 2008
12                      Baltimore, Maryland

13

      Before:  Honorable Andre M. Davis, Judge
14                      And a Jury

15    Appearances:
              On Behalf of the Government:
16              Michael Hanlon, Esquire
              On Behalf of Defendant Mitchell:
17              Laura Kelsey Rhodes, Esquire
              On Behalf of Defendant Harris:
18              Gerard P. Martin, Esquire
                Paul Flannery, Esquire
19            On Behalf of Defendant Martin:
                Thomas L. Crowe, Esquire
20            On Behalf of Defendant Gardner:
                Barry Coburn, Esquire
21
      Reported by:
22    Mary M. Zajac, RPR
      Room 5515, U.S. Courthouse
23    101 West Lombard Street
      Baltimore, Maryland 21201
24

25
</pre>

1          (Jury starts deliberating at 10:30 a.m.)

2          (The following occurred at 3:44 p.m., with counsel

3     appearing by phone.  Defendants not present.)

4          THE COURT:  Counsel, good afternoon.  Would you, one by

5     one, please, in alphabetical order, identify yourself?  We are on

6     the record in the courtroom.

7          MS. RHODES:  By order of defendants?

8          THE COURT:  That's even better.

9          MS. RHODES:  This is Laura Rhodes.  I'm here on behalf

10    of Willie Mitchell.

11         MR. MARTIN:  Gerry Martin and Paul Flannery on behalf

12    of Shelton Harris.

13         MR. CROWE:  Tom Crowe, Your Honor, on behalf of Shelly

14    Wayne Martin.

15         MR. COBURN:  Your Honor, good afternoon.  Barry Coburn

16    for Mr. Gardner.  I'm actually at BWI so please forgive the noise

17    in the background.  I'm going to mute the, my handset so that I

18    won't disturb the call.

19         MR. HANLON:  Your Honor, Michael Hanlon for the United

20    States.

21         THE COURT:  Good afternoon, counsel.  I'm doing this on

22    the record in the courtroom because I simply happen to be here

23    when we received the note from the jury.  This is totally

24    non-controversial and I simply wanted to alert you to what the

25    jury had said.  And I'm sure you will have no objection to my

3

1    proposal.

2              First, let me mention that, contrary to my original

3    intention, we did order in lunch today for the jury, which was

4    delivered at 12:30.  And at about 1:20 or so, at the request of

5    the jury, I permitted them to break for 20 minutes for fresh air.

6    And the jury resumed its deliberation when all 12 jurors were

7    back in the jury room.

8              You will recall that on Friday I actually told them

9    that they were free to take a lunch break from 12:30 for one

10   hour.  But since we offered them menus this morning and they took

11   us up on the offer to buy them lunch, we went ahead and did that.

12   So they were only out of the jury room for less than half an hour

13   today.

14             I should also mention, by the way, one of the jurors

15   had a car problem this morning and arrived rather late so that

16   deliberations did not commence and the exhibits and other

17   material were not sent in to the jury room until approximately

18   10:45.

19             Now, we just received the following note, and I'm just

20   going to read it to you.  The jury requests information on

21   tomorrow.  Will lunch be provided again, for planning?  Can we

22   schedule a standard break, leaving room around lunch?  We request

23   to resume deliberations at 9:30 a.m. tomorrow.  We request to be

24   dismissed today at 4:30.

25             And that's the note.  And by the way, in connection

1    with the earlier request in writing, whether they can take a

2    break, I responded in writing on my letterhead in which I told

3    them that they could take a 20 minute break and that they could

4    not resume deliberations until all 12 jurors have returned to the

5    jury room.  And I also included the following sentence:  Recall,

6    also, that there may be no use of cell phones or other mobile

7    communication devices while you are in the jury room.

8            Okay.  So what I propose to do, again, in writing only,

9    of course, on my letterhead is to write back and say, one, yes,

10   we will have you order lunch tomorrow; two, yes, you may take a

11   20 minute break by permission of the Court whenever you make that

12   request in writing; and three, yes, you may leave today at 4:30;

13   and four, yes, you may resume deliberations at 9:30 tomorrow

14   morning.

15           Does anyone have any objection or other requests?

16           MR. HANLON:  For the government, Your Honor, no.

17           MR. COBURN:  No, Your Honor.

18           MR. MARTIN:  No, Your Honor.

19           MR. CROWE:  Nothing from Mr. Martin, Your Honor.

20           THE COURT:  Okay.

21           MS. RHODES:  Nothing from Mr. Mitchell.

22           THE COURT:  Okay.  Thank you very much.  The record

23   will reflect that all counsel have responded that they have no

24   requests.  It is now approximately ten of four and I'm going to,

25   frankly, excuse all of you.  I'm even going to take a risk and

1    tell the marshals that the defendants may depart at any time.

2            I'm feeling like I should gamble today.  I don't think

3    they're going to reach a verdict at 4:30 and I think, in the next

4    30 to 40 minutes at best they'll simply continue to work.  And I

5    will have Belinda literally go in and excuse them probably at

6    4:25 by our clock, so that she can collect all of the material

7    and bring it out of the jury room.

8            Okay?

9            MR. HANLON:  Thank you, Your Honor.

10           THE COURT:  Okay.  Thank you all.  And we, of course,

11   are like you, waiting to hear.

12           I suppose I'll see you tomorrow one way or the other.

13   Thank you.  Good night.

14           (Conclusion of Proceedings at 3:49 p.m.)

15

16

17

18

19

20

21

22

23

24

25

<u>REPORTER'S CERTIFICATE</u>

I, Mary M. Zajac, do hereby certify that I recorded stenographically the proceedings in the matter of USA v. Willie Mitchell, et al., Case Number(s) AMD-04-029, on November 24, 2008.

I further certify that the foregoing pages constitute the official transcript of proceedings as transcribed by me to the within matter in a complete and accurate manner.

In Witness Whereof, I have hereunto affixed my signature this _____ day of _____, 2009.


_____
Mary M. Zajac,
Official Court Reporter