```
 1                  IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF MARYLAND
                            NORTHERN DIVISION
 3

 4

 5     UNITED STATES OF AMERICA

 6          v.                              CRIMINAL CASE NO.
                                              AMD-04-029
 7     WILLIE MITCHELL,
       SHELTON HARRIS,
 8     SHELLY WAYNE MARTIN,
       SHAWN GARDNER,
 9
            Defendants
10     _____/

11                    VOLUME I OF XXXVII
                   Monday, September 15, 2008
12                   Baltimore, Maryland

13

14     Before:  Honorable Andre M. Davis, Judge

15     Appearances:
               On Behalf of the Government:
16               Robert Harding, Esquire
                 Michael Hanlon, Esquire
17            On Behalf of Defendant Mitchell:
                 Laura Kelsey Rhodes, Esquire
18               Michael E. Lawlor, Esquire
               On Behalf of Defendant Harris:
19               Gerard P. Martin, Esquire
                 Paul Flannery, Esquire
20             On Behalf of Defendant Martin:
                 Thomas L. Crowe, Esquire
21               James G. Pyne, Esquire
               On Behalf of Defendant Gardner:
22               Adam H. Kurland, Esquire
                 Barry Coburn, Esquire
23
       Reported by:
24     Mary M. Zajac, RPR
       Room 5515, U.S. Courthouse
25     101 West Lombard Street
       Baltimore, Maryland 21201
```

2

1           (Defendant Martin present in courtroom.  Other

2     defendants not present.)

3           THE COURT:  Mr. Crowe, is it your belief that we're

4     ready to proceed with Mr. Martin?

5           MR. CROWE:  Yes, it is, Your Honor.

6           THE COURT:  All right.  Mr. Martin, would you come

7     over here, please, and take a seat on the witness stand?

8           DEFENDANT MARTIN:  Excuse me?

9           THE COURT:  Would you take a seat on the witness

10    stand, please?

11          DEFENDANT MARTIN:  For what?

12          THE COURT:  I've been told that you wish to accept a

13    plea offer and plead guilty in this case.

14          DEFENDANT MARTIN:  I indicated my acceptance.  They

15    made me an offer and I accepted it and returned the offer for

16    value.

17          THE COURT:  So are you going to plead guilty?

18          DEFENDANT MARTIN:  I mean, I accept the offer in

19    return for value.

20          THE COURT:  Okay.  The other defendants can be brought

21    back to the courtroom.  Mr. Martin is not pleading guilty.

22          Counsel, while we are together, Ms. Zajac, being the

23    fine court reporter she is, is terribly concerned about the fact

24    that I've removed the microphones from your tables.  I have

25    assured her emphatically that they will not be needed because no

1    counsel will ever speak beyond simply saying the word

2    "objection" from counsel table.  So please adhere to that.

3         If you need to approach the podium at any time, you

4    need only stand up or catch my eye and I will acknowledge you.

5    But please don't say anything, as I say, other than "objection"

6    from counsel table.

7         I'm told that the jury panel is ready and I'm going to

8    ask one of my law clerks to go up now to retrieve the jury

9    lists.  Nina, you can go on up.  There should be about 15 of

10   them, plus the blank sheets for counsel.

11        I'm going to go up and address the jury very briefly,

12   the venire, and explain to them the procedure that we're going

13   to follow in getting them into the courtroom and conducting the

14   voir dire.  And as I indicated to you in writing, what we'll do

15   is, in groups of about 30 or so, they will form a line at the

16   door and I will call the roll by their juror numbers.  And they

17   will be directed to take a seat in the gallery in rough

18   numerical order so that you will be able to eyeball the juror as

19   he or she takes a seat in the gallery.  I'm told that we have

20   approximately 122 jurors, so we'll go through that process

21   probably four or five times.

22        That will effectively be the roll call of jurors.  So

23   then they'll be placed under oath and we'll proceed with the

24   voir dire process.

25        As I say, I'm going to go up and ask them, first of

4

1    all, to be sure to use the restroom facilities before they come

2    down here because my goal is to complete the general voir dire

3    before the luncheon recess and then take a luncheon recess, and

4    after lunch conclude the individual voir dire.  I'm hoping that

5    our time line will permit us to do that.

6            I have all of your requested voir dire and I'm

7    confident that I will cover in some fashion all of the requests,

8    specific requests that have been made.  Does the government have

9    a witness list for the Court?

10           MR. HARDING:  Yes, Your Honor.  This was e-mailed to

11   defense counsel yesterday.

12           THE COURT:  Thank you, Mr. Harding.  While we're

13   waiting, are there any housekeeping matters that any of counsel

14   believe we should take up?  Mr. Coburn, please approach the

15   lectern.

16           MR. COBURN:  Your Honor, I just had one brief request

17   for clarification about the objection procedure.  Does Your

18   Honor want us just to say the one word "objection" or is it okay

19   to say "objection, hearsay" or "objection, no foundation", that

20   sort of thing?

21           THE COURT:  I prefer the one word.  My experience is

22   that they are reasonably self-evident.  And I think we've been

23   over all of the known legal issues, evidentiary issues.  So your

24   objections on any pretrial motion, of course, are preserved.

25           So I prefer just 'objection' but I think that will be

1    sufficient.  And as I've said, an objection from anybody over

2    here is deemed joined in by everybody over here.  So Ms. Zajac

3    will simply record objection from the defense and, likewise,

4    objection from the government.

5           MR. COBURN:  Thank you, Your Honor.

6           THE COURT:  By the way, Mr. Coburn, with respect to

7    the letter from you and Mr. Kurland regarding Mr. Montgomery and

8    my rule on counsel, of course, the rule doesn't apply to

9    pretrial or hearing matters.  So that will be fine.

10           MR. COBURN:  I appreciate it very much, Your Honor.

11           (Defendants Mitchell, Harris and Gardner enter the

12    courtroom.)

13           THE COURT:  All right.  There being no other business,

14    as I say, I'm going to go up and very briefly, in I think less

15    than five minutes, explain to the jury the process we will

16    employ.  And then I will return.  And shortly after that you

17    should see the jurors begin to enter the courtroom.  We're in

18    recess.

19           (Brief recess.)

20           THE COURT:  The jurors should be arriving momentarily,

21    counsel.

22           Mr. Harding, it appears that you're going to be right

23    there in the pathway for witnesses.  I didn't realize you were

24    going to have a second agent.  So just be sure to keep that

25    passageway open, please, between you and the evidence

1    presentation system.

2                MR. HARDING:  Okay.  Your Honor, we were thinking of

3    actually trying to put one of the agents back behind us.

4                THE COURT:  Oh, that would be better, in fact.

5                MR. HARDING:  Alternating which agent sits back there.

6    Would that be preferable?

7                THE COURT:  That would be preferable.  Not for the

8    first part of voir dire.

9                MR. HARDING:  Right.

10                THE COURT:  Belinda, I'm sorry.  Is that person a

11    media person?

12                MS. RHODES:  She's with Mr. Martin.

13                THE COURT:  I'm sorry?

14                MS. RHODES:  I think she's with Mr. Martin, Gerry

15    Martin.

16                THE COURT:  Oh, okay.  We're going to need that seat

17    for the jury selection, ma'am.  You can go all the way to the

18    top.

19                MR. LAWLOR:  Your Honor, while we're waiting.  I don't

20    know that we've clarified how many strikes are going to be given

21    to the defense.

22                THE COURT:  Because it's not clear yet.  It will

23    depend on how many we have at the end of the voir dire.  You

24    will get at least ten.

25                MR. LAWLOR:  Thanks.

7

1          THE COURT:  I can assure you of that.  By the way, Mr.

2     Lawlor, you broke the rule.

3          MR. LAWLOR:  Which was?

4          THE COURT:  You said "Your Honor" before you got to

5     the mike.  I'm keeping count.

6          MR. LAWLOR:  I need politeness to be on the record,

7     too.

8          MR. COBURN:  You broke it again.

9          (Potential jurors enter the courtroom at 10:47 a.m.)

10          THE COURT:  Juror Number One.  I don't think we'll

11     need the black chairs at the top so the juror can take a seat.

12     Would you go all the way across, please, sir?  Thank you.  Just

13     one moment, ladies and gentlemen, until I call your number.

14          Juror Number 10, Juror Number 11, Juror Number 14,

15     Juror 19, Juror 21, Juror 25, Juror 30, Juror 31.  Just one

16     moment, please.

17          Juror 32.  34.

18          THE LAW CLERK:  This is Juror Number 32.

19          THE COURT:  Juror Number 32.  Just one moment, ma'am.

20     Juror 34, Juror 39, Juror 49, Juror 50, Juror 58, Juror 64,

21     Juror 65, Juror 67, Juror 70, 73.

22          THE LAW CLERK:  Juror 73 is not here.

23          Juror 73 is absent.  Juror 77, Juror 78, Juror 80,

24     Juror Number 83, Juror 84, Juror 87, Juror 90, Juror 95, Juror

25     101.  And Juror 102.

1           THE LAW CLERK:  We have Juror 73.

2           THE COURT:  Juror 73 has arrived.  Ma'am, please go up

3     the steps and take a seat next to the open, to the juror.  Thank

4     you, Nina.

5           Ma'am, please take a seat on the third row from the

6     top.  Thank you.  Announce your juror number, please, sir.

7           A JUROR:  108.

8           THE COURT:  Juror 108, 127, 128, 132, Juror 134, Juror

9     136, Juror 142, Juror 143, 144, Juror 145, Juror 152, Juror 153,

10    156, 157, Juror 163, Juror 168, Juror 174, Juror 176, Juror 180,

11    Juror 186, Juror 187, and Juror 195, you'll start the next row.

12           196, Juror 199, Juror 204, Juror 207, Juror 213, Juror

13    215, Juror 221, and Juror 223.

14           Juror 237, Juror 240, Juror 244.  Sir, excuse me.

15    Right there.  And last on that row is Juror 245.

16           Juror 249, you will begin the next row.  Go all the

17    way across, please.  Juror 249, Juror 256.  Are you 256, ma'am?

18           A JUROR:  Yes.

19           THE COURT:  All right.  Juror 258, Juror 263, Juror

20    264, Juror 270, Juror 281, Juror 282, Juror 290, Juror 299,

21    Juror 301.  Juror 303 will begin the new row.  Juror 308, Juror

22    313, Juror 314, Juror 315, Juror 319, Juror 321, Juror 323.

23    Juror 326, Juror 327, Juror 330, Juror 331, Juror 333, Juror

24    334.  And Juror 336.  Juror 340, Juror 343, Juror 344, 347,

25    Juror 350, Juror 355, Juror 366, Juror 367, Juror 371, Juror

1    373.

2              And on the first row, Juror 374, Juror 379, Juror 380.

3    Juror 383.  Juror 386, 387, Juror 389.  And Juror 399.

4              Juror 400, if you will come into the jury box this

5    way, please.  Juror 402.  Juror 407.  Juror 410.  Juror 413.

6    Juror 415.  Juror 417.  Juror 419.  Juror 427.  Juror 432.

7    Juror 434.  Juror 439.  Juror 441.  And last, but certainly not

8    least, Juror Number 444.

9              Ladies and gentlemen of the jury venire, once again

10   good morning.  I met you briefly upstairs.  The Court wishes to

11   express its appreciation to each of you for your wonderful

12   cooperation in getting you moved from the fourth floor down here

13   to the first floor.

14             Once again, I am Andre M. Davis, one of the United

15   States district judges presiding over trials here in the

16   District of Maryland, the Baltimore courthouse.

17             You've been summonsed to the courthouse today for

18   possible service as a juror in a criminal case.  In a moment, we

19   will begin what's called the voir dire process.  The voir dire

20   process really has two purposes.  First, to give me as the

21   presiding judge an opportunity to give you certain instructions

22   on the law and practice.  All of my instructions to you

23   throughout these proceedings today and for the full duration of

24   the trial are binding on the jury and must be scrupulously

25   adhered to by the jury.

1          The second purpose of the voir dire process, the

2     questioning of jurors, is to give jurors an opportunity to, in

3     response to our questions and otherwise, to bring to our

4     attention information known to you but unknown to us that may

5     have a bearing on your ability to serve fairly and impartially

6     as a juror in this case.

7          Every active participant in a criminal trial takes an

8     oath.  Every lawyer who becomes a member of the bar takes an

9     oath.  All of the court personnel you see assisting the Court,

10    of course, take an oath.  The court reporter takes an oath.  I,

11    of course, as the presiding judge, take an oath.  And each of

12    you as prospective jurors will now take an oath.

13         That oath, for present purposes, is to impress upon

14    you the importance of your full, candid responses to all of the

15    questions that are put to you by the Court and your obligation

16    to bring to our attention, whether a question explicitly asks

17    for that information or whether your good judgment in

18    understanding the question impresses upon you the importance of

19    bringing that information to our attention.

20         So I will first ask each of you now to stand where you

21    are and, if you would, please, raise your right hand and direct

22    your attention to Ms. Arrington here, the courtroom deputy

23    clerk, who will be assisting the court throughout these

24    proceedings, as she administers the oath on your voir dire.

25              (Prospective jurors sworn on their voir dire.)

1    THE COURT:  Thank you, ladies and gentlemen.  Please

2    be seated.

3    The voir dire process will proceed in two stages.  In

4    the first stage of the voir dire process I will be putting to

5    each of you a series of questions.  Almost without exception,

6    each question will be a yes or no question.  In other words, you

7    will be able to answer each question as I first put it to you by

8    either answering yes or answering no.

9    And the way this works is a no answer is communicated

10   to us by you remaining in your seat.  A yes answer is

11   communicated to us by you standing.

12   So every time you need to answer yes to a question,

13   you will stand where you are.  The Court will ask follow-up

14   questions once you have identified yourself and once I have

15   turned my attention to you.

16   The follow-up questions will call for specific

17   information.  And I ask you, please, to listen carefully to all

18   of my questions, both the general questions and the follow-up

19   questions, and answer the specific question that I put to you.

20   Remember, when you stand to answer a question, wait

21   for me to recognize you.  And each time before you speak, every

22   time, no matter how many times you have to stand up, each time

23   before you speak please give us your juror number.

24   Now, my law clerks, whom you've met, will be in the

25   gallery with two hand-held microphones, one on this side, one on

1    this side, so that when I recognize you the next thing that will

2    happen is that my law clerk will pass you the microphone, the

3    hand-held microphone if you're seated out there.  Please don't

4    speak until after you've been passed the microphone, and then

5    give us your juror number.  This is so, of course, we can all

6    hear you as well as you are hearing me now.

7         After you have answered my follow-up questions, should

8    you have to stand in response to a general question, one of two

9    things will happen.  You will either be excused and we will

10   express our thanks to you and you will be permitted to depart to

11   get on with your normal business, or you will be asked to resume

12   your seat.  There is no magic particularly to whether you will

13   be asked to resume your seat or you will be excused.

14        I assure you that if you are excused it is not because

15   we don't like you.  We like you.  But there are some matters

16   that will require the Court to excuse some persons on account of

17   various factors that do not in any way reflect on your fitness

18   or ability to serve as a juror in a wide range of cases.  So

19   that is how the general voir dire will proceed.

20        Then the second stage of the voir dire will consist of

21   individual questions of a number of you here at the bench.  I

22   anticipate that the second stage of the voir dire will take

23   place after we all return from a luncheon recess this afternoon.

24        During this second phase of the voir dire, each of you

25   who has previously answered yes to a question and been told to

1    resume your seat, and anybody else who for any reason wishes to

2    speak to me and counsel in private here at the bench about any

3    matter touching on your ability to serve as a juror in this

4    case, will be allowed to come forward here at the bench and

5    speak to us in private.

6           Now, I will use the following terms in some of my

7    questions.  I will use the term "close personal friend."  I

8    believe that that term is self-explanatory and you choose who

9    your close personal friends are and you provide answers to

10   include that group of people to my questions.

11          I will also use the term "close family member."  Now,

12   at a minimum, the term "close family member" includes the

13   following individuals:  Your spouse, if any, your parents, your

14   children, your brothers and sisters, and any other person who

15   resides with you in your household.  So many of the questions

16   will require you to include within your contemplated answer

17   those individuals as well.

18          If at any point you cannot hear me or if at any point

19   you are uncertain about the meaning of the question, please

20   don't hesitate to raise your hand, and I will repeat it or

21   clarify it.

22          If you are in doubt about whether to answer yes or no

23   to a question, answer yes.  It is better to answer yes

24   unnecessarily than to answer no when perhaps you should have

25   answered yes.  So do not hesitate to answer yes.  You cannot

14

1    give us too much information.  But again, remember, wait for my

2    follow-up questions and answer those specific questions that I

3    put to you.

4        Now, you've had your orientation and so you know quite

5    a bit about how trials work and quite a bit about the legal

6    foundation for our criminal justice system.  Let me review a

7    couple of very basic principles with you.

8        The role of the jury in this case is exactly the same

9    as it is in every criminal case tried in this country, whether

10   it's in the federal court or state court.  The role of the jury

11   is to listen to the evidence as it is presented in the

12   courtroom, follow the Court's instructions on the law, which are

13   binding on the jury, bring to bear your mature judgment and

14   common sense as you evaluate the evidence, and render a fair and

15   impartial verdict in the case based solely on the evidence

16   presented in the courtroom, in strict accordance with the

17   Court's instructions on the law, and without any influence

18   whatsoever affecting you as a juror from anything that occurs

19   outside of the courtroom or which the Court has instructed you

20   to disregard.  A fair and impartial verdict is what the jury's

21   mission is.

22       In a criminal case a defendant is presumed innocent of

23   all charges.  A defendant in our system never ever has to prove

24   his or her innocence, never ever has to introduce any evidence,

25   call any witnesses.

1          Indeed, among the many rights defendants in criminal

2    cases enjoy in our system of justice is the right to choose

3    whether to be present for the trial or to be absent.

4          The burden in a criminal case is entirely,

5    exclusively, always only on the government.  And that burden in

6    our system requires the government bringing the charges to prove

7    a defendant's guilt beyond a reasonable doubt.

8          A defendant in a criminal case, as I say, has no

9    burden, and not only is not required to testify, but, in fact,

10   has a constitutionally protected privilege to remain silent.

11   And it would be a violation of very fundamental constitutional

12   principles in any criminal case for any juror to consider in any

13   way whatsoever in deciding whether the government has proven a

14   defendant's guilt beyond a reasonable doubt, to consider in any

15   way whether the defense offered any evidence, whether the

16   defendant himself or herself testified, or in any other fashion

17   violate the fundamental rules of law, many of them

18   constitutionally based, that protect the rights of defendants in

19   criminal cases.

20         So this is the mission of a jury in this and in every

21   criminal case -- to render a fair and impartial verdict based

22   solely on the evidence.

23         As I instructed you upstairs when I met briefly with

24   you, you are to have no conversation whatsoever during today or

25   at any other time during these proceedings if you are selected

1    as a member of the jury in this case about this case, about this

2    voir dire process, about any of the answers that any of your

3    fellow jurors may give out loud that you hear, about any of the

4    answers that you give to any of the Court's questions.  This

5    instruction, like all of my instructions to you, must be

6    scrupulously honored by you throughout these proceedings.

7         Is there anyone among you now who does not understand

8    the instructions that I have just given you about our criminal

9    justice system?

10        (No response.)

11        THE COURT:  Is there anyone among you now who would

12   find it difficult, if you are selected as a juror in this case,

13   scrupulously to adhere to those and all of my instructions on

14   the law that are binding on the jury in a criminal case, for any

15   reason whatsoever?

16        (No response.)

17        THE COURT:  Is there anyone among you right this

18   minute who does not understand that the defendants in this case,

19   whom you will meet in a moment, as they sit before you, are

20   presumed innocent of all charges at this very moment and the

21   presumption of innocence surrounds each defendant throughout

22   these proceedings and will require that any defendant be

23   acquitted of all charges unless and until, based on the evidence

24   and the Court's instructions on the law, the jury is convinced

25   beyond a reasonable doubt that the presumption of innocence has

1     been overcome and he or she is convinced by that standard of a

2     defendant's guilt?  Is there anyone among you who believes he or

3     she would have difficulty carrying out that responsibility?

4              (No response.)

5              THE COURT:  Thank you, ladies and gentlemen.  Now, as

6     I said, this is a criminal case.  In federal court, as in many

7     state courts, a criminal case begins with the filing of charges

8     in the form of an indictment.  And indeed, here we have an

9     indictment returned by a federal grand jury here in the District

10    of Maryland charging four individuals, the defendants before

11    you, with criminal offenses under federal law.

12              An indictment is not evidence.  An indictment is never

13    to be considered as evidence in a criminal case.  To the

14    contrary, an indictment is the form and format by which in

15    federal court a defendant who is accused of criminal activity is

16    formally charged and is formally notified of the charges against

17    him.

18              At the conclusion of the case, among other exhibits

19    that will be provided to the jury in the jury room during the

20    deliberations, the indictment will be sent in to the jury room

21    as well so that the jury can look at it, read it, however he or

22    she may choose.  But the indictment itself is not evidence and

23    is never to be considered.  It is a charge.

24              I am going to now summarize the indictment that brings

25    this case before the Court.

1          The name of the case is United States of America

2     versus Willie Mitchell, also known as Bo, Shelton Harris, who is

3     also known as Rock, Little Rock, and Hard Rock, Shelly Wayne

4     Martin, who is also known as Wayne, Weaze or Weazy, and Shawn

5     Gardner, who is also known as Goo, G-O-O.  These are the four

6     defendants before the court for trial in this matter on this

7     indictment.

8          The jury, the grand jury has charged these defendants

9     with a number of criminal offenses totaling 17 separate counts

10    of the indictment.  Some defendants are named in more counts

11    than in others and some defendants are not named in some counts.

12         Essentially, the jury in this case will consider each

13    count of the indictment in accordance with my instructions

14    separately.  And while these four defendants are on trial

15    together in this courtroom, effectively, this consists of four

16    separate trials.  And this is because each defendant is entitled

17    to the separate considered judgment of each juror as to each

18    count in which he is charged.  So that a verdict on a particular

19    count or a verdict as to a particular defendant does not in any

20    way relieve the jury of giving careful, impartial, mature

21    consideration to the evidence as it relates to each defendant

22    individually and each count of the indictment individually.

23         Now, the lead count, Count One, is charged under what

24    is referred to as the Racketeer Influenced Corrupt Organizations

25    Act under federal law.  Counsel, I'm sure, will refer to it as

1         the RICO statute.  It is a complicated federal law and the Court

2         will be at pains at appropriate times to instruct the jury as to

3         what the elements are that the government is required to prove

4         beyond a reasonable doubt in order to prove a person has

5         violated that statute.

6               But let me summarize that count and the other counts

7         of the indictment for the purpose of simply giving you limited

8         information about the nature of the case so that you are better

9         able to respond to the Court's questions as we proceed with the

10        voir dire.

11              Count One reads as follows.  I'm going to paraphrase

12        but also read some of it.  At various times relevant to the

13        indictment, Willie Mitchell, Shelton Harris, Shelly Martin, and

14        Shawn Gardner, along with others known and unknown to the grand

15        jury, were members of a group referred to in the indictment as

16        the Randallstown/Park Heights organization, a criminal

17        organization which operated in Baltimore, Baltimore County,

18        Pennsylvania, and elsewhere, whose members engaged in the

19        distribution of controlled dangerous substances and committed

20        acts of violence, including conspiracy to commit murder, murder,

21        armed robbery, home invasion, and other offenses.

22              On or about December 12th, 2000, Shakedown

23        Entertainment, Limited was incorporated in Maryland.  The

24        resident agent was Willie Mitchell.  The business produced and

25        promoted rap music recordings and performances.

1          The Randallstown/Park Heights organization, including

2     its leadership, members and associates, constituted an

3     enterprise as defined under federal law, that is a group of

4     individuals, and an entity associated in fact which engaged in

5     and the activities of which affected interstate and foreign

6     commerce.  The enterprise constituted an ongoing organization

7     whose members functioned as a continuing unit for a common

8     purpose of achieving the objectives of the enterprise.

9          The indictment then describes what it calls the

10    purpose of the enterprise.  Among the purposes of the enterprise

11    were the following:  Enriching the members and associates of the

12    enterprise through, among other things, murder, armed robbery,

13    home invasion robbery, and the distribution of controlled

14    substances, including cocaine and crack cocaine, marijuana, and

15    heroin; preserving and protecting the power, territory, and

16    profits of the enterprise, and retaliating against individuals

17    and organizations through the use of intimidation, violence,

18    threats of violence, murder, and murder for profit; promoting

19    and enhancing the enterprise and its members] and associates'

20    activities; maintaining and promoting the rap music business in

21    which members and associates were involved, including Shakedown

22    Entertainment Limited, a Maryland corporation; preventing and

23    obstructing the arrest and prosecution of members and associates

24    through witness intimidation and disruption of court

25    proceedings.

1          The indictment then describes the methods and means of

2     the enterprise and it charges, among other means and methods,

3     and they're committed by the defendants and their associates,

4     were the following:  Members of the enterprise and their

5     associates committed, attempted to commit, and threatened to

6     commit acts of violence, including armed robbery, home invasion

7     robbery, murder, murder for profit, and witness intimidation, to

8     protect and expand the enterprise's criminal operations,

9     retaliate against other individuals and organizations, and to

10    obstruct justice and law enforcement.

11         The indictment charges that the members of the

12    enterprise and their associates promoted a climate of fear in

13    Baltimore area neighborhoods through violence and threats of

14    violence.

15         The indictment charges that members of the enterprise

16    and their associates trafficked in cocaine base, known as crack

17    cocaine, marijuana, and heroin to obtain money and that members

18    made decisions both by mutual consent and by direction of its

19    leaders.

20         The indictment then charges the racketeering violation

21    which is at the heart of the indictment, Count One.  From in or

22    about 1994 through on or about August 18th, 2006, in the State

23    and District of Maryland, the Commonwealth of Pennsylvania, the

24    State of New York and elsewhere, the defendants, Mr. Mitchell,

25    Mr. Harris, Mr. Martin, and Mr. Gardner, together with persons

1    known and unknown to the grand jury, being persons employed by

2    and associated with the Randallstown/Park Heights organization,

3    an enterprise which engaged in and the activities of which

4    affected interstate and foreign commerce, did knowingly,

5    intentionally, and unlawfully combine, conspire, confederate,

6    and agree to violate relevant provisions of federal law, the

7    RICO statute, and that is to conduct and participate directly

8    and indirectly in the conduct of the enterprise's affairs

9    through a pattern of racketeering activity, as that term is

10   defined in federal law, through the commission of acts set forth

11   in the indictment.

12           The indictment charges that, as a part of the

13   conspiracy and as provided in federal law, each defendant agreed

14   that a coconspirator would commit at least two acts of

15   racketeering activity.  The indictment then lists a number of

16   alleged acts of racketeering activity.  I will tell you now what

17   those allegations are.

18           Racketeering Act One is said to be murder and

19   conspiracy to murder a man by the name of Oliver McCaffity.  On

20   or about February 27th or 28th, 2002, in the State and District

21   of Maryland, Mr. Mitchell, Mr. Harris did feloniously, willfully

22   and deliberately premeditated, with malice aforethought, kill

23   and murder Oliver McCaffity; that on or about February 27th or

24   28th, 2002, again in the State and District of Maryland, in like

25   fashion, those same two defendants, Mr. Mitchell and Mr. Harris,

did, with the same intent and willful violation of law, kill and murder -- excuse me -- conspire to kill and murder the gentleman known as Oliver McCaffity.

Now, Racketeering Act Two alleges that a second murder was committed, and that is the murder of a woman named Lisa Brown, which is also alleged to have occurred on or about February 27th or 28th, here in Maryland, 2002.

Racketeering act three charges that all of the defendants, Mr. Mitchell, Mr. Harris, Mr. Martin, and Mr. Gardner, on or about March 24th or 25th, 2002, here in the State and District of Maryland, did murder and did conspire to murder Darryl Wyche and did murder Darryl Wyche.

Racketeering Act Four charges a like commission of a murder and conspiracy to commit a murder of a gentleman named Anthony Wyche.  And each of the defendants is charged with that racketeering act.

Racketeering Act Five charges that all of the defendants did, with a dangerous weapon, rob Darryl and Anthony Wyche on or about the same date, March 24th, 25th, 2002, here in the District of Maryland.

Racketeering Act Six charges that on or about June 7th, 2002, here in the District of Maryland, defendant, Mr. Gardner, did willfully and with premeditation kill and murder a woman by the name of Tonya Jones Spence.

Racketeering Act Seven charges Mr. Gardner on that

1    same date with the robbery of Tonya Jones Spence.

2            And Racketeering Act Eight charges Mr. Gardner with

3    conspiracy to murder a man by the name of Darius Spence and to

4    kill Mr. Spence in the perpetration of a robbery.

5            Racketeering Act Nine charges all four defendants with

6    conspiracy to possess and to possess with the intent to

7    distribute controlled dangerous substances, namely, cocaine,

8    heroin, marijuana, and crack cocaine.  And that conspiracy is

9    alleged to have been in existence from in or about 1994 through

10   in or about February of 2004.

11           So that is Count One of the indictment, a conspiracy

12   under the RICO statute to carry out these activities of this

13   alleged enterprise through these acts of racketeering activity.

14   As I say, at the appropriate time the Court will have detailed

15   explicit instructions as to how a jury is to evaluate the

16   evidence presented in this case and make a determination as to

17   whether the government has proven the guilt of any defendant

18   under Count One beyond a reasonable doubt.

19           The remaining 16 counts of the indictment charge

20   various substantive offenses, not conspiracy, but substantive

21   offenses under federal law.  And I will summarize them briefly.

22           Count Two charges Mr. Mitchell and Mr. Harris with

23   committing armed robbery for the purpose of maintaining and

24   increasing their positions within the enterprise and with murder

25   for the same purpose, on or about February 27th, 2002, in that

1      they murdered Mr. McCaffity.

2              So the murder of Mr. McCaffity is alleged to be a

3      racketeering act within the broader range of the conspiracy in

4      Count One, and it's charged separately under a different federal

5      statute in Count Two, naming Mr. Mitchell and Mr. Harris.

6              Similarly, in Count Three, Mr. Mitchell and Mr. Harris

7      are charged with respect to the death of Mr. McCaffity under a

8      separate federal statute.  And in Count Four Mr. Mitchell and

9      Mr. Harris are charged under a separate federal statute with

10     respect to the death of Lisa Brown.

11             In Count Five, all four defendants are charged under a

12     separate federal statute with offenses based on the death of

13     Darryl Wyche and the alleged robbery of Darryl Wyche.  In Count

14     Six, it's charged, charges all four defendants in connection

15     with the death of Anthony Wyche, which was mentioned in Count

16     One.

17             Count Seven, likewise, charges Mr. Gardner only in

18     connection with a separate federal offense related to the death

19     of Tonya Jones Spence.  And in Count Eight, all four defendants

20     are charged separately with a conspiracy related to the

21     distribution and the possession with the intent to distribute

22     narcotics.

23             So in other words, as you can see, the racketeering

24     acts, most or all of them named in Count One, are also charged

25     as separate offenses under federal law in other counts of the

1    indictment.

2         And again, the jury will be called upon to evaluate

3    each defendant's alleged involvement as to each count in which

4    that defendant is named as a defendant.

5         Count Nine involves a separate federal statute

6    relating to the use of firearms in the commission of other

7    offenses.  And so Count Nine charges that Mr. Mitchell and Mr.

8    Harris, in connection with the alleged murders committed on

9    February 27th, 2002, of Mr. McCaffity and Ms. Brown, did use a

10   firearm in furtherance of other violations of federal law.

11        Count Ten similarly charges a handgun count in

12   connection with the death of Lisa Brown.  And Mr. Harris and Mr.

13   Mitchell are named in that count.

14        Count 11 charges Mr. Mitchell and Mr. Harris in

15   connection with the use of firearms relating to the death Lisa

16   Brown occurring on or about February 27th, 2002.

17        And Count 12 is a firearms count naming all four

18   defendants and arises out of the alleged involvement of the four

19   defendants in connection with the robbery and alleged murder of

20   Anthony and Darryl Wyche, which accuses, which alleges occurred

21   on or about March 24th, 2002.

22        Count 13, again, names all four defendants on a

23   firearms count relating to the Darryl Wyche murder.

24        And Count 14 names all four defendants with respect to

25   a firearms count in connection separately with the Anthony Wyche

1    murder.

2            Count 15 charges only Mr. Gardner with a firearms

3    count relating to the murder of Tonya Jones Spence.  And Count

4    16 charges Mr. Gardner with the June 7th, 2002 firearms

5    violation, again relating to Tonya Jones Spence.

6            Count 17 charges Mr. Gardner with possession of a

7    firearm as a prohibited person.  And Count 18 separately charges

8    Mr. Harris with a January, 2004, possession of a firearm as a

9    prohibited person.

10            And finally, Count 19, I think I may have said there

11    were 17 counts in the indictment.  As you can see, there are

12    actually 19 counts -- Count 19 charges that in or about June,

13    2005, Mr. Harris committed an act intending to obstruct justice

14    and he is alone charged in that count.

15            So that's a perhaps not so brief summary of what the

16    charges are in this case.  Again, ladies and gentlemen, an

17    indictment is not evidence.  It is never to be considered as

18    evidence.  It is merely the charges brought by the grand jury

19    placed against these defendants, the burden of proof resting

20    entirely on the government to prove each and every fact

21    necessary to establish the violation of law.

22            So having heard that summary, let me read to you some

23    of the locations that will be mentioned during the course of the

24    evidence in this case, and in particular the location of some of

25    the murders that I have just described to you briefly:  8618

1    Bramble Lane in Randallstown, Maryland, 4400 East Wabash Avenue

2    here in Baltimore, the 4500 block of Finney Avenue here in

3    Baltimore, are the locations of some of the events relating to

4    the murders mentioned in the indictment.

5           So does any member of the jury panel have any

6    information or heard any information or any knowledge concerning

7    the allegations in this indictment and the circumstances giving

8    rise to this case?  Have you read anything?  Have you heard

9    anything?  Has anybody discussed with you any aspect of this

10   case, to the best of your recollection?

11          Microphone is on the way, ma'am.  Number, please?

12          A JUROR:  Juror Number 373.

13          THE COURT:  All right.  Just a moment, please.  You

14   think you may have heard something or read something about this

15   case?

16          A JUROR:  I think I read something about the case

17   several years ago.

18          THE COURT:  Do you remember what the source of that

19   information might have been?  Was it the newspapers or --

20          A JUROR:  It would have been the newspaper.

21          THE COURT:  How fresh is your recollection about the

22   case today?  That is to say, how fresh is your recollection of

23   what you may have read or heard a few years ago?  Very fresh or

24   not fresh at all?

25          A JUROR:  The one piece of it is pretty fresh.

1          THE COURT:  Pretty fresh?  Do you remember what

2    newspaper?

3          A JUROR:  I think it was The Sun.  I get The Sun and

4    The Post and a couple of Howard County publications.

5          THE COURT:  All right.  And was it my summary of the

6    indictment that reminded you of the case?

7          A JUROR:  The two brothers.

8          THE COURT:  The Wyche brothers?

9          A JUROR:  Right.

10          THE COURT:  All right.  We're going to excuse you,

11    ma'am, from any service as a juror in this case.  Thank you very

12    much.

13          MR. HARDING:  Your Honor, just for the record, I think

14    that was Juror Number 371 not 373.

15          THE COURT:  I'm sorry.  Thank you very much, Mr.

16    Harding.  Was Juror Number 373 or 371?

17          A JUROR:  373.  This time, Mr. Harding, I'm right,

18    you're wrong.

19          A DIFFERENT JUROR:  That was my number.

20          THE COURT:  Okay.  Ma'am, would you check your jury

21    summons, please?  Thank you, Mr. Harding.  It looks like you're

22    right and I'm wrong.  And I'm wrong twice.

23          A JUROR:  I'm totally wrong.  323.

24          THE COURT:  Is there another 323 in the house?  All

25    right, ma'am.

1                    A JUROR:  I apologize.

2                    THE COURT:  That's quite understandable.

3                    Members of the jury, let me ask you now to take a

4      quick look at your jury summons so that you are alert.  So we

5      still have 371 and we still have 373 and we're glad.  All right.

6                    I'm going to permit counsel at this time, ladies and

7      gentlemen, to introduce themselves to you.

8                    Let me just say that the, as is true in every criminal

9      case in federal court, the government is represented by members

10     of the office of the United States attorney.  The United States

11     Attorney for the District of Maryland is Mr. Rod Rosenstein.

12     And the individuals you are about to meet now are assistant

13     United States attorneys who work for Mr. Rosenstein in

14     representing the government in court.

15                   After the assistant U.S. attorneys introduce

16     themselves and the agents who are with them at the table, I will

17     ask each of the defense lawyers on this side of the room to

18     introduce themselves and their clients to you.

19                   Counsel.

20                   MR. HARDING:  Good morning.  Robert Harding.

21                   MR. HANLON:  Good morning.  Michael Hanlon.

22                   THE COURT:  Would you introduce the agents, please?

23                   MR. HARDING:  Task Force Officer Keith Benson and

24     Special Agent Brian Klas.

25                   THE COURT:  Thank you, gentlemen.  Ms. Rhodes.

31

1          MS. RHODES:  Good morning.  My name is Laura Kelsey

2     Rhodes and I'm representing Willie Mitchell along with --

3          MR. LAWLOR:  Mike Lawlor.  Good morning.

4          THE COURT:  Thank you.

5          MR. MARTIN:  Good morning.  My name is Gerry Martin

6     and I represent Mr. Shelton Harris along with --

7          MR. FLANNERY:  Paul Flannery.

8          THE COURT:  Thank you.

9          MR. CROWE:  Good morning.  My name's Tom Crowe.  I

10    represent Shelly Martin along with --

11         MR. PYNE:  Jim Pyne.

12         THE COURT:  Thank you.

13         MR. COBURN:  And good morning, ladies and gentlemen.

14    I'm Barry Coburn.  I represent the defendant, Shawn Gardner.

15    And --

16         MR. KURLAND:  Adam Kurland.

17         THE COURT:  Thank you very much, counsel.

18         Does any one of you know or have any relationship,

19    personal, professional or otherwise, first with either Mr.

20    Harding or Mr. Hanlon or any other member of the U.S. attorney's

21    office for this district?

22         The answer is no.

23         Do any of you know or have any familiarity with or a

24    personal, professional relationship with any of the defendants

25    themselves or with their counsel?

1          The answer is no.

2          Oh.  Yes, sir.  I believe we can hear you if you speak

3     up loudly.  There's a microphone right there in front of you.

4     Your juror number?

5          A JUROR:  441.

6          THE COURT:  Who is it you think you know?

7          A JUROR:  Well, like I said, I'm unsure.  I work for a

8     law firm.  So I don't know who the attorneys, who they work for.

9          THE COURT:  All right.  What firm?

10         A JUROR:  DLA Piper.

11         THE COURT:  All right.  None of the lawyers are

12    associated with that firm.  Thank you, sir.  Just a moment.

13    Your number, sir?

14         A JUROR:  213.

15         THE COURT:  All right.  Just a moment.  Yes, sir.

16         A JUROR:  I have seen two of the other attorneys in

17    court before.

18         THE COURT:  Can you point them out, please?

19         A JUROR:  The gentleman all the way to the left.

20         THE COURT: Mr. Kurland.

21         A JUROR:  And the gentleman all the way to the right

22    of the same table.

23         THE COURT:  Mr. Pyne?

24         A JUROR:  No.  The gentleman to his left.

25         THE COURT:  Mr. Coburn.

1          A JUROR:  Yes.  That's correct.

2          THE COURT:  And have you seen them together or have

3    you seen them separately?

4          A JUROR:  I don't remember the exact circumstances of

5    when I saw them but I do recognize their faces.

6          THE COURT:  They just look familiar to you.

7          A JUROR:  That's correct.

8          THE COURT:  As best as you can recall, when would this

9    have been?

10         A JUROR:  It could have either been, it probably would

11   have been something that would have happened in Anne Arundel

12   County.

13         THE COURT:  All right.  And on a scale of 1 to 10

14   being absolute certainty and 10 being, Judge, I'm guessing, how

15   certain are you, first, that it was Mr. Kurland you actually

16   saw?

17         A JUROR:  That would probably be a 7.

18         THE COURT:  And how certain are you that it was Mr.

19   Coburn you saw?

20         A JUROR:  Five.

21         THE COURT:  And did they, did they do anything in your

22   presence that your mother wouldn't want you to see them do?

23         A JUROR:  No.

24         THE COURT:  Did you actually observe them in court

25   representing somebody or do you recall?

1          A JUROR:  I do not recall the circumstances.

2          THE COURT:  But you do remember it was in court?

3          A JUROR:  I believe so, yes.

4          THE COURT:  Okay.  Would there be any aspect of what

5     you remember, to the best as you can remember having seen them,

6     that would affect you in any way in judging the facts of this

7     case?

8          A JUROR:  I don't believe so.

9          THE COURT:  Thank you very much.  You may be seated.

10         While we're on that subject, ladies and gentlemen,

11    defense lawyers play a critically important role in our criminal

12    justice system.  Whether they are hired by a criminal defendant

13    or appointed by the Court to represent a criminal defendant,

14    and, of course, as I'm sure you know, in our system every

15    defendant is entitled to a lawyer.  And if he or she could not

16    afford to hire an attorney, the Court appoints an attorney to

17    represent the defendant.

18         Sometimes people don't fully understand the important

19    role that a defense lawyer plays in the zealous representation

20    of his or her client.  But as I say, as good as our system is,

21    and I believe it's very good, certainly not perfect, but very

22    good system, of criminal justice, it would be a pretty lousy

23    system, frankly, without defense lawyers.  And it would be a

24    pretty lousy system if a defendant who was indigent and couldn't

25    afford to hire an attorney, therefore, as in so many other

1    countries around the world, didn't get one.

2           But our Supreme Court years and years ago recognized

3    that under our constitutional scheme, a person whose

4    circumstances prevent him or her from hiring a lawyer is

5    nonetheless entitled absolutely to the representation of

6    counsel.  So is there anyone among you who has difficulty

7    understanding the important role of a defense lawyer in a

8    criminal case?

9           (No response.)

10          THE COURT:  Is there anyone among you who would find

11   it difficult to accord the same respect and regard for the role

12   of the defense lawyer in a criminal case, as I'm sure you regard

13   the role of a prosecutor, who is equally critical to our

14   criminal justice system?  Anyone at all?

15          (No response.)

16          THE COURT:  Thank you very much.  The answer is no.

17          Now, ladies and gentlemen, I'm going to read a very

18   long list of names.  I'm hoping that there aren't any duplicates

19   in here but there may be.  Not all of these individuals will

20   testify in this trial.  But their names may be mentioned by

21   other witnesses even if they don't testify.

22          Many of these individuals will be law enforcement

23   officers but many of them are not law enforcement officers.  On

24   occasion I will be able to identify those that are law

25   enforcement officers.

36

1          I ask you, because the list is so long, if you hear a

2    name that you believe may be someone with whom you are familiar,

3    please stand immediately.  Don't wait until the whole list has

4    been read.  Stand immediately.  I'll stop and get information

5    from you as to whether the name you heard really is someone that

6    you may know or be familiar with:

7          Salvatore Bianca; Eric Clash; Dr. Joseph Pestaner or

8    Pestaner; Jason Epps; Donald Dukes; Natasha Wyche, also known as

9    Fuji; Alvin Barnes, law enforcement; Shamier Delvison; Shannon

10   Harris; Patrick Joseph; James Wagster; James Coker; Lorraine

11   Lansey; Jaquetta Smith; John Giganti, law enforcement; Jason

12   Elder; Felton Byrd; David White; Richard Willard or Willard, law

13   enforcement; Raymond Bond, law enforcement; Douglas Forrester,

14   law enforcement; George Wooden, law enforcement; Tyree Stewart;

15   Darryl Murphy; Andrew Seymour; Chris Newsom; James Rhoden;

16   Christopher O'Ree; John Calpin; Norman Young; Darryl Bacon;

17   Arlene Williams; Raymond Laslett, law enforcement; Robert

18   Cherry, law enforcement; Daniel Romeril.

19          Good afternoon.  Your number?

20          A JUROR:  281.

21          THE COURT:  Yes, sir.

22          A JUROR:  I recognize the name Cherry.

23          THE COURT:  Detective Robert Cherry?

24          A JUROR:  Robert Cherry.  At least last name Cherry.

25   I believe he was a law enforcement working at BWI, in which I

1    had the occasion to have my luggage stolen there and recovered

2    there.

3            THE COURT:  You think he may have been the person you

4    interacted with?

5            A JUROR:  He might have been the guy that I went, when

6    I went to recover and get my luggage, the one who actually made

7    the arrest.

8            THE COURT:  How long ago was this?

9            A JUROR:  A couple years ago.

10           THE COURT:  And did you ever go to court on the matter

11   or have further interaction with Detective Cherry?

12           A JUROR:  No, not after that.

13           THE COURT:  But you don't remember his first name?

14           A JUROR:  I don't remember his first name.  Of course,

15   Cherry is a name that's --

16           THE COURT:  Sure.  Mr. Harding can you approach the

17   lectern, please?  Would this Detective Cherry have likely been

18   involved in law enforcement activity at BWI?

19           MR. HARDING:  No, Your Honor.

20           THE COURT:  Okay.  We think it's probably another

21   different, a different Cherry.

22           A JUROR:  Okay.

23           THE COURT:  Thank you very much.  Daniel Romeril, law

24   enforcement; Irene Magginson; Donald Kramer, law enforcement;

25   James Hagin, law enforcement; Javonna McDonald; Lakeisha McCoy;

1    Aaron Holly; Howard Rice; Kirk Hastings, law enforcement; Ayesha

2    Muhammed; Sharon Talmadge; Roy Jones; Tynera Williams; Kenneth

3    Jones; Kendrick Kelly; Ronald Berger; gentleman or lady whose

4    last name is Morsley, M-O-R-S-L-E-Y; Nieisha Duganne or Duganne;

5    Marquetta Duganne or Duganne; David Williams; Kara Gladden, law

6    enforcement; Sharmika Fletcher; Christopher Dobropolski; Gary

7    Niedermeier, law enforcement; Damita Green; Dionne Boynton;

8    Anthony Wyche; Darryl Wyche; Oliver McCaffity; Lisa Brown; Tonya

9    Jones Spence; Dwayne Denham; Hirotaka Nakasone; Chris Graul;

10   Joseph Goldberg, law enforcement; Travis Golder; Derek Herndon,

11   law enforcement; Terry Labbe, L-A-B-B-E; David Phipps, law

12   enforcement; Russell Robar, law enforcement; Kevin Roseborough,

13   law enforcement; Peter Sullivan, law enforcement; Thomas Loth,

14   L-O-T-H, law enforcement; Rich Snyder, law enforcement; Mark

15   Herbert, also known as Tony Montana; Paeshio Pice or Rice;

16   Darryl Alexander; James Tichner, law enforcement; Hasim Rahman,

17   former heavyweight champion of the world, from Baltimore;

18   Claudus Lassiter; Donte Sands; Nathaniel Moultry; Leon Epps;

19   Joseph Batson, also known as Keeway; Lisa Whitehead; Sherman

20   Kemp, also known as Goose; Marvin Walker, also known as Slo,

21   Deandre Wesley; Detective Phil Marle; Gary Childs, law

22   enforcement.

23           In the back.  Your number?

24           A JUROR:  Juror 64.

25           THE COURT:  All right.  Just a moment.  Yes, sir.

1           A JUROR:  I'm not quite sure, sir, if you said Phil

2      Marley.

3           THE COURT:  M-A-R-L-E.

4           A JUROR:  Not sure if that's how he spells his name.

5           THE COURT: Law enforcement officer.

6           A JUROR:  Baltimore County detective, in the National

7      Guard with me.

8           THE COURT:  All right.  Is this a county officer?

9           MR. HARDING:  Yes, Your Honor.

10          THE COURT:  All right.  We're going to excuse you,

11     sir, Juror Number 64.  Thank you very much.

12          You can move that barrier just a bit and slip through.

13     Thank you very much.

14          Again, Gary Childs, law enforcement; Michael Toni,

15     with an I; Keith Ketterman; Brian Edwards, law enforcement;

16     Officer Saladino; Douglas Jess, law enforcement; Timothy

17     Rutherford, law enforcement; Darius Spence; Jamane Johnson; Erin

18     Wisnieski; Angela Jones; Kelly David; Andrea Smith; Will

19     Montgomery; Kenneth Welsh, law enforcement; Karen Sullivan,

20     David Williams; Gisella Fredericks; Mark Ensor; Lynette

21     Redhead -- whether she is or not, I don't know; Angela Ellis;

22     Carl Buchanan; Vonzella Johnson; Thomas Frieban; Andre Drake;

23     Shari Fickling; Rodney Hayes; Donald Kramer, law enforcement;

24     Shanika Cheatham; Dr. Anna Rubio; Ernest Reynolds, also known as

25     Purple; Keith Benson, whom you've met; James Coker; Peter Rouse,

1    law enforcement; Rich Snyder; Brian Klas, whom you've met;

2    Gregory Mungo; Agent Al Boroshok, law enforcement; Agent Doug

3    Ellington, law enforcement; Aaron Joyner, Robert Heath, law

4    enforcement; Mike Ruby; Eric Lee; April Ellerby; Anna McCoy;

5    Jovanda McDonald; Jason Walters; Doug Schaefer; Maureen

6    Bottrell, B-O-T-R-E-L-L; Edgar Davis; Theresa Whalen, Esquire,

7    an attorney; Arcangelo Tuminelli, Esquire; Joseph McCarthy,

8    Esquire; Michael Montemarano, Esquire; Joshua Treem, Esquire.

9    Down front.  Your number?

10             A JUROR:  347.

11             THE COURT:  You know Mr. Montemarano?

12             A JUROR:  I do.

13             THE COURT:  How well?

14             A JUROR:  My neighbor.

15             THE COURT:  All right.  We're going to excuse you.

16   You number again?  I'm sorry.

17             A JUROR:  347.

18             THE COURT:  347?  We will excuse you.  Thank you.

19             Joshua Treem, Esquire; Timothy Sullivan, Esquire;

20   Angus Crawford; and a sports coach by the name of Lynch.  Up

21   top?

22             A JUROR:  Number 90.

23             THE COURT:  Yes, ma'am.  You know Coach Lynch?

24             THE JUROR:  Is it a female or a male?  I had both.

25             MS. RHODES:  It's a male.

1           THE COURT:  It's a male.

2           A JUROR:  Did he coach at Northeast High School in

3      Anne Arundel County?

4           MS. RHODES:  What time period?

5           THE COURT:  What time period?

6           A JUROR:  That would have been from '89, well, I would

7      say '88 to '92.

8           MS. RHODES:  Not to my knowledge, Your Honor.

9           THE COURT:  All right.  If you're selected on the jury

10     and if Mr. Lynch should actually be a witness and if when he

11     comes in you think you recognize him, you will let me know.

12          A JUROR:  Okay.

13          THE COURT:  All right.  Thank you.  Does any member of

14     the panel know me?

15          Does any member of the panel know or have any

16     familiarity with any of the court staff who are present before

17     you?

18          Do any of you have any relationship, personal or

19     professional, with any employee of the court here in Baltimore,

20     or in Greenbelt?

21          The answer is no.  Right here.  Your number, please?

22          A JUROR:  221.

23          THE COURT:  221.  All right.  You know?

24          A JUROR:  I think that you said Mike Tony.  A police

25     officer.

1           THE COURT:  Okay.  What's the name you think you know?

2           A JUROR:  It would be Mike Tony.  But he would work

3      with a very close personal relative of mine.

4           THE COURT:  Let's see if I can find that name.  Is

5      this an officer here in Baltimore City?

6           A JUROR:  No.  Baltimore County.

7           THE COURT:  I'm sorry.  Is the mike on?

8           A JUROR:  Yes.  It would be Baltimore County.

9           THE COURT:  I don't remember saying Mike Tony.  I said

10     Tony Montana.

11          A JUROR:  No.  That's not the same.

12          MR. MARTIN:  Michael Toni.

13          MR. KURLAND:  There's Officer Toni, Your Honor.

14          MR. MARTIN:  Third page.  Okay.

15          THE COURT:  Okay.  Officer Michael Toni.  T-O-N-I.

16          THE CLERK:  Yes.

17          A JUROR:  Yes.

18          THE COURT:  And how do you know --

19          A JUROR:  He would have worked with a close personal

20     relative of mine.

21          THE COURT:  I see.  And you've met him and know him

22     personally or --

23          A JUROR:  I may have met him but I don't know him

24     personally.  They work together.

25          THE COURT:  All right.  All right.  We'll have other

43

1    questions that you may have to answer as well.  Thank you.  You

2    can be seated.

3            Now, ladies and gentlemen, I and the court staff went

4    to considerable lengths to insure that before you were called

5    you knew that this case was expected to be a ten week trial.  It

6    could be less than that.  I don't expect it to be much more than

7    that, if at all.

8            We will generally be in session from Monday through

9    Thursday.  Generally, we will not be in session on Fridays,

10   although there will be two Fridays, I believe one in October and

11   one in November, where we will be in session on a Friday.  But

12   generally Monday through Thursday.  Even on the Monday through

13   Thursday schedule, there will be a number of weeks, including

14   next week and the week after and the week after that, I believe,

15   when we will not be in session on a particular day.

16           For example, there are certain religious observances

17   in October where we will not be in session.  There's one day in

18   particular where the court staff has training and we will not be

19   in session that day.

20           Obviously, once the jury is selected, I will provide

21   the jury with a detailed schedule of when we can expect to be in

22   session.

23           Generally speaking, when we are in session, we will be

24   in session from about 9:30 in the morning until about 5 p.m. in

25   the afternoon, sometimes a little before 5, on rare occasions

44

1       perhaps, a little bit past 5, but only a little bit.

2               Each day we will have a morning recess of about 15

3       minutes and an afternoon recess in the middle of the afternoon

4       of about 15 minutes.  And we will have a luncheon recess of

5       about an hour to an hour 15 minutes each day.

6               So given that proposed schedule and understanding

7       that, if selected, you will be required most weeks to be here

8       Monday through Thursday, from about 9 until 5:30, is there

9       anyone among you who is aware of any emergent situation which,

10      if you were selected, would prevent you from continuing your

11      service through to the end of the trial, perhaps sometimes just

12      before Thanksgiving?  All right.

13              Starting at the top, please.  Your number?

14              A JUROR:  Number 65.

15              THE COURT:  I'm sorry.  Can you tap a mike?  Okay.

16      Hold it close, please.

17              A JUROR:  65.

18              THE COURT:  All right.  Yes, sir.  You have scheduling

19      issue?

20              A JUROR:  Yeah.  I am required to have 35 and a half

21      hours a week at work to keep my health benefits.

22              THE COURT:  And your employer will not pay you for

23      jury service?

24              A JUROR:  No.

25              THE COURT:  More than just a few days?

1            A JUROR:  No, sir.

2            THE COURT:  That is a problem, I understand.  Most

3    employers will pay individuals their regular pay for, for three

4    or four or five days perhaps, but many employers are not able to

5    pay for more than that.

6            Now, when you say your health insurance, and of course

7    we would do nothing to put your health insurance at jeopardy,

8    you will still be on the payroll.  Do I understand you to be

9    saying that you will be in leave without pay and therefore put

10   your health insurance at risk?

11           A JUROR:  Right.  I'm not getting paid except for the

12   six hours of vacation time I took it come down today.

13           THE COURT:  So your employer pays nothing for jury

14   service?

15           A JUROR:  Nothing.

16           THE COURT:  Well, you tell them Judge Davis says they

17   ought to rethink that.  Obviously, I can't make an employer, nor

18   would I ever try, to force an employer to pay.  But most

19   employers will at least pay for one day.

20           A JUROR:  I will certainly let them know.

21           THE COURT:  All right.  Tell them Judge Davis thinks

22   they can do better and they ought to pay at least for one day,

23   preferably for three, because most trials are really only three

24   days.  But we're going to excuse you.  Your number once again?

25   I'm sorry.

1          A JUROR:  65.

2          THE COURT:  You're excused.  Thank you.  Good luck.

3          Down the row.  Your number?

4          A JUROR:  80.

5          THE COURT:  Yes, sir.

6          A JUROR:  I'm scheduled to be out of the country the

7    week of Thanksgiving.

8          THE COURT:  Is it business or personal?

9          A JUROR:  Personal.

10          THE COURT:  And when are you leaving?  Like that

11   weekend before?

12          A JUROR:  It would be the weekend before and returning

13   the 1st or 2nd of December.

14          THE COURT:  All right.  That will give us motivation

15   to conclude the case well before then.  I assure you we will not

16   impact your vacation.  Thank you.  Yes, ma'am?

17          A JUROR:  83.

18          THE COURT:  Yes, ma'am.

19          A JUROR:  My mom is in hospice care right now and I'm

20   not sure.  She's stable but I don't want to be in court and

21   something happens.

22          THE COURT:  All right.  We will certainly avoid

23   inconveniencing you.  And your needs will come first, of course.

24   But I won't excuse you at this time.  Thank you.

25          A JUROR:  Number 34.

1          THE COURT:  34?

2          A JUROR:  Yes.

3          THE COURT:  Yes, ma'am.

4          A JUROR:  I have a similar situation to the first

5    gentleman, where my employer will only pay for a week.

6          THE COURT:  Well, you take -- your employer will pay

7    for a week?

8          A JUROR:  Yes.

9          THE COURT:  Please tell your employer Judge Davis gave

10   him the thumbs up.  But after that, you're on leave without pay?

11         A JUROR:  Yes.

12         THE COURT:  All right.  We're going to excuse you.

13   Thank you for being here.  Yes, ma'am.

14         A JUROR:  Number 39.

15         THE COURT:  Yes, ma'am.

16         A JUROR:  I am an audit manager accountant and I have

17   several client engagements due the end of this month.  My boss

18   is out of town.  And I also have several business trips that

19   occur throughout the next few months.

20         THE COURT:  All right.  We'll see if we can't avoid

21   inconveniencing you and your employer.  Thank you.  Yes, sir.

22         A JUROR:  Number 95.

23         THE COURT:  Yes, sir.

24         A JUROR:  I work at a restaurant and am manager and,

25   obviously, won't get paid to be here.  But I do have a seminar

1    scheduled in October.

2              THE COURT:  I'm sorry.  Let me interrupt you if I may.

3    Are you saying you're willing not to go to work and be on jury

4    duty even though you're not getting paid?

5              A JUROR:  No.  I prefer not to.

6              THE COURT:  But you don't sound too bothered by it.

7              A JUROR:  No.  No.  I can't afford it, definitely.

8              THE COURT:  Okay.  All right.  We're going to excuse

9    you with our thanks.  That was Juror Number 90.  Excuse me.

10   What was your number again, sir?

11             A JUROR:  95.

12             THE COURT:  95.  Excuse me.  Yes, sir.

13             A JUROR:  Number 132.

14             THE COURT:  Yes, sir.

15             A JUROR:  I have two children with severe disabilities

16   that on occasion require hospital stays.

17             THE COURT:  All right.  We wish you luck with that,

18   our best.  We will excuse you at this time.  Thank you.  Yes,

19   ma'am.

20             A JUROR:  Juror Number 128.

21             THE COURT:  Yes, ma'am.

22             A JUROR:  I work for a corporation in California.

23   They told me I can get ten days paid off.  So after that I will

24   be unpaid.  And that actually affects my livelihood.

25             THE COURT:  Please be sure to give your employer two

1  thumbs up for ten days.  Sometimes if the judge calls and asks

2  for a special case, employers will extend it.  Would you like me

3  to do that in this instance?

4  A JUROR:  I do have travel arrangements booked for

5  work as well.  My job's traveling.  And I have a government

6  project that's got a September 30th deadline that I'm the

7  assigned, I'm actually a software engineer, I'm the assigned

8  engineer.  I don't know that we have the resources.

9  THE COURT:  So in other words, your employer is likely

10  to say thanks but no thanks.

11  A JUROR:  Pretty much.

12  THE COURT:  Okay.  We're going to excuse.  Thanks.

13  Good luck with that project.  Yes, ma'am.

14  A JUROR:  Juror Number 127.  I'm recently receiving

15  unemployment benefits.  And I'm also a single mom and serving on

16  a jury I'm not able and available for work, which would

17  interfere with my benefits.

18  THE COURT:  That's interesting.  You have to be

19  available for work, but surely they wouldn't penalize you if you

20  were serving on a jury.

21  A JUROR:  My understanding is that it's considered as

22  income and they would interfere with my benefits.

23  THE COURT:  Okay.  That's interesting.  Well, we wish

24  you luck.  These are difficult economic times.  We hope you find

25  employment, if you want to, very soon.

1          A JUROR:  I do, thanks.

2          THE COURT:  I'm sure you do.  Thank you.  You're

3     excused.  Yes, ma'am.

4          A JUROR:  Juror Number 73.  I have another summons to

5     appear for Circuit Court for Baltimore City.

6          THE COURT:  We got you first.  I will take care of

7     that for you.  What date are you scheduled to appear?

8          A JUROR:  October the 8th.

9          THE COURT:  All right.  You will remind me, if you get

10    selected, you will be sure to remind me to talk to my colleagues

11    in the Circuit Court.

12         A JUROR:  Thank you.

13         THE COURT:  Thank you very much.  Yes, sir?

14         A JUROR:  Juror Number Ten.

15         THE COURT:  Yes, sir.

16         A JUROR:  My employer isn't paying for any of this.

17         THE COURT:  Not even three days?

18         A JUROR:  Not even a day.

19         THE COURT:  You are on annual leave today to come?

20         A JUROR:  Well, they said I can have off but, I can

21    take a vacation day or not get paid.

22         THE COURT:  Thumbs down to them.

23         A JUROR:  Yes.

24         THE COURT:  All right.  We'll excuse you.  Good luck.

25    Thank you.  Down front?

1          A JUROR:  I'm Juror Number 21.

2          THE COURT:  Yes, ma'am.

3          A JUROR:  I had surgery in June, on June 20th.

4          THE COURT:  I'm sorry.  Just one moment.  Your juror

5    number again?

6          A JUROR:  21.  I had surgery on June 20th and I had

7    three weeks off paid from work.  And I hate to ask for another

8    eight to ten weeks paid from work off.

9          THE COURT:  Even if they say yes?

10         A JUROR:  Well, if they say yes.  But I'm the only

11   person who does my position in my company.  So I'm not sure that

12   they would say yes.

13         THE COURT:  Okay.  We'll see if we can avoid

14   inconveniencing you.

15         A JUROR:  Okay.

16         THE COURT:  Thank you.  And your employer.  And I have

17   to ask this question, those of you still standing, and those of

18   you who seem to be standing even as we go through this, we

19   really did try to notify people that this was going to be ten

20   weeks.  And I appreciate that we didn't succeed for some of you.

21   That is a very, the letter you got is a very, contains a lot of

22   information.  And I suppose some of you may have missed it.  All

23   right.  Let's go here, please.

24         A JUROR:  Number 196.

25         THE COURT:  All right.  Just a moment.  Yes, sir.

1           A JUROR:  My employer only pays for five days.

2           THE COURT:  All right.  Thumbs up to your employer but

3     you are excused.

4           A JUROR:  199.

5           THE COURT:  Yes, ma'am.

6           A JUROR:  I didn't receive my summons until about a

7     week and a half ago.

8           THE COURT:  Yes, ma'am.

9           A JUROR:  And I have two boys at home that I can't

10    afford to pay a babysitter for that amount of time.

11          THE COURT:  All right.  You normally have them in your

12    care and custody all day?

13          A JUROR:  Yes.

14          THE COURT:  All right.  We'll excuse you.  Thank you.

15    Yes, sir.

16          A JUROR:  Juror Number 215.

17          THE COURT:  Yes, sir.

18          A JUROR:  I have an October date for court.

19    Apparently, I was driving on an expired registration, which I

20    didn't know.

21          THE COURT:  Apparently --

22          A JUROR:  I didn't get a notice from the Motor

23    Vehicles.  But I have no intention on paying it.  And I went in

24    and got my registration renewed.

25          THE COURT:  Of course.  So you want to go.  Of course.

1    We will either get it postponed for you, if you're chosen, or we

2    will not be in session if you have to go to court.  But I assure

3    you, we won't inconvenience you in any way.

4              A JUROR:  Which is fine with me.  I just don't want to

5    pay the 120 dollars.

6              THE COURT:  Absolutely.  By the way, by the way, it

7    does happen sometimes that, for one reason or another, people

8    don't get notice from MVA.  It's a good idea to go to court and

9    explain the circumstances.  So you won't be inconvenienced.

10             A JUROR:  Thank you.

11             THE COURT:  Yes, sir.

12             A JUROR:  Juror Number 237.

13             THE COURT:  I'm sorry?

14             A JUROR:  Juror Number 237.

15             THE COURT:  237.  Yes, sir.

16             A JUROR:  My employer's not paying for anything and

17   I'm also taking morning classes that would interfere with coming

18   here.

19             THE COURT:  Thumbs down to your employer.  But you're

20   excused.  Thank you.  Would you pass the mike back behind you?

21   Oh, you have one.

22             A JUROR:  Number 180.

23             THE COURT:  Yes, ma'am.

24             A JUROR:  I'm a full-time student and I can't afford

25   to miss eight to ten weeks.

54

1          THE COURT:  Wouldn't you rather be on the jury than go

2     to class?

3          A JUROR:  And I'm getting married next month.

4          THE COURT:  Congratulations.

5          A JUROR:  Thank you.

6          THE COURT:  Won't that interfere with your studies?

7          A JUROR:  Yeah.  But I've already got an approval for

8     that.  I don't think I can do eight to ten weeks.

9          THE COURT:  So you're working full-time and going to

10    school full-time?

11         A JUROR:  Yes.  Got a lot going on.

12         THE COURT:  All right.  We're going to excuse you.

13    Thank you.  Good luck.

14         A JUROR:  174.

15         THE COURT:  Yes, ma'am.

16         A JUROR:  I am my daughter's sole transportation to

17    and from school.  We travel 30, 40 minutes each way.  We come

18    from Anne Arundel County up to Baltimore County for school.

19    And --

20         THE COURT:  Can you hold it closer, please?

21         A JUROR:  I don't believe my daughter could stay at

22    school, she can't stay until after 4:00, for that length of

23    period.  There would be no one there.  And I am her only

24    transportation.

25         THE COURT:  I see.  What grade is she in?

1    A JUROR:  She is a senior this year at the Catholic

2    High School of Baltimore.  But we live in Pasadena in Anne

3    Arundel County.

4         THE COURT:  You didn't buy her a car?

5         A JUROR:  She's not driving through the tunnel.

6         THE COURT:  Oh.

7         A JUROR:  She's a brand new driver.

8         THE COURT:  I was kidding, of course.  And you're the

9    only one who can provide the transport?

10        A JUROR:  My husband works in Virginia a lot of times,

11   or Hanover, a different direction.

12        THE COURT:  So you're going to be in Baltimore,

13   anyway.

14        A JUROR:  Well, this morning wasn't hard.  It's the

15   afternoons that are really going to cause a great deal of stress

16   on her and myself because --

17        THE COURT:  What time would you need to leave here?

18   What time do you normally pick her up?

19        A JUROR:  2:30.

20        THE COURT:  Oh, 2:30.

21        A JUROR:  2:30.  So that's when she would be finished,

22   2:20, actually.

23        THE COURT:  Okay.  We're going to excuse you.  Thank

24   you.

25        A JUROR:  Thank you.

1              A JUROR:  Number 157.

2              THE COURT:  157.  Yes, ma'am.

3              A JUROR:  I didn't know until actually this Saturday

4     that my boss is not paying for anything, including today.

5              THE COURT:  Okay.  Thumbs down to your boss.  You're

6     excused.  Yes, ma'am?

7              A JUROR:  Hi.  Number 58.

8              THE COURT:  Yes, ma'am.

9              A JUROR:  At this time I'm only being paid for one

10    week of jury duty and, also, I'm the only one available to work

11    evenings at the place where I'm employed.

12             THE COURT:  All right.  We'll excuse you.

13             A JUROR:  Thank you.

14             THE COURT:  Thank you.  Yes, ma'am?

15             A JUROR:  Juror 256.

16             THE COURT:  All right.  Just a moment, please.  Yes,

17    ma'am.

18             A JUROR:  I have middle school children that I need to

19    be home for in the afternoon.  My son has some disabilities,

20    that he needs monitoring with homework and so forth.

21             THE COURT:  All right.  We're going to excuse you.

22    Thank you.  Good luck.  Best wishes.  Yes, ma'am?

23             A JUROR:  Juror 315.

24             THE COURT:  Just a moment.  Yes, ma'am.

25             A JUROR:  Two days ago I found out from my parents who

57

1      are back home in Guam that they need me to take care of their

2      business.  So there's a chance that I might be leaving October

3      27th but it's still in the talks.  I'm still conversating with

4      my parents on when to leave.  But the date I'm planning to leave

5      will probably be October 27th.

6              THE COURT:  Okay.  We will absolutely avoid any

7      inconvenience to you in that regard.  Thank you.  Yes, sir.

8              A JUROR:  Juror Number 319.

9              THE COURT:  Yes, sir.

10             A JUROR:  I'm a small business owner.  I have a ten

11     employee construction firm.  And when I filled out the paperwork

12     in July, everything was okay.  And now I have some financial

13     distress going on that I really, there's no way I can be away

14     from business.  It won't survive.

15             THE COURT:  How many days do you pay for jury service?

16             A JUROR:  I'm going to pay for five now.  I'll change

17     the handbook when I get back.

18             THE COURT:  All right.  So it was beneficial for you

19     to be here.  We'll excuse you, sir.  Thank you.  Good luck.

20             A JUROR:  Juror 321.

21             THE COURT:  Yes, ma'am.

22             A JUROR:  I would be more than happy to miss my day

23     job to be here because my employer does pay, but I will lose my

24     night job.  I didn't realize we will go to 5:00 and I start

25     working at 5:00.

1          THE COURT:  I assume it's part-time?

2          A JUROR:  Yes, it is.

3          THE COURT:  Can you not push it back and start at

4     seven or something?

5          A JUROR:  I teach night school.

6          THE COURT:  So you can't change the classes?

7          A JUROR:  No.

8          THE COURT:  Okay.  What was your number again?  I'm

9     sorry.

10          A JUROR:  321.

11          THE COURT:  Okay.  We're going to hold on to you for

12     now but we will avoid inconveniencing you, I'm sure.  What time

13     do classes start?

14          THE JUROR:  Classes start at 5 p.m.

15          THE COURT:  And how far from here is the school?

16          A JUROR:  I teach in Howard County for the evening

17     school program.

18          THE COURT:  And your class starts at 4?

19          A JUROR:  Yeah.  We're usually there at 4:30.

20          THE COURT:  Okay.  Thank you.  Yes, ma'am.

21          A JUROR:  Number 333.

22          THE COURT:  Yes.

23          A JUROR:  I have been receiving unemployment benefits.

24     I've been unemployed for six months.  And I just got a job offer

25     and I'm supposed to be starting next week.

1            THE COURT:  Okay.  Well, good luck with that.  Your

2      number, again?  I'm sorry.

3            A JUROR:  333.

4            THE COURT:  333.  You're excused.  Yes, sir.

5            A JUROR:  344, Your Honor.

6            THE COURT:  Yes, sir.

7            A JUROR:  I'm a former law enforcement officer.

8            THE COURT:  All right.  That absolutely does not

9      disqualify you at all.

10            A JUROR:  I just wanted to bring it to your attention.

11            THE COURT:  We'll get to that, I assure you.  Would

12      that affect your ability to serve as a juror?

13            A JUROR:  No, Your Honor.

14            THE COURT:  You can be fair to the defendants and to

15      the government?

16            A JUROR:  Yes, Your Honor.

17            THE COURT:  Okay.  We will have questions covering

18      that.  Thank you.  Yes, ma'am.

19            A JUROR:  327.

20            THE COURT:  Yes, sir.  Yes, ma'am.  Excuse me.

21            A JUROR:  Fine.  Today I'm here just on my own

22      personal pay.  My employer does not pay for jury duty

23      whatsoever.

24            THE COURT:  All right.  You know the drill, right?

25            A JUROR:  Yeah.  I'll be happy to let them know.

60

1          THE COURT:  Please.  Thank you.  You're excused.

2          A JUROR:  I'm 386.  Today just happens to be my day

3     off.  However, I am not aware of what my employer's policy is on

4     this question.  It's something I could have clarified.  But at

5     this moment I'm not sure.

6          THE COURT:  Are you a journalist?

7          A JUROR:  Yes, I am.

8          THE COURT:  You work from home, right?

9          A JUROR:  Sometimes, yes.

10          THE COURT:  All right.  But you do have to go to the

11     office from time to time?

12          A JUROR:  Yeah.

13          THE COURT:  You know, actually, I think our schedule

14     will be such, with these individual days when we won't be in

15     session, that you will be able to cover your office work pretty

16     easily, actually.

17          A JUROR:  Probably, yes.

18          THE COURT:  Thank you.  But let us know if you're

19     chosen and you discover that this is a problem.

20          A JUROR:  Okay.

21          THE COURT:  Thank you.  Behind you, please.  Yes, sir.

22          A JUROR:  350.

23          THE COURT:  Yes, sir.

24          A JUROR:  I don't know my company's policy on that

25     length of leave.  And I also have my company sending me to Texas

1      on the, well, it's actually the 27th through the 29th.  But

2      since you're not in session on the 27th, it will be okay.

3              THE COURT:  I am sure your employer, I'm looking at

4      your employer here, I am sure they will cover.

5              THE JUROR:  Okay.

6              THE COURT:  10 weeks.  12 weeks.

7              A JUROR:  That's fine.  I just wanted to let you know

8      about the 29th, though.

9              THE COURT:  And the 29th of?

10             A JUROR:  September.

11             THE COURT:  September.  And when will you return?

12             A JUROR:  I actually come back on the 29th but it's at

13     night.

14             THE COURT:  I see.  So it's one day.

15             A JUROR:  Yes.

16             THE COURT:  Thank you.  Yes, ma'am.

17             A JUROR:  Hi.  153.

18             THE COURT:  Yes, ma'am.

19             A JUROR:  I just found out my employer only covers up

20     to five days.

21             THE COURT:  All right.  We'll excuse you.  Yes, sir.

22             A JUROR:  Juror Number 25.

23             THE COURT:  Yes, sir.

24             A JUROR:  I'm temporarily employed and I'm not sure of

25     what my employer, of what they reimburse for jury duty.  But

1    regardless if they do, I work for, the large amount of my income

2    is tips.  So even if they would cover it, I would be making next

3    to nothing.  I'm also, I'm also --

4              THE COURT:  All right.  I think you've convinced us.

5    You're excused.  Thank you.  Yes, sir.

6              A JUROR:  434.

7              THE COURT:  Yes, sir.

8              A JUROR:  I just accepted a new job and I'll be

9    relocating to Pittsburgh.

10             THE COURT:  When are you moving?

11             A JUROR:  In the next two to three weeks.

12             THE COURT:  You looking for a house?

13             A JUROR:  Yeah.

14             THE COURT:  You going to root for the Steelers?

15             A JUROR:  I'm already a Steelers fan, so --

16             THE COURT:  All right.  We'll excuse you.  Thank you.

17   Would you please stand if you or a close family member or close

18   personal friend previously or presently are employed by a law

19   enforcement agency?  Law enforcement agency should be given a

20   very broad definition.  Not only any police department or State

21   Police, any federal law enforcement agency, state or local,

22   including the Department of Corrections, but also the Internal

23   Revenue Service, the SEC, any agency with law enforcement

24   responsibilities.

25             Let's start over here.  I think we can hear you if you

```
1      speak into that mike, sir.  Your number?

2                  A JUROR:  400.

3                  THE COURT:  I'm sorry.  Your number?

4                  A JUROR:  That's my number.

5                  THE COURT:  I didn't hear you, sir.

6                  A JUROR:  400.

7                  THE COURT:  400.

8                  A JUROR:  My son-in-law's a Maryland State Police.

9                  THE COURT:  For how long?

10                 A JUROR:  Six years.

11                 THE COURT:  And would your knowledge of your

12     son-in-law's training and experience affect your ability to

13     serve fairly and impartially as a juror in this case?

14                 A JUROR:  No.

15                 THE COURT:  You could be fair to the defendants and to

16     the government?

17                 A JUROR:  Yes.

18                 THE COURT:  Thank you very much.  Yes, ma'am, your

19     number?

20                 A JUROR:  It's 410.

21                 THE COURT:  Yes, ma'am.

22                 A JUROR:  My daughter's an assistant state's attorney

23     for Harford County.

24                 THE COURT:  For how long?

25                 A JUROR:  A couple, two years.
```

1          THE COURT:  Do you know whether she does misdemeanors

2     or felonies or both?

3          A JUROR:  Child support.

4          THE COURT:  I see.  Would your knowledge of your

5     daughter in-law's training and experience affect your ability to

6     serve fairly and impartially as a juror in this case?

7          A JUROR:  No.  I do want to state one other thing.

8     When you were going through the names or whatever, I recollect

9     one of the names on the list, I think it was Tuminelli.

10          THE COURT:  Arcangelo Tuminelli, a lawyer around town?

11          A JUROR:  Yeah.  I recognize that from the news and

12     from where I work at where he comes in.  So I don't know if

13     that's --

14          THE COURT:  Do you have any personal contact with him

15     or?  He's an attorney who practices in this area.

16          A JUROR:  No.  No.  I don't have any personal.

17          THE COURT:  All right.  Thank you very much.  Yes,

18     sir, your number?

19          A JUROR:  Number is 444.

20          THE COURT:  Yes, sir.

21          A JUROR:  I served as a summary court marshal officer

22     while in the military.

23          THE COURT:  How long ago was that, sir?

24          A JUROR:  35 years ago.

25          THE COURT:  Would your training and experience and

1    recollection of your experience affect your ability to serve as

2    a juror?

3              A JUROR:  No.

4              THE COURT:  Thank you very much.  Yes, sir.

5              A JUROR:  Number 419.  My father's retired deputy

6    sheriff, Charles County Sheriff's Department.  And for seven

7    years I worked for the U.S. Customs in the credit union but I'm

8    familiar --

9              THE COURT:  Had a lot of contact with agents and

10   officers?

11             A JUROR:  (Nods yes.)

12             THE COURT:  You have to say yes or no.

13             A JUROR:  Yes.

14             THE COURT:  Would your father's experience affect your

15   ability to serve as a juror?

16             A JUROR:  Had a lot of influence on me but I make my

17   own decisions.  So no.

18             THE COURT:  So you could be fair to the defense and to

19   the government?

20             A JUROR:  Yes.

21             THE COURT:  You could follow the Court's instructions?

22             A JUROR:  Yes.

23             THE COURT:  All right.  And your own experience at the

24   credit union, would that affect your ability to serve as a

25   juror?

1           A JUROR:  It would not.

2           THE COURT:  Thank you very much.  Yes.

3           A JUROR:  Number 50.

4           THE COURT:  Yes, sir.

5           A JUROR:  Retired Anne Arundel County Detention

6      officer and retired military police.

7           THE COURT:  How long retired?

8           A JUROR:  Five years now.

9           THE COURT:  And how long were you with Anne Arundel?

10          A JUROR:  Fifteen years.

11          THE COURT:  Would your training and experience affect

12     your ability to serve fairly as a juror in this case?

13          A JUROR:  No, sir.

14          THE COURT:  You could be fair to the defense?

15          A JUROR:  Yes, sir.

16          THE COURT:  And to the government?

17          A JUROR:  Yes, sir.

18          THE COURT:  Thank you very much.

19          A JUROR:  Juror Number 49.

20          THE COURT:  Yes, sir.

21          A JUROR:  Yes.  I have quite a few close friends who

22     are in the police force.  I have a neighbor who's in Howard

23     County Police.  So I have several associates or friends that I

24     know who are in law enforcement area.

25          THE COURT:  And would I be correct, you all have

1      cook-outs, barbeques, you play cards, you go to movies, you

2      visit each others' homes?

3              A JUROR:  We don't play cards but we play basketball.

4              THE COURT:  I slipped that in there to see if you were

5      listening.  Very good.

6              A JUROR:  No, Your Honor.

7              THE COURT:  But these are fairly close friends?

8              A JUROR:  Close friends that we socialize with

9      probably every week.

10             THE COURT:  And they talk about their work?

11             A JUROR:  On occasion, yes.

12             THE COURT:  Would your knowledge of their training and

13     experience in any way affect your ability to serve as a juror in

14     this case?

15             A JUROR:  No, Your Honor.

16             THE COURT:  Again, you could be fair to the defense

17     and to the government?

18             A JUROR:  Yes, Your Honor.

19             THE COURT:  Could you follow the Court's instructions

20     and base a verdict, if you were chosen as a juror, solely on the

21     evidence presented?

22             A JUROR:  Yes, Your Honor.

23             THE COURT:  Thank you very much.  Next.

24             A JUROR:  31.

25             THE COURT:  Yes, sir.

1          A JUROR:  I have numerous friends that are on the

2     police department, different police departments.  And I've also

3     served with Civil Air Patrol.  That has a lot of police

4     activity.

5          THE COURT:  I see.  Would either your own experience

6     or that of your friends and associates in any way affect your

7     ability to serve as a juror?

8          A JUROR:  No.

9          THE COURT:  Thank you very much.

10          A JUROR:  Number 30.

11          THE COURT:  Yes, ma'am.

12          A JUROR:  My uncle is an Anne Arundel County police

13     officer, and I'm currently in the process of, the hiring process

14     with the ATF.

15          THE COURT:  How far along are you in the process?

16          A JUROR:  I've had my background check.

17          THE COURT:  Okay.

18          A JUROR:  That's the last step.

19          THE COURT:  All right.  We're going to excuse you.

20     Thank you very much.  That was Juror 30, correct?

21          A JUROR:  Yes.

22          THE COURT:  Good luck.

23          A JUROR:  Thanks.

24          THE COURT:  Yes, ma'am?

25          A JUROR:  Juror Number 70.

1                THE COURT:  Yes.

2                A JUROR:  My husband is employed by the Division of

3       Corrections.

4                THE COURT:  He's a correctional officer?

5                A JUROR:  Yes.

6                THE COURT:  How long?

7                A JUROR:  Eight years.

8                THE COURT:  Would your knowledge of his training and

9       experience in any way affect your ability to serve as a juror?

10               A JUROR:  No.

11               THE COURT:  You could be fair to all sides?

12               A JUROR:  Yes.

13               THE COURT:  Thank you very much.  Yes, ma'am.

14               A JUROR:  67.  My brother-in-law is a retired

15      policeman in the Baltimore City Police Department.

16               THE COURT:  How long was he with the department?

17               A JUROR:  Oh, for about 20, 25 years.

18               THE COURT:  Would your knowledge of his training and

19      experience affect your ability to serve?

20               A JUROR:  No.

21               THE COURT:  Thank you very much.  Yes, ma'am?

22               A JUROR:  Number 73.

23               THE COURT:  Yes.

24               A JUROR:  I work for the Department of Public Safety

25      and Correctional Services.

70

1            THE COURT:  Generally, what do you do for them?

2            A JUROR:  Administrative aide, Capital Construction

3    Division.

4            THE COURT:  Are you in Annapolis or Preston Street or

5    where?

6            A JUROR:  Reisterstown, 6776.

7            THE COURT:  Okay.  So you have no direct contact with

8    any correctional officers or law enforcement?

9            A JUROR:  No.

10           THE COURT:  But it is a law enforcement agency?

11           A JUROR:  Yes.

12           THE COURT:  Would your knowledge of how the department

13    works and your contact with your fellow employees or anything

14    else in connection with your employment affect your ability to

15    serve as a juror?

16           A JUROR:  No.

17           THE COURT:  Thank you very much.  Yes, sir.

18           A JUROR:  108.

19           THE COURT:  Yes, sir.

20           A JUROR:  I also work for the Department of Public

21    Safety and Corrections for the last ten years.

22           THE COURT:  And just your location.  Not the address,

23    but your location?

24           A JUROR:  I'm in West Patterson Street right now and

25    used to work down at Central Booking.

1        THE COURT:  I see.  But you've never worked inside any

2    of the institutions?

3        A JUROR:  I travel there often.  I'm a computer system

4    engineer.

5        THE COURT:  I see.  I see.  So you're into work on

6    their information technology infrastructure.  Would your

7    training and experience or the contact you have with your fellow

8    employees in any way affect your ability to serve as a juror?

9        A JUROR:  No, sir.

10       THE COURT:  Thank you very much.  Yes, ma'am.

11       A JUROR:  Hi.  I'm Number 87.

12       THE COURT:  Yes, ma'am.

13       A JUROR:  I worked for an managed care that was

14   contracted by the Texas Department of Criminal Justice, as a

15   medical records technician.

16       THE COURT:  Would that experience affect your ability

17   to serve as a juror?

18       A JUROR:  No.

19       THE COURT:  Thank you very much.  Yes, ma'am?

20       A JUROR:  Number 90.  My brother's a correctional

21   officer in Anne Arundel County and my best friend and her

22   husband are Baltimore County and Anne Arundel County police

23   officers.

24       THE COURT:  And you talk about their work from time to

25   time?

1          A JUROR:  Yes.

2          THE COURT:  Would your knowledge of their work, their

3     training, their experience, in any way affect your ability to

4     serve as a juror?

5          A JUROR:  No, sir.

6          THE COURT:  Obviously, they told you stories about

7     their activities?

8          A JUROR:  Yes, sir.

9          THE COURT:  Some of them funny?

10         A JUROR:  Yes.

11         THE COURT:  Some of them not so funny?

12         A JUROR:  Yes.

13         THE COURT:  But you could put aside all of that and

14    pay attention to the evidence, following the Court's

15    instructions, and render a verdict based solely on the evidence?

16         A JUROR:  Absolutely.

17         THE COURT:  Thank you very much.

18         A JUROR:  Hi.  176.

19         THE COURT:  Yes, ma'am.

20         A JUROR:  My father is a retired corrections officer

21    for the State of New York.

22         THE COURT:  Would your knowledge of his experiences in

23    any way affect your ability to serve as a juror?

24         A JUROR:  No.

25         THE COURT:  Thank you very much.

73

1              A JUROR:  Juror 168.

2              THE COURT:  Yes, ma'am.

3              A JUROR:  My Goddaughter is a correctional officer and

4       I have family and friends that are in law enforcement.  But it

5       would not affect my ability.

6              THE COURT:  All right.  Where's your -- is it your

7       daughter-in-law?

8              A JUROR:  My Goddaughter.

9              THE COURT:  Your Goddaughter.

10              A JUROR:  Yes.

11              THE COURT:  Where is she employed?

12              A JUROR:  Patuxent.

13              THE COURT:  How long?

14              A JUROR:  Five years.

15              THE COURT:  All right.  But you say you can be fair

16       and impartial and judge the case based on the evidence?

17              A JUROR:  Yes.

18              THE COURT:  Thank you very much.  Yes, sir.

19              A JUROR:  Juror 215.

20              THE COURT:  Yes, sir.

21              A JUROR:  I have several friends and family that are

22       either retired or currently working in Baltimore, Baltimore

23       City, either corrections or law enforcement.

24              THE COURT:  Let's start with the family.  Who among

25       your family are --

1          A JUROR:  I've got two cousins and an aunt in

2     correctional, an uncle who was retired correctional.

3          THE COURT:  All right.  Would your knowledge of their

4     experiences and training in any way affect your ability to serve

5     as a juror?

6          A JUROR:  No.

7          THE COURT:  All right.  You were going on to say?

8          A JUROR:  Just friends through, church members who are

9     in the law enforcement, in Baltimore City.

10          THE COURT:  I see.  Would your knowledge of their

11     experiences affect your ability to serve?

12          A JUROR:  No, sir.

13          THE COURT:  Thank you very much.  Yes, ma'am.

14          A JUROR:  221.

15          THE COURT:  Yes.

16          A JUROR:  I have a cousin who's a Baltimore City

17     Police officer and a husband who is 20 years Baltimore County.

18          THE COURT:  I'm sorry.  Her husband or your --

19          A JUROR:  My husband.

20          THE COURT:  Your husband.

21          A JUROR:  My cousin is a male, Baltimore City.

22          THE COURT:  I see.  But your husband is a county

23     police officer?

24          A JUROR:  Yes.

25          THE COURT:  And you say for 20 years?

1              A JUROR:  Yes.

2              THE COURT:  And can you just tell us generally what

3      division he's assigned to at this time?

4              A JUROR:  You mean a department?  Franklin, Owings

5      Mills, Baltimore County.

6              THE COURT:  Works out of that precinct?

7              A JUROR:  Um-hum.

8              THE COURT:  Would your knowledge of his experiences

9      affect your ability to serve as a juror?

10             A JUROR:  No.

11             THE COURT:  You must have heard a lot of stories over

12     the years?

13             A JUROR:  Yes.

14             THE COURT:  Has he ever been involved in a shooting?

15             A JUROR:  Yes.

16             THE COURT:  All right.  In that light, we're going to

17     excuse you.  Well, no we won't.  No, we won't.  We'll talk to

18     you here at the bench about that and other matters.  All right.

19     Thank you.  Yes, ma'am.

20             A JUROR:  Juror 270.

21             THE COURT:  Yes, ma'am.

22             A JUROR:  My brother-in-law is retired Baltimore City

23     and two of my closest friends, their husbands, Baltimore City

24     and Carroll County Sheriff's Department.

25             THE COURT:  Would your knowledge of their training and

1    experience or your relationship with any of them affect your

2    ability to serve as a juror?

3                A JUROR:  No.

4                THE COURT:  Thank you very much.

5                A JUROR:  Because of the school where I work, I have a

6    lot of contact with the Department of Juvenile Justice and,

7    also, my boyfriend works for Parole and Probation in the State

8    of Maryland.

9                THE COURT:  Your number, please?

10               A JUROR:  321, sorry.

11               THE COURT:  We probably should just let you go.

12               A JUROR:  Thank you, sir.

13               THE COURT:  All right.  That was three --

14               A JUROR:  321.

15               THE COURT:  Thank you.  Yes, sir.

16               A JUROR:  344.

17               THE COURT:  I'm sorry.  Once again, the number?

18               A JUROR:  344.

19               THE COURT:  Yes, sir.

20               A JUROR:  I have a relative who's retired Baltimore

21   County Police officer.  I have served eight years as Baltimore

22   County Police officer.  And I still know current and active and

23   retired police officers.

24               THE COURT:  You didn't recognize any of the names that

25   I read out earlier as people you might know from the Baltimore

1    County Police Department?

2              A JUROR:  No, sir, I didn't.

3              THE COURT:  All right.  You said before that your own

4    personal service would not affect your ability to serve.  Is

5    there any different aspect from your knowledge and friendship

6    with these associates?

7              A JUROR:  No, sir.

8              THE COURT:  You could put aside your experience,

9    anything you learned outside the courtroom, and judge the case

10   based solely on the evidence?

11             A JUROR:  Yes, sir.

12             THE COURT:  Thank you very much.  Yes, ma'am.

13             A JUROR:  Juror 314.

14             THE COURT:  Hold it closer, please.

15             A JUROR:  Sorry.  Juror 314.

16             THE COURT:  Yes.

17             A JUROR:  I have an uncle who is a former police

18   officer and a friend who is preparing to join ATF.

19             THE COURT:  How close is the friend preparing to join

20   ATF?

21             A JUROR:  She's one of my best friends.

22             THE COURT:  And is she joining as a sworn agent or for

23   some, some other capacity?

24             A JUROR:  I'm assuming an agent.

25             THE COURT:  Okay.  It's a perfectly sensible

1    assumption.  But they hire other people to do other things other

2    than an agent.  Why do you think, why have you assumed that

3    she's applying to become an agent, other than maybe she told you

4    so?

5              A JUROR:  Based on the things that she said, it's

6    given me the indication that it's --

7              THE COURT:  Can you raise the microphone?

8              A JUROR:  Based on what we've discussed, it sounds

9    like she's --

10             THE COURT:  Is she presently in law enforcement or has

11   she expressed the desire?

12             A JUROR:  Well, she's security.

13             THE COURT:  I see.

14             A JUROR:  She's preparing.

15             THE COURT:  Do you know what -- I'm sorry.  Go ahead.

16             A JUROR:  I'm sorry.  She's taken the exam.  She's in

17   doing the physical preparation now.

18             THE COURT:  But you don't know what stage it's

19   reached?

20             A JUROR:  No.

21             THE COURT:  Have you been interviewed about her

22   background?

23             A JUROR:  No.

24             THE COURT:  Has she listed you as a reference or?  You

25   don't know?

1          A JUROR:  I don't know.

2          THE COURT:  Okay.  But this is a very close friend?

3          A JUROR:  Yes.

4          THE COURT:  Would the fact that she's applying to go

5     to work for the Bureau of Alcohol, Tobacco and Firearms affect

6     your ability to serve as a juror?

7          A JUROR:  No.

8          THE COURT:  We are likely to have ATF agents testify

9     in this case.  Would that affect your ability to judge their

10    testimony, just as you would judge any other witness' testimony?

11         A JUROR:  It wouldn't affect my ability, no.

12         THE COURT:  All right.  Thank you very much.  Yes,

13    sir.

14         A JUROR:  Juror 336.

15         THE COURT:  Yes, sir.

16         A JUROR:  I have a family friend who's a Secret

17    Service agent.

18         THE COURT:  How long has this friend been on the

19    Secret Service, been with the Secret Service?

20         A JUROR:  Going on 20 years at least.

21         THE COURT:  And he's been your friend for about that

22    long?

23         A JUROR:  No, sir.  Probably for the last eight years.

24         THE COURT:  Is he on the Presidential Protection?

25         A JUROR:  He was prior but he's got a different job

1     description.

2              THE COURT:  All right.  And did you say he's a friend

3     and neighbor?

4              A JUROR:  He was a neighbor.  He moved.  He's in a

5     different neighborhood but our sons play on the same baseball

6     team.

7              THE COURT:  I see.  So you see him in the spring and

8     summer and other times?

9              A JUROR:  Sure.

10             THE COURT:  Would your knowledge of his training and

11    experience affect your ability to serve as a juror?

12             A JUROR:  No, Your Honor.

13             THE COURT:  Thank you very much.  Yes, sir.

14             A JUROR:  Number 14.

15             THE COURT:  Yes.

16             A JUROR:  I currently volunteer at the Anne Arundel

17    County Detention Center on Jennifer Road, with the Good News

18    Jail In Prison Ministry.

19             THE COURT:  And how long have you been doing that?

20             A JUROR:  Approximately four years.

21             THE COURT:  And do you find it satisfying?

22             A JUROR:  I do.

23             THE COURT:  Would your activities in that regard,

24    working with inmates, affect your ability to serve as a juror in

25    this case?

1          A JUROR:  No, it wouldn't.

2          THE COURT:  You could be fair to the government and to

3     the defense?

4          A JUROR:  Yes, sir.

5          THE COURT:  Thank you very much.  Yes, sir?

6          A JUROR:  350.

7          THE COURT:  Yes.

8          A JUROR:  My first cousin, well, two of my first

9     cousins, one is a correctional officer and one's a Baltimore

10    City officer.

11         THE COURT:  You see them frequently?

12         A JUROR:  Every weekend.

13         THE COURT:  Do you play cards?

14         A JUROR:  No, I don't.  We eat a lot.

15         THE COURT:  You eat a lot.  Would your experience with

16    these good friends and cousins affect your ability to serve as a

17    juror?

18         A JUROR:  No.  But I also wanted to say that my

19    present, my past position at work, I dealt a lot with Homeland

20    Security, ATF, and FBI, CIA.

21         THE COURT:  All right.  And would that interaction in

22    any way affect your ability to serve as a juror?

23         A JUROR:  No.

24         THE COURT:  Thank you very much.  Yes, sir.

25         A JUROR:  301.

1          THE COURT:  Yes.

2          A JUROR:  My father's retired DC Metropolitan Police.

3          THE COURT:  How long was he with the department?

4          A JUROR:  Twenty years.

5          THE COURT:  And would his experiences and training in

6     any way affect your ability to serve?

7          A JUROR:  No.

8          THE COURT:  Thank you very much.  Yes, sir.

9          A JUROR:  373.

10          THE COURT:  Yes.

11          A JUROR:  My father previously worked at a

12     correctional facility in California.

13          THE COURT:  No longer employed there?

14          A JUROR:  No.

15          THE COURT:  How long was he so employed, do you

16     recall?

17          A JUROR:  I don't remember how long it was.  It was

18     before I was born.

19          THE COURT:  I see.  So he didn't retire from there?

20          A JUROR:  No.

21          THE COURT:  Would your limited knowledge of his

22     experience -- is your knowledge limited of his experience?

23          A JUROR:  Fairly limited, yes.

24          THE COURT:  Okay.  Would your knowledge such as it is

25     affect your ability to serve as a juror?

1          A JUROR:  No, sir.

2          THE COURT:  Thank you very much.

3          A JUROR:  371.

4          THE COURT:  Yes, ma'am.

5          A JUROR:  I have a brother who's a deputy sheriff in

6     Baltimore County.

7          THE COURT:  How long?

8          A JUROR:  About 22 years.

9          THE COURT:  He shared some stories?

10          A JUROR:  Yes.

11          THE COURT:  Would you be able to judge the facts of

12     this case based solely on the evidence?

13          A JUROR:  Yes, sir.

14          THE COURT:  Put aside anything you've learned or heard

15     outside the courtroom?

16          A JUROR:  Yes.

17          THE COURT:  Thank you very much.

18          A JUROR:  389.

19          THE COURT:  Yes, sir.

20          A JUROR:  Back in the early 90's I spent 18 months

21     working at the Bureau of Alcohol, Tobacco and Firearms as a

22     computer consultant.

23          THE COURT:  Would your experience or interaction with

24     that agency or its employees affect your ability to serve as a

25     juror?

1              A JUROR:  No.

2              THE COURT:  Thank you very much.

3              A JUROR:  399.

4              THE COURT:  Yes, sir.

5              A JUROR:  My brother-in-law is retired Baltimore

6       County Police, about 25 years.

7              THE COURT:  Would your knowledge of his experience and

8       training affect your ability to serve?

9              A JUROR:  No.

10             THE COURT:  Thank you very much.  Yes, sir.

11             A JUROR:  330.  My dad was a cop in North Carolina

12      before I was born, but it shouldn't affect my judgment now.

13             THE COURT:  All right.  Thank you very much.

14             Members of the jury venire and counsel, I'm very aware

15      that we're well into the luncheon hour and my stomach is

16      growling as much as yours, I assure you.  We're going to take a

17      break very shortly.

18             Members of the jury panel, people have different

19      interactions with and experiences with law enforcement, and so

20      we typically ask this question.  Is there anyone among you who

21      would evaluate the testimony of a witness differently simply

22      because the witness is a law enforcement officer?

23             Let me rephrase the question.  Is there anyone among

24      you who would give greater weight to the testimony of a witness

25      or lesser weight to the testimony of a witness simply because

1   the witness was a law enforcement officer?  Yes, sir.  Your

2   number?

3              A JUROR:  355.

4              THE COURT:  All right.  Just one moment.  So you would

5   have some difficulty following the Court's instructions in the

6   manner in which testimony is evaluated if the witness was a law

7   enforcement officer?  That's what you're saying?

8              A JUROR:  Possibly.

9              THE COURT:  Okay.  And you believe there might be some

10  difficulty on your part in putting aside prior experiences and

11  any beliefs and opinions and follow that Court's, the Court's

12  instructions?

13             A JUROR:  Yes.

14             THE COURT:  Okay.  Thank you.  We're going to excuse

15  you, sir.  Thank you for being with us.  Yes.

16             A JUROR:  Three --

17             THE COURT:  You should know your number by now.

18             A JUROR:  344, Your Honor.

19             THE COURT:  Yes, sir.  Owing to your experience and

20  your friends and associates, you would find some difficulty?

21             A JUROR:  Based off my experience and other people's

22  experiences.

23             THE COURT:  We understand.  We understand.  We're

24  going to excuse you.

25             A JUROR:  Thank you, Your Honor.

1          THE COURT:  Yes, sir, your number.

2          A JUROR:  336, Your Honor.

3          THE COURT:  Yes, sir.  You would have some difficulty?

4          A JUROR:  Well, I tend, I would have a tendency to

5    believe the law enforcement officers, yes, sir.

6          THE COURT:  Okay.  So you couldn't, couldn't adhere to

7    the Court's instruction that a law enforcement witness is

8    nothing other than a witness and you evaluate the testimony of a

9    law enforcement officer exactly the way you evaluate the

10   testimony of any other witness?  Everybody comes in.  Everybody

11   takes an oath.  And of course law enforcement officers have

12   training and experience.  But in terms of evaluating the

13   testimony and making the credibility determinations, you'd have

14   some difficulty?  Some people do.

15         A JUROR:  Yeah, Your Honor.  I would have a prejudice,

16   you know, in believing that the law enforcement officer --

17         THE COURT:  All right.  All right.  We get it.  We'll

18   excuse you.  Your number again, please?

19         A JUROR:  336.

20         THE COURT:  All right.  Thank you.  Yes, ma'am.

21         A JUROR:  221.

22         THE COURT:  Married to a cop.

23         A JUROR:  Yes.

24         THE COURT:  Okay.  That's not a bad thing.

25         A JUROR:  No.

1              THE COURT:  But you do think you might have some --

2              A JUROR:  Well, you said if you're unsure, you

3    should --

4              THE COURT:  Exactly.

5              A JUROR:  I'm not exactly sure if I would be able to

6    be --

7              THE COURT:  Okay.  That's fair.  That's absolutely

8    fair.  Your number once again?  I'm sorry.

9              A JUROR:  221.

10             THE COURT:  Okay.  We're going to excuse you from

11   service as a juror.  Absolutely nothing to be ashamed of.  Yes,

12   sir.

13             A JUROR:  419.

14             THE COURT:  Yes, sir.

15             A JUROR:  Again, I'm just not positive.  A lot of time

16   and effort and research and investigation went into it and I

17   don't know if I, I don't know if I could actually be totally

18   partial.

19             THE COURT:  Okay.  We're going to excuse you.  Thank

20   you very much.  Of course, you meant totally impartial?

21             A JUROR:  Yeah.

22             THE COURT:  What we want is impartial, not partial.

23   But we get your drift.  Thank you.  Yes, sir.

24             A JUROR:  Number 50.

25             THE COURT:  Yes, sir.

1          A JUROR:  Yeah.

2          THE COURT:  You've been in the system for a while.

3          A JUROR:  Quite a while, sir.

4          THE COURT:  You have serious doubt or only a mild

5     doubt about your ability to follow the Court's instructions?

6          A JUROR:  I always wanted to sit on a jury.

7          THE COURT:  But your honesty --

8          A JUROR:  I would observe law enforcement's body

9     language.  But I think I would --

10         THE COURT:  You think you would have a problem?  Okay.

11    We're going to excuse.  Your number once again?  I'm sorry.

12         A JUROR:  50.

13         THE COURT:  Juror Number 50, thank you very much.

14         Members of the jury, this case involves, as you've

15    heard me describe, alleged murders.  I will tell you that the

16    evidence is going to show that individuals were shot dead using

17    handguns.  Is there anyone among you, on account of the nature

18    and character of the case, the charges involving as they do the

19    use of firearms to commit murder, anybody have difficulty

20    following the Court's instructions and fairly and impartially

21    evaluating the evidence in this case?

22         (No response.)

23         THE COURT:  The answer is none.  Ladies and gentlemen,

24    as you also heard me describe, the indictment charges that the

25    defendants engaged in drug distribution activities involving

1     heroin, marijuana, cocaine, and crack cocaine.  Is there anyone

2     among you, because this case is in part a drug case, who would

3     have difficulty fairly and impartially judging the evidence and

4     rendering a fair and impartial verdict?  Down front.  Your

5     number?

6          A JUROR:  371.

7          THE COURT:  Yes, ma'am.  So is there something in your

8     family's history or background or your knowledge or your beliefs

9     that would make it difficult for you?

10         A JUROR:  Yes.

11         THE COURT:  Because --

12         A JUROR:  I have a 17-year-old-son who's --

13         THE COURT:  Okay.  Okay.  Remember, I didn't ask for

14    volunteered information.  I'm just asking the question.

15         A JUROR:  Yes.

16         THE COURT:  It would be difficult for you?

17         A JUROR:  Yes.

18         THE COURT:  All right.  Thank you very much, ma'am.

19    We're going to excuse you.  Yes, sir.

20         A JUROR:  Juror Number 49.

21         THE COURT:  Yes, sir.  You would find it difficult

22    because it is a drug distribution allegation in the indictment?

23    Or you have doubt about whether you --

24         A JUROR:  I have doubt.

25         THE COURT:  You have doubt.  And it's a fairly serious

1    doubt?

2            A JUROR:  I had a personal experience.

3            THE COURT:  Okay.  We're going to excuse you, sir.

4    Thank you very much.  Yes, sir.

5            A JUROR:  Number 417.

6            THE COURT:  Yes, sir.

7            A JUROR:  I've had a cousin who is --

8            THE COURT:  Okay.  So you have in your family and

9    among your acquaintances --

10           A JUROR:  A cousin and an uncle, an uncle who was

11   convicted of distributing drugs.

12           THE COURT:  Okay.  And that would make it difficult

13   for you to serve fairly in this case?

14           A JUROR:  I think it could, yes.

15           THE COURT:  All right.  And that was four?

16           A JUROR:  417.

17           THE COURT:  17.  We're going to excuse you.  Thank you

18   very much.  Yes, sir.

19           A JUROR:  350.

20           THE COURT:  You would encounter that kind of

21   challenge, considering evidence of drugs and the use of drugs

22   and the sale of drugs?

23           A JUROR:  It's not the drugs portion.  It's more the

24   murder.

25           THE COURT:  More the murder portion?  All right.

1          We're going to excuse you.  I'm sorry.  Your number again?

2                    A JUROR:  350.

3                    THE COURT:  350.  Thank you.  You're excused.  Again,

4     ladies and gentlemen, as I've said before and I said it quite

5     emphatically, an indictment is not evidence.  An indictment

6     proves nothing.  Each defendant absolutely is protected by the

7     presumption of innocence.  And as they sit here this moment and

8     as they sat there two hours or so ago when you first came into

9     the courtroom, absolutely nothing that has happened in this

10    courtroom changes what I said before.

11                   Each one of these defendants is presumed innocent, has

12    no burden whatsoever.  The burden throughout the proceedings, to

13    the very end, remains on the government to prove guilt beyond a

14    reasonable doubt.

15                   What we will do now, ladies and gentlemen, is I'm

16    going to ask a three-part question.  And you will simply

17    identify yourself, if your answer is yes, simply identify

18    yourself by giving us your number, and resume your seat.  And

19    then immediately after that question has been answered by all of

20    you, you will be excused for a luncheon recess.  And I will give

21    you instructions as to how we will proceed after lunch.

22                   Okay.  The three-part question is as follows:  Have

23    you or any close family member or close personal friend been the

24    victim of a crime, charged with or convicted of a crime, or have

25    you or any such person spent time in a jail or penal

92

1    institution?

2            Let me repeat it before you respond.  Have you or any

3    close family member or close personal friend been the victim of

4    a crime?  Have you or any such person been charged with or

5    convicted of a crime?  Or have you or any such person spent time

6    in a jail or penal institution?

7            If the answer is yes to any part of that question,

8    please stand at this time.  Starting at the top.  If you would

9    just give us your juror number, please, and resume your seat.

10                   A JUROR:  39.

11                   A JUROR:  31.

12                   A JUROR:  101.

13                   A JUROR:  77.

14                   A JUROR:  70.

15                   A JUROR:  80.

16                   A JUROR:  83.

17                   A JUROR:  90.

18                   A JUROR:  187.

19                   A JUROR:  176.

20                   A JUROR:  168.

21                   A JUROR:  108.

22                   A JUROR:  134.

23                   A JUROR:  215.

24                   A JUROR:  213.

25                   A JUROR:  207.

1          A JUROR:  204.

2          A JUROR:  195.

3          A JUROR:  249.

4          A JUROR:  263.

5          A JUROR:  264.

6          A JUROR:  270.

7          A JUROR:  282.

8          A JUROR:  299.

9          A JUROR:  244.

10         A JUROR:  301.

11         A JUROR:  326.

12         A JUROR:  314.

13         A JUROR:  343.

14         A JUROR:  340.

15         A JUROR:  367.

16         A JUROR:  14.

17         A JUROR:  19.

18         A JUROR:  374.

19         A JUROR:  380.

20         A JUROR:  387.

21         THE COURT: Did we get your number, sir?

22         A JUROR:  Yes.

23         THE COURT:  Okay.

24         A JUROR:  427.

25         A JUROR: 444.

1                A JUROR:  441.

2                A JUROR:  439.

3                A JUROR:  432.

4                A JUROR:  400.

5                A JUROR:  402.

6           THE COURT:  All right.  Please be seated.

7           Thank you very much, ladies and gentlemen.  We, after

8      lunch, will be questioning each of you who stood to that

9      question here at the bench individually if you are not

10     previously excused before we get to that stage of the voir dire.

11          Let me express my sincere thanks to each of you for

12     the manner in which you have made it possible for us to conduct

13     these proceedings so far.  You've been wonderful.  I have tried

14     to introduce a little levity into these proceedings.  I hope

15     that it was received in the spirit in which it was intended.

16          We are all human.  There can be stress in any

17     situation.  And so it's always seemed to me as a judge that,

18     it's always seemed to me as a judge that the introduction of

19     appropriate levity in a tense situation can be helpful.  Despite

20     my efforts in that regard, I know that, I know that each of you

21     deeply appreciates, and I can tell from the manner in which

22     you've conducted yourselves that you have a deep respect for

23     this process and for the solemnity of these proceedings.

24          This is a very important case.  It's important to the

25     defendants because they're charged with very serious crimes.

1    And it's important to the government because the enforcement of

2    the criminal law is a very important matter to all of us.

3         So I appreciate deeply the manner in which you have

4    made it possible for the Court to proceed.

5         You will now be excused for a luncheon recess.  I'm

6    going to ask you, if you could, because I think this will be

7    helpful, I assume everybody finds his or her seat okay.  I'm

8    going to ask you to look around and I'm going to ask you to

9    resume the very seat you're in now when you come back after

10   lunch.

11        But you won't come unescorted into the courtroom.  You

12   will return to the Jury Assembly Room where you were this

13   morning.  But you will be permitted to come down en masse.  In

14   other words, we won't repeat the procedure from this morning but

15   you will assemble in the jury room upstairs before you come down

16   here.

17        So when we're ready for you, one of my law clerks will

18   come up and say, Okay, ladies and gentlemen, let's return to

19   Courtroom 1-A.  And you will be free to take the stairs or the

20   elevators, however you choose.  And we will ask you to come back

21   into this courtroom and take the seat that you're occupying at

22   this time.  That way we'll be, it will be pretty easy for us, I

23   think, quickly to call the roll and make sure that all of you

24   who we expect back after lunch have returned, because we can't

25   continue with the process until all of you have returned.

1          As I've instructed you now several times, during this

2     recess you are to have no discussion whatsoever about the case,

3     no discussion about the indictment, no discussion about my

4     summary of the charges, and importantly, no discussion

5     whatsoever with anyone about what has happened in this courtroom

6     this morning and early this afternoon.

7          Don't discuss any of the comments that have been made

8     by your fellow jurors.  Do not discuss any of the comments that

9     I have made to any jurors.  Please, no discussion about any

10    aspect of these proceedings.

11         Do not, absolutely do not use this luncheon recess to

12    conduct any kind of investigation whatsoever.  Don't go online.

13    Don't use your Blackberries, don't use your Trios, don't go

14    looking up articles in the newspaper.

15         Jurors sometimes believe wrongly, erroneously, even in

16    good faith, that they will somehow be a better juror if they

17    look up words or if they do research or if they increase their

18    knowledge.  That would be incorrect as a matter of fact and

19    would be incorrect as a matter of law.

20         You are not to seek out any information whatsoever

21    about this case or these proceedings, ever, for the balance of

22    today.

23         When you call home to check in, when you call your

24    office to let them know where you are, simply say, I'm not

25    finished, I'm in front of Judge Davis, I'll be finished this

1    afternoon.  Don't tell them what kind of case it is.  And if

2    they try to tell you about the case or if they try to ask you

3    what kind of case is it, why can't you tell me something, tell

4    them you have been instructed that the instruction is binding,

5    you are not permitted to discuss any aspect of the case.

6           So quick review.  By the clock in the courtroom it is

7    1:15.  You will be excused.  I will ask you no later than 2:30,

8    75 minutes from now by your clock, by your watch, be back

9    upstairs on the Fourth Floor in the Jury Assembly Room.  Make

10   yourself comfortable up there.  And at about that time my law

11   clerks will appear to ask you to come into the courtroom.

12          And again, look around where you are.  Remember the

13   seat you're now occupying.  Remember the lady or guy who is

14   seated next to you.  And as best as you can, resume that seat

15   when you return to the courtroom shortly after 2:30 this

16   afternoon.

17          We're making very good progress and I expect to

18   conclude this process promptly this afternoon.

19          Thank you again for your cooperation, ladies and

20   gentlemen.  You are excused to return to the Fourth Floor Jury

21   Assembly Room no later than 2:30 this afternoon.

22             (Jury exits the courtroom.)

23             THE COURT:  Counsel, if you have anything for the good

24   of the order, I will invite you to approach the lectern at this

25   time.

1          Okay.  There being no acceptance of that invitation, I

2     assume counsel are content to proceed.  I think we're making

3     good progress.  I should mention that I do have a hearing

4     scheduled this afternoon in a civil case at 4.  It's unlikely

5     that we will conclude the voir dire by then.  And so I'll just

6     have counsel wait.  I don't think we're going to be much past

7     four, but we'll see how it goes.

8          On the other hand, I'm open to the possibility that,

9     for one reason or another, we are not able to finish today, and

10    so I'm open to the possibility, if it should prove necessary,

11    that we complete the voir dire tomorrow morning.  I think we're

12    going to have sufficient time tomorrow, should that be

13    necessary, nevertheless, to conclude our opening statements.

14         As you saw in my memo, I'm offering the government two

15    hours but I assume, Mr. Harding, the government wouldn't dare

16    take a full two hours for opening statement.

17         MR. HARDING:  We wouldn't dare, Your Honor.

18         THE COURT:  I thought not.  And I've offered the

19    defense one hour each.  You may or may not use that full

20    allotment.  But my hope is that we'll get the government opening

21    in, take a recess, do one of the defense openings.  That would

22    be Mr. Mitchell's if he chooses to do one tomorrow.  Of course,

23    defense are not required to do one.  And then break for lunch

24    and then come back and conclude the other three opening

25    statements.  And call it a day, hopefully sometime between 3 and

1      4:00 tomorrow afternoon.  That's my hope.

2              Thank you.  We're in recess until 2:30.

3              (Luncheon recess.)

4              THE COURT:  Please be seated, good afternoon.  Did we

5      figure this out or it's just one of those things?

6              (Jury enters the courtroom.)

7              THE COURT: Good afternoon, ladies and gentlemen.

8      Welcome back.  I remind you, of course, you remain under oath

9      for these proceedings.  I will call the roll.  I think I have a

10     complete list of those we expected to be here.  When I call your

11     number, please simply say out loud "present."

12             Juror Number One?

13             A JUROR:  Present.

14             THE COURT:  11?

15             A JUROR:  Present.

16             THE COURT:  14.

17             A JUROR:  Present.

18             THE COURT:  19.

19             A JUROR:  Present.

20             THE COURT:  21.

21             A JUROR:  Present.

22             THE COURT:  31.

23             A JUROR:  Present.

24             THE COURT:  32?

25             A JUROR:  Present.

1          THE COURT:  39?

2          A JUROR:  Present.

3          THE COURT:  67?

4          A JUROR:  Present.

5          THE COURT:  70.

6          A JUROR:  Present.

7          THE COURT:  77.

8          A JUROR:  Present.

9          THE COURT:  78?

10         A JUROR:  Present.

11         THE COURT:  80.

12         A JUROR:  Present.

13         THE COURT:  83.

14         A JUROR:  Present.

15         THE COURT:  84.

16         A JUROR:  Present.

17         THE COURT:  87.

18         A JUROR:  Present.

19         THE COURT:  Juror 101.

20         A JUROR:  Present.

21         THE COURT:  102?

22         A JUROR:  Present.

23         THE COURT:  108.

24         A JUROR:  Present.

25         THE COURT:  134.

1           A JUROR:  Present.

2           THE COURT:  136.

3           A JUROR:  Present.

4           THE COURT:  142.

5           A JUROR:  Present.

6           THE COURT:  143.

7           A JUROR:  Present.

8           THE COURT:  144.

9           A JUROR:  Present.

10          THE COURT:  145.

11          A JUROR:  Present.

12          THE COURT:  152.

13          A JUROR:  Present.

14          THE COURT:  156.

15          A JUROR:  Present.

16          THE COURT:  163.

17          A JUROR:  Present.

18          THE COURT:  168.

19          A JUROR:  Present.

20          THE COURT:  176.

21          A JUROR:  Present.

22          THE COURT:  186.

23          A JUROR:  Present.

24          THE COURT:  187.

25          A JUROR:  Present.

```
1              THE COURT:  195.

2              A JUROR:  Present.

3              THE COURT:  204.

4              A JUROR:  Present.

5              THE COURT:  207.

6              A JUROR:  Present.

7              THE COURT:  213.

8              A JUROR:  Present.

9              THE COURT:  215.

10             A JUROR:  Present.

11             THE COURT:  223.

12             A JUROR:  Present.

13             THE COURT:  240.

14             A JUROR:  Present.

15             THE COURT:  244.

16             A JUROR:  Present.

17             THE COURT:  245.

18             A JUROR:  Present.

19             THE COURT:  249.

20             A JUROR:  Present.

21             THE COURT:  258.

22             A JUROR:  Present.

23             THE COURT:  263.

24             A JUROR:  Present.

25             THE COURT:  264.
```

1           A JUROR:  Present.

2           THE COURT:  270.

3           A JUROR:  Present.

4           THE COURT:  281.

5           A JUROR:  Present.

6           THE COURT:  282.

7           A JUROR:  Present.

8           THE COURT:  290.

9           A JUROR:  Present.

10          THE COURT:  299.

11          A JUROR:  Present.

12          THE COURT:  301.

13          A JUROR:  Present.

14          THE COURT:  303.

15          A JUROR:  Present.

16          THE COURT:  308.

17          A JUROR:  Present.

18          THE COURT:  313.

19          A JUROR:  Present.

20          THE COURT:  314.

21          A JUROR:  Present.

22          THE COURT:  315.

23          A JUROR:  Present.

24          THE COURT:  326.

25          A JUROR:  Present.

1              THE COURT:  330.

2              A JUROR:  Present.

3              THE COURT:  331.

4              A JUROR:  Present.

5              THE COURT:  334.

6              A JUROR:  Present.

7              THE COURT:  340.

8              A JUROR:  Present.

9              THE COURT:  343.

10             A JUROR:  Present.

11             THE COURT:  350.  Juror Number 350.  I think we let

12       him go.  Juror 366.

13             A JUROR:  Present.

14             THE COURT:  Juror 367.

15             A JUROR:  Present.

16             THE COURT:  374.

17             A JUROR:  Present.

18             THE COURT:  379.

19             A JUROR:  Present.

20             THE COURT:  380.

21             A JUROR:  Present.

22             THE COURT:  383.

23             A JUROR:  Present.

24             THE COURT:  386.

25             A JUROR:  Present.

1           THE COURT:  387.

2           A JUROR:  Present.

3           THE COURT:  389.

4           A JUROR:  Present.

5           THE COURT:  399.

6           A JUROR:  Present.

7           THE COURT:  400.

8           A JUROR:  Present.

9           THE COURT:  402.

10          A JUROR:  Present.

11          THE COURT:  407.

12          A JUROR:  Present.

13          THE COURT:  410.

14          A JUROR:  Present.

15          THE COURT:  413.

16          A JUROR:  Present.

17          THE COURT:  415.

18          A JUROR:  Present.

19          THE COURT:  419.  Juror Number 419 was excused.  Juror

20     427.

21          A JUROR:  Present.

22          THE COURT:  Juror 432.

23          A JUROR:  Present.

24          THE COURT:  439.

25          A JUROR:  Present.

1           THE COURT:  Juror 444.

2           A JUROR:  Present.

3           THE COURT:  And I skipped somebody.

4           A JUROR:  441.

5           THE COURT:  441.  Thank you.  Is there any juror whose

6    number I did not call?  Your number, please?

7           A JUROR:  90.

8           THE COURT:  Juror Number 90 is present.  And?

9           A JUROR:  373.

10          THE COURT:  Juror 373, the problem juror.

11          A JUROR:  I wasn't the problem.

12          THE COURT:  No.  The problem number.

13          A JUROR:  73.  I was the problem juror.

14          THE COURT:  Juror 73.  Ladies and gentlemen, please

15   stand if you or a close family member are a lawyer, paralegal,

16   legal secretary, law student or otherwise trained in the legal

17   field.  Yes, sir?

18          A JUROR:  My sister --

19          THE COURT:  Your number, please?

20          A JUROR:  My sister-in-law --

21          THE COURT:  Your number, please?

22          A JUROR:  One.

23          THE COURT:  Juror Number One.

24          A JUROR:  My sister-in-law is a lawyer in San

25   Francisco and a part-time judge.

1          THE COURT:  Part-time judge and full-time lawyer?

2          A JUROR:  Right.

3          THE COURT:  We don't have any of those in Maryland but

4      they have them in other states.  Would your knowledge of her

5      training and experience affect your ability to serve as a juror?

6          A JUROR:  No.

7          THE COURT:  Thank you very much.  The next gentleman.

8          A JUROR:  14.

9          THE COURT:  Yes, sir.

10         A JUROR:  And my sister is an attorney.

11         THE COURT:  And what's the nature of her practice?

12         A JUROR:  Real estate law, primarily.

13         THE COURT:  Would your knowledge of her affect your

14     ability to serve?

15         A JUROR:  No.

16         THE COURT:  Thank you.  Next.

17         A JUROR:  387.

18         THE COURT:  Here comes the mike.  387?

19         A JUROR:  387.  That's correct.

20         THE COURT:  Just one moment.  Yes, sir.

21         A JUROR:  My girlfriend's in her first semester of law

22     school.

23         THE COURT:  Would your knowledge of her experiences so

24     far, just two weeks in, affect your ability to serve?

25         A JUROR:  No.

1          THE COURT:  Thank you.  Yes, sir.

2          A JUROR:  330.

3          THE COURT:  Yes, sir.

4          A JUROR:  My sister's in her third year of law school.

5          THE COURT:  Would your knowledge of her experiences so

6     far affect your ability to serve as a juror?

7          A JUROR:  I have no knowledge.

8          THE COURT:  Thank you.  Better off without it, I

9     suppose.  Yes, ma'am.

10         A JUROR:  Juror 315.

11         THE COURT:  Yes, ma'am.

12         A JUROR:  I have two cousins and, two cousins are

13    attorneys and a brother is in law school.

14         THE COURT:  And where do they, where do the attorneys

15    practice?

16         A JUROR:  In Guam.

17         THE COURT:  And do you know the nature of their

18    practice?

19         A JUROR:  I believe they're in, they take, one of them

20    is in -- sorry.  I'm trying to think now.

21         THE COURT:  That's all right, if you don't recall.

22         A JUROR:  Yeah.  Sorry.

23         THE COURT:  Would your limited knowledge affect your

24    ability to serve?

25         A JUROR:  No.

1              THE COURT:  And what about, you say you have a friend

2    who's in law school?

3              A JUROR:  My brother.

4              THE COURT:  Your brother.  What year he is?

5              A JUROR:  Just starting.

6              THE COURT:  Just starting.  Would that affect your

7    ability to serve?

8              A JUROR:  No, sir.

9              THE COURT:  Thank you.

10             A JUROR:  314.

11             THE COURT:  Yes, ma'am.

12             A JUROR:  My uncle is an attorney and I have a few

13   friends who are attorneys.

14             THE COURT:  What's the nature of your uncle's

15   practice?

16             A JUROR:  I'm not certain.  But he is in Alabama.

17             THE COURT:  Alabama.  Would your limited knowledge of

18   either your friends or your uncle affect your ability to serve?

19             A JUROR:  No.

20             THE COURT:  Thank you.  Yes, ma'am?

21             A JUROR:  303.

22             THE COURT:  Yes.

23             A JUROR:  Before he was a judge, I was secretary to

24   Judge Lloyd L. Simpkins, Somerset County.

25             THE COURT:  Oh, and how long did you work for Judge

1    Simpkins?

2              A JUROR:  About three or four years.

3              THE COURT:  You didn't go with him when he went on the

4    bench?

5              A JUROR:  No.

6              THE COURT:  Would your knowledge of his experience and

7    training affect your ability to serve?

8              A JUROR:  No.

9              THE COURT:  Thank you.  Yes, sir?

10             A JUROR:  282.  My brother-in-law's a defense, state

11   of New York, about ten years.

12             THE COURT:  Would your knowledge of his experiences

13   affect your ability to serve?

14             A JUROR:  No.

15             THE COURT:  Thank you.  Next.  Yes, sir.

16             A JUROR:  223.

17             THE COURT:  Yes.

18             A JUROR:  Cousin who's on staff of University of

19   Texas, El Paso law school.

20             THE COURT:  Would your knowledge of your cousin's

21   experience affect your ability to serve?

22             A JUROR:  No.

23             THE COURT:  Thank you.  Yes, ma'am.

24             A JUROR:  145.  I'm a litigation paralegal in Towson.

25             THE COURT:  What firm?

1           A JUROR:  Moore and Jackson.

2           THE COURT:  And do you do any criminal work at all,

3     criminal defense work?

4           A JUROR:  No, sir.  We do personal injury defense.

5           THE COURT:  And how long have you had that position?

6           A JUROR:  Just about two and a half years.

7           THE COURT:  And did you get a degree in paralegal

8     studies?

9           A JUROR:  Yes, I did.

10          THE COURT:  Would your training and experience affect

11    your ability to serve as a juror?

12          A JUROR:  No.

13          THE COURT:  Thank you.

14          A JUROR:  Juror 152.

15          THE COURT:  Yes, ma'am.

16          A JUROR:  I'm not legally trained but I work in a law

17    firm.

18          THE COURT:  What do you do for them?

19          A JUROR:  Litigation technology data analyst.

20          THE COURT:  What firm?

21          A JUROR:  McDermott Will and Emory, Washington, DC.

22          THE COURT:  How long?

23          A JUROR:  Two years and a couple of days, actually.

24          THE COURT:  They do some criminal defense work, is

25    that right?

1           THE DEFENDANT:  Yes.

2           THE COURT:  Do you work on criminal cases?

3           A JUROR:  My position is firm-wide so I handle all of

4    the array of what they handle.

5           THE COURT:  But you don't do legal research or that

6    kind of thing?

7           A JUROR:  No.

8           THE COURT:  Would your training and experience and

9    your interaction with your colleagues at the law firm affect

10   your ability to serve?

11          A JUROR:  No.

12          THE COURT:  Thank you.  Yes, ma'am.

13          A JUROR:  156.  My husband has a law degree but is not

14   a practicing attorney.

15          THE COURT:  Has he ever practiced?

16          A JUROR:  No.

17          THE COURT:  Would your knowledge of his training

18   affect your ability to serve?

19          A JUROR:  No.

20          THE COURT:  Thank you.

21          A JUROR:  163.

22          THE COURT:  Yes, sir.

23          A JUROR:  I have a nephew who is a lawyer for the City

24   of Baltimore.

25          THE COURT:  How long's he been with the City

1    Solicitor's Office?

2                A JUROR:  About 15 years.

3                THE COURT:  And that office doesn't do any criminal

4    work.

5                A JUROR:  No.  They do only civil litigation.

6                THE COURT:  Would your knowledge of his experiences

7    affect your ability at all?

8                A JUROR:  Not at all.

9                THE COURT:  Thank you.  Would you pass the mike behind

10   you?  Yes.

11               A JUROR:  187.

12               THE COURT:  Yes, sir.

13               A JUROR:  And I have a close family friend who's a

14   corporate lawyer in New York City and I think his wife works in

15   the District Attorney's office.

16               THE COURT:  So they're both lawyers?

17               A JUROR:  Yes.

18               THE COURT:  Would your knowledge of their experiences

19   affect your ability to serve?

20               A JUROR:  No, sir.

21               THE COURT:  Thank you.  Yes, sir?

22               A JUROR:  136.  My father was an attorney and a judge.

23   He's no longer alive.

24               THE COURT:  Where was he a judge?

25               A JUROR:  In the State of Alabama.  He was a state

1    circuit court judge.

2              THE COURT:  And how long was he a judge?

3              A JUROR:  Approximately 12 years.

4              THE COURT:  And when did he retire or pass away?

5              A JUROR:  I can't tell you exactly what year he

6    retired.  I' going to say probably about '87, '88, somewhere

7    around in there.  He died June of, not the past year but a year

8    before that.

9              THE COURT:  '07?

10             A JUROR:  Yes.

11             THE COURT:  Did he handle criminal cases?

12             A JUROR:  No, he did not.

13             THE COURT:  All right.  Would your knowledge of his

14   experiences in any way affect your ability to serve?

15             A JUROR:  No.

16             THE COURT:  Thank you.  Pass the mike behind you,

17   please.  Yes, ma'am.

18             A JUROR:  39.  My uncle is a practicing attorney in

19   Ohio.

20             THE COURT:  Nature of his practice?

21             A JUROR:  I am not sure.

22             THE COURT:  All right.  Would your knowledge, if any,

23   you have, affect your ability to serve as a juror?

24             A JUROR:  No.

25             THE COURT:  Thank you.  Yes, sir.

1          A JUROR:  31.

2          THE COURT:  Yes.

3          A JUROR:  I've got a brother that's an attorney.

4     Another brother that was running for judge up in New York.

5          THE COURT:  They both in New York?

6          A JUROR:  No.  One is here in Annapolis.

7          THE COURT:  The brother practices in Annapolis?

8          A JUROR:  Correct.

9          THE COURT:  What's the nature of his practice?

10         A JUROR:  It's real estate.

11         THE COURT:  All right.

12         A JUROR:  And I have a cousin that's a Supreme Court

13    justice up in New York.

14         THE COURT:  All right.  Supreme Court, New York is

15    like this court, trial court.  It's one of the interesting

16    differences.  Would your knowledge --

17         A JUROR:  I have another cousin.

18         THE COURT:  Okay.

19         A JUROR:  -- that's an attorney.  He just left here

20    and went up to Pennsylvania.  He does criminal.

21         THE COURT:  Criminal defense work?

22         A JUROR:  Yes.

23         THE COURT:  When he was here, what firm or how did he

24    practice?  On his own or with other lawyers?

25         A JUROR:  He clerked at a judgeship down in Annapolis.

```
1              THE COURT:  Do you remember the name of the judge?

2              A JUROR:  No.

3              THE COURT:  So he's a fairly recent graduate?

4              A JUROR:  Yes.

5              THE COURT:  And would your knowledge of any of their

6    experiences or training in any way affect your ability to serve?

7              A JUROR:  No.

8              THE COURT:  Thank you.  Yes, ma'am.

9              A JUROR:  77.  And I'm a legal secretary here in

10   Baltimore.

11             THE COURT:  What firm?

12             A JUROR:  Ober, Kaler, Grimes and Shriver.

13             THE COURT:  For how long?

14             A JUROR:  About two and a half years.

15             THE COURT:  Do you have a degree in paralegal studies?

16             A JUROR:  Yes, I do.

17             THE COURT:  Would your knowledge and training in any

18   way affect your ability to serve as a juror?

19             A JUROR:  No, sir.

20             THE COURT:  Thank you.

21             A JUROR:  Number 70.  My sister-in-law is a personal

22   injury lawyer.

23             THE COURT:  Where?

24             A JUROR:  Baltimore.

25             THE COURT:  Is she alone or is she with a firm?
```

1          A JUROR:  I believe she's with, she has her own

2     practice.

3          THE COURT:  Own practice.  How long has she, how long

4     has she been in the practice of law?

5          A JUROR:  Four years.

6          THE COURT:  And would your knowledge of her training

7     and experience affect your ability to serve?

8          A JUROR:  No.

9          THE COURT:  Thank you.  As you'll recall, I mentioned

10    earlier, ladies and gentlemen -- I'm sorry.  I apologize.  Yes,

11    ma'am?

12         A JUROR:  Juror 410.  My daughter is an assistant

13    State's attorney in Harford County for the Child Support

14    Division.

15         THE COURT:  Would your knowledge affect, would your

16    knowledge of her experience affect your ability to serve?

17         A JUROR:  No, sir.

18         THE COURT:  Thank you.  You may be seated.  Yes, sir.

19         A JUROR:  432.  My daughter is an attorney in

20    Washington, DC.

21         THE COURT:  Nature of her practice is?

22         A JUROR:  Real estate law.

23         THE COURT:  Real estate law?  And how long has she

24    been a lawyer?

25         A JUROR:  About three years.

1          THE COURT:  Would your knowledge of her experiences

2     affect your ability to serve?

3          A JUROR:  No, sir.

4          THE COURT:  Thank you.  Yes, sir.

5          A JUROR:  441.  My father's an attorney.  I have

6     several friends who are attorneys.  And I work for a law firm

7     and there are many attorneys.

8          THE COURT:  All right.  Which firm, by which firm are

9     you employed?

10          A JUROR:  DLA Piper.

11          THE COURT:  And what do you do for them?

12          A JUROR:  I work with computers and software.

13          THE COURT:  So you're in the IT Department?

14          A JUROR:  Yes.

15          THE COURT:  Would your knowledge of lawyers, your

16     close association with lawyers at the firm, affect your ability

17     to serve as a juror?

18          A JUROR:  I don't believe so.

19          THE COURT:  And what's the nature of your father's

20     practice?

21          A JUROR:  He's retired.

22          THE COURT:  Before he retired?

23          A JUROR:  Corporate.

24          THE COURT:  In Washington, mainly?

25          A JUROR:  Yes.  For telecommunications.

1           THE COURT:  Telecommunications.  So would your

2     knowledge of his experience or those of the others in your

3     family or close friends affect your ability to serve?

4           A JUROR:  No.

5           THE COURT:  Thank you very much.  As you'll recall,

6     ladies and gentlemen, in the indictment that I summarized for

7     you this morning, there's an allegation that part of the

8     activities of the enterprise included production and promotion

9     of rap music.  Does anyone among you, is anyone among you

10    familiar with the term "gangsta rap?"

11          THE COURT:  Okay.  That is easily 80% of you.  Here's

12    my follow-up question, without asking each of you to identify

13    yourselves.  Do you have any attitude, knowledge, or belief

14    about what is popularly known as gangsta rap that might affect

15    your ability fairly and impartially to judge the facts of this

16    case?  If the answer is no, you may resume your seat.

17          (All jurors sit down.)

18          THE COURT:  The record will reflect that each of the

19    many jurors who stood indicating their general familiarity with

20    the term "gangsta rap" have resumed their seats.

21          In that same vein, ladies and gentlemen, does anyone

22    among you, quite apart from the term "gangsta rap", is there

23    anyone among you who has any beliefs or opinions about rap music

24    or those involved in the rap music industry that might affect

25    your ability to serve fairly and impartially as a juror in this

1    case?

2        (No response.)

3        THE COURT:  The answer is no.  As you can see, ladies

4    and gentlemen, the four defendants in this case are

5    African-American.  Is there anyone among you who, on account of

6    the race or ethnicity of the defendants in this case, who would

7    encounter difficulty in serving fairly and impartially as a

8    juror in this case?

9        (No response.)

10       THE COURT:  The answer is none.  Is there anyone among

11   you who, on account of the race, ethnicity, religion, sex or

12   creed or color of any participant in these proceedings that

13   would cause you to have difficulty serving fairly and

14   impartially as a juror in this case?

15       (No response.)

16       THE COURT:  The answer is none.  Please stand if you

17   or a close family member or close personal friend previously or

18   presently have a legal dispute with any officer or agency or

19   department of the federal government.  A tax dispute, an

20   employment dispute, or any other legal dispute with any office,

21   officer, or department of the federal government.

22           The answer is none.

23           I mentioned earlier, ladies and gentlemen, that there

24   are two kinds of juries, what we refer to as grand juries, and

25   what we are doing now, which is selecting a trial jury, also

1    known as a petit jury.  The grand jury's role, as I told you

2    before, is to decide whether or not a person should be charged

3    with a crime and, if so, what charges in the form of an

4    indictment should be placed against that person.

5            Please stand if you previously served as a member of a

6    grand jury in either state or federal court.  If you previously

7    served as a member of a grand jury.

8            The answer is none.

9            Please stand if you previously served in state or

10   federal court as a member of a trial jury, such as we're

11   selecting now.  If you previously served on jury service when

12   you served on a trial.  All right.  Just give us your number and

13   remain standing, please.

14           A JUROR:  245.

15           THE COURT:  All right.  Pass the mike, please.

16           A JUROR:  340.

17           THE COURT:  All right.

18           A JUROR:  374.

19           A JUROR: 77.

20           THE COURT:  Take the mike, please, ma'am.

21           A JUROR:  143.

22           THE COURT:  All right.  Remain standing, please.  Yes,

23   sir.

24           A JUROR:  432.

25           THE COURT:  Yes, sir.

1            A JUROR:  427.

2            THE COURT:  All right.  Those jurors now standing have

3       previously served in either state or federal court as a member

4       of a jury.  My follow-up question is as follows.  Did anything

5       occur prior to the trial in your earlier service as a juror,

6       during the trial, or after the trial at which you served as a

7       juror that might affect your ability fairly and impartially to

8       serve as a juror in this case?  If the answer is no, you may

9       resume your seat.

10           The record will reflect that each of the jurors with

11      prior jury service in state or federal court have resumed their

12      seats, indicating that there was no occurrence or incident that

13      might affect their service in this case as a result of their

14      prior service.

15           Some of witnesses in this case, I am advised, ladies

16      and gentlemen, will be witnesses who have entered into certain

17      kinds of agreements with the government.  Some of these

18      witnesses will have pled guilty to crimes, sometimes crimes very

19      similar to the crimes charged in this case.

20           The government is permitted to enter into agreements

21      with such potential witnesses and to have those witnesses come

22      in and testify in the trial of other persons.  This is referred

23      to frequently as plea negotiations or plea bargains.

24           Is there anyone among you who, on account of the fact

25      that one or more witnesses may be testifying for the government

1     in this case pursuant to an agreement with the government,

2     providing for them to do so in return for certain benefits, who

3     would have difficulty fairly and impartially judging the

4     evidence and reaching a fair and impartial verdict in this case?

5           The answer is none.

6           There are a number of different organizations, ladies

7     and gentlemen, and different kinds of organizations that have a

8     role to play, often unofficial or indirect, in the criminal

9     justice system.  One way to divide these organizations is to

10    consider some organizations to be organizations supporting what

11    are referred to as victim rights, and some organizations are

12    referred to as pro-prosecution or stronger criminal prosecution

13    type organizations.

14          On the one side are organizations such as Mothers

15    Against Drunk Driving, perhaps the ACLU, perhaps others, who are

16    concerned about victims, as well as defendants.

17          Please stand if you are a donor to or a member of any

18    such organization.  This would include the organizations I

19    mentioned, as well as any others.  Mothers Against Drunk

20    Driving, Students Against Drunk Driving, and similar

21    organizations.  All right.  Your number, please?

22          A JUROR:  87.

23          THE COURT:  Yes.

24          A JUROR:  I am a donor and volunteer for the House of

25    Ruth.

1          THE COURT:  All right.  Would your association with

2     the House of Ruth, which, for the other jurors, is simply an

3     organization concerned about domestic violence, focused

4     primarily on women, but all domestic violence, would your

5     association and support of that organization in any way affect

6     your ability to serve as a juror in this case?

7          A JUROR:  No, sir.

8          THE COURT:  Thank you.  You may be seated.  Yes,

9     ma'am.  Yes, sir.  With the mike.  Your number, please?

10          A JUROR:  213.

11          THE COURT:  Yes.

12          A JUROR:  I contribute to Mothers Against Drunk

13     Drivers.

14          THE COURT:  Would your support of that organization in

15     any way affect your ability to serve fairly as a juror in this

16     case?

17          A JUROR:  No.

18          THE COURT:  Thank you.

19          A JUROR:  204.

20          THE COURT:  Yes, ma'am.

21          A JUROR:  MADD.  I contribute to them.

22          THE COURT:  Just one moment.  Would your support --

23          A JUROR:  No.

24          THE COURT:  -- reflect any difficulty on your part in

25     serving as a juror?

1        A JUROR:  No.

2        THE COURT:  Thank you.

3        A JUROR:  195.

4        THE COURT:  Yes, ma'am.

5        A JUROR:  I have contributed to Hartley House, a

6   domestic violence program.  And I also worked there years ago --

7   not years ago.  I worked there for years and quit about a year

8   and a half ago.

9        THE COURT:  What was your role with them?

10       A JUROR:  I was the administrative assistant.

11       THE COURT:  All right.  Would your association and

12  support in any way affect your ability to serve fairly as a

13  juror in this case?

14       A JUROR:  No.

15       THE COURT:  Thank you.  Yes, sir.

16       A JUROR:  367.  I'm a donor with both MADD and with

17  Hartley House as well.

18       THE COURT:  Would your support reflect any difficulty

19  on your part to serve fairly as a juror in this case?

20       A JUROR:  No, Your Honor.

21       THE COURT:  Thank you.  Yes, ma'am.

22       A JUROR:  343.  I make charity donations to a women's

23  shelter, domestic violence.

24       THE COURT:  Would that evidence any difficulty on your

25  part in serving as a juror in this case?

1          A JUROR:  No, sir.

2          THE COURT:  Thank you.  Yes, sir.

3          A JUROR:  441.  I have supported Catholic Charities,

4     including House of Ruth, MADD, and various other charities.

5          THE COURT:  All right.  Would that affect your ability

6     to serve as a juror?

7          A JUROR:  No.

8          THE COURT:  Thank you.  Please stand if you are a

9     member or supporter of any neighborhood or community watch

10    groups or adjunct police forces, if you've ever done a

11    ride-along with a law enforcement officer or engaged in similar

12    activities or supported similar organizations.  The answer is

13    yes.  Yes, sir?

14         A JUROR:  301.

15         THE COURT:  Yes, sir.

16         A JUROR:  I've done a ride-along with my dad.

17         THE COURT:  And your dad is?  Remind us.

18         A JUROR:  I'm sorry.  Retired DC policeman.

19         THE COURT:  And when's the last time you did a

20    ride-along?

21         A JUROR:  Twelve years ago.

22         THE COURT:  And how many total times did you do such?

23         A JUROR:  Like four.

24         THE COURT:  Why don't you tell the jury what a

25    ride-along is, by the way?

1          A JUROR:  Basically, I just rode, that's basically

2    what it is.  I just rode along with him during one of his, one

3    of his days at work.

4          THE COURT:  While he was on patrol.

5          A JUROR:  Correct.

6          THE COURT:  Would this affect your ability to serve

7    fairly as a juror in this case?

8          A JUROR:  No.

9          THE COURT:  Thank you.  Yes, ma'am.

10         A JUROR:  152.  I did a ride-along as part of my

11   course work in college.  With PG County.

12         THE COURT:  Would the experience in any way affect

13   your ability to serve as a juror.

14         A JUROR:  No.

15         THE COURT:  Thank you.  Yes, sir.

16         A JUROR:  386.  I spent part of my career as a photo

17   journalist and I have done several ride-alongs with state police

18   and local police, doing things as speed control and things like

19   that.

20         THE COURT:  I see.  You a photo journalist.

21         A JUROR:  I previously was, yes.

22         THE COURT:  Did you appear at crime scenes?

23         A JUROR:  Yes.

24         THE COURT:  And for how long were you engaged in that

25   pursuit?

1          A JUROR:  About 25 years.

2          THE COURT:  In what jurisdictions?

3          A JUROR:  Mostly in Annapolis.

4          THE COURT:  In Annapolis.  Would your experiences as a

5     journalist or as a photo journalist in particular, or as a

6     ride-along, in any way affect your ability to serve as a juror?

7          A JUROR:  No, sir.

8          THE COURT:  Thank you very much.  Yes, sir.

9          A JUROR:  Juror 215.

10          THE COURT:  Yes, sir.

11          A JUROR:  The church I was previously a member of

12     tried to develop their own version of a Scared Smart sort of

13     program and they were taking high school youth and youth through

14     a walk through the City Jail or state pen.  And I did that one

15     time.

16          THE COURT:  How long ago was that?

17          A JUROR:  Probably two or more years ago.

18          THE COURT:  All right.  Would that experience in any

19     way affect your ability to serve as a juror?

20          A JUROR:  No, sir.

21          THE COURT:  Thank you.  Please stand if you are a

22     member or donor to the National Rifle Association or any similar

23     organization whose mission is, in whole or in part, the

24     legalization of guns or support for greater accessibility to

25     firearms.  You or a close family member or close personal

1    friend.  Yes, sir.

2              A JUROR:  367.  I'm an member.

3              THE COURT:  And for how long, approximately?

4              A JUROR:  Two years.  My son has just got into

5    hunting.

6              THE COURT:  And would your association with the in any

7    way affect your ability to serve as a juror?

8              A JUROR:  No, sir.

9              THE COURT:  Thank you very much.  Yes, sir, up top.

10             A JUROR:  31.

11             THE COURT:  Yes.

12             A JUROR:  Brother is in NRA and we go hunting.

13             THE COURT:  Would your brother's association affect

14   your ability to serve as a juror?

15             A JUROR:  No.

16             THE COURT:  Thank you.  Yes, sir.

17             A JUROR:  Number 379.

18             THE COURT:  Yes.

19             A JUROR:  I'm a past NRA member.  My brother is a

20   member.

21             THE COURT:  No longer, you're no longer currently a

22   member?

23             A JUROR:  No, I'm not.

24             THE COURT:  Would your past association or the

25   association of your brother with the NRA in any way affect your

1     ability to serve as a juror?

2          A JUROR:  No, it would not.

3          THE COURT:  Thank you very much.  Yes, sir.  Up top.

4          A JUROR:  Number 32.  Past member of the NRA.

5          THE COURT:  Would that association in the past affect

6     your ability to serve as a juror?

7          A JUROR:  No.

8          THE COURT:  Thank you very much.  Yes, sir.

9          A JUROR:  Number 14.

10         THE COURT:  Yes.

11         A JUROR:  My dad was or may still be a member of the

12    National Rifle Association.  I'm not sure.

13         THE COURT:  I see.  Would your knowledge, assuming he

14    is today and acknowledging that he formerly was, would that

15    affect your ability to serve as a juror?

16         A JUROR:  It wouldn't.

17         THE COURT:  Thank you very much.  Yes, ma'am?  Okay.

18    Yes, sir.

19         A JUROR:  223.  Not currently a member.  I do have

20    concerns about prohibited persons and firearms under any

21    circumstances.

22         THE COURT:  Now, when you say you have concerns, are

23    you able to, with those concerns, to put aside any preconceived

24    ideas or beliefs, listen to the evidence presented in this case,

25    follow the Court's instructions, and render a fair and impartial

1    verdict based solely on the evidence presented?

2          A JUROR:  I don't believe so.

3          THE COURT:  Okay.  We're going to excuse you.  I'm

4    sorry.  Your number once again?

5          A JUROR:  223.

6          THE COURT:  223.  Thank you very much for being

7    available to us.  Yes, ma'am.

8          A JUROR:  264.

9          THE COURT:  Yes.

10         A JUROR:  I'm from Somerset County.  My whole family's

11    part of the NRA.  I mean, we kind of do that from the time we're

12    16.

13         THE COURT:  I understand.

14         A JUROR:  It's a family gift.  But no, it would not

15    cause me to have any problem serving.

16         THE COURT:  All right.  Thank you very much.  Yes,

17    sir.

18         A JUROR:  301.  My father and brother are members of

19    the NRA.

20         THE COURT:  And would that affect your ability to

21    serve as a juror?

22         A JUROR:  No.

23         THE COURT:  Thank you.  Please stand if you have a

24    close family member or close personal friend who has, who was

25    shot.  Just give me your number, please, and you may resume your

1     seat.

2                     A JUROR:  77.

3                     THE COURT:  Okay.

4                     A JUROR:  215.

5                     A JUROR:  168.

6                     A JUROR:  31.

7                     A JUROR:  83.

8                     A JUROR:  73.

9                     A JUROR:  101.

10                    A JUROR:  263.

11                    A JUROR:  314.

12                    A JUROR:  19.

13                    A JUROR:  400.

14                    A JUROR:  439.

15                    THE COURT:  All right.  Clearly, ladies and gentlemen,

16     that question overlaps with prior questions and we'll speak to

17     you here at the bench regarding those circumstances.  Please

18     stand if you or a close family member have previously or

19     presently abused illegal narcotics substances and/or sought

20     treatment for such use in the past or presently.  Please stand

21     and just give us your juror number.

22                     Again, there will be overlap perhaps to earlier

23     questions.  Just give us your juror number, please, and we will

24     speak to you here at the bench.

25                     A JUROR:  19.

1         A JUROR:  14.

2         A JUROR:  343.

3         A JUROR:  313.

4         A JUROR:  263.

5         A JUROR:  264.

6         A JUROR:  326.

7         A JUROR:  367.

8         A JUROR:  70.

9         A JUROR:  290.

10         A JUROR:  83.

11         A JUROR:  87.

12         A JUROR:  215.

13         A JUROR:  168.

14         A JUROR:  213.

15         A JUROR:  207.

16         A JUROR:  108.

17         THE COURT: Yes, sir?

18         A JUROR:  441.

19         A JUROR:  427.

20         THE COURT:  All right.

21         A JUROR:  195.

22         THE COURT:  Thank you.  Again, we'll speak to each of

23    you here at the bench with respect to our follow-up questions

24    regarding that question.  There have been prior proceedings in

25    this case, ladies and gentlemen, the Court has conducted a

1    number of hearings.  And there may be, in the course of the

2    trial of this case, mention of prior proceedings in this case

3    and perhaps even the use of transcripts of prior proceedings in

4    this case.  The Court will instruct you appropriately as to the

5    proper use of prior testimony by anyone.

6          But is there anyone among you who would make, find it

7    difficult to adhere to the Court's instructions not to pay

8    attention to the fact that there may have been prior proceedings

9    in this case and not to speculate about the nature of those

10   proceedings?

11         The answer is no.

12         As I told you earlier, among the rights each defendant

13   enjoys in a criminal case is the right to be present, and there

14   is the correlative right not to be present.  Is there anyone

15   among you who, if one or more defendants in this case chose not

16   to attend one or more sessions of the trial, who would find it

17   difficult to adhere to the Court's instructions and continue to

18   be fair and impartial?

19         The answer is no.

20         Please stand if you or a close family member or close

21   personal friend presently or previously worked in a drug

22   treatment program of any sort, or substance abuse treatment

23   program.  Yes, ma'am.

24         A JUROR:  I worked on the ground --

25         THE COURT:  Your number, please?

1          A JUROR:  390.  I worked on the grounds of Springfield

2     Hospital Center, Reagan Recovery Center.  And I worked down at a

3     detox center in Baltimore.

4          THE COURT:  What was your professional affiliation or

5     your role?

6          A JUROR:  I'm a nurse.

7          THE COURT:  And do you continue to work in that field?

8          A JUROR:  No, I don't.

9          THE COURT:  Would your training and experience in any

10    way affect your ability to serve as a juror in this case?

11         A JUROR:  No, it would not.

12         THE COURT:  Thank you very much.  Yes, ma'am.

13         A JUROR:  195.  I worked in alcoholism for a couple of

14    years but that was a long time ago.

15         THE COURT:  In what capacity?

16         A JUROR:  I was, again, like the administrative

17    assistant, secretary.

18         THE COURT:  I see.  So you didn't give direct services

19    to patients or clients?

20         A JUROR:  No.

21         THE COURT:  Would your experience in any way affect

22    your ability to serve as a juror?

23         A JUROR:  No.

24         THE COURT:  Thank you.  Yes, ma'am.

25         A JUROR:  168.

```
 1                    THE COURT:  Yes.

 2                    A JUROR:  I'm presently an addictions counselor.

 3                    THE COURT:  Here in Baltimore?

 4                    A JUROR:  Yes.

 5                    THE COURT:  How long have you been so employed?

 6                    A JUROR:  Three years.

 7                    THE COURT:  And do you have formal training leading up

 8     to that position?

 9                    A JUROR:  Yes.

10                    THE COURT:  And what substances do your clients

11     present with, generally?

12                    A JUROR:  Mostly, I deal with methadone patients.  And

13     prior to that it was abstinence patients.

14                    THE COURT:  I see.  Would your training and experience

15     as an addictions counselor affect your ability fairly and

16     impartially to judge the facts of this case?

17                    A JUROR:  No, it would not.

18                    THE COURT:  You could be fair to the defense and to

19     the government?

20                    A JUROR:  Yes.

21                    THE COURT:  Thank you very much.  Yes, sir.

22                    A JUROR:  Number 14.

23                    THE COURT:  Yes, sir.

24                    A JUROR:  In 2002 to 2004, I worked with a series of

25     homeless shelters as operation manager and we had some
```

1    components that address that issue.

2              THE COURT:  You didn't work directly in that capacity?

3              A JUROR:  I didn't.

4              THE COURT:  Would your association in that regard

5    affect your ability to serve as a juror?

6              A JUROR:  No, it wouldn't.

7              THE COURT:  Thank you very much.  Yes, sir.

8              A JUROR:  My best friend --

9              THE COURT:  Your number, please?

10             A JUROR:  I'm sorry.  427.

11             THE COURT:  Yes.

12             A JUROR:  Best friend who's involved with NA and AA.

13             THE COURT:  Would your knowledge of your friend's

14   experiences and training affect your ability?

15             A JUROR:  No, sir.

16             THE COURT:  Thank you.  Please stand if you are a

17   member or contributor to any organizations that work for the

18   legalization or decriminalization of any drugs or prohibited

19   substances.

20             The answer is none.

21             Please stand if you or a close family member or close

22   personal friend have had any interaction with or concerns about

23   any neighborhood gangs.  Your number, please.

24             A JUROR:  176.

25             THE COURT:  All right.  You may be seated.  We'll

1    speak to you here at the bench.

2          Yes, sir.

3          A JUROR:  215.

4          THE COURT:  We'll speak to you here at the bench.

5          A JUROR:  374.

6          THE COURT:  Thank you.  Please stand if you have any

7    religious, ethical, or moral beliefs, knowledge, or attitudes

8    that may make it difficult for you to serve fairly and

9    impartially as a juror in this case.

10         The answer is none.

11         Please stand if you have any reservations whatsoever

12    in favor of the prosecution or against the prosecution or in

13    favor of the defense or against the defense concerning the

14    administration of criminal justice in our country.

15         Your number, please, sir?  Were you standing in

16    response to that question, because you stood up before I

17    finished it?

18         A JUROR:  One.

19         THE COURT:  All right.  We'll speak to you here at the

20    bench.  As I said to you earlier, the defendants in every

21    criminal case are presumed innocent unless and until a jury

22    properly instructed and fairly and impartially considering the

23    evidence presented during the trial concludes beyond a

24    reasonable doubt that the defendant is guilty.  Is there anyone

25    who does not understand that instruction?

1          (No response.)

2          THE COURT:  The defendants are equally presumed

3     innocent at this very moment as they were when you first walked

4     into this courtroom this morning.  And I don't say they're even

5     more presumed innocent because there is no more.  A defendant in

6     a criminal case is presumed innocent.  That presumption is

7     strong at the beginning of the case.  It's strong during the

8     jury selection.  It's strong during the trial.  It's strong

9     throughout the proceedings unless and until the jury, having

10    been instructed and fairly and impartially evaluating and

11    weighing the evidence presented, concludes beyond a reasonable

12    doubt that a defendant has been shown to be guilty.

13          Is there any member of the panel who does not

14    understand that or who may not be able to adhere to that

15    instruction?

16          (No response.)

17          THE COURT:  The answer is none.  Please stand if you

18    have heard of or seen or heard others discussing something

19    called the Stop Snitching video.  The record will reflect that

20    numerous jurors, perhaps half of those remaining in the room,

21    have stood.

22          Hand out the microphones, please.  Please remain

23    standing.  Your number, please?

24          A JUROR:  One.

25          THE COURT:  You've heard of the Stop Snitching video?

1          A JUROR:  Yes.

2          THE COURT:  Have you seen it?

3          A JUROR:  Parts of it on the news clips.

4          THE COURT:  On the news clips.  And without telling us

5     what you think of it or how much of it you saw, would having

6     seen it affect your ability fairly and impartially to judge the

7     fact of this case?

8          A JUROR:  No.

9          THE COURT:  You could put aside the information you

10    received, whatever it was, concerning the so-called Stop

11    Snitching video, and render a fair and impartial verdict?

12         A JUROR:  Yes.

13         THE COURT:  Thank you very much.  Next.

14         A JUROR:  Number 19.

15         THE COURT:  Yes.  Have you seen the video?

16         A JUROR:  No.  I have not.

17         THE COURT:  Have you heard of it?

18         A JUROR:  Only on the news.

19         THE COURT:  Have you discussed it with anyone?

20         A JUROR:  No, I have not.

21         THE COURT:  Would whatever knowledge you have of it

22    affect your ability fairly and impartially to judge the facts of

23    this case?

24         A JUROR:  No, it would not.

25         THE COURT:  Thank you very much.  Yes, ma'am.

1          A JUROR:  374.

2          THE COURT:  Just one moment, please.  Yes, Ms. Rhodes.

3          MS. RHODES:  Your Honor, I would ask that we be able

4     to inquire about this issue at the bench with the other matters.

5          THE COURT:  Is that because of the evidence that we

6     discussed?

7          MS. RHODES:  Yeah.  The sensitivity of the situation

8     and the issues.  Concerns I'm going to say something that might

9     taint others.

10          THE COURT:  Well, okay.  What we'll do, ladies and

11     gentlemen, I'll accede to counsel's request.  Rather than have

12     you respond to my follow-up questions regarding the Stop

13     Snitching video, I'm going to ask you simply to identify

14     yourself by your number.  And during the individual voir dire,

15     many of you are coming up, anyway, to discuss perhaps other

16     matters, we will also have you tell us what, if anything, you

17     know about and what your attitude may be towards the so-called

18     Stop Snitching video.

19          So would you just give us your number, please, and you

20     may resume your seat, ma'am.

21          A JUROR:  374.

22          THE COURT:  All right.

23          A JUROR:  380.

24          A JUROR:  383.

25          A JUROR:  386.

```
1              A JUROR:  387.

2              A JUROR:  389.

3              A JUROR:  399.

4              A JUROR:  301.

5              A JUROR:  326.

6              A JUROR:  270.

7              A JUROR:  263.

8              A JUROR:  314.

9              A JUROR:  313.

10             A JUROR:  308.

11             A JUROR:  249.

12             A JUROR:  245.

13             A JUROR:  195.

14             A JUROR:  204.

15             A JUROR:  207.

16             A JUROR:  213.

17             A JUROR:  215.

18             A JUROR:  240.

19             A JUROR:  176.

20             A JUROR:  168.

21             A JUROR:  163.

22             A JUROR:  145.

23             A JUROR:  102.

24             A JUROR:  73.

25             A JUROR:  108.
```

1           A JUROR:  134.

2           A JUROR:  143.

3           A JUROR:  80.

4           A JUROR:  78.

5           A JUROR:  70.

6           A JUROR:  31.

7           A JUROR:  400.

8           A JUROR:  402.

9           A JUROR:  407.

10          A JUROR:  410.

11          A JUROR:  441.

12          THE COURT:  Thank you, ladies and gentlemen.  Please

13   listen to this question carefully.  I know you've listened to

14   all of them carefully.  And this will be directed at those of

15   you who just indicated some knowledge, however great, however

16   little, about the so-called Stop Snitching video.  If the

17   evidence in this case were to suggest that one or more of the

18   defendants in this case were involved with the Stop Snitching

19   video, based on what little or however much you know about the

20   Stop Snitching video, and from whatever source those of you who

21   think you have some information, if the evidence were to suggest

22   that any one or more of the defendants were involved in the Stop

23   Snitching video, would that affect your ability to serve fairly

24   and impartially as a juror in this case?  However little it

25   might affect, would it affect your ability at all in fairly and

144

```
1    impartially judging the facts of this case?

2              Your number, please, sir.

3              A JUROR:  80.

4              THE COURT:  All right.  My question is, based on what

5    you know or think you know about the Stop Snitching video, you

6    believe that if there were evidence in this case that one or

7    more defendants may have been involved in that video, it might

8    affect your ability such that you couldn't serve as a juror?

9              A JUROR:  Correct.

10             THE COURT:  All right.  We're going to excuse you.

11   Thank you very much.

12             A JUROR:  Yes, sir.

13             A JUROR:  78.

14             THE COURT:  Just one moment.  Ms. Rhodes.

15             MS. RHODES:  Your Honor, again, I would ask that we be

16   able to inquire about these at the bench.

17             THE COURT:  Well, the jurors are being excused if they

18   can't set aside.  We don't need to speak to them at the bench.

19   Yes, sir, your number.

20             A JUROR:  78.

21             THE COURT:  And you have been exposed to the Stop

22   Snitching video?

23             A JUROR:  I'm familiar with it through the news.

24             THE COURT:  And you don't believe you could serve

25   fairly and impartially as a juror if there were evidence in this
```

1    case that one or more defendants may have been involved in that

2    video?

3         A JUROR:  That's correct.

4         THE COURT:  All right.  We're going to excuse you.

5    Thank you.  I'm sorry.  What was the last juror who was just

6    excused?  80.  And this juror was?  78?  Thank you.  Just one

7    moment, please.

8         MR. HARDING:  Your Honor, may we briefly approach the

9    bench?

10        THE COURT:  No.  Let me finish with these jurors and

11   I'll hear counsel at the bench.  Yes.  Who has the mike?

12        A JUROR:  204.

13        THE COURT:  Yes, ma'am.  You've heard my earlier

14   questions to those jurors.  Is your answer the same?  You

15   believe that you would not be able fairly and impartially to

16   judge the case?

17        A JUROR:  I believe that I couldn't.

18        THE COURT:  All right.  Thank you.  We're going to

19   excuse you, ma'am.  Yes, sir.  Your number?

20        A JUROR:  245.

21        THE COURT:  Same answer?

22        A JUROR:  Unfortunately, yes.

23        THE COURT:  All right.  Thank you.  We're going to

24   excuse you.  That was 245, correct?

25        A JUROR:  Yes.

```
1              THE COURT:  All right.  Yes, sir.

2              A JUROR:  240.

3              THE COURT:  You heard my earlier questions.

4              A JUROR:  That's correct.

5              THE COURT:  Same answer?

6              A JUROR:  That's correct, Your Honor.

7              THE COURT:  All right.  Thank you.  Yes, sir.

8              A JUROR:  301.

9              THE COURT:  Same question, same answer?

10             A JUROR:  Yes.

11             THE COURT:  Thank you very much.

12             A JUROR:  326.

13             THE COURT:  Yes, sir.  Same question, same answer?

14             A JUROR:  Yes.

15             THE COURT:  All right.  You're excused.  Yes, ma'am.

16             A JUROR:  270.

17             THE COURT:  270?

18             A JUROR:  Yes, sir.

19             THE COURT:  All right.  Same question, same answer?

20             A JUROR:  Yes, sir.

21             THE COURT:  All right.  We will excuse you, ma'am.

22     Thank you.  Yes, sir.

23             A JUROR:  441.

24             THE COURT:  Same question?

25             A JUROR:  Same question, different answer.
```

1          THE COURT:  Same answer?

2          A JUROR:  No.  I'm unsure.  I know about the video.  I

3     don't know what evidence would be presented.  But it just

4     clicked in my mind that I should because I'm unsure.

5          THE COURT:  Thank you very much, sir.  You are

6     excused.  The rest of you who had some familiarity with the Stop

7     Snitching video but who, based on what you know and your ability

8     to be fair and impartial, have indicated by your non-response to

9     the last question that while you may know something about it,

10    you could continue to be fair and impartial even if there were

11    evidence in this case suggesting that one or more defendants

12    might have been involved in that.  And we will see you here at

13    the bench with follow-up questions.

14         Okay.  Having heard all of my prior questions and

15    thinking about the intent of those questions and the spirit of

16    those questions, recognizing that the purpose of the questions

17    was to give you an opportunity to bring to our attention matters

18    that may have a bearing on your ability to serve fairly and

19    impartially as a juror in this case, is there any other reason

20    whatsoever, whether I touched on it in an earlier question or

21    not, any reason whatsoever based on any experience you've had,

22    any knowledge, belief or opinion that you presently hold or

23    previously held, any reason whatsoever, that you could not serve

24    fairly and impartially as a juror if selected in this case?

25    Your number, please.

1            A JUROR:  187.

2            THE COURT:  All right.  We'll speak to you here at the

3    bench.

4            A JUROR:  282.

5            THE COURT:  All right.

6            A JUROR:  249.

7            THE COURT:  All right.

8            A JUROR:  83.

9            THE COURT:  All right.  All right.  Counsel.

10           A JUROR:  One.

11           THE COURT:  Oh, I'm sorry.  I apologize.  Counsel,

12    please approach.

13           (Bench conference on the record.)

14           THE COURT:  So are you going to tell me you're not

15    going to introduce it?

16           MR. HARDING:  No.

17           THE COURT:  I didn't think that's what you were going

18    to tell me.  What did you want to say about that Stop Snitching?

19           MR. HARDING:  We didn't think it was a fair line of

20    questioning to the government, Your Honor.  But since it's over

21    with now, it's pointless.

22           MS. COBURN:  Cannot hear what Mr. Harding said.

23           THE COURT:  Mr. Harding said he thought it was an

24    unfair line of questioning from the government's perspective, to

25    try to identify the people who not only knew about the Stop

1    Snitching video, but were willing to stand and say that would

2    probably disqualify them.

3            I agree, Mr. Harding.  I could have plumbed the depths

4    a little more diligently but I think we only lost five or six

5    jurors, and I think you'll have the opportunity to rehabilitate

6    any of the other Stop Snitching jurors.

7            Are you satisfied, Ms. Rhodes, that additional

8    questioning was limited in such a way that it wasn't

9    prejudicial?

10           MS. RHODES:  Yes, Your Honor.

11           THE COURT:  All right.  Are there any additional

12   requests for voir dire from the government?  Have I not covered

13   something you wanted me to cover?

14           MR. HARDING:  No, Your Honor.

15           THE COURT:  From Mr. Mitchell?

16           MS. RHODES:  Nothing else, Your Honor.

17           THE COURT:  Mr. Harris?

18           MR. MARTIN:  Your Honor, I can't say my at advanced

19   age I can remember everything I asked you to ask so I'll make a

20   general objection that if you didn't cover it, I think you did.

21           THE COURT:  Okay.  Thank you, Mr. Martin.  And Mr.

22   Martin?  And Mr. Gardner?

23           MR. COBURN:  Your Honor, I think that Mr. Kurland's

24   got a couple of additional.

25           THE COURT:  Can you just whisper in his ear, Mr.

1    Kurland, while you're back there?  What's the gist of it, Mr.

2    Coburn?

3                MR. COBURN:  The gist of it, Your Honor, is just that

4    Mr. Kurland's got a concern about when Your Honor asked that

5    question about prior proceedings, whether that would have any

6    affect on them.  It was prior proceedings just in this case.

7    But we had prior proceedings in other cases.

8                THE COURT:  I think, I think they got it.  All right.

9                I would invite some of you to return to your seats.  I

10   think we have enough receivers so that only one of counsel for

11   each defendant can come to the bench.

12               MR. MARTIN:  Mr. Crowe says he can't hear.  He just

13   had it on.

14               THE COURT:  Great.  So he should have a seat.  You'll

15   be able to hear better with the listening devices.

16               MR. MARTIN:  I think he was trying the listening

17   device.  I think he said it wasn't working, but it probably

18   wasn't on yet.  And my client's not interested in putting it on.

19   It looks like he's not interested in --

20               THE COURT:  Okay.  Yeah.  If the defendants don't want

21   to.

22               MR. HARDING:  Your Honor, does this rule apply to the

23   government, Your Honor?

24               THE COURT:  No.  No.  Unless you can do without Mr.

25   Hanlon.

1           MR. HARDING:  I can't do without Mr. Hanlon, Your

2      Honor.

3           THE COURT:  All right.  If you'll step to the side,

4      we'll start with the individual voir dire.

5           It's now 3:30.  It seems pretty clear, frankly, that

6      unless we go well past 5:00, we're not likely to finish this

7      today.

8           Does anybody have a view about whether we just bring

9      this group back tomorrow and start fresh tomorrow morning?  Do

10     you want to try to -- because even if we get through the voir

11     dire, it's going to take you all 30 minutes at least to pick a

12     jury.

13          MR. COBURN:  At least, with all those.

14          THE COURT:  And of course, I still don't know how many

15     you're going to have.  But whatever I give you, I'm going to

16     permit you to exercise them jointly so there will be lots of

17     back and forth.

18          MR. MARTIN:  We have to have some time.

19          THE COURT:  Exactly.  Exactly.  Maybe we should call

20     it a day.

21          MR. COBURN:  That strikes me as a good idea.

22          THE COURT:  Anybody?  Does the Government have a

23     feeling?

24          MR. HARDING:  No.  We don't have --

25          THE COURT:  We have 76.  So even assuming we lose

1    another 20, if we're, I think I'm going to be able to give the

2    defense maybe 20 strikes, maybe 15.  Why don't we send them

3    home.

4            MR. MARTIN:  Your Honor, for what it's worth, I don't

5    think we're going to have any trouble getting done what you want

6    to get done tomorrow.

7            THE COURT:  Let's do that.

8            (End of bench conference.)

9            THE COURT:  Change of plans, ladies and gentlemen.  It

10   is now 3:35 and the process took a little longer than I had

11   hoped.  But we still made excellent progress.  I've conferred

12   with counsel and it is our really unanimous view that it makes

13   more sense for us to bring you all back tomorrow morning and

14   conclude the voir dire tomorrow morning than it does to push

15   ahead this afternoon and try to conclude it this afternoon.

16           Clearly, the individual voir dire is a serious part,

17   of course, of the voir dire process.  And I want to be sure to

18   give each of you a full opportunity to come up here and share

19   with us whatever is of concern to you, to answer our questions,

20   and to get your questions answered if you have any.

21           I'm afraid that if we began that process now, with the

22   need for recess this afternoon, we would end up keeping most of

23   you way past the time that I had hoped to be able to let you go

24   today.

25           So what we will do is we will now recess for the day

1 and I will have each of you come back tomorrow, report no later

2 than 9:15 tomorrow morning in the jury section on the Fourth

3 Floor, as you did this morning.  And I expect to resume the voir

4 dire process at 9:30 tomorrow morning.

5   Once again, as we did this afternoon, one of my law

6 clerks will greet you upstairs at about 9:30 and escort you back

7 to the courtroom.  Once again, I will ask you to enter the

8 courtroom and take a seat.  You will not have to assume the

9 seats you occupy now.  It will be available to you to sit

10 wherever you like.

11   And specifically, for those of you who are now seated

12 in the jury box to my right, as you can see there are now

13 sufficient seats in the gallery so that when you come in

14 tomorrow morning from the Fourth Floor, we will ask you to take

15 a seat in the gallery.

16   Promptly at 9:30 tomorrow we will begin the individual

17 voir dire process whereby, in groups of five or six or seven at

18 a time, you'll form a line near the stairway over there.  You

19 will approach the bench one at a time and provide us with the

20 additional information that you need to provide us to complete

21 your answers to those questions which were asked today, and

22 where I need to follow-up questions.

23   I am confident with a fresh start tomorrow morning we

24 can get that process completed fairly promptly, whereupon we

25 will then make the final selections of the jury in this case.

1    And those of you who are not selected will be excused with our

2    thanks, I assure you well before lunch.  And those of you who

3    are selected will be seated in the jury box and we will begin

4    the trial tomorrow.

5         In the meantime, let me emphasize what you've heard me

6    say repeatedly all day today.  You are to have no discussion

7    whatsoever about the case, about my summary of the indictment.

8    You are to have no discussion whatsoever with anyone about the

9    voir dire process.  No discussion about the questions that were

10   asked.  No discussion about any of the answers that were

11   provided by your fellow jurors or by yourself.

12        And this instruction to you to have no discussion

13   includes no discussion with family and friends at home tonight,

14   no discussion among yourselves as you depart the courtroom or as

15   you assemble in the jury section on the Fourth Floor tomorrow

16   morning.

17        Again, I emphasize, there is to be no research of any

18   sort.  Don't go online to look up anything.  Don't use any

19   dictionaries, legal or non-legal, to look up any words you may

20   have heard me use today.  Don't question friends or associates

21   about what they may have heard.  Don't visit the scene of any of

22   the addresses that I mentioned earlier today, even assuming you

23   remember them.  In other words, go about your business as you

24   would even if you had not been here in the federal courthouse

25   all day today.

1         For purposes of what you are able to talk about and do

2    during this overnight recess, you weren't even here today.

3         My instructions, as I've said before, are critically

4    important to maintain both the dignity and the fairness of these

5    proceedings.  And so I have total confidence that on your oath

6    you will adhere to all of my instructions as you have heard and

7    understood them.

8         There are still, I believe, a few of you who earlier

9    today expressed some concern about conflicts, travel or work.  I

10   assure you we are very much aware of that.  We haven't

11   overlooked that.  And we will address those issues appropriately

12   tomorrow.

13        So please be here tomorrow no later than 9:15.  The

14   courthouse opens at 8:30.  So arrive at any time that's

15   convenient for you.

16        Go to the Fourth Floor Jury Assembly Room and make

17   yourself comfortable.  Bring your coffee or buy coffee on the

18   first floor or have coffee in the jury room.  Just make yourself

19   comfortable.  Do not discuss the case in any way, shape or form

20   at any time.

21        We can't start tomorrow morning until all 76 of you

22   are here.  So please, I know you will make every effort and

23   actually achieve arrival on time, no later than 9:15, again, I

24   emphasize, on the Fourth Floor.

25        Do not come into this courtroom until my law clerk

1       greets you on the Fourth Floor and instructs you it's time to

2       come to the fourth, to the First Floor.

3               Just so that you know, those of you who are selected,

4       I expect we'll be in session tomorrow but not beyond 4:00 in the

5       afternoon.  Normally, as I mentioned this morning, we will sit

6       until about five.  Again, sometimes a little before five,

7       sometimes just a little bit past five.  But tomorrow I don't

8       expect to be in session beyond four and certainly not beyond

9       4:30.  So it will be a brief, a briefer session tomorrow than we

10      will normally have.

11              Those of you who are not selected, again, I expect to

12      be able to dismiss you by mid-morning.  So you should plan to go

13      to work or to go on about your business unless you are selected

14      as one of the jurors for this trial.

15              I remind those of you who live some distance from

16      Baltimore, under our rules a juror who resides more than 50

17      miles from the site of the trial is entitled to have, if he or

18      she wishes, a hotel room here in Downtown Baltimore during the

19      trial so that if you live more than 50 miles from this

20      courthouse and you wish to take advantage of that opportunity,

21      if you're selected, I assure you arrangements will be made for

22      you to stay in Downtown Baltimore and you won't have to make the

23      drive or travel back and forth between your home and the

24      courthouse if you're selected.

25              The government will cover the expenses that you incur

1    in staying at a hotel and your meals, in addition to your normal

2    jury fee and the parking and mileage allowance.

3         I hope that I've answered most of your questions.  I'm

4    sure I haven't answered all of them.  But again, let me express

5    my appreciation for the manner in which you have conducted

6    yourselves to make it possible for us to conduct these

7    proceedings with the dignity and the fairness and efficiency

8    that we all so much want to achieve.

9         So you are now excused until 9:15 tomorrow to report

10   on the Fourth Floor in the Jury Assembly Room, to be brought

11   down to the courtroom tomorrow at about 9:30.  We'll see you all

12   tomorrow morning, ladies and gentlemen.

13        (Jury exits the courtroom at 3:47 p.m.)

14        THE COURT:  I want to express my thanks to all of you

15   for helping out.  I especially want to thank Belinda and my law

16   clerks for the excellent job they did in managing the jury.

17        I must confess that, like most of you, I suppose, it

18   was quite a surprise when only one juror had been exposed to any

19   knowledge about the case.  But in my wonderment at that I simply

20   overlooked the possibility that the Stop Snitching question

21   might elicit such a broad-based response.

22        So we'll resume at 9:30 tomorrow.  And I'm confident

23   that we can get the jury seated between, well, certainly before

24   12:00 and hopefully by 11:30, in which event I expect we'll

25   probably take an early lunch and start with opening statements

1    after lunch rather than before.

2              Anything for the good of the order?

3              MR. COBURN:  Could I mention just a couple of quick

4    things?

5              THE COURT:  You broke the rule, Mr. Coburn.

6              MR. COBURN:  I did.  I'm sorry.

7              THE COURT:  I think that's your second or first

8    violation?

9              MR. COBURN:  At least my second, Your Honor.  Two

10   strikes.  The first thing I just wanted to let Your Honor know,

11   I think the problem is the use of the husher, that when the

12   background noise is on, the little listening devices can't,

13   don't seem to be able to be used.  At least that's what Mr.

14   Kurland's telling me.  And I think Mr. Pyne, also, was unable to

15   hear here when the husher device was on.  Just want to let Your

16   Honor know.

17             THE COURT:  Let's test it tomorrow morning.  Maybe I

18   need to get closer to this mike because the listening, the

19   receivers are supposed to pick up this mike and these mikes so

20   they shouldn't be affected by the husher.  But maybe what you're

21   saying is just the husher noise in the room impedes.

22             Anyway, we'll test it tomorrow and see what we can do.

23             MR. COBURN:  I appreciate it very much, Your Honor.

24   The only other thing I wanted to mention, this will be very

25   quick, is that Mr. Gardner, unlike the other defendants in this

1    case, has been for a long, long time incarcerated at Jessup.

2    And I just wanted to make sure that the marshals were taking him

3    back there as opposed to Cumberland or something like that

4    because --

5            THE COURT:  No.  No.  Of course.  They're going to

6    keep him close by.  I'm not even sure they're going to take him

7    back to Jessup.

8            MR. COBURN:  He's working on -- it would be much

9    appreciated if he could go back.

10            THE COURT:  I don't think so.  I don't think any of

11   the marshals who are present are certain.  But I believe, I've

12   been told that they've got a bed for them here in Baltimore for

13   the duration of the trial.

14            A MARSHAL:  Here in Baltimore City.

15            THE COURT:  Yes.  Thank you, Deputy Johnson.  So he'll

16   be in Baltimore.

17            MR. COBURN:  Thank you, Your Honor.

18            THE COURT:  All right?  See, Mr. Coburn, your

19   co-counsel didn't violate the rule.

20            MR. COBURN:  I know.  I'm learning from him every day,

21   Your Honor.  I just did it again.

22            MR. KURLAND:  Good afternoon, Your Honor.  Your Honor,

23   before opening statements, I take it that the parties will have

24   a chance to talk with the Court about certain kind of procedural

25   ground rule issues.

1          THE COURT:  Sure.

2          MR. KURLAND:  And evidence issues.  Also, just to

3     clarify with respect to the husher.  The husher overwhelms to

4     the point where, as it was being used this afternoon, I couldn't

5     hear a word because the husher was just overwhelming everything.

6          THE COURT:  Okay.  I'm not sure what to do about that

7     because if you're all the way down there, you won't hear a word,

8     either.

9          MR. KURLAND:  I understand that.  But I'm simply

10    saying from the standpoint of the lawyers that are up there, we

11    can't, we can't follow all the proceedings, and our clients

12    can't as well.  So I'm just informing the Court of that reality.

13    However, it's dealt with --

14         THE COURT:  Okay.  Maybe, we don't have ear plugs, do

15    we?  If we could shut down the off ear?

16         MR. KURLAND:  Look, I'm --

17         THE COURT:  Really stick it in the other ear.

18         MR. KURLAND:  I'll stick it any ear.  With respect to

19    how to handle it, I don't know.

20         THE COURT:  Okay.  We'll do our best, Mr. Kurland.

21    Thank you.

22         MR. COBURN:  Your Honor, could I have ten more

23    seconds?

24         THE COURT:  Only if you're at the mike.

25         MR. COBURN:  I appreciate it very much.  I just want

1    to let Your Honor know, my client generally has been very easy

2    to work with, you know, particularly recently.  This issue is

3    something he's got extremely strong feelings about because, just

4    to let Your Honor know --

5              THE COURT:  I'm sorry.  What issue?

6              MR. COBURN:  The issue about where he's housed during

7    the length of the trial.

8              THE COURT:  It's closed.  The issue is closed.

9              MR. COBURN:  Is there any way of getting his materials

10   from Jessup up here?

11             THE COURT:  The issue is closed.

12             MR. COBURN:  Okay.  Understood.

13             THE COURT:  He will be housed here in Baltimore for

14   the duration of the trial.

15             All right.  Thank you very much, counsel.  We're in

16   recess until 9:30 tomorrow morning.

17             (Conclusion of Proceedings at 3:53 p.m.)

18

19

20

21

22

23

24

25

1                    REPORTER'S CERTIFICATE

2


3          I, Mary M. Zajac, do hereby certify that I recorded

4    stenographically the proceedings in the matter of USA v. Willie

5    Mitchell, et al., Case Number(s) AMD-04-029, on September 15,

6    2008.

7          I further certify that the foregoing pages constitute

8    the official transcript of proceedings as transcribed by me to

9    the within matter in a complete and accurate manner.

10         In Witness Whereof, I have hereunto affixed my signature

11   this _____ day of _____, 2009.

12

13

14

15              _____

                Mary M. Zajac,
16              Official Court Reporter

17

18

19

20

21

22

23

24

25

**'**

**'07** [1] - 114:9
**'87** [1] - 114:6
**'88** [2] - 41:7, 114:6
**'89** [1] - 41:6
**'92** [1] - 41:7
**'objection'** [1] - 4:25

**1**

**1** [1] - 33:13
**1-A** [1] - 95:19
**10** [4] - 7:14, 33:13, 33:14, 61:6
**101** [5] - 1:25, 7:25, 92:12, 100:19, 132:9
**102** [3] - 7:25, 100:21, 142:23
**108** [7] - 8:7, 8:8, 70:18, 92:21, 100:23, 133:16, 142:25
**10:47** [1] - 7:9
**11** [3] - 7:14, 26:14, 99:14
**11:30** [1] - 157:24
**12** [3] - 26:17, 61:6, 114:3
**120** [1] - 53:5
**122** [1] - 3:20
**127** [2] - 8:8, 49:14
**128** [2] - 8:8, 48:20
**12:00** [1] - 157:24
**12th** [1] - 19:22
**13** [1] - 26:22
**132** [2] - 8:8, 48:13
**134** [4] - 8:8, 92:22, 100:25, 143:1
**136** [3] - 8:9, 101:2, 113:22
**14** [9] - 7:14, 26:24, 80:14, 93:16, 99:16, 107:8, 130:9, 133:1, 136:22
**142** [2] - 8:9, 101:4
**143** [4] - 8:9, 101:6, 121:21, 143:2
**144** [2] - 8:9, 101:8
**145** [4] - 8:9, 101:10, 110:24, 142:22
**15** [9] - 1:11, 3:9, 27:2, 44:2, 44:4, 44:5, 113:2, 152:2, 162:5
**152** [4] - 8:9, 101:12, 111:14, 127:10
**153** [2] - 8:9, 61:17
**156** [3] - 8:10, 101:14, 112:13

**157** [3] - 8:10, 56:1, 56:2
**16** [3] - 24:19, 27:4, 131:12
**163** [4] - 8:10, 101:16, 112:21, 142:21
**168** [3] - 8:10, 73:1, 92:20, 101:18, 132:5, 133:13, 135:25, 142:20
**17** [4] - 18:9, 27:6, 27:11, 90:17
**17-year-old-son** [1] - 89:12
**174** [2] - 8:10, 54:14
**176** [6] - 8:10, 72:18, 92:19, 101:20, 137:24, 142:19
**18** [2] - 27:7, 83:20
**180** [2] - 8:10, 53:22
**186** [2] - 8:11, 101:22
**187** [5] - 8:11, 92:18, 101:24, 113:11, 148:1
**18th** [1] - 21:22
**19** [9] - 7:15, 27:10, 27:12, 93:17, 99:18, 132:12, 132:25, 140:14
**195** [7] - 8:11, 93:2, 102:1, 125:3, 133:21, 135:13, 142:13
**196** [2] - 8:12, 51:24
**199** [2] - 8:12, 52:4
**1994** [2] - 21:22, 24:9
**1:15** [1] - 97:7
**1st** [1] - 46:13

**2**

**20** [6] - 69:17, 74:17, 74:25, 79:20, 152:1, 152:2
**2000** [1] - 19:22
**2002** [12] - 22:20, 22:24, 23:7, 23:10, 23:19, 23:22, 24:25, 26:9, 26:16, 26:21, 27:4, 136:24
**2004** [3] - 24:10, 27:8, 136:24
**2005** [1] - 27:13
**2006** [1] - 21:22
**2008** [2] - 1:11, 162:6
**2009** [1] - 162:11
**204** [6] - 8:12, 93:1, 102:3, 124:19, 142:14, 145:12
**207** [5] - 8:12, 92:25, 102:5, 133:15, 142:15
**20th** [2] - 51:3, 51:6
**21** [4] - 7:15, 51:1, 51:6,

99:20
**21201** [1] - 1:25
**213** [7] - 8:12, 32:14, 92:24, 102:7, 124:10, 133:14, 142:16
**215** [10] - 8:13, 52:16, 73:19, 92:23, 102:9, 128:9, 132:4, 133:12, 138:3, 142:17
**22** [1] - 83:8
**221** [6] - 8:13, 41:22, 41:23, 74:14, 86:21, 87:9
**223** [6] - 8:13, 102:11, 110:16, 130:19, 131:5, 131:6
**237** [4] - 8:14, 53:12, 53:14, 53:15
**240** [4] - 8:14, 102:13, 142:18, 146:2
**244** [3] - 8:14, 93:9, 102:15
**245** [6] - 8:15, 102:17, 121:14, 142:12, 145:20, 145:24
**249** [6] - 8:16, 8:17, 93:3, 102:19, 142:11, 148:6
**24th** [3] - 23:10, 23:19, 26:21
**25** [5] - 7:15, 61:22, 69:17, 84:6, 128:1
**256** [3] - 8:17, 56:15
**258** [2] - 8:19, 102:21
**25th** [2] - 23:10, 23:19
**263** [6] - 8:19, 93:4, 102:23, 132:10, 133:4, 142:7
**264** [5] - 8:20, 93:5, 102:25, 131:8, 133:5
**270** [7] - 8:20, 75:20, 93:6, 103:2, 142:6, 146:16, 146:17
**27th** [10] - 22:20, 22:23, 23:7, 24:25, 26:9, 26:16, 57:3, 57:5, 61:1, 61:2
**281** [3] - 8:20, 36:20, 103:4
**282** [5] - 8:20, 93:7, 103:6, 110:10, 148:4
**28th** [3] - 22:20, 22:24, 23:7
**290** [3] - 8:20, 103:8, 133:9
**299** [3] - 8:20, 93:8, 103:10
**29th** [4] - 61:1, 61:8, 61:9, 61:12
**2:20** [1] - 55:22
**2:30** [7] - 55:19, 55:20, 55:21, 97:7, 97:15,

97:21, 99:2
**2nd** [1] - 46:13

**3**

**3** [1] - 98:25
**30** [6] - 3:15, 7:15, 54:17, 68:10, 68:20, 151:11
**301** [8] - 8:21, 81:25, 93:10, 103:12, 126:14, 131:18, 142:4, 146:8
**303** [3] - 8:21, 103:14, 109:21
**308** [3] - 8:21, 103:16, 142:10
**30th** [1] - 49:6
**31** [8] - 7:15, 67:24, 92:11, 99:22, 115:1, 129:10, 132:6, 143:6
**313** [4] - 8:22, 103:18, 133:3, 142:9
**314** [8] - 8:22, 77:13, 77:15, 93:12, 103:20, 109:10, 132:11, 142:8
**315** [4] - 8:22, 56:23, 103:22, 108:10
**319** [2] - 8:22, 57:8
**32** [5] - 7:17, 7:18, 7:19, 99:24, 130:4
**321** [5] - 8:22, 57:20, 58:10, 76:10, 76:14
**323** [3] - 8:22, 29:23, 29:24
**326** [6] - 8:23, 93:11, 103:24, 133:6, 142:5, 146:12
**327** [2] - 8:23, 59:19
**330** [4] - 8:23, 84:11, 104:1, 108:2
**331** [2] - 8:23, 104:3
**333** [4] - 8:23, 58:21, 59:3, 59:4
**334** [2] - 8:24, 104:5
**336** [4] - 8:24, 79:14, 86:2, 86:19
**34** [4] - 7:17, 7:20, 46:25, 47:1
**340** [4] - 8:24, 93:14, 104:7, 121:16
**343** [5] - 8:24, 93:13, 104:9, 125:22, 133:2
**344** [5] - 8:24, 59:5, 76:16, 76:18, 85:18
**347** [4] - 8:24, 40:10, 40:17, 40:18
**35** [2] - 44:20, 64:24
**350** [8] - 8:25, 60:22, 81:6, 90:19, 91:2, 91:3,

104:11
**355** [2] - 8:25, 85:3
**366** [2] - 8:25, 104:12
**367** [6] - 8:25, 93:15, 104:14, 125:16, 129:2, 133:7
**371** [8] - 8:25, 29:14, 29:16, 30:5, 83:3, 89:6
**373** [9] - 9:1, 28:12, 29:14, 29:16, 29:17, 30:5, 82:9, 106:9, 106:10
**374** [7] - 9:2, 93:18, 104:16, 121:18, 138:5, 141:1, 141:21
**379** [3] - 9:2, 104:18, 129:17
**380** [4] - 9:2, 93:19, 104:20, 141:23
**383** [3] - 9:3, 104:22, 141:24
**386** [5] - 9:3, 60:2, 104:24, 127:16, 141:25
**387** [7] - 9:3, 93:20, 105:1, 107:17, 107:18, 107:19, 142:1
**389** [4] - 9:3, 83:18, 105:3, 142:2
**39** [5] - 7:20, 47:14, 92:10, 100:1, 114:18
**390** [1] - 135:1
**399** [4] - 9:3, 84:3, 105:5, 142:3
**3:30** [1] - 151:5
**3:35** [1] - 152:10
**3:47** [1] - 157:13
**3:53** [1] - 161:17

**4**

**4** [2] - 58:18, 98:4
**40** [1] - 54:17
**400** [8] - 9:4, 63:2, 63:6, 63:7, 94:4, 105:7, 132:13, 143:7
**402** [4] - 9:5, 94:5, 105:9, 143:8
**407** [3] - 9:5, 105:11, 143:9
**410** [5] - 9:5, 63:20, 105:13, 117:12, 143:10
**413** [2] - 9:5, 105:15
**415** [2] - 9:6, 105:17
**417** [3] - 9:6, 90:5, 90:16
**419** [5] - 9:6, 65:5, 87:13, 105:19
**427** [6] - 9:6, 93:24, 105:20, 122:1, 133:19, 137:10

**432** [5] - 9:6, 94:3, 105:22, 117:19, 121:24
**434** [2] - 9:7, 62:6
**439** [4] - 9:7, 94:2, 105:24, 132:14
**4400** [1] - 28:1
**441** [10] - 9:7, 32:5, 94:1, 106:4, 106:5, 118:5, 126:3, 133:18, 143:11, 146:23
**444** [4] - 9:8, 64:19, 93:25, 106:1
**4500** [1] - 28:2
**49** [3] - 7:20, 66:19, 89:20
**4:00** [3] - 54:22, 99:1, 156:4
**4:30** [2] - 58:19, 156:9

**5**

**5** [4] - 43:24, 43:25, 44:1, 58:14
**50** [7] - 7:20, 66:3, 87:24, 88:12, 88:13, 156:16, 156:19
**5515** [1] - 1:24
**58** [2] - 7:20, 56:7
**5:00** [3] - 57:24, 57:25, 151:6
**5:30** [1] - 44:8

**6**

**64** [3] - 7:20, 38:24, 39:11
**65** [4] - 7:21, 44:14, 44:17, 46:1
**67** [3] - 7:21, 69:14, 100:3
**6776** [1] - 70:6

**7**

**7** [1] - 33:17
**70** [7] - 7:21, 68:25, 92:14, 100:5, 116:21, 133:8, 143:5
**73** [11] - 7:21, 7:22, 7:23, 8:1, 8:2, 50:4, 69:22, 106:13, 106:14, 132:8, 142:24
**75** [1] - 97:8
**76** [2] - 151:25, 155:21
**77** [6] - 7:23, 92:13, 100:7, 116:9, 121:19, 132:2
**78** [6] - 7:23, 100:9,

143:4, 144:13, 144:20, 145:6
**7th** [2] - 23:22, 27:4

**8**

**80** [7] - 7:23, 46:4, 92:15, 100:11, 143:3, 144:3, 145:6
**80%** [1] - 119:11
**83** [7] - 7:24, 46:17, 92:16, 100:13, 132:7, 133:10, 148:8
**84** [2] - 7:24, 100:15
**8618** [1] - 27:25
**87** [5] - 7:24, 71:11, 100:17, 123:22, 133:11
**8:30** [1] - 155:14
**8th** [1] - 50:8

**9**

**9** [1] - 44:8
**90** [7] - 7:24, 40:22, 48:9, 71:20, 92:17, 106:7, 106:8
**90's** [1] - 83:20
**95** [4] - 7:24, 47:22, 48:11, 48:12
**9:15** [4] - 153:2, 155:13, 155:23, 157:9
**9:30** [7] - 43:24, 153:4, 153:6, 153:16, 157:11, 157:22, 161:16

**A**

**a.m** [1] - 7:9
**AA** [1] - 137:12
**Aaron** [2] - 38:1, 40:3
**ability** [90] - 10:5, 12:18, 13:3, 59:12, 63:12, 64:5, 65:1, 65:15, 65:24, 66:12, 67:13, 68:7, 69:9, 69:19, 70:14, 71:8, 71:16, 72:3, 72:23, 73:5, 74:4, 74:11, 75:9, 76:2, 77:4, 79:6, 79:9, 79:11, 80:11, 80:24, 81:16, 81:22, 82:6, 82:25, 83:24, 84:8, 88:5, 107:5, 107:14, 107:24, 108:6, 108:24, 109:7, 109:18, 110:7, 110:13, 110:21, 111:11, 112:10, 112:18, 113:7, 113:19, 114:14, 114:23, 116:6, 116:18, 117:7, 117:16,

118:2, 118:16, 119:3, 119:15, 119:25, 122:7, 124:6, 124:15, 125:12, 126:5, 127:6, 127:13, 128:6, 128:19, 129:7, 129:14, 130:1, 130:6, 130:15, 131:20, 135:10, 135:22, 136:15, 137:5, 137:14, 140:6, 140:22, 143:23, 143:25, 144:8, 147:7, 147:18
**able** [21] - 3:18, 11:7, 19:9, 35:24, 45:4, 49:16, 60:15, 83:11, 87:5, 98:9, 130:23, 139:14, 141:3, 144:16, 145:15, 150:15, 152:1, 152:23, 155:1, 156:12, 158:13
**absent** [2] - 7:23, 15:3
**absolute** [1] - 33:14
**Absolutely** [3] - 53:6, 72:16, 87:11
**absolutely** [7] - 35:5, 57:6, 59:8, 87:7, 91:6, 91:9, 96:11
**abstinence** [1] - 136:13
**abuse** [1] - 134:22
**abused** [1] - 132:19
**accede** [1] - 141:11
**accept** [2] - 2:12, 2:18
**acceptance** [2] - 2:14, 98:1
**accepted** [2] - 2:15, 62:8
**accessibility** [1] - 128:24
**accord** [1] - 35:11
**accordance** [2] - 14:16, 18:13
**account** [5] - 12:16, 88:17, 120:5, 120:11, 122:24
**accountant** [1] - 47:16
**accurate** [1] - 162:9
**accused** [1] - 17:15
**accuses** [1] - 26:20
**achieve** [2] - 155:23, 157:8
**achieving** [1] - 20:8
**acknowledge** [1] - 3:4
**acknowledging** [1] - 130:14
**ACLU** [1] - 123:15
**acquaintances** [1] - 90:9
**acquitted** [1] - 16:23
**Act** [9] - 18:25, 22:18, 23:4, 23:13, 23:17, 23:21, 23:25, 24:2, 24:5
**act** [4] - 23:8, 23:16,

25:3, 27:13
**active** [2] - 10:7, 76:22
**activities** [9] - 20:5, 20:20, 22:3, 24:12, 72:7, 80:23, 88:25, 119:8, 126:12
**activity** [7] - 17:15, 22:9, 22:15, 22:16, 24:13, 37:18, 68:4
**acts** [7] - 19:20, 21:6, 22:10, 22:14, 22:16, 24:13, 25:24
**Adam** [2] - 1:22, 31:16
**addictions** [2] - 136:2, 136:15
**addition** [1] - 157:1
**additional** [4] - 149:7, 149:11, 149:24, 153:20
**address** [4] - 3:11, 70:22, 137:1, 155:11
**addresses** [1] - 154:22
**adhere** [7] - 3:2, 16:13, 86:6, 134:7, 134:17, 139:14, 155:6
**adhered** [1] - 9:25
**adjunct** [1] - 126:10
**administers** [1] - 10:24
**administration** [1] - 138:14
**Administrative** [1] - 70:2
**administrative** [2] - 125:10, 135:16
**advanced** [1] - 149:18
**advantage** [1] - 156:20
**advised** [1] - 122:15
**affairs** [1] - 22:8
**affect** [90] - 34:6, 59:12, 63:12, 64:5, 65:1, 65:14, 65:24, 66:11, 67:13, 68:6, 69:9, 69:19, 70:14, 71:8, 71:16, 72:3, 72:23, 73:5, 74:4, 74:11, 75:9, 76:1, 77:4, 79:5, 79:9, 79:11, 80:11, 80:24, 81:16, 81:22, 82:6, 82:25, 83:24, 84:8, 84:12, 107:5, 107:13, 107:24, 108:6, 108:23, 109:6, 109:18, 110:7, 110:13, 110:21, 111:10, 112:9, 112:18, 113:7, 113:19, 114:14, 114:23, 116:6, 116:18, 117:7, 117:15, 117:16, 118:2, 118:16, 119:3, 119:14, 119:24, 122:7, 122:13, 124:5, 124:15, 125:12, 126:5, 127:6, 127:12, 128:6, 128:19, 129:7,

129:13, 129:25, 130:5, 130:15, 131:20, 135:10, 135:21, 136:15, 137:5, 137:14, 140:6, 140:22, 143:23, 143:25, 144:8, 150:6
**affected** [3] - 20:5, 22:4, 158:20
**affecting** [1] - 14:18
**affects** [1] - 48:24
**affiliation** [1] - 135:4
**affixed** [1] - 162:10
**afford** [5] - 34:16, 34:25, 48:7, 52:10, 53:24
**aforethought** [1] - 22:22
**afraid** [1] - 152:21
**African** [1] - 120:5
**African-American** [1] - 120:5
**afternoon** [22] - 12:23, 36:19, 43:25, 44:3, 56:19, 96:6, 97:1, 97:16, 97:18, 97:21, 98:4, 99:1, 99:4, 99:7, 152:15, 152:22, 153:5, 156:5, 159:22, 160:4
**afternoons** [1] - 55:15
**age** [1] - 149:19
**agency** [7] - 62:19, 62:21, 62:23, 70:10, 83:24, 120:18
**Agent** [3] - 30:24, 40:2
**agent** [5] - 5:24, 6:5, 19:24, 77:22, 77:24, 78:2, 78:3, 79:17
**agents** [5] - 6:3, 30:16, 30:22, 65:9, 79:8
**ago** [17] - 28:17, 28:23, 35:2, 37:8, 37:9, 52:7, 56:25, 64:23, 64:24, 91:8, 125:6, 125:7, 125:8, 126:21, 128:16, 128:17, 135:14
**agree** [2] - 22:6, 149:3
**agreed** [1] - 22:13
**agreement** [1] - 123:1
**agreements** [2] - 122:17, 122:20
**ahead** [2] - 78:15, 152:15
**aide** [1] - 70:2
**Air** [1] - 68:3
**Al** [1] - 40:2
**al** [1] - 162:5
**Alabama** [3] - 109:16, 109:17, 113:25
**Alcohol** [2] - 79:5, 83:21
**alcoholism** [1] - 135:13

**alert** [1] - 30:4
**Alexander** [1] - 38:16
**alive** [1] - 113:23
**allegation** [2] - 89:22, 119:7
**allegations** [2] - 22:17, 28:7
**alleged** [11] - 22:16, 23:6, 24:9, 24:13, 25:2, 25:13, 26:3, 26:8, 26:18, 26:19, 88:15
**alleges** [2] - 23:4, 26:20
**allotment** [1] - 98:20
**allowance** [1] - 157:2
**allowed** [1] - 13:4
**Almost** [1] - 11:5
**alone** [2] - 27:14, 116:25
**alongs** [1] - 127:17
**Alternating** [1] - 6:5
**Alvin** [1] - 36:9
**AMD-04-029** [2] - 1:6, 162:5
**America** [1] - 18:1
**AMERICA** [1] - 1:5
**American** [1] - 120:5
**amount** [2] - 52:10, 62:1
**analyst** [1] - 111:19
**Andre** [3] - 1:13, 9:14, 39:22
**Andrea** [1] - 39:18
**Andrew** [1] - 36:15
**Angela** [2] - 39:18, 39:21
**Angus** [1] - 40:20
**Anna** [2] - 39:24, 40:4
**Annapolis** [6] - 70:4, 115:6, 115:7, 115:25, 128:3, 128:4
**Anne** [10] - 33:11, 41:3, 54:18, 55:2, 66:5, 66:9, 68:12, 71:21, 71:22, 80:16
**Announce** [1] - 8:6
**annual** [1] - 50:19
**answer** [44] - 11:7, 11:9, 11:10, 11:12, 11:19, 11:20, 13:16, 13:22, 13:23, 13:24, 13:25, 14:2, 31:22, 32:1, 35:16, 41:21, 43:1, 88:23, 91:17, 92:7, 119:16, 120:3, 120:10, 120:16, 120:22, 121:8, 122:8, 123:5, 126:12, 134:11, 134:19, 137:20, 138:10, 139:17, 145:14, 145:21, 146:5, 146:9, 146:13, 146:19, 146:25,

147:1, 152:19
**answered** [7] - 12:7, 12:25, 13:25, 91:19, 152:20, 157:3, 157:4
**answering** [2] - 11:8
**answers** [5] - 13:9, 16:2, 16:4, 153:21, 154:10
**Anthony** [6] - 23:15, 23:18, 25:15, 26:20, 26:25, 38:8
**anticipate** [1] - 12:22
**Anyway** [1] - 158:22
**anyway** [2] - 55:13, 141:15
**apart** [1] - 119:22
**apologize** [3] - 30:1, 117:10, 148:11
**appear** [4] - 50:5, 50:7, 97:11, 127:22
**Appearances** [1] - 1:15
**apply** [2] - 5:8, 150:22
**applying** [2] - 78:3, 79:4
**appointed** [1] - 34:13
**appoints** [1] - 34:16
**appreciate** [5] - 5:10, 51:20, 95:3, 158:23, 160:25
**appreciated** [1] - 159:9
**appreciates** [1] - 94:21
**appreciation** [2] - 9:11, 157:5
**approach** [7] - 3:3, 4:14, 37:16, 97:24, 145:8, 148:12, 153:19
**appropriate** [3] - 19:2, 24:14, 94:19
**appropriately** [2] - 134:4, 155:11
**approval** [1] - 54:7
**April** [1] - 40:4
**Arcangelo** [2] - 40:7, 64:10
**area** [3] - 21:13, 64:15, 66:24
**arises** [1] - 26:18
**Arlene** [1] - 36:17
**armed** [4] - 19:21, 20:12, 21:6, 24:23
**arrangements** [2] - 49:4, 156:21
**array** [1] - 112:4
**arrest** [2] - 20:23, 37:7
**Arrington** [1] - 10:22
**arrival** [1] - 155:23
**arrive** [1] - 155:14
**arrived** [1] - 8:2
**arriving** [1] - 5:20
**articles** [1] - 96:14
**Arundel** [10] - 33:11,

41:3, 54:18, 55:3, 66:5, 66:9, 68:12, 71:21, 71:22, 80:16
**ashamed** [1] - 87:11
**aside** [7] - 72:13, 77:8, 83:14, 85:10, 130:23, 140:9, 144:18
**aspect** [5] - 28:9, 34:4, 77:5, 96:10, 97:5
**assemble** [2] - 95:15, 154:15
**Assembly** [5] - 95:12, 97:9, 97:21, 155:16, 157:10
**assigned** [3] - 49:7, 75:3
**assistant** [6] - 30:12, 30:15, 63:22, 117:12, 125:10, 135:17
**assisting** [2] - 10:9, 10:23
**associated** [3] - 20:4, 22:2, 32:12
**associates** [13] - 20:2, 20:11, 20:21, 20:23, 21:3, 21:5, 21:12, 21:16, 66:23, 68:6, 77:6, 85:20, 154:20
**associates'** [1] - 20:19
**Association** [2] - 128:22, 130:12
**association** [10] - 118:16, 124:1, 124:5, 125:11, 129:6, 129:13, 129:24, 129:25, 130:5, 137:4
**assume** [5] - 58:1, 95:7, 98:2, 98:15, 153:8
**assumed** [1] - 78:2
**assuming** [4] - 77:24, 130:13, 151:25, 154:22
**assumption** [1] - 78:1
**assure** [9] - 7:1, 12:14, 46:15, 53:2, 59:11, 84:16, 154:2, 155:10, 156:21
**assured** [1] - 2:25
**ATF** [5] - 68:14, 77:18, 77:20, 79:8, 81:20
**attempted** [1] - 21:5
**attend** [1] - 134:16
**attention** [10] - 10:4, 10:16, 10:19, 10:22, 11:15, 59:10, 72:14, 134:8, 147:17
**attitude** [2] - 119:13, 141:17
**attitudes** [1] - 138:7
**attorney** [17] - 30:10, 34:16, 34:25, 40:7,

63:22, 64:15, 107:10, 109:12, 112:14, 113:22, 114:18, 115:15, 115:19, 117:13, 117:19, 118:5
**Attorney** [1] - 30:11
**attorney's** [1] - 31:20
**Attorney's** [1] - 113:15
**attorneys** [9] - 30:13, 30:15, 32:8, 32:16, 108:13, 108:14, 109:13, 118:6, 118:7
**audit** [1] - 47:16
**August** [1] - 21:22
**aunt** [1] - 74:1
**available** [5] - 49:16, 49:19, 56:10, 131:7, 153:9
**Avenue** [2] - 28:1, 28:2
**avoid** [5] - 46:22, 47:20, 51:13, 57:6, 58:12
**aware** [4] - 44:9, 60:3, 84:14, 155:10
**Ayesha** [1] - 38:1

---

**B**

**babysitter** [1] - 52:10
**background** [4] - 68:16, 78:22, 89:8, 158:12
**Bacon** [1] - 36:16
**bad** [1] - 86:24
**balance** [1] - 96:21
**Baltimore** [47] - 1:12, 1:25, 9:16, 19:17, 21:13, 28:2, 28:3, 38:17, 39:6, 41:19, 42:5, 42:6, 42:8, 50:5, 54:18, 55:2, 55:12, 69:15, 71:22, 73:22, 74:9, 74:16, 74:17, 74:21, 75:5, 75:22, 75:23, 76:20, 76:21, 76:25, 81:9, 83:6, 84:5, 112:24, 116:10, 116:24, 135:3, 136:3, 156:16, 156:18, 156:22, 159:12, 159:14, 159:16, 161:13
**bar** [1] - 10:8
**barbeques** [1] - 67:1
**bargains** [1] - 122:23
**Barnes** [1] - 36:9
**barrier** [1] - 39:12
**Barry** [2] - 1:22, 31:14
**base** [2] - 21:16, 67:20
**baseball** [1] - 80:5
**based** [15] - 14:15, 15:18, 15:21, 16:23, 25:12, 72:15, 73:16, 77:10, 83:12, 131:1, 143:19, 144:4, 147:7,

147:21, 157:21
**Based** [3] - 78:5, 78:8, 85:21
**basic** [1] - 14:7
**basketball** [1] - 67:3
**Batson** [1] - 38:19
**bear** [1] - 14:13
**bearing** [2] - 10:5, 147:18
**become** [1] - 78:3
**becomes** [1] - 10:8
**bed** [1] - 159:12
**began** [1] - 152:21
**begin** [6] - 5:17, 8:16, 8:21, 9:19, 153:16, 154:3
**beginning** [1] - 139:7
**begins** [1] - 17:7
**Behalf** [5] - 1:15, 1:17, 1:18, 1:20, 1:21
**behind** [4] - 6:3, 53:20, 113:9, 114:16
**Behind** [1] - 60:21
**belief** [3] - 2:3, 119:13, 147:22
**beliefs** [5] - 85:11, 89:8, 119:23, 130:24, 138:7
**believes** [1] - 17:2
**Belinda** [2] - 6:10, 157:15
**bench** [22] - 12:21, 13:2, 13:4, 75:18, 94:9, 110:4, 132:17, 132:24, 133:23, 138:1, 138:4, 138:20, 141:4, 144:16, 144:18, 145:9, 145:11, 147:13, 148:3, 150:11, 152:8, 153:19
**Bench** [1] - 148:13
**beneficial** [1] - 57:18
**benefits** [6] - 44:21, 49:15, 49:17, 49:22, 58:23, 123:2
**Benson** [2] - 30:23, 39:25
**Berger** [1] - 38:3
**Best** [2] - 56:22, 137:12
**best** [9] - 28:10, 33:8, 34:5, 48:18, 71:21, 77:21, 97:14, 137:8, 160:20
**Better** [1] - 108:8
**better** [6] - 6:4, 13:23, 19:8, 45:22, 96:16, 150:15
**between** [4] - 5:25, 98:25, 156:23, 157:23
**beyond** [2] - 3:1, 15:7, 15:14, 16:25, 19:4, 24:18, 91:13, 138:23, 139:11, 156:4, 156:8

**Bianca** [1] - 36:7
**binding** [4] - 9:24, 14:13, 16:14, 97:4
**bit** [4] - 14:5, 39:12, 44:1, 156:7
**black** [1] - 7:11
**Blackberries** [1] - 96:13
**blank** [1] - 3:10
**block** [1] - 28:2
**Bo** [1] - 18:2
**body** [1] - 88:8
**Bond** [1] - 36:13
**booked** [1] - 49:4
**Booking** [1] - 70:25
**born** [2] - 82:18, 84:12
**Boroshok** [1] - 40:2
**boss** [3] - 47:17, 56:4, 56:5
**bothered** [1] - 48:6
**BOTRELL** [1] - 40:6
**Bottrell** [1] - 40:6
**box** [3] - 9:4, 153:12, 154:3
**boyfriend** [1] - 76:7
**Boynton** [1] - 38:7
**boys** [1] - 52:9
**Bramble** [1] - 28:1
**brand** [1] - 55:7
**break** [2] - 84:17, 98:23
**Brian** [3] - 30:24, 39:15, 40:1
**Brief** [1] - 5:19
**brief** [3] - 4:16, 27:15, 156:9
**briefer** [1] - 156:9
**briefly** [7] - 3:11, 5:14, 9:10, 15:23, 24:21, 27:25, 145:8
**Bring** [1] - 155:17
**bring** [7] - 10:3, 10:16, 14:13, 59:10, 147:17, 151:8, 152:13
**bringing** [2] - 10:19, 15:6
**brings** [1] - 17:24
**broad** [2] - 62:20, 157:21
**broad-based** [1] - 157:21
**broader** [1] - 25:3
**broke** [3] - 7:2, 7:8, 158:5
**brother** [14] - 69:14, 75:22, 83:5, 84:5, 108:13, 109:3, 109:4, 110:10, 115:3, 115:4, 115:7, 129:19, 129:25, 131:18
**Brother** [1] - 129:12

**brother's** [2] - 71:20, 129:13
**brother-in-law** [3] - 69:14, 75:22, 84:5
**brother-in-law's** [1] - 110:10
**brothers** [3] - 13:14, 29:7, 29:8
**brought** [3] - 2:20, 27:18, 157:10
**Brown** [6] - 23:6, 25:10, 26:9, 26:12, 26:16, 38:8
**Buchanan** [1] - 120:6
**burden** [6] - 15:4, 15:5, 15:9, 27:19, 91:12
**Bureau** [2] - 79:5, 83:21
**business** [11] - 5:13, 12:11, 19:24, 20:20, 46:8, 47:18, 57:2, 57:10, 57:14, 154:23, 156:13
**buy** [2] - 55:4, 155:17
**BWI** [2] - 36:25, 37:18
**Byrd** [1] - 36:12

**C**

**California** [2] - 48:22, 82:12
**Calpin** [1] - 36:16
**candid** [1] - 10:14
**cannot** [2] - 13:18, 13:25
**Cannot** [1] - 148:22
**capacity** [2] - 77:23, 135:15, 137:2
**Capital** [1] - 70:2
**car** [1] - 55:4
**cards** [3] - 67:1, 67:3, 81:13
**care** [5] - 46:19, 50:6, 52:12, 57:1, 71:13
**career** [1] - 127:16
**careful** [1] - 18:20
**carefully** [3] - 11:17, 143:13, 143:14
**Carl** [1] - 39:22
**Carolina** [1] - 84:11
**Carroll** [1] - 75:24
**carry** [1] - 24:12
**carrying** [1] - 17:3
**CASE** [1] - 1:6
**Case** [1] - 162:5
**case** [115] - 2:13, 9:18, 10:6, 13:4, 14:8, 14:9, 14:15, 14:22, 15:4, 15:8, 15:12, 15:21, 16:1, 16:12, 16:14, 16:18, 17:6, 17:7, 17:13, 17:18, 17:25, 18:1, 18:12, 19:8,

24:16, 27:16, 27:24, 28:8, 28:10, 28:15, 28:16, 28:22, 29:6, 29:11, 30:9, 34:7, 35:8, 35:12, 43:5, 46:15, 49:2, 63:13, 64:6, 66:12, 67:14, 73:16, 77:9, 79:9, 80:25, 83:12, 88:14, 88:18, 88:21, 89:2, 90:13, 94:24, 96:2, 96:21, 97:1, 97:2, 97:3, 97:5, 98:4, 119:16, 120:1, 120:4, 120:6, 120:8, 120:14, 122:8, 122:13, 122:15, 122:19, 123:1, 123:4, 124:6, 124:16, 125:13, 125:19, 125:25, 127:7, 130:24, 133:25, 134:2, 134:4, 134:9, 134:13, 134:15, 135:10, 136:16, 138:9, 138:21, 139:6, 139:7, 140:7, 140:23, 143:17, 143:18, 143:24, 144:1, 144:6, 145:1, 145:16, 147:11, 147:19, 147:24, 150:6, 153:25, 154:7, 155:19, 157:19, 159:1
**cases** [6] - 12:18, 15:2, 15:19, 112:2, 114:11, 150:7
**catch** [1] - 3:4
**Catholic** [2] - 55:1, 126:3
**Center** [2] - 80:17, 135:2
**center** [1] - 135:3
**Central** [1] - 70:25
**certain** [9] - 9:21, 33:15, 33:18, 43:16, 109:16, 122:16, 123:2, 159:11, 159:24
**certainly** [6] - 9:7, 34:21, 45:20, 46:22, 156:8, 157:23
**certainty** [1] - 33:14
**CERTIFICATE** [1] - 162:1
**certify** [2] - 162:3, 162:7
**chairs** [1] - 7:11
**challenge** [1] - 90:21
**champion** [1] - 38:17
**chance** [2] - 57:2, 159:24
**Change** [1] - 152:9
**change** [2] - 57:16, 58:6
**changes** [1] - 91:10
**character** [1] - 88:18
**charge** [2] - 17:23, 24:19

**charged** [18] - 17:16, 18:8, 18:18, 18:23, 23:15, 25:4, 25:7, 25:9, 25:11, 25:14, 25:20, 25:24, 27:14, 91:24, 92:4, 94:25, 121:2, 122:19
**charges** [35] - 14:23, 15:6, 16:20, 16:23, 17:7, 17:16, 21:2, 21:11, 21:15, 21:20, 22:12, 23:8, 23:13, 23:17, 23:21, 23:25, 24:2, 24:5, 24:22, 25:14, 25:17, 26:7, 26:11, 26:14, 27:2, 27:4, 27:6, 27:7, 27:12, 27:16, 27:18, 88:18, 88:24, 96:4, 121:3
**charging** [1] - 17:10
**Charities** [1] - 126:3
**charities** [1] - 125:22
**charity** [1] - 125:22
**Charles** [1] - 65:6
**Cheatham** [1] - 39:24
**check** [3] - 29:20, 68:16, 96:23
**Cherry** [9] - 36:18, 36:22, 36:23, 36:24, 37:11, 37:15, 37:17, 37:21
**Child** [2] - 64:3, 117:13
**children** [2] - 13:14, 48:15, 56:18
**Childs** [2] - 38:21, 39:14
**choose** [4] - 13:8, 15:2, 17:22, 95:20
**chooses** [1] - 98:22
**chose** [1] - 134:15
**chosen** [3] - 53:1, 60:19, 67:20
**Chris** [2] - 36:15, 38:9
**Christopher** [2] - 36:16, 38:6
**church** [2] - 74:8, 128:11
**CIA** [1] - 81:20
**Circuit** [2] - 50:5, 50:11
**circuit** [1] - 114:1
**circumstances** [7] - 28:7, 33:4, 34:1, 35:4, 53:9, 130:21, 132:17
**City** [15] - 42:5, 50:5, 69:15, 73:23, 74:9, 74:16, 74:21, 75:22, 75:23, 81:10, 112:23, 112:25, 113:14, 128:14, 159:14
**civil** [2] - 98:4, 113:5
**Civil** [1] - 68:3

**clarification** [1] - 4:17
**clarified** [2] - 6:20, 60:4
**clarify** [2] - 13:21, 160:3
**Clash** [1] - 36:7
**class** [1] - 54:2, 58:18
**Classes** [1] - 58:14
**classes** [3] - 53:17, 58:6, 58:13
**Claudus** [1] - 38:18
**clear** [2] - 6:22, 151:5
**Clearly** [2] - 132:15, 152:16
**clerk** [3] - 10:23, 12:2, 155:25
**CLERK** [4] - 7:18, 7:22, 8:1, 42:16
**clerked** [1] - 115:25
**clerks** [6] - 3:8, 11:24, 95:17, 97:11, 153:6, 157:16
**clicked** [1] - 147:4
**client** [3] - 34:20, 47:17, 161:1
**client's** [1] - 150:18
**clients** [4] - 30:18, 135:19, 136:10, 160:11
**climate** [1] - 21:12
**clips** [2] - 140:3, 140:4
**clock** [2] - 97:6, 97:8
**Close** [1] - 67:8
**close** [33] - 13:7, 13:9, 13:11, 13:12, 42:3, 42:19, 44:16, 62:17, 66:21, 67:7, 77:19, 79:2, 91:23, 92:3, 106:15, 113:13, 118:16, 119:3, 120:17, 128:25, 131:24, 132:18, 134:20, 137:21, 159:6
**closed** [3] - 161:8, 161:11
**closer** [2] - 54:20, 77:14, 158:18
**closest** [1] - 75:23
**co** [1] - 159:19
**co-counsel** [1] - 159:19
**coach** [2] - 40:20, 41:2
**Coach** [1] - 40:23
**Coburn** [1] - 1:22, 4:14, 5:6, 31:14, 32:25, 33:19, 150:2, 158:5, 159:18
**COBURN** [22] - 4:16, 5:5, 5:10, 7:8, 31:13, 148:22, 149:23, 150:3, 151:13, 151:21, 158:3, 158:6, 158:9, 158:23, 159:8, 159:17, 159:20, 160:22, 160:25, 161:6, 161:9, 161:12
**cocaine** [8] - 20:14,

**coconspirator** [1] - 21:16, 21:17, 24:7, 24:8, 89:1

**coconspirator** [1] - 22:14

**coffee** [3] - 155:17, 155:18

**Coker** [2] - 36:10, 39:25

**colleagues** [2] - 50:10, 112:9

**college** [1] - 127:11

**color** [1] - 120:12

**combine** [1] - 22:5

**comfortable** [3] - 97:10, 155:17, 155:19

**coming** [2] - 53:17, 141:15

**comments** [2] - 96:7, 96:8

**commerce** [2] - 20:6, 22:4

**commission** [3] - 22:10, 23:13, 26:6

**commit** [6] - 19:20, 21:5, 21:6, 22:14, 23:14, 88:19

**committed** [6] - 19:19, 21:3, 21:5, 23:5, 26:8, 27:13

**committing** [1] - 24:23

**common** [2] - 14:14, 20:7

**Commonwealth** [1] - 21:23

**communicated** [2] - 11:9, 11:11

**community** [1] - 126:9

**company** [2] - 51:11, 60:25

**company's** [1] - 60:24

**complete** [5] - 4:2, 98:11, 99:10, 153:20, 162:9

**completed** [1] - 153:24

**complicated** [1] - 19:1

**components** [1] - 137:1

**computer** [2] - 71:3, 83:22

**computers** [1] - 118:12

**concern** [3] - 150:4, 152:19, 155:9

**concerned** [3] - 2:23, 123:16, 124:3

**concerning** [3] - 28:6, 138:13, 140:10

**Concerns** [1] - 141:8

**concerns** [4] - 130:20, 130:22, 130:23, 137:22

**conclude** [8] - 4:4, 46:15, 97:18, 98:5, 98:13, 98:24, 152:14,

152:15

**concludes** [2] - 138:23, 139:11

**Conclusion** [1] - 161:17

**conclusion** [1] - 17:18

**conduct** [5] - 22:7, 22:8, 94:12, 96:12, 157:6

**conducted** [3] - 94:22, 133:25, 157:5

**conducting** [1] - 3:13

**confederate** [1] - 22:5

**conference** [2] - 148:13, 152:8

**conferred** [1] - 152:11

**confess** [1] - 157:17

**confidence** [1] - 155:5

**confident** [3] - 4:7, 153:23, 157:22

**conflicts** [1] - 155:9

**Congratulations** [1] - 54:4

**connection** [8] - 25:14, 25:18, 26:8, 26:12, 26:15, 26:19, 26:25, 70:14

**consent** [1] - 21:18

**consider** [4] - 15:12, 15:14, 18:12, 123:10

**considerable** [1] - 43:4

**consideration** [1] - 18:21

**considered** [5] - 17:13, 17:23, 18:17, 27:17, 49:21

**considering** [2] - 90:21, 138:22

**consist** [1] - 12:20

**consists** [1] - 18:15

**conspiracy** [1] - 19:20, 22:13, 22:19, 23:14, 24:3, 24:6, 24:8, 24:11, 24:20, 25:3, 25:20

**conspire** [3] - 22:5, 23:2, 23:11

**constitute** [1] - 162:7

**constituted** [2] - 20:2, 20:6

**constitutional** [2] - 15:11, 35:3

**constitutionally** [2] - 15:10, 15:18

**construction** [1] - 57:11

**Construction** [1] - 70:2

**consultant** [1] - 83:22

**contact** [6] - 64:14, 65:9, 70:7, 70:13, 71:7, 76:6

**contains** [1] - 51:21

**contemplated** [1] - 13:16

**content** [1] - 98:2

**continue** [4] - 95:25, 134:17, 135:7, 147:10

**continuing** [2] - 20:7, 44:10

**contracted** [1] - 71:14

**contrary** [1] - 17:14

**contribute** [2] - 124:12, 124:21

**contributed** [1] - 125:5

**contributor** [1] - 137:17

**control** [1] - 127:18

**controlled** [3] - 19:19, 20:13, 24:7

**convenient** [1] - 155:15

**conversating** [1] - 57:3

**conversation** [1] - 15:24

**convicted** [3] - 90:11, 91:24, 92:5

**convinced** [3] - 16:24, 17:1, 62:4

**cook** [1] - 67:1

**cook-outs** [1] - 67:1

**cooperation** [2] - 9:12, 97:19

**cop** [2] - 84:11, 86:22

**corporate** [1] - 113:14

**Corporate** [1] - 118:23

**corporation** [2] - 20:22, 48:22

**correct** [9] - 33:1, 33:7, 66:25, 68:20, 107:19, 145:3, 145:24, 146:4, 146:6

**Correct** [3] - 115:8, 127:5, 144:9

**correctional** [8] - 69:4, 70:8, 71:20, 73:3, 74:2, 81:9, 82:12

**Correctional** [1] - 69:25

**corrections** [1] - 72:20, 73:23

**Corrections** [3] - 62:22, 69:3, 70:21

**correlative** [1] - 134:14

**Corrupt** [1] - 18:24

**Counsel** [6] - 2:22, 18:25, 30:19, 97:23, 148:9, 148:11

**counsel** [21] - 3:1, 3:2, 3:6, 3:10, 4:11, 4:13, 5:8, 5:21, 13:2, 30:6, 31:17, 31:25, 35:6, 84:14, 98:2, 98:6, 145:11, 150:10, 152:12, 159:19, 161:15

**counsel's** [1] - 141:11

**counselor** [2] - 136:2, 136:15

**count** [15] - 7:5, 18:13, 18:18, 18:19, 18:22, 18:23, 19:6, 26:3, 26:11, 26:13, 26:17, 26:23, 26:25, 27:3, 27:14

**Count** [29] - 18:23, 19:11, 21:21, 24:11, 24:18, 24:22, 25:4, 25:5, 25:6, 25:8, 25:11, 25:13, 25:15, 25:17, 25:19, 25:24, 26:5, 26:7, 26:11, 26:14, 26:17, 26:22, 26:24, 27:2, 27:3, 27:6, 27:7, 27:10, 27:12

**countries** [1] - 35:1

**country** [3] - 14:9, 46:6, 138:14

**counts** [8] - 18:9, 18:10, 18:11, 19:6, 24:19, 25:25, 27:11, 27:12

**county** [2] - 39:8, 74:22

**County** [32] - 19:17, 29:4, 33:12, 39:6, 41:3, 42:6, 42:8, 54:18, 55:3, 58:16, 63:23, 65:6, 66:5, 66:23, 68:12, 71:21, 71:22, 74:17, 75:5, 75:24, 76:21, 76:22, 77:1, 80:17, 83:6, 84:6, 109:24, 117:13, 127:11, 131:10

**couple** [8] - 14:7, 29:4, 37:9, 63:25, 111:23, 135:13, 149:24, 158:3

**course** [22] - 4:24, 5:8, 10:10, 10:11, 12:5, 27:23, 34:14, 37:14, 45:6, 46:23, 52:25, 55:8, 86:11, 87:20, 98:22, 99:8, 127:11, 134:1, 151:14, 152:17, 159:5

**court** [32] - 2:23, 10:9, 10:10, 10:23, 14:10, 17:6, 17:15, 18:6, 20:24, 30:9, 30:14, 32:17, 33:24, 34:2, 37:10, 41:16, 41:19, 43:3, 43:18, 46:20, 52:18, 53:2, 53:8, 64:21, 114:1, 115:15, 121:6, 121:10, 122:3, 122:11

**Court** [23] - 4:9, 9:10, 10:9, 10:15, 11:13, 12:16, 14:19, 17:25, 19:1, 24:14, 34:13, 34:16, 35:2, 50:5, 50:11, 95:4, 115:12, 115:14, 133:25, 134:4, 159:24, 160:12, 162:16

**COURT** [857] - 1:1, 2:3,

2:6, 2:9, 2:12, 2:17, 2:20, 4:12, 4:21, 5:6, 5:13, 5:20, 6:4, 6:7, 6:10, 6:13, 6:16, 6:22, 7:1, 7:4, 7:10, 7:19, 8:2, 8:8, 8:19, 11:1, 16:11, 16:17, 17:5, 28:13, 28:18, 28:21, 29:1, 29:5, 29:8, 29:10, 29:15, 29:20, 29:24, 30:2, 30:22, 30:25, 31:4, 31:8, 31:12, 31:17, 32:6, 32:9, 32:11, 32:15, 32:18, 32:20, 32:23, 32:25, 33:2, 33:6, 33:8, 33:13, 33:18, 33:21, 33:24, 34:2, 34:4, 34:9, 35:10, 35:16, 36:21, 36:23, 37:3, 37:8, 37:10, 37:13, 37:16, 37:20, 37:23, 38:25, 39:3, 39:5, 39:8, 39:10, 40:11, 40:13, 40:15, 40:18, 40:23, 41:1, 41:5, 41:9, 41:13, 41:23, 42:1, 42:4, 42:7, 42:9, 42:15, 42:18, 42:21, 42:25, 44:15, 44:18, 44:22, 44:25, 45:2, 45:13, 45:16, 45:21, 46:2, 46:5, 46:8, 46:10, 46:14, 46:18, 46:22, 47:1, 47:3, 47:6, 47:9, 47:12, 47:15, 47:20, 47:23, 48:2, 48:6, 48:8, 48:12, 48:14, 48:17, 48:21, 48:25, 49:9, 49:12, 49:18, 49:23, 50:2, 50:6, 50:9, 50:13, 50:15, 50:17, 50:19, 50:22, 50:24, 51:2, 51:4, 51:9, 51:13, 51:16, 51:25, 52:2, 52:5, 52:8, 52:11, 52:14, 52:17, 52:21, 52:25, 53:6, 53:11, 53:13, 53:15, 53:19, 53:23, 54:1, 54:4, 54:6, 54:9, 54:12, 54:15, 54:20, 54:25, 55:4, 55:6, 55:8, 55:12, 55:17, 55:20, 55:23, 56:2, 56:5, 56:8, 56:12, 56:14, 56:16, 56:21, 56:24, 57:6, 57:9, 57:15, 57:18, 57:21, 58:1, 58:3, 58:6, 58:8, 58:11, 58:15, 58:18, 58:20, 58:22, 59:1, 59:4, 59:6, 59:8, 59:11, 59:14, 59:17, 59:20, 59:24, 60:1, 60:6, 60:8, 60:10, 60:13, 60:18, 60:21,

60:23, 61:3, 61:6, 61:9, 61:11, 61:14, 61:16, 61:18, 61:21, 61:23, 62:4, 62:7, 62:10, 62:12, 62:14, 62:16, 63:3, 63:5, 63:7, 63:9, 63:11, 63:15, 63:18, 63:21, 63:24, 64:1, 64:4, 64:10, 64:14, 64:17, 64:20, 64:23, 64:25, 65:4, 65:9, 65:12, 65:14, 65:18, 65:21, 65:23, 66:2, 66:4, 66:7, 66:9, 66:11, 66:14, 66:16, 66:18, 66:20, 66:25, 67:4, 67:7, 67:10, 67:12, 67:16, 67:19, 67:23, 67:25, 68:5, 68:9, 68:11, 68:15, 68:17, 68:19, 68:22, 68:24, 69:1, 69:4, 69:6, 69:8, 69:11, 69:13, 69:16, 69:18, 69:21, 69:23, 70:1, 70:4, 70:7, 70:10, 70:12, 70:17, 70:19, 70:22, 71:1, 71:5, 71:10, 71:12, 71:16, 71:19, 71:24, 72:2, 72:6, 72:9, 72:11, 72:13, 72:17, 72:19, 72:22, 72:25, 73:2, 73:6, 73:9, 73:11, 73:13, 73:15, 73:18, 73:20, 73:24, 74:3, 74:7, 74:10, 74:13, 74:15, 74:18, 74:20, 74:22, 74:25, 75:2, 75:6, 75:8, 75:11, 75:14, 75:16, 75:21, 75:25, 76:4, 76:9, 76:11, 76:13, 76:15, 76:17, 76:19, 76:24, 77:3, 77:8, 77:12, 77:14, 77:16, 77:19, 77:22, 77:25, 78:7, 78:10, 78:13, 78:15, 78:18, 78:21, 78:24, 79:2, 79:4, 79:8, 79:12, 79:15, 79:18, 79:21, 79:24, 80:2, 80:7, 80:10, 80:13, 80:15, 80:19, 80:21, 80:23, 81:2, 81:5, 81:7, 81:11, 81:13, 81:15, 81:21, 81:24, 82:1, 82:3, 82:5, 82:8, 82:10, 82:13, 82:15, 82:19, 82:21, 82:24, 83:2, 83:4, 83:7, 83:9, 83:11, 83:14, 83:17, 83:19, 83:23, 84:2, 84:4, 84:7, 84:10, 84:13, 85:4, 85:9, 85:14, 85:17, 85:19, 85:23, 86:1, 86:3, 86:6, 86:17, 86:20, 86:22, 86:24,

87:1, 87:4, 87:7, 87:10, 87:14, 87:19, 87:22, 87:25, 88:2, 88:4, 88:7, 88:10, 88:13, 88:23, 89:7, 89:11, 89:13, 89:16, 89:18, 89:21, 89:25, 90:3, 90:6, 90:8, 90:12, 90:15, 90:17, 90:20, 90:25, 91:3, 93:21, 93:23, 94:6, 97:23, 98:18, 99:4, 99:7, 99:14, 99:16, 99:18, 99:20, 99:22, 99:24, 100:1, 100:3, 100:5, 100:7, 100:9, 100:11, 100:13, 100:15, 100:17, 100:19, 100:21, 100:23, 100:25, 101:2, 101:4, 101:6, 101:8, 101:10, 101:12, 101:14, 101:16, 101:18, 101:20, 101:22, 101:24, 102:1, 102:3, 102:5, 102:7, 102:9, 102:11, 102:13, 102:15, 102:17, 102:19, 102:21, 102:23, 102:25, 103:2, 103:4, 103:6, 103:8, 103:10, 103:12, 103:14, 103:16, 103:18, 103:20, 103:22, 103:24, 104:1, 104:3, 104:5, 104:7, 104:9, 104:11, 104:14, 104:16, 104:18, 104:20, 104:22, 104:24, 105:1, 105:3, 105:5, 105:7, 105:9, 105:11, 105:13, 105:15, 105:17, 105:19, 105:22, 105:24, 106:1, 106:3, 106:5, 106:8, 106:10, 106:12, 106:14, 106:19, 106:21, 106:23, 107:1, 107:3, 107:7, 107:9, 107:11, 107:13, 107:16, 107:18, 107:20, 107:23, 108:1, 108:3, 108:5, 108:8, 108:11, 108:14, 108:17, 108:21, 108:23, 109:1, 109:4, 109:6, 109:9, 109:11, 109:14, 109:17, 109:20, 109:22, 109:25, 110:3, 110:6, 110:9, 110:12, 110:15, 110:17, 110:20, 110:23, 110:25, 111:2, 111:5, 111:7, 111:10, 111:13, 111:15, 111:18, 111:20, 111:22, 111:24, 112:2, 112:5, 112:8, 112:12, 112:15, 112:17, 112:20, 112:22, 112:25, 113:3, 113:6, 113:9,

113:12, 113:16, 113:18, 113:21, 113:24, 114:2, 114:4, 114:9, 114:11, 114:13, 114:16, 114:20, 114:22, 114:25, 115:2, 115:5, 115:7, 115:9, 115:11, 115:14, 115:18, 115:21, 115:23, 116:1, 116:3, 116:5, 116:8, 116:11, 116:13, 116:15, 116:17, 116:20, 116:23, 116:25, 117:3, 117:6, 117:9, 117:15, 117:18, 117:21, 117:23, 118:1, 118:4, 118:8, 118:11, 118:13, 118:15, 118:19, 118:22, 118:24, 119:1, 119:5, 119:11, 119:18, 120:3, 120:10, 120:16, 121:15, 121:17, 121:20, 121:22, 121:25, 122:2, 123:23, 124:1, 124:8, 124:11, 124:14, 124:18, 124:20, 124:22, 124:24, 125:2, 125:4, 125:9, 125:11, 125:15, 125:18, 125:21, 125:24, 126:2, 126:5, 126:8, 126:15, 126:17, 126:19, 126:22, 126:24, 127:4, 127:6, 127:9, 127:12, 127:15, 127:20, 127:22, 127:24, 128:2, 128:4, 128:8, 128:10, 128:16, 128:18, 128:21, 129:3, 129:6, 129:9, 129:11, 129:13, 129:16, 129:18, 129:21, 129:24, 130:3, 130:5, 130:8, 130:10, 130:13, 130:17, 130:22, 131:3, 131:6, 131:9, 131:13, 131:16, 131:20, 131:23, 132:3, 132:15, 133:17, 133:20, 133:22, 134:25, 135:4, 135:7, 135:9, 135:12, 135:15, 135:18, 135:21, 135:24, 136:1, 136:3, 136:5, 136:7, 136:10, 136:14, 136:18, 136:21, 136:23, 137:2, 137:4, 137:7, 137:9, 137:11, 137:13, 137:16, 137:25, 138:4, 138:6, 138:19, 139:2, 139:17, 139:25, 140:2, 140:4, 140:9, 140:13, 140:15, 140:17, 140:19, 140:21, 140:25, 141:2, 141:5, 141:10, 141:22, 143:12, 144:4, 144:10, 144:14, 144:17, 144:21, 144:24,

145:4, 145:10, 145:13, 145:18, 145:21, 145:23, 146:1, 146:3, 146:5, 146:7, 146:9, 146:11, 146:13, 146:15, 146:17, 146:19, 146:21, 146:24, 147:1, 147:5, 148:2, 148:5, 148:7, 148:9, 148:11, 148:14, 148:17, 148:23, 149:11, 149:15, 149:17, 149:21, 149:25, 150:8, 150:14, 150:20, 150:24, 151:3, 151:14, 151:19, 151:22, 151:25, 152:7, 152:9, 157:14, 158:5, 158:7, 158:17, 159:5, 159:10, 159:15, 159:18, 160:1, 160:6, 160:14, 160:17, 160:20, 160:24, 161:5, 161:8, 161:11, 161:13

**Court's** [17] - 14:12, 14:17, 16:4, 16:24, 19:9, 65:21, 67:19, 72:14, 85:5, 85:11, 86:7, 88:5, 88:20, 130:25, 134:7, 134:17

**Courthouse** [1] - 1:24

**courthouse** [6] - 9:16, 9:17, 154:24, 155:14, 156:20, 156:24

**Courtroom** [1] - 95:19

**courtroom** [30] - 2:1, 2:21, 3:13, 5:12, 5:17, 7:9, 10:22, 14:12, 14:16, 14:19, 18:15, 77:9, 95:11, 95:21, 96:5, 97:6, 97:11, 97:15, 97:22, 99:6, 139:4, 153:7, 153:8, 154:14, 155:25, 157:11, 157:13

**courts** [1] - 17:7

**Cousin** [1] - 110:18

**cousin** [7] - 74:16, 74:21, 81:8, 90:7, 90:10, 115:12, 115:17

**cousin's** [1] - 110:20

**cousins** [5] - 74:1, 81:9, 81:16, 108:12

**cover** [7] - 4:7, 60:15, 61:4, 62:2, 149:13, 149:20, 156:25

**covered** [1] - 149:12

**covering** [1] - 59:17

**covers** [1] - 61:19

**crack** [4] - 20:14, 21:16, 24:8, 89:1

**Crawford** [1] - 40:20

**credibility** [1] - 86:13

**credit** [2] - 65:7, 65:24

**creed** [1] - 120:12

**crime** [6] - 91:24, 92:4, 92:5, 121:3, 127:22

**crimes** [4] - 94:25, 122:18, 122:19

**CRIMINAL** [1] - 1:6

**Criminal** [2] - 71:14, 115:21

**criminal** [43] - 9:18, 10:7, 14:6, 14:9, 14:22, 15:1, 15:4, 15:8, 15:12, 15:19, 15:21, 16:8, 16:14, 17:6, 17:7, 17:11, 17:13, 17:15, 18:9, 19:16, 21:8, 30:8, 34:11, 34:12, 34:13, 34:22, 35:8, 35:12, 35:14, 95:2, 111:2, 111:3, 111:24, 112:2, 113:3, 114:11, 115:20, 123:8, 123:12, 134:13, 138:14, 138:21, 139:6

**critical** [1] - 35:13

**critically** [2] - 34:11, 155:3

**CROWE** [2] - 2:5, 31:9

**Crowe** [4] - 1:20, 2:3, 31:9, 150:12

**Cumberland** [1] - 159:3

**current** [1] - 76:22

**custody** [1] - 52:12

**Customs** [1] - 65:7

## D

**dad** [4] - 84:11, 126:16, 126:17, 130:11

**Damita** [1] - 38:7

**dangerous** [3] - 19:19, 23:18, 24:7

**Daniel** [2] - 36:18, 37:23

**dare** [2] - 98:15, 98:17

**Darius** [2] - 24:3, 39:17

**Darryl** [11] - 23:12, 23:18, 25:13, 26:20, 26:23, 36:15, 36:16, 38:8, 38:16

**data** [1] - 111:19

**date** [5] - 23:19, 24:1, 50:7, 52:18, 57:4

**daughter** [5] - 54:21, 64:5, 73:7, 117:12, 117:19

**daughter's** [2] - 54:16, 63:22

**daughter-in-law** [1] - 73:7

**David** [5] - 36:12, 38:5,

38:11, 39:18, 39:20
**Davis** [7] - 1:13, 9:14, 40:6, 45:16, 45:21, 47:9, 96:25
**days** [13] - 44:25, 45:4, 45:24, 48:23, 49:1, 50:17, 52:1, 56:25, 57:15, 60:14, 61:20, 111:23, 127:3
**DC** [4] - 82:2, 111:21, 117:20, 126:18
**dead** [1] - 88:16
**deadline** [1] - 49:6
**deal** [2] - 55:15, 136:12
**dealt** [2] - 81:19, 160:13
**Deandre** [1] - 38:21
**death** [7] - 25:7, 25:10, 25:12, 25:15, 25:18, 26:12, 26:15
**December** [2] - 19:22, 46:13
**decide** [1] - 121:2
**deciding** [1] - 15:13
**decisions** [2] - 21:18, 65:17
**decriminalization** [1] - 137:18
**deemed** [1] - 5:2
**deep** [1] - 94:22
**deeply** [2] - 94:21, 95:3
**DEFENDANT** [5] - 2:8, 2:11, 2:14, 2:18, 112:1
**defendant** [27] - 14:22, 14:23, 15:8, 15:16, 16:21, 16:22, 17:15, 18:16, 18:19, 18:21, 22:13, 23:22, 24:17, 26:4, 31:14, 34:12, 34:13, 34:15, 34:17, 34:24, 91:6, 134:12, 138:24, 139:5, 139:12, 150:11
**Defendant** [5] - 1:17, 1:18, 1:20, 1:21, 2:1
**defendant's** [4] - 15:7, 15:14, 17:2, 26:3
**defendants** [45] - 2:2, 2:20, 15:1, 15:18, 16:18, 17:10, 18:6, 18:8, 18:10, 18:11, 18:14, 21:3, 21:24, 22:25, 23:9, 23:15, 23:18, 24:5, 25:11, 25:14, 25:19, 26:18, 26:19, 26:22, 26:24, 27:19, 31:24, 59:14, 63:15, 88:25, 91:11, 94:25, 120:4, 120:6, 123:16, 134:15, 138:20, 139:2, 143:18, 143:22, 144:7, 145:1,

147:11, 150:20, 158:25
**Defendants** [2] - 1:9, 5:11
**defense** [26] - 4:11, 5:3, 6:21, 15:15, 30:17, 34:11, 34:19, 34:23, 35:7, 35:12, 65:18, 66:14, 67:16, 81:3, 98:19, 98:21, 98:23, 110:10, 111:3, 111:4, 111:24, 115:21, 136:18, 138:13, 152:2
**defined** [2] - 20:3, 22:10
**definitely** [1] - 48:7
**definition** [1] - 62:20
**degree** [3] - 111:7, 112:13, 116:15
**deliberately** [1] - 22:22
**deliberations** [1] - 17:20
**Delvison** [1] - 36:9
**Denham** [1] - 38:9
**depart** [2] - 12:10, 154:14
**department** [8] - 62:20, 68:2, 69:16, 70:12, 75:4, 82:3, 120:19, 120:21
**Department** [10] - 62:22, 65:6, 69:15, 69:24, 70:20, 71:14, 75:24, 76:6, 77:1, 118:13
**departments** [1] - 68:2
**depths** [1] - 149:3
**Deputy** [1] - 159:15
**deputy** [3] - 10:22, 65:5, 83:5
**Derek** [1] - 38:10
**describe** [2] - 88:15, 88:24
**described** [1] - 27:25
**describes** [2] - 20:9, 21:1
**description** [1] - 80:1
**desire** [1] - 78:11
**Despite** [1] - 94:19
**detailed** [2] - 24:14, 43:21
**Detective** [4] - 36:23, 37:11, 37:17, 38:21
**detective** [1] - 39:6
**Detention** [2] - 66:5, 80:17
**determination** [1] - 24:16
**determinations** [1] - 86:13
**detox** [1] - 135:3
**develop** [1] - 128:12
**device** [2] - 150:17, 158:15

**devices** [2] - 150:15, 158:12
**dictionaries** [1] - 154:19
**died** [1] - 114:7
**differences** [1] - 115:16
**DIFFERENT** [1] - 29:19
**different** [12] - 25:4, 37:21, 55:11, 68:2, 77:5, 79:25, 80:5, 84:18, 123:6, 123:7, 146:25
**differently** [1] - 84:21
**difficult** [10] - 16:12, 35:11, 49:24, 89:9, 89:16, 89:21, 90:12, 134:7, 134:17, 138:8
**difficulty** [15] - 17:3, 35:6, 85:5, 85:10, 85:20, 86:3, 86:14, 88:19, 89:3, 120:7, 120:13, 123:3, 124:24, 125:18, 125:24
**dignity** [2] - 155:4, 157:7
**diligently** [1] - 149:4
**Dionne** [1] - 38:7
**dire** [33] - 3:14, 3:24, 4:2, 4:4, 4:6, 6:8, 6:23, 9:19, 10:1, 10:24, 10:25, 11:3, 11:4, 12:19, 12:20, 12:22, 12:24, 16:2, 19:10, 94:10, 98:5, 98:11, 141:14, 149:12, 151:4, 151:11, 152:14, 152:16, 152:17, 153:4, 153:17, 154:9
**direct** [3] - 10:21, 70:7, 135:18
**directed** [2] - 3:17, 143:14
**direction** [2] - 21:18, 55:11
**directly** [2] - 22:7, 137:2
**disabilities** [2] - 48:15, 56:19
**discover** [1] - 60:19
**discuss** [5] - 96:7, 96:8, 97:5, 141:15, 155:19
**discussed** [4] - 28:9, 78:8, 140:19, 141:6
**discussing** [1] - 139:18
**discussion** [12] - 96:2, 96:3, 96:4, 96:9, 154:6, 154:8, 154:9, 154:10, 154:12, 154:13, 154:14
**dismiss** [1] - 156:12
**dispute** [4] - 120:18, 120:19, 120:20
**disqualify** [2] - 59:9, 149:2
**disregard** [1] - 14:20

**disruption** [1] - 20:24
**distance** [1] - 156:15
**distress** [1] - 57:13
**distribute** [2] - 24:7, 25:21
**distributing** [1] - 90:11
**distribution** [5] - 19:19, 20:13, 25:21, 88:25, 89:22
**district** [2] - 9:15, 31:21
**DISTRICT** [2] - 1:1, 1:2
**District** [10] - 9:16, 17:9, 21:23, 22:20, 22:24, 23:11, 23:20, 23:22, 30:11, 113:15
**divide** [1] - 123:9
**division** [1] - 75:3
**DIVISION** [1] - 1:2
**Division** [3] - 69:2, 70:3, 117:14
**DLA** [2] - 32:10, 118:10
**Dobropolski** [1] - 38:6
**dollars** [1] - 53:5
**domestic** [4] - 124:3, 124:4, 125:6, 125:23
**Donald** [3] - 36:8, 37:24, 39:23
**donations** [1] - 125:22
**Done** [5] - 126:10, 126:16, 127:17, 152:5, 152:6
**donor** [4] - 123:17, 123:24, 125:16, 128:22
**Donte** [1] - 38:18
**door** [1] - 3:16
**doubt** [13] - 13:22, 15:7, 15:14, 16:25, 19:4, 24:18, 88:4, 88:5, 89:23, 89:24, 89:25, 90:1, 91:14, 138:24, 139:12
**Doug** [2] - 40:2, 40:5
**Douglas** [2] - 36:13, 39:16
**down** [15] - 4:2, 9:12, 45:12, 50:22, 53:19, 56:5, 70:25, 95:13, 95:15, 115:25, 119:17, 135:2, 157:11, 160:7, 160:15
**Down** [4] - 40:9, 46:3, 50:25, 89:4
**Downtown** [2] - 156:18, 156:22
**Dr** [2] - 36:7, 39:24
**Drake** [1] - 39:22
**drift** [1] - 87:23
**drill** [1] - 59:24
**drive** [1] - 156:23
**driver** [1] - 55:7
**Drivers** [1] - 124:13

**driving** [2] - 52:19, 55:5
**Driving** [3] - 123:15, 123:20
**drug** [4] - 88:25, 89:2, 89:22, 134:21
**drugs** [6] - 90:11, 90:21, 90:22, 90:23, 137:18
**Drunk** [4] - 123:15, 123:19, 123:20, 124:12
**due** [1] - 47:17
**Duganone** [4] - 38:4, 38:5
**Dukes** [1] - 36:8
**duplicates** [1] - 35:18
**duration** [3] - 9:23, 159:13, 161:14
**During** [1] - 12:24
**during** [14] - 15:24, 15:25, 17:19, 27:23, 96:1, 122:6, 127:2, 138:23, 139:7, 139:8, 141:14, 155:2, 156:18, 161:6
**duty** [4] - 48:4, 56:10, 59:22, 61:25
**Dwayne** [1] - 38:9

## E

**e-mailed** [1] - 4:10
**ear** [5] - 149:25, 160:14, 160:15, 160:17, 160:18
**early** [3] - 83:20, 96:6, 157:25
**easily** [2] - 60:16, 119:11
**East** [1] - 28:1
**easy** [2] - 95:22, 161:1
**eat** [2] - 81:14, 81:15
**economic** [1] - 49:24
**Edgar** [1] - 40:6
**Edwards** [2] - 39:15
**effectively** [2] - 3:22, 18:15
**efficiency** [1] - 157:7
**effort** [2] - 87:16, 155:22
**efforts** [1] - 94:20
**Eight** [3] - 24:2, 25:19, 69:7
**eight** [5] - 51:8, 53:25, 54:8, 76:21, 79:23
**either** [12] - 11:8, 12:9, 31:19, 33:10, 53:1, 68:5, 73:22, 73:23, 109:18, 121:6, 122:3, 160:8
**El** [1] - 110:19
**Elder** [1] - 36:12

**elements** [1] - 19:3
**elevators** [1] - 95:20
**elicit** [1] - 157:21
**Ellerby** [1] - 40:4
**Ellington** [1] - 40:3
**Ellis** [1] - 39:21
**elsewhere** [2] - 19:18, 21:24
**emergent** [1] - 44:9
**Emory** [1] - 111:21
**emphasize** [3] - 154:5, 154:17, 155:24
**emphatically** [2] - 2:25, 91:5
**employ** [1] - 5:16
**employed** [10] - 22:1, 56:11, 61:24, 62:18, 69:2, 73:11, 82:13, 82:15, 118:9, 136:5
**employee** [2] - 41:19, 57:11
**employees** [3] - 70:13, 71:8, 83:24
**employer** [21] - 44:22, 45:13, 45:17, 45:18, 47:5, 47:6, 47:9, 47:21, 48:25, 49:9, 50:16, 51:16, 52:1, 52:2, 53:19, 57:23, 59:22, 61:3, 61:4, 61:19, 61:25
**employer's** [2] - 53:16, 60:3
**employers** [4] - 45:3, 45:4, 45:19, 49:2
**employment** [3] - 49:25, 70:14, 120:20
**en** [1] - 95:13
**encounter** [2] - 90:20, 120:7
**end** [5] - 6:23, 44:11, 47:17, 91:13, 152:22
**End** [1] - 152:8
**enforcement** [64] - 21:10, 35:22, 35:23, 35:25, 36:9, 36:11, 36:13, 36:14, 36:17, 36:18, 36:25, 37:18, 37:24, 37:25, 38:1, 38:6, 38:7, 38:10, 38:11, 38:12, 38:13, 38:14, 38:16, 38:22, 39:5, 39:14, 39:15, 39:16, 39:17, 39:19, 39:23, 40:1, 40:2, 40:3, 40:4, 59:7, 62:19, 62:21, 62:23, 66:24, 70:8, 70:10, 73:4, 73:23, 74:9, 78:10, 84:19, 84:22, 85:1, 85:7, 86:5, 86:7, 86:9, 86:11, 86:16, 95:1,

126:11
**enforcement's** [1] - 88:8
**engaged** [6] - 19:18, 20:4, 22:3, 88:25, 126:11, 127:24
**engagements** [1] - 47:17
**engineer** [3] - 49:7, 49:8, 71:4
**enhancing** [1] - 20:19
**enjoy** [1] - 15:2
**enjoys** [1] - 134:13
**Enriching** [1] - 20:11
**Ensor** [1] - 39:20
**enter** [5] - 5:11, 5:17, 7:9, 122:20, 153:7
**entered** [1] - 122:16
**enterprise** [16] - 20:3, 20:6, 20:8, 20:10, 20:12, 20:16, 20:19, 21:2, 21:4, 21:12, 21:15, 22:3, 24:13, 24:24, 119:8
**enterprise's** [2] - 21:8, 22:8
**enters** [1] - 99:6
**Entertainment** [2] - 19:23, 20:22
**entirely** [2] - 15:4, 27:20
**entitled** [4] - 18:16, 34:15, 35:5, 156:17
**entity** [1] - 20:4
**Epps** [2] - 36:8, 38:18
**equally** [2] - 35:13, 139:2
**Eric** [2] - 36:7, 40:4
**Erin** [1] - 39:17
**Ernest** [1] - 39:24
**erroneously** [1] - 96:15
**escort** [1] - 153:6
**especially** [1] - 157:15
**Esquire** [17] - 1:16, 1:16, 1:17, 1:18, 1:19, 1:19, 1:20, 1:21, 1:22, 1:22, 40:6, 40:7, 40:8, 40:19
**Essentially** [1] - 18:12
**establish** [1] - 27:21
**estate** [4] - 107:12, 115:10, 117:22, 117:23
**et** [1] - 162:5
**ethical** [1] - 138:7
**ethnicity** [2] - 120:6, 120:11
**evaluate** [6] - 14:14, 24:15, 26:2, 84:21, 86:8, 86:9
**evaluated** [1] - 85:6
**evaluating** [3] - 86:12, 88:21, 139:10

**evening** [1] - 58:16
**evenings** [1] - 56:11
**event** [1] - 157:24
**events** [1] - 28:3
**evidence** [41] - 5:25, 14:11, 14:14, 14:15, 14:24, 15:15, 15:22, 16:23, 17:12, 17:13, 17:22, 18:21, 24:16, 27:17, 27:18, 27:24, 67:21, 72:14, 72:15, 73:16, 77:10, 83:12, 88:16, 88:21, 89:3, 90:21, 91:5, 123:4, 125:24, 130:24, 131:1, 138:23, 139:11, 141:5, 143:17, 143:21, 144:6, 144:25, 147:3, 147:11, 160:2
**evident** [1] - 4:22
**evidentiary** [1] - 4:23
**exact** [1] - 33:4
**Exactly** [3] - 87:4, 151:19
**exactly** [4] - 14:8, 86:9, 87:5, 114:5
**exam** [1] - 78:16
**example** [1] - 43:16
**excellent** [2] - 152:11, 157:16
**except** [1] - 45:11
**exception** [1] - 11:5
**exclusively** [1] - 15:5
**excuse** [40] - 8:14, 12:16, 23:2, 29:10, 39:10, 40:15, 40:18, 45:24, 46:24, 47:12, 48:8, 48:18, 49:12, 50:24, 52:14, 54:12, 55:23, 56:12, 56:21, 57:19, 61:21, 62:16, 68:19, 75:17, 85:14, 85:24, 86:18, 87:10, 87:19, 88:11, 89:19, 90:3, 90:17, 91:1, 131:3, 144:10, 145:4, 145:19, 145:24, 146:21
**Excuse** [4] - 2:8, 48:9, 48:12, 59:20
**excused** [24] - 12:9, 12:13, 12:14, 46:2, 50:3, 52:3, 53:20, 56:6, 59:4, 60:1, 62:5, 91:3, 91:20, 94:10, 95:5, 97:7, 97:20, 105:19, 144:17, 145:6, 146:15, 147:6, 154:1, 157:9
**exercise** [1] - 151:16
**exhibits** [1] - 17:18
**existence** [1] - 24:9

**exits** [2] - 97:22, 157:13
**expand** [1] - 21:8
**expect** [9] - 43:6, 43:21, 95:24, 97:17, 153:3, 156:4, 156:8, 156:11, 157:24
**expected** [2] - 43:5, 99:10
**expenses** [1] - 156:25
**experience** [41] - 4:21, 63:12, 64:5, 64:25, 65:1, 65:14, 65:23, 66:11, 67:13, 68:5, 69:9, 69:19, 71:7, 71:16, 72:3, 76:1, 77:8, 80:11, 81:15, 82:22, 83:23, 84:7, 85:19, 85:21, 86:12, 90:2, 107:5, 110:6, 110:21, 111:10, 112:8, 117:7, 117:16, 119:2, 127:12, 128:18, 135:9, 135:21, 136:14, 147:21
**experiences** [18] - 72:22, 74:4, 74:11, 75:8, 82:5, 84:19, 85:10, 85:22, 107:23, 108:5, 110:12, 113:6, 113:18, 114:14, 116:6, 118:1, 128:4, 137:14
**expired** [1] - 52:19
**explain** [3] - 3:12, 5:15, 53:9
**explanatory** [1] - 13:8
**explicit** [1] - 24:15
**explicitly** [1] - 10:16
**exposed** [2] - 144:21, 157:18
**express** [5] - 9:11, 12:10, 94:11, 157:4, 157:14
**expressed** [2] - 78:11, 155:9
**extend** [1] - 49:2
**extremely** [1] - 161:3
**eye** [1] - 3:4
**eyeball** [1] - 3:18

## F

**faces** [1] - 33:5
**facilities** [1] - 4:1
**facility** [1] - 82:12
**fact** [10] - 2:23, 6:4, 15:9, 20:4, 27:20, 79:4, 96:18, 122:24, 134:8, 140:7
**factors** [1] - 12:17
**facts** [6] - 34:6, 83:11, 119:15, 136:16, 140:22,

144:1
**fair** [22] - 14:14, 14:20, 15:21, 59:14, 63:15, 65:18, 66:14, 67:16, 69:11, 73:15, 81:2, 87:7, 87:8, 89:4, 123:4, 130:25, 134:18, 136:18, 140:11, 147:8, 147:10, 148:19
**Fairly** [1] - 82:23
**fairly** [33] - 10:5, 63:13, 64:6, 66:12, 67:7, 88:20, 89:3, 89:25, 90:13, 116:3, 119:15, 119:25, 120:7, 120:13, 122:7, 123:3, 124:15, 125:12, 125:19, 127:7, 136:15, 138:8, 138:22, 139:10, 140:6, 140:22, 143:23, 143:25, 144:25, 145:15, 147:18, 147:24, 153:24
**fairness** [2] - 155:4, 157:7
**faith** [1] - 96:16
**familiar** [6] - 33:6, 36:2, 36:6, 65:8, 119:10, 144:23
**familiarity** [4] - 31:23, 41:16, 119:19, 147:6
**family** [22] - 13:11, 13:12, 62:17, 73:4, 73:21, 73:24, 73:25, 79:16, 90:8, 91:23, 92:3, 106:15, 113:13, 119:3, 120:17, 128:25, 131:14, 131:24, 132:18, 134:20, 137:21, 154:13
**family's** [2] - 89:8, 131:10
**fan** [1] - 67:6
**far** [5] - 58:15, 68:15, 94:13, 107:24, 108:6
**fashion** [3] - 4:7, 15:16, 22:25
**father** [4] - 72:20, 82:11, 113:22, 131:18
**father's** [5] - 65:5, 65:14, 82:2, 118:5, 118:19
**favor** [2] - 138:12, 138:13
**FBI** [1] - 81:20
**fear** [1] - 21:12
**February** [7] - 22:20, 22:23, 23:7, 24:10, 24:25, 26:9, 26:16
**federal** [29] - 14:10, 17:6, 17:9, 17:11, 17:15, 18:25, 19:1, 20:3, 22:6, 22:10, 22:13, 24:21,

25:4, 25:8, 25:9, 25:12, 25:18, 25:25, 26:5, 26:10, 30:9, 62:21, 120:19, 120:21, 121:6, 121:10, 122:3, 122:11, 154:24
**fee** [1] - 157:2
**feelings** [1] - 161:3
**fellow** [5] - 16:3, 70:13, 71:7, 96:8, 154:11
**felonies** [1] - 64:2
**feloniously** [1] - 22:21
**Felton** [1] - 36:12
**female** [1] - 40:24
**few** [6] - 28:23, 44:25, 47:19, 66:21, 109:12, 155:8
**Fickling** [1] - 39:23
**field** [2] - 106:17, 135:7
**Fifteen** [1] - 66:10
**figure** [1] - 99:5
**filing** [1] - 17:7
**filled** [1] - 57:11
**final** [1] - 153:25
**finally** [1] - 27:10
**financial** [1] - 57:12
**fine** [4] - 2:23, 5:9, 53:4, 61:7
**Fine** [1] - 59:21
**finish** [3] - 98:9, 145:10, 151:6
**finished** [4] - 55:21, 96:25, 138:17
**Finney** [1] - 28:2
**firearm** [3] - 26:10, 27:7, 27:8
**Firearms** [2] - 79:5, 83:21
**firearms** [10] - 26:6, 26:15, 26:17, 26:23, 26:25, 27:2, 27:4, 88:19, 128:25, 130:20
**firm** [16] - 32:8, 32:9, 32:12, 57:11, 110:25, 111:17, 111:20, 112:3, 112:9, 115:23, 116:11, 116:25, 118:6, 118:8, 118:16
**firm-wide** [1] - 112:3
**first** [22] - 3:25, 6:8, 9:2, 9:13, 10:20, 11:4, 11:7, 31:19, 33:15, 37:13, 37:14, 46:23, 47:4, 50:6, 81:8, 91:8, 107:21, 139:3, 155:18, 158:7, 158:10
**First** [2] - 9:20, 156:2
**fitness** [1] - 12:17
**Five** [5] - 23:17, 25:11, 33:20, 66:8, 73:14

**five** [11] - 3:21, 5:15, 45:4, 52:1, 57:16, 61:20, 149:4, 153:17, 156:6, 156:7
**FLANNERY** [1] - 31:7
**Flannery** [2] - 1:19, 31:7
**Fletcher** [1] - 38:6
**Floor** [10] - 97:9, 97:20, 153:3, 153:14, 154:15, 155:16, 155:24, 156:1, 156:2, 157:10
**floor** [3] - 9:12, 9:13, 155:18
**focused** [1] - 124:3
**follow** [19] - 3:13, 11:13, 11:16, 11:18, 12:7, 14:2, 14:12, 65:21, 67:19, 85:11, 88:5, 119:12, 122:4, 130:25, 133:23, 141:12, 147:13, 153:22, 160:11
**follow-up** [11] - 11:13, 11:16, 11:18, 12:7, 14:2, 119:12, 122:4, 133:23, 141:12, 147:13, 153:22
**following** [7] - 13:6, 13:13, 20:11, 21:4, 72:14, 85:5, 88:20
**follows** [3] - 19:11, 91:22, 122:4
**FOR** [1] - 1:2
**force** [2] - 45:18, 66:22
**Force** [1] - 30:23
**forces** [1] - 126:10
**foregoing** [1] - 162:7
**foreign** [2] - 20:5, 22:4
**form** [6] - 3:15, 17:8, 17:14, 121:3, 153:18, 155:19
**formal** [1] - 136:7
**formally** [2] - 17:16
**format** [1] - 17:14
**former** [3] - 38:17, 59:7, 77:17
**formerly** [1] - 130:14
**Forrester** [1] - 36:13
**forth** [4] - 22:10, 56:20, 151:17, 156:23
**forward** [1] - 13:4
**foundation** [2] - 4:19, 14:6
**four** [21] - 3:21, 17:10, 18:5, 18:14, 18:15, 24:5, 25:11, 25:14, 25:19, 26:17, 26:18, 26:22, 26:24, 45:4, 80:20, 90:15, 98:7, 110:2, 120:4, 126:23, 156:8
**Four** [3] - 23:13, 25:8,

117:5
**fourth** [2] - 9:12, 156:2
**Fourth** [9] - 97:9, 97:20, 153:2, 153:14, 154:15, 155:16, 155:24, 156:1, 157:10
**Francisco** [1] - 106:25
**Franklin** [1] - 75:4
**frankly** [2] - 34:23, 151:5
**Fredericks** [1] - 39:20
**free** [1] - 95:19
**frequently** [2] - 81:11, 122:23
**fresh** [8] - 28:21, 28:22, 28:23, 28:24, 28:25, 29:1, 151:9, 153:23
**Friday** [1] - 43:11
**Fridays** [2] - 43:9, 43:10
**Frieban** [1] - 39:22
**friend** [21] - 13:7, 62:18, 71:21, 77:18, 77:19, 79:2, 79:16, 79:18, 79:21, 80:2, 91:23, 92:3, 109:1, 113:13, 120:17, 129:1, 131:24, 134:21, 137:8, 137:12, 137:22
**friend's** [1] - 137:13
**friends** [20] - 13:9, 66:21, 66:23, 67:7, 67:8, 68:1, 68:6, 73:4, 73:21, 74:8, 75:23, 77:21, 81:16, 85:20, 109:13, 109:18, 118:6, 119:3, 154:13, 154:20
**friendship** [1] - 77:5
**front** [5] - 32:3, 40:9, 50:25, 89:4, 96:25
**Fuji** [1] - 36:9
**full** [9] - 9:23, 10:14, 53:24, 54:9, 54:10, 98:16, 98:19, 107:1, 152:18
**full-time** [4] - 53:24, 54:9, 54:10, 107:1
**fully** [1] - 34:18
**functioned** [1] - 20:7
**fundamental** [2] - 15:11, 15:17
**funny** [2] - 72:9, 72:11
**furtherance** [1] - 26:10

**G**

**G-O-O** [1] - 18:5
**gallery** [5] - 3:17, 3:19, 11:25, 153:13, 153:15
**gangs** [1] - 137:23
**gangsta** [4] - 119:10,

119:14, 119:20, 119:22
**GARDNER** [1] - 1:8
**Gardner** [16] - 1:21, 5:11, 18:5, 19:14, 21:25, 23:10, 23:23, 23:25, 24:2, 25:17, 27:2, 27:4, 27:6, 31:14, 149:22, 158:25
**Gary** [3] - 38:6, 38:21, 39:14
**general** [6] - 4:2, 11:18, 12:8, 12:19, 119:19, 149:20
**generally** [5] - 43:8, 43:12, 75:2, 136:11, 161:1
**Generally** [3] - 43:9, 43:23, 70:1
**gentleman** [8] - 23:2, 23:14, 32:19, 32:21, 32:24, 38:3, 47:5, 107:7
**gentlemen** [32] - 7:13, 9:9, 11:1, 17:5, 27:16, 30:7, 30:25, 31:13, 34:10, 35:17, 43:3, 88:23, 91:4, 91:15, 94:7, 95:18, 97:20, 99:7, 106:14, 117:10, 119:6, 119:21, 120:4, 120:23, 122:16, 123:7, 132:15, 133:25, 141:11, 143:12, 152:9, 157:12
**George** [1] - 36:14
**Gerard** [1] - 1:19
**Gerry** [2] - 6:14, 31:5
**gift** [1] - 131:14
**Giganti** [1] - 36:11
**girlfriend's** [1] - 107:21
**Gisela** [1] - 39:20
**gist** [2] - 150:1, 150:3
**given** [5] - 6:20, 16:8, 44:6, 62:19, 78:6
**glad** [1] - 30:5
**Gladden** [1] - 38:5
**goal** [1] - 4:2
**Goddaughter** [3] - 73:3, 73:8, 73:9
**Goldberg** [1] - 38:10
**Golder** [1] - 38:10
**Goo** [1] - 18:5
**Goose** [1] - 38:20
**government** [33] - 4:8, 5:4, 15:5, 15:6, 15:13, 19:3, 24:17, 27:20, 30:9, 30:14, 49:5, 59:15, 65:19, 66:16, 67:17, 81:2, 91:13, 95:1, 98:14, 98:15, 98:20, 120:19, 120:21, 122:17, 122:20, 122:25, 123:1,

136:19, 148:20, 149:12, 150:23, 156:25
**Government** [2] - 1:15, 151:22
**government's** [1] - 148:24
**grade** [1] - 54:25
**graduate** [1] - 116:3
**grand** [9] - 17:9, 18:8, 19:14, 22:1, 27:18, 120:24, 121:1, 121:6, 121:7
**Graul** [1] - 38:9
**Great** [1] - 150:14
**great** [2] - 55:15, 143:15
**greater** [2] - 84:24, 128:24
**Green** [1] - 38:7
**Greenbelt** [1] - 41:20
**greet** [1] - 153:6
**greets** [1] - 156:1
**Gregory** [1] - 40:2
**Grimes** [1] - 116:12
**ground** [2] - 134:24, 159:25
**grounds** [1] - 135:1
**group** [4] - 13:10, 19:15, 20:3, 151:9
**groups** [3] - 3:15, 126:10, 153:17
**growling** [1] - 84:16
**Guam** [2] - 57:1, 108:16
**Guard** [1] - 39:7
**guessing** [1] - 33:14
**guilt** [5] - 15:7, 15:14, 17:2, 24:17, 91:13
**guilty** [2] - 2:13, 2:17, 2:21, 122:18, 138:24, 139:12
**guns** [1] - 128:24
**guy** [2] - 37:5, 97:13

**H**

**Hagin** [1] - 37:25
**half** [6] - 44:20, 52:7, 111:6, 116:14, 125:8, 139:20
**hand** [5] - 10:21, 11:25, 12:3, 13:20, 98:8
**Hand** [1] - 139:22
**hand-held** [2] - 11:25, 12:3
**handbook** [1] - 57:17
**handgun** [1] - 26:11
**handguns** [1] - 88:17
**handle** [4] - 112:3, 112:4, 114:11, 160:19
**HANLON** [1] - 30:21

**Hanlon** [5] - 1:16, 30:21, 31:20, 150:25, 151:1
**Hanover** [1] - 55:11
**happy** [2] - 57:22, 59:25
**Hard** [1] - 18:3
**hard** [1] - 55:14
**HARDING** [17] - 4:10, 6:2, 6:5, 6:9, 29:13, 30:20, 30:23, 37:19, 39:9, 98:17, 145:8, 148:16, 148:19, 149:14, 150:22, 151:1, 151:24
**Harding** [13] - 1:16, 4:12, 5:22, 29:16, 29:17, 29:21, 30:20, 31:20, 37:16, 98:15, 148:22, 148:23, 149:3
**Harford** [2] - 63:23, 117:13
**HARRIS** [1] - 1:7
**Harris** [20] - 1:18, 5:11, 18:2, 19:13, 21:25, 22:21, 22:25, 23:9, 24:22, 25:5, 25:6, 25:9, 26:8, 26:12, 26:14, 27:8, 27:13, 31:6, 36:10, 149:17
**Hartley** [2] - 125:5, 125:17
**Hasim** [1] - 38:16
**Hastings** [1] - 38:1
**hate** [1] - 51:7
**Hayes** [1] - 39:23
**health** [4] - 44:21, 45:6, 45:7, 45:10
**hear** [14] - 12:6, 13:18, 16:3, 32:2, 36:1, 62:25, 63:5, 145:11, 148:22, 150:12, 150:15, 158:15, 160:5, 160:7
**heard** [21] - 27:22, 28:6, 28:8, 28:14, 28:23, 36:5, 75:11, 83:14, 88:15, 88:24, 139:18, 139:25, 140:17, 145:13, 146:3, 147:14, 154:5, 154:20, 154:21, 155:6
**hearing** [5] - 5:9, 12:6, 98:3
**hearings** [1] - 134:1
**hearsay** [1] - 4:19
**heart** [1] - 21:21
**Heath** [1] - 40:3
**heavyweight** [1] - 38:17
**Heights** [3] - 19:16, 20:1, 22:2
**held** [3] - 11:25, 12:3, 147:23
**helpful** [2] - 94:19, 95:7

**helping** [1] - 157:15
**Herbert** [1] - 38:15
**hereby** [1] - 162:3
**hereunto** [1] - 162:10
**Herndon** [1] - 38:10
**heroin** [4] - 20:15, 21:17, 24:8, 89:1
**herself** [1] - 15:16
**hesitate** [2] - 13:20, 13:25
**Hi** [4] - 56:7, 61:17, 71:11, 72:18
**high** [1] - 128:13
**High** [2] - 41:2, 55:2
**himself** [1] - 15:16
**hire** [3] - 34:16, 34:25, 78:1
**hired** [1] - 34:12
**hiring** [2] - 35:4, 68:13
**Hirotaka** [1] - 38:9
**history** [1] - 89:8
**Hold** [2] - 44:16, 77:14
**hold** [3] - 54:20, 58:11, 147:22
**Holly** [1] - 38:1
**home** [11] - 19:21, 20:13, 21:6, 52:9, 56:19, 57:1, 60:8, 96:23, 152:3, 154:13, 156:23
**Homeland** [1] - 81:19
**homeless** [1] - 136:25
**homes** [1] - 67:2
**homework** [1] - 56:20
**honesty** [1] - 88:7
**Honor** [55] - 2:5, 4:10, 4:16, 4:18, 5:5, 5:10, 6:2, 6:19, 7:4, 29:13, 37:19, 39:9, 41:8, 42:13, 59:5, 59:13, 59:16, 67:6, 67:15, 67:18, 67:22, 80:12, 85:18, 85:25, 86:2, 86:15, 98:17, 125:20, 141:3, 144:15, 145:8, 146:6, 148:20, 149:10, 149:14, 149:16, 149:18, 149:23, 150:3, 150:4, 150:22, 150:23, 151:2, 152:4, 158:9, 158:10, 158:16, 158:23, 159:17, 159:21, 159:22, 160:22, 161:1, 161:4
**Honorable** [1] - 1:13
**honored** [1] - 16:6
**hope** [5] - 49:24, 94:14, 98:20, 99:1, 157:3
**hoped** [2] - 152:11, 152:23
**hopefully** [2] - 98:25, 157:24
**hoping** [2] - 4:4, 35:18

**hospice** [1] - 46:19
**Hospital** [1] - 135:2
**hospital** [1] - 48:16
**hotel** [2] - 156:18, 157:1
**hour** [4] - 44:5, 84:15, 98:19
**hours** [5] - 44:21, 45:12, 91:8, 98:15, 98:16
**house** [2] - 29:24, 62:12
**House** [5] - 123:24, 124:2, 125:5, 125:17, 126:4
**housed** [2] - 161:6, 161:13
**household** [1] - 13:15
**housekeeping** [1] - 4:13
**Howard** [4] - 29:4, 38:1, 58:16, 66:22
**hum** [1] - 75:7
**human** [1] - 94:16
**hunting** [2] - 129:5, 129:12
**husband** [9] - 55:10, 69:2, 71:22, 74:17, 74:18, 74:19, 74:20, 74:22, 112:13
**husbands** [1] - 75:23
**husher** [7] - 158:11, 158:15, 158:20, 158:21, 160:3, 160:5

## I

**I'** [1] - 114:6
**idea** [2] - 53:8, 151:21
**ideas** [1] - 130:24
**identified** [1] - 11:14
**identify** [6] - 35:24, 91:17, 119:12, 141:13, 148:25
**illegal** [1] - 132:19
**immediately** [3] - 36:3, 36:4, 91:19
**impact** [1] - 46:16
**impartial** [14] - 14:15, 14:20, 15:21, 18:20, 73:16, 87:20, 87:22, 89:4, 123:4, 130:25, 134:18, 140:11, 147:8, 147:10
**impartially** [23] - 10:5, 63:13, 64:6, 88:20, 89:3, 119:15, 119:25, 120:7, 120:14, 122:7, 123:3, 136:16, 138:9, 138:22, 139:10, 140:6, 140:22, 143:24, 144:1, 144:25, 145:15, 147:19, 147:24

**impedes** [1] - 158:21
**importance** [2] - 10:14, 10:18
**important** [8] - 34:11, 34:18, 35:7, 94:24, 95:1, 95:2, 155:4
**importantly** [1] - 96:4
**impress** [1] - 10:13
**impresses** [1] - 10:18
**IN** [1] - 1:1
**in-law's** [1] - 64:5
**incarcerated** [1] - 159:1
**incident** [1] - 122:12
**include** [3] - 13:10, 13:16, 123:18
**included** [1] - 119:8
**includes** [2] - 13:12, 154:13
**including** [9] - 19:20, 20:1, 20:14, 20:21, 21:6, 43:13, 56:4, 62:22, 126:4
**income** [2] - 49:22, 62:1
**inconvenience** [2] - 53:3, 57:7
**inconvenienced** [1] - 53:9
**inconveniencing** [4] - 46:23, 47:21, 51:14, 58:12
**incorporated** [1] - 19:23
**incorrect** [2] - 96:18, 96:19
**increase** [1] - 96:17
**increasing** [1] - 24:24
**incur** [1] - 156:25
**Indeed** [1] - 15:1
**indeed** [1] - 17:8
**indicated** [4] - 2:14, 3:14, 143:15, 147:8
**indicating** [2] - 119:19, 122:12
**indication** [1] - 78:6
**indictment** [40] - 17:8, 17:9, 17:12, 17:14, 17:20, 17:22, 17:24, 18:7, 18:10, 18:13, 18:22, 19:7, 19:13, 19:15, 20:9, 21:1, 21:11, 21:15, 21:20, 21:21, 22:11, 22:12, 22:15, 24:11, 24:19, 26:1, 27:11, 27:17, 28:4, 28:7, 29:6, 88:24, 89:22, 91:5, 96:3, 119:6, 121:4, 154:7
**indigent** [1] - 34:24
**indirect** [1] - 123:8
**indirectly** [1] - 22:8
**individual** [7] - 4:4, 12:21, 60:14, 141:14,

151:4, 152:16, 153:16
**individually** [3] - 18:22, 94:9
**individuals** [11] - 13:13, 13:17, 17:10, 20:4, 20:16, 21:9, 30:12, 35:19, 35:22, 45:3, 88:16
**industry** [1] - 119:24
**influence** [2] - 14:17, 65:16
**Influenced** [1] - 18:24
**information** [17] - 10:4, 10:17, 10:19, 11:17, 14:1, 19:8, 28:6, 28:19, 36:4, 51:22, 71:6, 89:14, 96:20, 140:9, 143:21, 153:20
**informing** [1] - 160:12
**infrastructure** [1] - 71:6
**injury** [2] - 111:4, 116:22
**inmates** [1] - 80:24
**innocence** [4] - 14:24, 16:21, 16:25, 91:7
**innocent** [7] - 14:22, 16:20, 91:11, 138:21, 139:3, 139:5, 139:6
**inquire** [2] - 141:4, 144:16
**inside** [1] - 71:1
**instance** [1] - 49:3
**institution** [2] - 92:1, 92:6
**institutions** [1] - 71:2
**instruct** [2] - 19:2, 134:4
**instructed** [6] - 14:19, 15:23, 96:1, 97:4, 138:22, 139:10
**instruction** [6] - 16:5, 86:7, 97:4, 138:25, 139:15, 154:12
**instructions** [23] - 9:21, 9:22, 14:12, 14:17, 16:5, 16:8, 16:13, 16:24, 18:13, 24:15, 65:21, 67:19, 72:15, 85:5, 85:12, 88:5, 88:20, 91:21, 130:25, 134:7, 134:17, 155:3, 155:6
**instructs** [1] - 156:1
**insurance** [3] - 45:6, 45:7, 45:10
**insure** [1] - 43:4
**intended** [1] - 94:15
**intending** [1] - 27:13
**intent** [4] - 23:1, 24:6, 25:21, 147:15
**intention** [1] - 52:23
**intentionally** [1] - 22:5

**interacted** [1] - 37:4
**interaction** [5] - 37:11, 81:21, 83:23, 112:9, 137:22
**interactions** [1] - 84:19
**interested** [2] - 150:18, 150:19
**interesting** [3] - 49:18, 49:23, 115:15
**interfere** [4] - 49:17, 49:22, 53:17, 54:6
**Internal** [1] - 62:22
**interrupt** [1] - 48:2
**interstate** [2] - 20:5, 22:4
**interviewed** [1] - 78:21
**intimidation** [3] - 20:17, 20:24, 21:7
**introduce** [7] - 14:24, 30:7, 30:15, 30:18, 30:22, 94:14, 148:15
**introduction** [1] - 94:18
**invasion** [3] - 19:21, 20:13, 21:6
**investigation** [2] - 87:16, 96:12
**invitation** [1] - 98:1
**invite** [2] - 97:24, 150:9
**involved** [10] - 20:21, 37:18, 75:14, 119:24, 137:12, 143:18, 143:22, 144:7, 145:1, 147:12
**involvement** [2] - 26:3, 26:18
**involves** [2] - 26:5, 88:14
**involving** [2] - 88:18, 88:25
**Irene** [1] - 37:24
**issue** [8] - 44:19, 137:1, 141:4, 161:2, 161:5, 161:6, 161:8, 161:11
**issues** [6] - 4:23, 141:8, 155:11, 159:25, 160:2
**IT** [1] - 118:13
**itself** [1] - 17:22

**J**

**Jackson** [1] - 111:1
**jail** [2] - 91:25, 92:6
**Jail** [2] - 80:18, 128:14
**Jamane** [1] - 39:17
**James** [7] - 1:21, 36:10, 36:15, 37:25, 38:16, 39:25
**January** [1] - 27:8
**Jaquetta** [1] - 36:11
**Jason** [3] - 36:8, 36:11,

40:5
**Javonna** [1] - 37:25
**Jennifer** [1] - 80:17
**jeopardy** [1] - 45:7
**Jess** [1] - 39:16
**Jessup** [3] - 159:1, 159:7, 161:10
**Jim** [1] - 31:11
**job** [6] - 57:23, 57:24, 58:24, 62:8, 79:25, 157:16
**job's** [1] - 49:5
**John** [2] - 36:11, 36:16
**Johnson** [3] - 39:17, 39:22, 159:15
**join** [2] - 77:18, 77:19
**joined** [1] - 5:2
**joining** [1] - 77:22
**jointly** [1] - 151:16
**Jones** [9] - 23:24, 24:1, 25:19, 27:3, 27:5, 38:2, 38:3, 38:9, 39:18
**Joseph** [5] - 36:7, 36:10, 38:10, 38:19, 40:7
**Joshua** [2] - 40:8, 40:19
**journalist** [1] - 60:6, 127:17, 127:20, 128:5
**Jovanda** [1] - 40:5
**Joyner** [1] - 40:3
**Judge** [8] - 1:13, 33:14, 45:16, 45:21, 47:9, 96:25, 109:24, 109:25
**judge** [9:21, 9:21, 10:11, 49:1, 73:16, 77:9, 79:9, 79:10, 83:11, 94:17, 94:18, 106:25, 107:1, 109:23, 113:22, 113:24, 114:1, 114:2, 115:4, 116:1, 119:15, 136:16, 140:6, 140:22, 145:16
**judges** [1] - 9:15
**judgeship** [1] - 115:25
**judging** [4] - 34:6, 89:3, 123:3, 144:1
**judgment** [4] - 10:17, 14:13, 18:17, 84:12
**July** [1] - 57:12
**June** [7] - 23:21, 27:4, 27:12, 51:3, 51:6, 114:7
**juries** [2] - 120:24
**jurisdictions** [1] - 128:2
**juror** [94] - 3:16, 3:18, 7:11, 8:3, 8:6, 9:18, 10:6, 11:23, 12:5, 12:18, 13:3, 14:18, 15:12, 16:12, 18:17, 29:11, 32:4, 51:4, 59:12, 63:13, 64:6, 65:2, 65:15, 65:25, 66:12, 67:13, 67:20, 68:7, 69:9, 70:15, 71:8,

71:17, 72:4, 72:23, 74:5, 75:9, 76:2, 79:6, 80:11, 80:24, 81:17, 81:22, 82:25, 83:25, 87:11, 92:9, 96:16, 106:5, 106:10, 106:13, 107:5, 108:6, 111:11, 114:23, 116:18, 118:17, 119:25, 120:8, 120:14, 122:5, 122:7, 122:8, 124:6, 124:15, 124:25, 125:13, 125:19, 125:25, 126:6, 127:7, 127:13, 128:6, 128:19, 129:7, 129:14, 130:1, 130:6, 130:15, 131:21, 132:21, 132:23, 135:10, 135:22, 137:5, 138:9, 143:24, 144:8, 144:25, 145:5, 145:6, 147:19, 147:24, 156:16, 157:18
**JUROR** [875] - 8:7, 8:18, 28:12, 28:16, 28:20, 28:25, 29:3, 29:7, 29:9, 29:17, 29:19, 29:23, 30:1, 32:5, 32:7, 32:10, 32:14, 32:16, 32:19, 32:21, 32:24, 33:1, 33:4, 33:7, 33:10, 33:17, 33:20, 33:23, 34:1, 34:3, 34:8, 36:20, 36:22, 36:24, 37:5, 37:9, 37:12, 37:14, 37:22, 38:24, 39:1, 39:4, 39:6, 40:10, 40:12, 40:14, 40:17, 40:22, 40:24, 41:2, 41:6, 41:12, 41:22, 41:24, 42:2, 42:6, 42:8, 42:11, 42:17, 42:19, 42:23, 44:14, 44:17, 44:20, 44:24, 45:1, 45:11, 45:15, 45:20, 46:1, 46:4, 46:6, 46:9, 46:12, 46:17, 46:19, 46:25, 47:2, 47:4, 47:8, 47:11, 47:14, 47:16, 47:22, 47:24, 48:5, 48:7, 48:11, 48:13, 48:15, 48:20, 48:22, 49:4, 49:11, 49:14, 49:21, 50:1, 50:4, 50:8, 50:12, 50:14, 50:16, 50:18, 50:20, 50:23, 51:1, 51:3, 51:6, 51:10, 51:15, 51:24, 52:1, 52:4, 52:6, 52:9, 52:13, 52:16, 52:18, 52:22, 53:4, 53:10, 53:12, 53:14, 53:16, 53:22, 53:24, 54:3, 54:5, 54:7, 54:11, 54:14, 54:16, 54:21, 55:1, 55:5, 55:7, 55:10,

55:14, 55:19, 55:21, 55:25, 56:1, 56:3, 56:7, 56:9, 56:13, 56:15, 56:18, 56:23, 56:25, 57:8, 57:10, 57:16, 57:20, 57:22, 58:2, 58:5, 58:7, 58:10, 58:14, 58:16, 58:19, 58:21, 58:23, 59:3, 59:5, 59:7, 59:10, 59:13, 59:16, 59:19, 59:21, 59:25, 60:2, 60:7, 60:9, 60:12, 60:17, 60:20, 60:22, 60:24, 61:5, 61:7, 61:10, 61:12, 61:15, 61:17, 61:19, 61:22, 61:24, 62:6, 62:8, 62:11, 62:13, 62:15, 63:2, 63:4, 63:6, 63:8, 63:10, 63:14, 63:17, 63:20, 63:22, 63:25, 64:3, 64:7, 64:11, 64:16, 64:19, 64:21, 64:24, 65:3, 65:5, 65:11, 65:13, 65:16, 65:20, 65:22, 66:1, 66:3, 66:5, 66:8, 66:10, 66:13, 66:15, 66:17, 66:19, 66:21, 67:3, 67:6, 67:8, 67:11, 67:15, 67:18, 67:22, 67:24, 68:1, 68:8, 68:10, 68:12, 68:16, 68:18, 68:21, 68:23, 68:25, 69:2, 69:5, 69:7, 69:10, 69:12, 69:14, 69:17, 69:20, 69:22, 69:24, 70:2, 70:6, 70:9, 70:11, 70:16, 70:18, 70:20, 70:24, 71:3, 71:9, 71:11, 71:13, 71:18, 71:20, 72:1, 72:5, 72:8, 72:10, 72:12, 72:16, 72:18, 72:20, 72:24, 73:1, 73:3, 73:8, 73:10, 73:12, 73:14, 73:17, 73:19, 73:21, 74:1, 74:6, 74:8, 74:12, 74:14, 74:16, 74:19, 74:21, 74:24, 75:1, 75:4, 75:7, 75:10, 75:13, 75:15, 75:20, 75:22, 76:3, 76:5, 76:10, 76:12, 76:14, 76:16, 76:18, 76:20, 77:2, 77:7, 77:11, 77:13, 77:15, 77:17, 77:21, 77:24, 78:5, 78:8, 78:12, 78:14, 78:16, 78:20, 78:23, 79:1, 79:3, 79:7, 79:11, 79:14, 79:16, 79:20, 79:23, 79:25, 80:4, 80:9, 80:12, 80:14, 80:16, 80:20, 80:22,

81:1, 81:4, 81:6, 81:8, 81:12, 81:14, 81:18, 81:23, 81:25, 82:2, 82:4, 82:7, 82:9, 82:11, 82:14, 82:17, 82:20, 82:23, 83:1, 83:3, 83:5, 83:8, 83:10, 83:13, 83:16, 83:18, 83:20, 84:1, 84:3, 84:5, 84:9, 84:11, 85:3, 85:8, 85:13, 85:16, 85:18, 85:21, 85:25, 86:2, 86:4, 86:15, 86:19, 86:21, 86:23, 86:25, 87:2, 87:5, 87:9, 87:13, 87:15, 87:21, 87:24, 88:1, 88:3, 88:6, 88:8, 88:12, 89:6, 89:10, 89:12, 89:15, 89:17, 89:20, 89:24, 90:2, 90:5, 90:7, 90:10, 90:14, 90:16, 90:19, 90:23, 91:2, 92:10, 92:11, 92:12, 92:13, 92:14, 92:15, 92:16, 92:17, 92:18, 92:19, 92:20, 92:21, 92:22, 92:23, 92:24, 92:25, 93:1, 93:2, 93:3, 93:4, 93:5, 93:6, 93:7, 93:8, 93:9, 93:10, 93:11, 93:12, 93:13, 93:14, 93:15, 93:16, 93:17, 93:18, 93:19, 93:20, 93:22, 93:24, 93:25, 94:1, 94:2, 94:3, 94:4, 94:5, 99:13, 99:15, 99:17, 99:19, 99:21, 99:23, 99:25, 100:2, 100:4, 100:6, 100:8, 100:10, 100:12, 100:14, 100:16, 100:18, 100:20, 100:22, 100:24, 101:1, 101:3, 101:5, 101:7, 101:9, 101:11, 101:13, 101:15, 101:17, 101:19, 101:21, 101:23, 101:25, 102:2, 102:4, 102:6, 102:8, 102:10, 102:12, 102:14, 102:16, 102:18, 102:20, 102:22, 102:24, 103:1, 103:3, 103:5, 103:7, 103:9, 103:11, 103:13, 103:15, 103:17, 103:19, 103:21, 103:23, 103:25, 104:2, 104:4, 104:6, 104:8, 104:10, 104:13, 104:15, 104:17, 104:19, 104:21, 104:23, 104:25, 105:2, 105:4, 105:6, 105:8, 105:10, 105:12, 105:14, 105:16, 105:18, 105:21, 105:23,

105:25, 106:2, 106:4,
106:7, 106:9, 106:11,
106:13, 106:18, 106:20,
106:22, 106:24, 107:2,
107:6, 107:8, 107:10,
107:12, 107:15, 107:17,
107:19, 107:21, 107:25,
108:2, 108:4, 108:7,
108:10, 108:12, 108:16,
108:19, 108:22, 108:25,
109:3, 109:5, 109:8,
109:10, 109:12, 109:16,
109:19, 109:21, 109:23,
110:2, 110:5, 110:8,
110:10, 110:14, 110:16,
110:18, 110:22, 110:24,
111:1, 111:4, 111:6,
111:9, 111:12, 111:14,
111:16, 111:19, 111:21,
111:23, 112:3, 112:7,
112:11, 112:13, 112:16,
112:19, 112:21, 112:23,
113:2, 113:5, 113:8,
113:11, 113:13, 113:17,
113:20, 113:22, 113:25,
114:3, 114:5, 114:10,
114:12, 114:15, 114:18,
114:21, 114:24, 115:1,
115:3, 115:6, 115:8,
115:10, 115:12, 115:17,
115:19, 115:22, 115:25,
116:2, 116:4, 116:7,
116:9, 116:12, 116:14,
116:16, 116:19, 116:21,
116:24, 117:1, 117:5,
117:8, 117:12, 117:17,
117:19, 117:22, 117:25,
118:3, 118:5, 118:10,
118:12, 118:14, 118:18,
118:21, 118:23, 118:25,
119:4, 121:14, 121:16,
121:18, 121:19, 121:21,
121:24, 122:1, 123:22,
123:24, 124:7, 124:10,
124:12, 124:17, 124:19,
124:21, 124:23, 125:1,
125:3, 125:5, 125:10,
125:14, 125:16, 125:20,
125:22, 126:1, 126:3,
126:7, 126:14, 126:16,
126:18, 126:21, 126:23,
127:1, 127:5, 127:8,
127:10, 127:14, 127:16,
127:21, 127:23, 128:1,
128:3, 128:7, 128:9,
128:11, 128:17, 128:20,
129:2, 129:4, 129:8,
129:10, 129:12, 129:15,
129:17, 129:19, 129:23,
130:2, 130:4, 130:7,
130:9, 130:11, 130:16,

130:19, 131:2, 131:5,
131:8, 131:10, 131:14,
131:18, 131:22, 132:2,
132:4, 132:5, 132:6,
132:7, 132:8, 132:9,
132:10, 132:11, 132:12,
132:13, 132:14, 132:25,
133:1, 133:2, 133:3,
133:4, 133:5, 133:6,
133:7, 133:8, 133:9,
133:10, 133:11, 133:12,
133:13, 133:14, 133:15,
133:16, 133:18, 133:19,
133:21, 134:24, 135:1,
135:6, 135:8, 135:11,
135:13, 135:16, 135:20,
135:23, 135:25, 136:2,
136:4, 136:6, 136:9,
136:12, 136:17, 136:20,
136:22, 136:24, 137:3,
137:6, 137:8, 137:10,
137:12, 137:15, 137:24,
138:3, 138:5, 138:18,
139:24, 140:1, 140:3,
140:8, 140:12, 140:14,
140:16, 140:18, 140:20,
140:24, 141:1, 141:21,
141:23, 141:24, 141:25,
142:1, 142:2, 142:3,
142:4, 142:5, 142:6,
142:7, 142:8, 142:9,
142:10, 142:11, 142:12,
142:13, 142:14, 142:15,
142:16, 142:17, 142:18,
142:19, 142:20, 142:21,
142:22, 142:23, 142:24,
142:25, 143:1, 143:2,
143:3, 143:4, 143:5,
143:6, 143:7, 143:8,
143:9, 143:10, 143:11,
144:3, 144:9, 144:12,
144:13, 144:20, 144:23,
145:3, 145:12, 145:17,
145:20, 145:22, 145:25,
146:2, 146:4, 146:6,
146:8, 146:10, 146:12,
146:14, 146:16, 146:18,
146:20, 146:23, 146:25,
147:2, 148:1, 148:4,
148:6, 148:8, 148:10
  **Juror** [166] - 7:10, 7:14,
7:15, 7:17, 7:18, 7:19,
7:20, 7:21, 7:22, 7:23,
7:24, 7:25, 8:1, 8:2, 8:8,
8:9, 8:10, 8:11, 8:12,
8:13, 8:14, 8:15, 8:16,
8:17, 8:19, 8:20, 8:21,
8:22, 8:23, 8:24, 8:25,
9:2, 9:3, 9:4, 9:5, 9:6,
9:7, 9:8, 28:12, 29:14,
29:16, 38:24, 39:11,

48:9, 48:20, 49:14, 50:4,
50:14, 51:1, 52:16,
53:12, 53:14, 56:15,
56:23, 57:8, 57:20,
61:22, 66:19, 68:20,
68:25, 73:1, 73:19,
75:20, 77:13, 77:15,
79:14, 88:13, 89:20,
99:12, 100:19, 104:11,
104:12, 104:14, 105:19,
105:22, 106:1, 106:8,
106:10, 106:14, 106:23,
108:10, 111:14, 117:12,
128:9
  **Jurors** [1] - 96:15
  **jurors** [25] - 3:20, 3:22,
5:17, 5:20, 7:9, 10:2,
10:12, 10:25, 16:3, 96:8,
96:9, 119:17, 119:19,
122:2, 122:10, 124:2,
139:20, 144:17, 145:10,
145:14, 149:5, 149:6,
154:11, 156:14
  **Jury** [8] - 95:12, 97:9,
97:20, 97:22, 99:6,
155:16, 157:10, 157:13
  **jury** [75] - 3:7, 3:8, 3:11,
5:15, 6:17, 9:4, 9:9,
9:24, 9:25, 14:8, 14:10,
14:13, 15:20, 16:1,
16:14, 16:24, 17:9,
17:19, 17:20, 17:21,
18:8, 18:12, 18:20, 19:2,
19:15, 22:1, 24:15, 26:2,
27:18, 28:5, 29:20, 30:3,
30:4, 41:9, 43:20, 43:21,
44:23, 45:13, 48:3,
49:16, 49:20, 54:1,
56:10, 57:15, 59:22,
61:25, 84:14, 84:18,
88:6, 88:14, 95:15,
120:25, 121:1, 121:6,
121:7, 121:10, 121:11,
122:4, 122:11, 126:24,
138:21, 139:8, 139:9,
151:12, 153:2, 153:12,
153:25, 154:3, 154:15,
155:18, 157:2, 157:16,
157:23
  **jury's** [2] - 14:20, 121:1
  **Justice** [2] - 71:14, 76:6
  **justice** [11] - 14:6, 15:2,
16:9, 21:10, 27:13,
34:12, 34:22, 35:14,
115:13, 123:9, 138:14
  **Juvenile** [1] - 76:6

## K

  **Kaler** [1] - 116:12

  **Kara** [1] - 38:5
  **Karen** [1] - 39:19
  **keep** [3] - 5:24, 44:21,
159:6
  **keeping** [2] - 7:5,
152:22
  **Keeway** [1] - 38:19
  **Keith** [3] - 30:23, 39:15,
39:25
  **Kelly** [2] - 38:3, 39:18
  **Kelsey** [2] - 1:17, 31:1
  **Kemp** [1] - 38:20
  **Kendrick** [1] - 38:3
  **Kenneth** [2] - 38:2,
39:19
  **Ketterman** [1] - 39:15
  **Kevin** [1] - 38:12
  **kidding** [1] - 55:8
  **kill** [5] - 22:22, 23:1,
23:2, 23:23, 24:4
  **kind** [7] - 90:20, 96:12,
97:1, 97:3, 112:6,
131:11, 159:24
  **kinds** [3] - 120:24,
122:17, 123:7
  **Kirk** [1] - 38:1
  **Klas** [2] - 30:24, 40:1
  **knowingly** [1] - 22:4
  **knowledge** [54] - 28:6,
41:8, 63:11, 64:4, 67:12,
69:8, 69:18, 70:12, 72:2,
72:22, 74:3, 74:10, 75:8,
75:25, 77:5, 80:10,
82:21, 82:22, 82:24,
84:7, 89:8, 96:18, 107:4,
107:13, 107:23, 108:5,
108:7, 108:23, 109:17,
110:6, 110:12, 110:20,
112:17, 113:6, 113:18,
114:13, 114:22, 115:16,
116:5, 116:17, 117:6,
117:15, 117:16, 118:1,
118:15, 119:2, 119:13,
130:13, 137:13, 138:7,
140:21, 143:15, 147:22,
157:19
  **known** [18] - 4:23, 10:4,
18:2, 18:3, 18:4, 18:5,
19:14, 21:16, 22:1, 23:3,
36:8, 38:15, 38:19,
38:20, 39:24, 119:14,
121:1
  **Kramer** [2] - 37:24,
39:23
  **Kurland** [7] - 1:22, 5:7,
31:16, 32:20, 33:15,
150:1, 160:20
  **KURLAND** [7] - 31:16,
42:13, 159:22, 160:2,
160:9, 160:16, 160:18

  **Kurland's** [3] - 149:23,
150:4, 158:14

## L

  **Labbe** [1] - 38:11
  **LABBE** [1] - 39:11
  **Ladies** [3] - 9:9, 88:23,
106:14
  **ladies** [28] - 7:13, 11:1,
17:5, 27:16, 30:6, 31:13,
34:10, 35:17, 43:3, 91:4,
91:15, 94:7, 95:18,
97:19, 99:7, 117:10,
119:6, 119:21, 120:3,
120:23, 122:15, 123:6,
132:15, 133:25, 141:10,
143:12, 152:9, 157:12
  **lady** [2] - 38:3, 97:13
  **Lakeisha** [1] - 37:25
  **Lane** [1] - 28:1
  **language** [1] - 88:9
  **Lansey** [1] - 36:11
  **large** [1] - 62:1
  **Laslett** [1] - 36:17
  **Lassiter** [1] - 38:18
  **last** [10] - 8:15, 9:7,
36:24, 38:4, 68:18,
70:21, 79:23, 126:19,
145:5, 147:9
  **Laura** [2] - 1:17, 31:1
  **Law** [2] - 39:5, 62:19
  **law** [112] - 3:8, 9:22,
11:24, 12:2, 14:12,
14:17, 15:17, 16:14,
16:24, 17:11, 18:25,
19:1, 20:3, 21:10, 22:6,
22:10, 22:13, 23:1,
24:21, 25:25, 26:10,
27:21, 32:8, 35:22,
35:23, 35:24, 36:9,
36:11, 36:12, 36:13,
36:14, 36:17, 36:18,
36:25, 37:18, 37:23,
37:24, 37:25, 38:1, 38:5,
38:7, 38:10, 38:11,
38:12, 38:13, 38:14,
38:16, 38:21, 39:14,
39:15, 39:16, 39:17,
39:19, 39:23, 40:1, 40:2,
40:3, 59:7, 62:18, 62:21,
62:23, 66:24, 69:14,
70:8, 70:10, 73:4, 73:7,
73:23, 74:9, 75:22,
78:10, 84:5, 84:19,
84:22, 85:1, 85:6, 86:5,
86:7, 86:9, 86:11, 86:16,
88:8, 95:2, 95:17, 96:19,
97:10, 106:16, 106:20,

106:24, 107:12, 107:21, 108:4, 108:13, 109:2, 110:19, 111:16, 112:9, 112:13, 116:21, 117:4, 117:22, 117:23, 118:6, 126:11, 153:5, 155:25, 157:15

**LAW** [3] - 7:18, 7:22, 8:1

**law's** [4] - 63:8, 63:12, 64:5, 110:10

**LAWLOR** [5] - 6:19, 6:25, 7:3, 7:6, 31:3

**Lawlor** [3] - 1:18, 7:2, 31:3

**lawyer** [14] - 10:8, 34:15, 34:19, 35:4, 35:7, 35:12, 64:10, 106:15, 106:24, 107:1, 112:23, 113:14, 116:22, 117:24

**lawyers** [9] - 30:17, 32:11, 34:11, 34:23, 113:16, 115:24, 118:15, 118:16, 160:10

**lead** [1] - 18:23

**leaders** [1] - 21:19

**leadership** [1] - 20:2

**leading** [1] - 136:7

**learned** [2] - 77:9, 83:14

**learning** [1] - 159:20

**least** [11] - 6:24, 9:8, 22:14, 36:24, 45:19, 45:22, 79:20, 151:11, 151:13, 158:9, 158:13

**leave** [7] - 45:9, 47:10, 50:19, 55:17, 57:4, 60:25

**leaving** [2] - 46:10, 57:2

**lectern** [3] - 4:15, 37:17, 97:24

**Lee** [1] - 40:4

**left** [3] - 32:19, 32:24, 115:19

**legal** [10] - 4:23, 14:5, 106:16, 112:5, 116:9, 120:18, 120:20, 154:19

**legalization** [2] - 128:24, 137:18

**legally** [1] - 111:16

**length** [3] - 54:22, 60:25, 161:7

**lengths** [1] - 43:4

**Leon** [1] - 38:18

**less** [2] - 5:14, 43:6

**lesser** [1] - 84:25

**letter** [2] - 5:7, 51:21

**levity** [2] - 94:14, 94:19

**light** [1] - 75:16

**likely** [4] - 37:17, 49:9, 79:8, 151:6

**likewise** [2] - 5:3, 25:17

limited [7] - 19:7, 82:21, 82:22, 82:23, 108:23, 109:17, 149:8

**Limited** [2] - 19:23, 20:22

**line** [5] - 3:15, 4:5, 148:19, 148:24, 153:18

**Lisa** [6] - 23:5, 25:10, 26:12, 26:15, 38:8, 38:19

**list** [6] - 4:9, 35:18, 36:1, 36:3, 64:9, 99:10

**listed** [1] - 78:24

**listen** [4] - 11:17, 14:11, 130:24, 143:13

**listened** [1] - 143:13

**listening** [5] - 67:5, 150:15, 150:16, 158:12, 158:18

**lists** [2] - 3:9, 22:15

**litigation** [2] - 110:24, 113:5

**Litigation** [1] - 111:19

**live** [3] - 55:2, 156:15, 156:19

**livelihood** [1] - 48:24

**Lloyd** [1] - 109:24

**local** [2] - 64:21, 127:18

**location** [3] - 27:24, 70:22, 70:23

**locations** [2] - 27:23, 28:3

**Lombard** [1] - 1:25

**long's** [1] - 112:25

**Look** [1] - 160:16

**look** [8] - 17:21, 30:4, 33:6, 95:8, 96:17, 97:12, 154:18, 154:19

**looking** [3] - 61:3, 62:12, 96:14

**looks** [2] - 29:21, 150:19

**Lorraine** [1] - 36:10

**lose** [2] - 57:23, 151:25

**lost** [1] - 149:4

**Loth** [1] - 38:13

**LOTH** [1] - 38:14

**loud** [2] - 16:3, 99:11

**loudly** [1] - 32:3

**lousy** [2] - 34:22, 34:24

**luck** [10] - 46:2, 48:17, 49:13, 49:24, 50:24, 54:13, 56:22, 57:19, 59:1, 68:22

**luggage** [2] - 37:1, 37:6

**lunch** [6] - 4:4, 91:21, 94:8, 95:10, 95:24, 98:23, 154:2, 157:25, 158:1

**Luncheon** [1] - 99:3

**luncheon** [8] - 4:3,

12:23, 44:4, 84:15, 91:20, 95:5, 96:11

**Lynch** [3] - 40:20, 40:23, 41:10

**Lynette** [1] - 39:20

# M

**M-A-R-L-E** [1] - 39:3

**Ma'am** [3] - 8:2, 8:5, 29:20

**ma'am** [80] - 6:17, 7:19, 8:17, 28:11, 29:11, 29:25, 40:23, 46:16, 46:18, 47:3, 47:13, 47:15, 48:19, 48:21, 49:13, 50:3, 51:2, 52:5, 52:8, 53:23, 54:15, 56:2, 56:6, 56:8, 56:14, 56:17, 56:22, 56:24, 57:21, 58:20, 59:18, 59:20, 61:16, 61:18, 63:18, 63:21, 68:11, 68:24, 69:13, 69:21, 71:10, 71:12, 71:19, 72:19, 73:2, 74:13, 75:19, 75:21, 77:12, 83:4, 86:20, 89:7, 89:18, 108:9, 108:11, 109:11, 109:20, 110:23, 111:15, 112:12, 114:17, 116:8, 117:11, 121:20, 124:9, 124:20, 125:4, 125:21, 127:9, 130:17, 131:7, 134:23, 135:12, 135:24, 140:25, 141:20, 145:13, 145:19, 146:15, 146:21

**MADD** [3] - 124:21, 125:16, 126:4

**Magginson** [1] - 37:24

**magic** [1] - 12:12

**mailed** [1] - 4:10

**maintain** [1] - 155:4

**maintaining** [2] - 20:20, 24:23

**male** [4] - 40:24, 40:25, 41:1, 74:21

**malice** [1] - 22:22

**man** [2] - 22:19, 24:3

**managed** [1] - 71:13

**manager** [2] - 47:16, 47:24, 136:25

**managing** [1] - 157:16

**manner** [6] - 85:6, 94:12, 94:21, 95:3, 157:5, 162:9

**March** [3] - 23:10, 23:19, 26:21

**marijuana** [4] - 20:14,

21:17, 24:8, 89:1

**Mark** [2] - 38:14, 39:20

**Marle** [1] - 38:21

**Marley** [1] - 39:2

**Marquetta** [1] - 38:5

**married** [1] - 54:3

**Married** [1] - 86:22

**MARSHAL** [1] - 159:14

**marshal** [1] - 64:21

**marshals** [2] - 159:2, 159:11

**MARTIN** [13] - 1:8, 2:8, 2:11, 2:14, 2:18, 31:5, 42:12, 42:14, 149:18, 150:12, 150:16, 151:18, 152:4

**Martin** [17] - 1:19, 1:20, 2:1, 2:4, 2:6, 2:21, 6:12, 6:14, 6:15, 18:4, 19:13, 21:25, 23:9, 31:5, 31:10, 149:21, 149:22

**Marvin** [1] - 38:20

**Mary** [3] - 1:24, 162:3, 162:15

**MARYLAND** [1] - 1:2

**Maryland** [18] - 1:12, 1:25, 9:16, 17:10, 19:23, 20:22, 21:23, 22:21, 22:24, 23:7, 23:11, 23:20, 23:22, 28:1, 30:11, 63:8, 76:8, 107:3

**masse** [1] - 95:13

**materials** [1] - 161:9

**matter** [9] - 11:22, 13:3, 18:6, 37:10, 95:2, 96:18, 96:19, 162:4, 162:9

**matters** [7] - 4:13, 5:9, 12:15, 75:18, 141:4, 141:16, 147:17

**mature** [2] - 14:13, 18:20

**Maureen** [1] - 40:5

**McCaffity** [8] - 22:19, 22:23, 23:3, 25:1, 25:2, 25:7, 26:9, 38:8

**McCarthy** [1] - 40:7

**McCoy** [2] - 37:25, 40:4

**McDermott** [1] - 111:21

**McDonald** [2] - 37:25, 40:5

**meals** [1] - 157:1

**mean** [3] - 2:18, 75:4, 131:11

**meaning** [1] - 13:19

**means** [2] - 21:1, 21:2

**meant** [1] - 87:20

**meantime** [1] - 154:5

**media** [1] - 6:11

**medical** [1] - 71:15

**meet** [2] - 16:19, 30:12

**member** [35] - 10:8, 13:11, 13:12, 16:1, 28:5, 31:20, 41:13, 41:15, 62:17, 91:23, 92:3, 106:15, 120:17, 121:5, 121:7, 121:10, 122:3, 123:17, 126:9, 128:11, 128:22, 128:25, 129:2, 129:19, 129:20, 129:22, 130:4, 130:11, 130:19, 131:24, 132:18, 134:20, 137:17, 137:21, 139:13

**members** [14] - 19:15, 19:18, 20:2, 20:7, 20:11, 20:19, 20:21, 20:23, 21:11, 21:15, 21:17, 30:9, 74:8, 131:18

**Members** [5] - 21:4, 30:3, 84:14, 84:18, 88:14

**memo** [1] - 98:14

**mention** [4] - 98:3, 134:2, 158:3, 158:24

**mentioned** [9] - 25:15, 27:23, 28:4, 35:20, 117:9, 120:23, 123:19, 154:22, 156:5

**merely** [1] - 27:18

**met** [7] - 9:10, 11:24, 15:23, 39:25, 40:1, 42:21, 42:23

**methadone** [1] - 136:12

**methods** [2] - 21:1, 21:2

**Metropolitan** [1] - 82:2

**Michael** [7] - 1:16, 1:18, 30:21, 39:14, 40:8, 42:12, 42:15

**Microphone** [1] - 28:11

**microphone** [5] - 12:2, 12:3, 12:4, 32:3, 78:7

**microphones** [3] - 2:24, 11:25, 139:22

**mid** [1] - 156:12

**mid-morning** [1] - 156:12

**middle** [2] - 44:3, 56:18

**might** [15] - 28:19, 37:5, 57:2, 76:25, 85:9, 87:1, 119:14, 119:24, 122:7, 122:13, 141:8, 143:25, 144:7, 147:12, 157:21

**mike** [15] - 7:5, 42:7, 44:15, 53:20, 63:1, 107:18, 113:9, 114:16, 121:15, 121:20, 124:9, 145:11, 158:18, 158:19, 160:24

**Mike** [5] - 31:3, 40:4, 41:24, 42:2, 42:9

**mikes** [1] - 158:19

**mild** [1] - 88:4
**mileage** [1] - 157:2
**miles** [2] - 156:17, 156:19
**military** [2] - 64:22, 66:6
**Mills** [1] - 75:5
**mind** [1] - 147:4
**mine** [2] - 42:3, 42:20
**minimum** [1] - 13:12
**Ministry** [1] - 80:18
**minute** [1] - 16:18
**minutes** [7] - 5:15, 44:3, 44:4, 44:5, 54:17, 97:8, 151:11
**misdemeanors** [1] - 64:1
**miss** [2] - 53:25, 57:22
**missed** [1] - 51:22
**mission** [3] - 14:21, 15:20, 128:23
**MITCHELL** [1] - 1:7
**Mitchell** [19] - 1:17, 5:11, 18:2, 19:13, 19:24, 21:24, 22:21, 22:25, 23:9, 24:22, 25:5, 25:6, 25:8, 26:7, 26:13, 26:14, 31:2, 149:15, 162:5
**Mitchell's** [1] - 98:22
**mom** [2] - 46:19, 49:15
**moment** [23] - 7:13, 7:16, 7:19, 9:18, 16:19, 16:20, 28:13, 32:12, 32:15, 38:25, 51:4, 51:25, 56:16, 56:24, 60:5, 85:4, 91:7, 107:20, 124:22, 139:3, 141:2, 144:14, 145:7
**momentarily** [1] - 5:20
**Monday** [5] - 1:11, 43:8, 43:12, 44:8
**money** [1] - 21:17
**monitoring** [1] - 56:20
**Montana** [2] - 38:15, 42:10
**Montemarano** [2] - 40:8, 40:11
**Montgomery** [2] - 5:7, 39:19
**month** [2] - 47:17, 54:3
**months** [3] - 47:19, 58:24, 83:20
**Moore** [1] - 111:1
**moral** [1] - 138:7
**morning** [33] - 9:10, 30:20, 30:21, 31:1, 31:3, 31:5, 31:9, 31:13, 43:24, 44:2, 53:17, 55:14, 95:13, 95:14, 96:6, 98:11, 119:7, 139:4, 151:9, 152:13, 152:14,

153:2, 153:3, 153:4, 153:14, 153:23, 154:16, 155:21, 156:5, 156:12, 157:12, 158:17, 161:16
**Morsley** [1] - 38:4
**MORSLEY** [1] - 38:4
**most** [7] - 25:24, 44:7, 45:18, 45:23, 152:22, 157:3, 157:17
**Most** [1] - 45:2
**Mostly** [2] - 128:3, 136:12
**mother** [1] - 33:22
**Mothers** [3] - 123:14, 123:19, 124:12
**motion** [1] - 4:24
**motivation** [1] - 46:14
**Motor** [1] - 52:22
**Moultry** [1] - 38:18
**move** [1] - 39:12
**moved** [2] - 9:12, 80:4
**movies** [1] - 67:1
**moving** [1] - 62:10
**MR** [63] - 2:5, 4:10, 4:16, 5:5, 5:10, 6:2, 6:5, 6:9, 6:19, 6:25, 7:3, 7:6, 7:8, 29:13, 30:20, 30:21, 30:23, 31:3, 31:5, 31:7, 31:9, 31:11, 31:13, 31:16, 37:19, 39:9, 42:12, 42:13, 42:14, 98:17, 145:8, 148:16, 148:19, 149:14, 149:18, 149:23, 150:3, 150:12, 150:16, 150:22, 151:1, 151:13, 151:18, 151:21, 151:24, 152:4, 158:3, 158:6, 158:9, 158:23, 159:8, 159:17, 159:20, 159:22, 160:2, 160:9, 160:16, 160:18, 160:22, 160:25, 161:6, 161:9, 161:12
**MS** [12] - 6:12, 6:14, 31:1, 40:25, 41:4, 41:8, 141:3, 141:7, 144:15, 148:22, 149:10, 149:16
**Muhammed** [1] - 38:2
**Mungo** [1] - 40:2
**murder** [30] - 19:20, 20:12, 20:18, 21:7, 22:18, 22:19, 22:23, 23:2, 23:4, 23:5, 23:11, 23:12, 23:14, 23:23, 24:3, 24:24, 25:2, 26:19, 26:23, 27:1, 27:3, 88:19, 90:24, 90:25
**murdered** [1] - 25:1
**murders** [4] - 26:8, 27:25, 28:4, 88:15

**Murphy** [1] - 36:15
**music** [5] - 19:25, 20:20, 119:9, 119:23, 119:24
**must** [4] - 9:24, 16:5, 75:11, 157:17
**mutual** [1] - 21:18
**MVA** [1] - 53:8

## N

**NA** [1] - 137:12
**Nakasone** [1] - 38:9
**name** [19] - 18:1, 22:19, 23:24, 24:3, 31:1, 31:5, 36:2, 36:5, 36:22, 36:24, 37:13, 37:14, 37:15, 38:4, 39:4, 40:20, 42:1, 42:4, 116:1
**name's** [1] - 31:9
**named** [7] - 18:10, 18:11, 23:5, 23:14, 25:24, 26:4, 26:13
**namely** [1] - 24:7
**names** [7] - 26:22, 26:24, 35:18, 35:20, 64:8, 64:9, 76:24
**naming** [2] - 25:5, 26:17
**narcotics** [2] - 25:22, 132:19
**Natasha** [1] - 36:8
**Nathaniel** [1] - 38:18
**National** [3] - 39:6, 128:22, 130:12
**Nature** [2] - 114:20, 117:21
**nature** [8] - 19:8, 88:17, 107:11, 108:17, 109:14, 115:9, 118:19, 134:9
**near** [1] - 153:18
**necessary** [3] - 27:21, 98:10, 98:13
**need** [14] - 3:3, 3:4, 6:16, 7:6, 7:11, 11:12, 55:17, 56:18, 57:1, 148:18, 152:22, 153:20, 153:22, 158:18
**needed** [1] - 2:25
**needs** [2] - 46:23, 56:20
**negotiations** [1] - 122:23
**neighbor** [4] - 40:14, 66:22, 80:3, 80:4
**neighborhood** [3] - 80:5, 126:9, 137:23
**neighborhoods** [1] - 21:13
**nephew** [1] - 112:23
**never** [6] - 14:23, 14:24,

17:12, 17:23, 27:17, 71:1
**nevertheless** [1] - 98:13
**new** [3] - 8:21, 55:7, 62:8
**New** [8] - 21:24, 72:21, 110:11, 113:14, 115:4, 115:5, 115:13, 115:14
**News** [1] - 80:17
**news** [5] - 64:11, 140:3, 140:4, 140:18, 144:23
**Newsom** [1] - 36:15
**newspaper** [3] - 28:20, 29:2, 96:14
**newspapers** [1] - 28:19
**next** [12] - 8:3, 8:11, 8:16, 12:1, 43:14, 47:19, 54:3, 58:25, 62:2, 62:11, 97:14, 107:7
**Next** [4] - 67:23, 107:16, 110:15, 140:13
**Niedermeier** [1] - 38:7
**Nieisha** [1] - 38:4
**night** [3] - 57:24, 58:5, 61:13
**Nina** [2] - 3:9, 8:4
**Nine** [3] - 24:5, 26:5, 26:7
**NO** [1] - 1:6
**noise** [2] - 158:12, 158:21
**non** [2] - 147:8, 154:19
**non-legal** [1] - 154:19
**non-response** [1] - 147:8
**none** [9] - 88:23, 120:10, 120:16, 120:22, 121:8, 123:5, 137:20, 138:10, 139:17
**None** [1] - 32:11
**nonetheless** [1] - 35:5
**normal** [2] - 12:11, 157:1
**normally** [3] - 52:11, 55:18, 156:10
**Normally** [1] - 156:5
**Norman** [1] - 36:16
**North** [1] - 84:11
**Northeast** [1] - 41:2
**NORTHERN** [1] - 1:2
**nothing** [7] - 45:7, 45:13, 62:3, 86:8, 87:11, 91:6, 91:9
**Nothing** [2] - 45:15, 149:16
**notice** [2] - 52:22, 53:8
**notified** [1] - 17:16
**notify** [1] - 51:19
**November** [1] - 43:11
**NRA** [6] - 129:12,

129:19, 129:25, 130:4, 131:11, 131:19
**Number** [60] - 7:10, 7:14, 7:18, 7:19, 7:24, 9:8, 28:11, 28:12, 29:14, 29:16, 39:11, 40:22, 44:14, 46:25, 47:14, 47:22, 48:9, 48:13, 48:20, 49:14, 50:4, 50:14, 51:1, 51:24, 52:16, 53:12, 53:14, 53:22, 56:1, 56:7, 57:8, 58:21, 61:22, 64:19, 65:5, 66:3, 66:19, 68:10, 68:25, 69:22, 71:11, 71:20, 80:14, 87:24, 88:13, 89:20, 90:5, 99:12, 104:11, 105:19, 106:8, 106:23, 116:21, 129:17, 130:4, 130:9, 136:22, 140:14
**number** [67] - 7:13, 8:6, 11:23, 12:5, 12:21, 18:9, 22:15, 29:19, 32:4, 32:13, 36:19, 38:23, 40:9, 40:16, 41:21, 43:13, 44:13, 45:24, 46:3, 48:10, 51:5, 58:8, 59:2, 63:1, 63:3, 63:4, 63:19, 64:18, 76:9, 76:17, 85:2, 85:17, 86:1, 86:18, 87:8, 88:11, 89:5, 91:1, 91:18, 92:9, 93:21, 99:11, 106:6, 106:12, 106:19, 106:21, 121:12, 123:6, 123:21, 124:9, 131:4, 131:25, 132:21, 132:23, 134:1, 134:25, 137:9, 137:23, 138:15, 139:23, 141:14, 141:19, 144:2, 144:19, 145:19, 147:25
**Number(s** [1] - 162:5
**numbers** [1] - 3:16
**numerical** [1] - 3:18
**numerous** [2] - 68:1, 139:20
**nurse** [1] - 135:6

## O

**O'Ree** [1] - 36:16
**oath** [12] - 3:23, 10:8, 10:9, 10:10, 10:11, 10:12, 10:13, 10:24, 86:11, 99:8, 155:5
**Ober** [1] - 116:12
**objection** [10] - 3:2, 3:5, 4:17, 4:18, 4:19, 5:1, 5:3, 5:4, 149:20

**objections** [1] - 4:24
**objectives** [1] - 20:8
**obligation** [1] - 10:15
**observances** [1] - 43:16
**observe** [2] - 33:24, 88:8
**obstruct** [2] - 21:10, 27:13
**obstructing** [1] - 20:23
**obtain** [1] - 21:17
**obviously** [1] - 47:25
**Obviously** [3] - 43:20, 45:17, 72:6
**occasion** [4] - 35:24, 37:1, 48:16, 67:11
**occasions** [1] - 43:25
**occupy** [1] - 153:9
**occupying** [2] - 95:21, 97:13
**occur** [2] - 47:19, 122:5
**occurred** [2] - 23:6, 26:20
**occurrence** [1] - 122:12
**occurring** [1] - 26:16
**occurs** [1] - 14:18
**October** [7] - 43:10, 43:17, 48:1, 50:8, 52:18, 57:2, 57:5
**OF** [3] - 1:2, 1:5, 1:11
**offense** [1] - 25:18
**offenses** [8] - 17:11, 18:9, 19:21, 24:20, 24:21, 25:12, 25:25, 26:7
**offer** [2] - 2:13, 2:15, 2:18, 58:24
**offered** [2] - 15:15, 98:18
**offering** [1] - 98:14
**office** [8] - 30:10, 31:21, 60:11, 60:15, 96:24, 113:3, 113:15, 120:20
**Office** [1] - 113:1
**officer** [27] - 39:5, 39:8, 41:25, 42:5, 59:7, 64:21, 66:6, 68:13, 69:4, 71:21, 72:20, 73:3, 74:17, 74:23, 76:21, 76:22, 77:18, 81:9, 81:10, 84:22, 85:1, 85:7, 86:9, 86:16, 120:18, 120:21, 126:11
**Officer** [4] - 30:23, 39:16, 42:13, 42:15
**officers** [9] - 35:23, 35:25, 65:10, 70:8, 71:23, 76:23, 86:5, 86:11
**Official** [1] - 162:16
**official** [1] - 162:8
**often** [2] - 71:3, 123:8

**Ohio** [1] - 114:19
**Oliver** [4] - 22:19, 22:23, 23:3, 38:8
**once** [8] - 9:9, 11:14, 43:20, 45:24, 87:8, 88:11, 131:4
**Once** [4] - 9:14, 76:17, 153:5, 153:7
**one** [66] - 3:8, 4:16, 4:18, 4:21, 6:3, 7:13, 7:15, 7:19, 9:14, 11:25, 12:8, 28:25, 31:18, 35:1, 37:6, 43:10, 43:11, 43:17, 45:19, 45:22, 51:4, 53:7, 53:21, 54:23, 55:9, 56:9, 56:10, 61:14, 64:7, 64:9, 77:21, 81:9, 85:4, 91:11, 95:17, 98:9, 98:19, 98:21, 98:22, 98:23, 99:5, 107:20, 108:19, 115:15, 122:25, 123:14, 124:22, 127:2, 128:14, 134:15, 134:16, 141:2, 143:17, 143:22, 144:6, 144:14, 145:1, 145:6, 147:11, 150:10, 153:5, 153:19, 156:14, 157:18
**One** [18] - 7:10, 18:23, 19:11, 21:21, 22:18, 24:11, 24:18, 25:4, 25:16, 25:24, 99:12, 106:22, 106:23, 115:6, 123:9, 138:18, 139:24, 148:10
**one's** [1] - 81:9
**ongoing** [1] - 20:6
**online** [2] - 96:12, 154:18
**open** [4] - 5:25, 8:3, 98:8, 98:10
**opening** [6] - 98:13, 98:16, 98:20, 98:24, 157:25, 159:23
**openings** [1] - 98:21
**opens** [1] - 155:14
**operated** [1] - 19:17
**operation** [1] - 136:25
**operations** [1] - 21:8
**opinion** [1] - 147:22
**opinions** [2] - 85:11, 119:23
**opportunity** [6] - 9:21, 10:2, 147:17, 149:5, 152:18, 156:20
**opposed** [1] - 159:3
**order** [4] - 3:18, 19:4, 97:24, 158:2
**organization** [10] - 19:16, 19:17, 20:1, 20:6,

22:2, 123:18, 124:3, 124:5, 124:14, 128:23
**organizations** [14] - 20:17, 21:9, 123:6, 123:7, 123:9, 123:10, 123:11, 123:13, 123:14, 123:18, 123:21, 126:12, 137:17
**Organizations** [1] - 18:24
**orientation** [1] - 14:4
**others'** [1] - 67:2
**otherwise** [2] - 10:3, 31:19, 106:16
**ought** [2] - 45:17, 45:22
**outs** [1] - 67:1
**outside** [3] - 14:19, 77:9, 83:15
**overcome** [1] - 17:1
**overlap** [1] - 132:22
**overlaps** [1] - 132:16
**overlooked** [2] - 155:11, 157:20
**overnight** [1] - 155:2
**overwhelming** [1] - 160:5
**overwhelms** [1] - 160:3
**Owing** [1] - 85:19
**Owings** [1] - 75:4
**Own** [1] - 117:3
**own** [8] - 59:21, 65:17, 65:23, 68:5, 77:3, 115:24, 117:1, 128:12
**owner** [1] - 57:10

**P**

**p.m** [4] - 43:24, 58:14, 157:13, 161:17
**Paeshio** [1] - 38:15
**page** [1] - 42:14
**pages** [1] - 162:7
**paid** [8] - 45:11, 47:25, 48:4, 48:23, 50:21, 51:7, 51:8, 56:9
**pains** [1] - 19:2
**panel** [6] - 3:7, 28:5, 41:14, 41:15, 84:18, 139:13
**paperwork** [1] - 57:11
**paralegal** [4] - 106:15, 110:24, 111:7, 116:15
**paraphrase** [1] - 19:11
**parents** [3] - 13:13, 56:25, 57:4
**parking** [1] - 157:2
**Parole** [1] - 76:7
**part** [18] - 6:8, 22:12, 58:1, 85:10, 89:2, 91:16,

91:22, 92:7, 106:25, 119:7, 124:24, 125:19, 125:25, 127:10, 127:16, 128:23, 131:11, 152:16
**Part** [1] - 107:1
**part-time** [2] - 58:1, 106:25
**Part-time** [1] - 107:1
**partial** [2] - 87:18, 87:22
**participant** [2] - 10:7, 120:12
**participate** [1] - 22:7
**particular** [6] - 18:18, 18:19, 27:24, 43:15, 43:18, 128:5
**particularly** [2] - 12:12, 161:2
**parties** [1] - 159:23
**Parts** [1] - 140:3
**Pasadena** [1] - 55:2
**Paso** [1] - 110:19
**Pass** [2] - 114:16, 121:15
**pass** [4] - 12:2, 53:20, 113:9, 114:4
**passageway** [1] - 5:25
**passed** [1] - 12:4
**past** [11] - 44:1, 81:19, 98:6, 114:7, 129:19, 129:24, 130:5, 132:20, 151:6, 152:23, 156:7
**Past** [1] - 130:4
**pathway** [1] - 5:23
**patients** [3] - 135:19, 136:12, 136:13
**Patrick** [1] - 36:10
**Patrol** [1] - 68:3
**patrol** [1] - 127:4
**pattern** [1] - 22:9
**Patterson** [1] - 70:24
**Patuxent** [1] - 73:12
**Paul** [2] - 1:19, 31:7
**pay** [20] - 44:22, 45:3, 45:5, 45:9, 45:18, 45:19, 45:22, 47:5, 47:6, 47:10, 52:10, 53:5, 57:15, 57:16, 57:23, 59:22, 72:14, 134:7
**paying** [4] - 50:16, 52:23, 53:16, 56:4
**payroll** [1] - 45:8
**pays** [2] - 45:13, 52:1
**pen** [1] - 128:14
**penal** [2] - 91:25, 92:6
**penalize** [1] - 49:19
**Pennsylvania** [3] - 19:18, 21:23, 115:20
**people** [9] - 13:10, 34:18, 51:19, 53:7, 76:25, 78:1, 84:18,

86:14, 148:25
**people's** [1] - 85:21
**perfect** [1] - 34:21
**perfectly** [1] - 77:25
**performances** [1] - 19:25
**perhaps** [13] - 13:24, 27:15, 44:1, 44:11, 45:4, 123:15, 132:22, 134:3, 139:20, 141:15
**period** [3] - 41:4, 41:5, 54:23
**permit** [3] - 4:5, 30:6, 151:16
**permitted** [4] - 12:10, 95:13, 97:5, 122:20
**perpetration** [1] - 24:4
**person** [14] - 6:10, 6:11, 13:14, 19:4, 27:7, 27:9, 35:3, 37:3, 51:11, 91:25, 92:4, 92:5, 121:2, 121:4
**personal** [23] - 13:7, 13:9, 31:19, 31:24, 41:18, 42:3, 42:19, 46:8, 59:22, 62:18, 64:14, 64:16, 77:4, 90:2, 91:23, 92:3, 111:4, 116:21, 120:17, 128:25, 131:24, 134:21, 137:22
**Personal** [1] - 46:9
**personally** [2] - 42:22, 42:24
**personnel** [1] - 10:9
**persons** [5] - 12:16, 21:25, 22:1, 122:22, 130:20
**perspective** [1] - 148:24
**Pestaner** [2] - 36:7, 36:8
**Peter** [2] - 38:13, 39:25
**petit** [1] - 121:1
**PG** [1] - 127:11
**phase** [1] - 12:24
**Phil** [2] - 38:21, 39:1
**Phipps** [1] - 38:11
**photo** [3] - 127:16, 127:20, 128:5
**physical** [1] - 78:17
**Pice** [1] - 38:15
**pick** [3] - 55:18, 151:11, 158:19
**piece** [1] - 28:25
**Piper** [2] - 32:10, 118:10
**Pittsburgh** [1] - 62:9
**place** [2] - 12:23, 56:11
**placed** [3] - 3:23, 27:19, 121:4
**plan** [1] - 156:12

**planning** [1] - 57:4
**plans** [1] - 152:9
**play** [7] - 34:11, 67:1, 67:3, 80:5, 81:13, 123:8
**plays** [1] - 34:19
**plea** [2] - 2:13, 122:23
**plead** [2] - 2:13, 2:17
**pleading** [1] - 2:21
**pled** [1] - 122:18
**plugs** [1] - 160:14
**plumbed** [1] - 149:3
**plus** [1] - 3:10
**podium** [1] - 3:3
**point** [4] - 13:18, 32:18, 160:4
**pointless** [1] - 148:21
**police** [15] - 41:24, 62:20, 66:6, 66:22, 68:2, 68:3, 68:12, 71:22, 74:23, 76:23, 77:17, 126:10, 127:17, 127:18
**Police** [10] - 62:21, 63:8, 66:23, 69:15, 74:17, 76:21, 76:22, 77:1, 82:2, 84:6
**policeman** [2] - 69:15, 126:18
**policy** [2] - 60:3, 60:24
**politeness** [1] - 7:6
**popularly** [1] - 119:14
**portion** [2] - 90:23, 90:25
**position** [5] - 51:11, 81:19, 111:5, 112:3, 136:8
**positions** [1] - 24:24
**positive** [1] - 87:15
**possess** [2] - 24:6
**possession** [3] - 25:21, 27:6, 27:8
**possibility** [3] - 98:8, 98:10, 157:20
**possible** [4] - 9:18, 94:12, 95:4, 157:6
**Possibly** [1] - 85:8
**Post** [1] - 29:4
**postponed** [1] - 53:1
**potential** [1] - 122:21
**Potential** [1] - 7:9
**power** [1] - 20:15
**practice** [3] - 9:22, 107:11, 108:15, 108:18, 109:15, 114:20, 115:9, 115:24, 117:2, 117:3, 117:4, 117:21, 118:20
**practiced** [1] - 112:15
**practices** [2] - 64:15, 115:7
**practicing** [2] - 112:14, 114:18

**precinct** [1] - 75:6
**preconceived** [1] - 130:23
**prefer** [3] - 4:21, 4:25, 48:5
**preferable** [2] - 6:6, 6:7
**preferably** [1] - 45:23
**prejudice** [1] - 86:15
**prejudicial** [1] - 149:9
**premeditated** [1] - 22:22
**premeditation** [1] - 23:23
**preparation** [1] - 78:17
**preparing** [3] - 77:18, 77:19, 78:14
**presence** [1] - 33:22
**present** [12] - 2:1, 2:2, 10:13, 15:3, 41:16, 81:19, 99:11, 106:8, 134:13, 134:14, 136:11, 159:11
**Present** [82] - 99:13, 99:15, 99:17, 99:19, 99:21, 99:23, 99:25, 100:2, 100:4, 100:6, 100:8, 100:10, 100:12, 100:14, 100:16, 100:18, 100:20, 100:22, 100:24, 101:1, 101:3, 101:5, 101:7, 101:9, 101:11, 101:13, 101:15, 101:17, 101:19, 101:21, 101:23, 101:25, 102:2, 102:4, 102:6, 102:8, 102:10, 102:12, 102:14, 102:16, 102:18, 102:20, 102:22, 102:24, 103:1, 103:3, 103:5, 103:7, 103:9, 103:11, 103:13, 103:15, 103:17, 103:19, 103:21, 103:23, 103:25, 104:2, 104:4, 104:6, 104:8, 104:10, 104:13, 104:15, 104:17, 104:19, 104:21, 104:23, 104:25, 105:2, 105:4, 105:6, 105:8, 105:10, 105:12, 105:14, 105:16, 105:18, 105:21, 105:23, 105:25, 106:2
**presentation** [1] - 6:1
**presented** [9] - 14:11, 14:16, 24:16, 67:21, 130:24, 131:1, 138:23, 139:11, 147:3
**presently** [8] - 62:18, 78:10, 120:18, 132:19, 132:20, 134:21, 136:2, 147:22
**preserved** [1] - 4:24

**preserving** [1] - 20:15
**Presidential** [1] - 79:24
**presiding** [3] - 9:15, 9:21, 10:11
**Preston** [1] - 70:4
**presumed** [7] - 14:22, 16:20, 91:11, 138:21, 139:2, 139:5, 139:6
**presumption** [4] - 16:21, 16:25, 91:7, 139:6
**pretrial** [2] - 4:24, 5:9
**pretty** [6] - 28:25, 34:22, 34:24, 60:15, 95:22, 151:5
**Pretty** [2] - 29:1, 49:11
**prevent** [2] - 35:4, 44:10
**preventing** [1] - 20:22
**previously** [1] - 12:25, 62:18, 82:11, 94:10, 120:17, 121:5, 121:6, 121:9, 121:11, 122:3, 127:21, 128:11, 132:18, 134:21, 147:23
**primarily** [2] - 107:12, 124:4
**principles** [2] - 14:7, 15:12
**Prison** [1] - 80:18
**private** [2] - 13:2, 13:5
**privilege** [1] - 15:10
**pro** [1] - 123:12
**pro-prosecution** [1] - 123:12
**Probation** [1] - 76:7
**problem** [7] - 45:2, 60:19, 88:10, 106:10, 106:11, 106:12, 106:13, 131:15, 158:11
**procedural** [1] - 159:24
**procedure** [3] - 3:12, 4:17, 95:14
**proceed** [8] - 2:4, 3:23, 11:3, 12:19, 19:9, 91:21, 95:4, 98:2
**proceedings** [28] - 9:23, 10:24, 15:25, 16:6, 16:22, 20:25, 91:12, 94:13, 94:14, 94:23, 96:10, 96:21, 99:9, 120:12, 133:24, 134:2, 134:3, 134:8, 134:10, 139:9, 150:5, 150:6, 150:7, 155:5, 157:7, 160:11, 162:4, 162:8
**Proceedings** [1] - 161:17
**process** [22] - 3:20, 3:24, 5:15, 9:19, 9:20, 10:1, 11:3, 11:4, 16:2,

68:13, 68:15, 94:23, 95:25, 97:18, 152:10, 152:17, 152:21, 153:4, 153:17, 153:24, 154:9
**produced** [1] - 19:24
**production** [1] - 119:8
**professional** [4] - 31:19, 31:24, 41:19, 135:4
**profit** [2] - 20:18, 21:7
**profits** [1] - 20:16
**program** [5] - 58:17, 125:6, 128:13, 134:22, 134:23
**progress** [3] - 97:17, 98:3, 152:11
**prohibited** [4] - 27:7, 27:9, 130:20, 137:18
**project** [2] - 49:6, 49:13
**promoted** [2] - 19:25, 21:12
**promoting** [2] - 20:18, 20:20
**promotion** [1] - 119:8
**Promptly** [1] - 153:16
**promptly** [2] - 97:18, 153:24
**proof** [1] - 27:19
**proper** [1] - 134:5
**properly** [1] - 138:22
**proposed** [1] - 44:6
**prosecution** [5] - 20:23, 123:12, 138:12
**prosecutor** [1] - 35:13
**prospective** [1] - 10:12
**Prospective** [1] - 10:25
**protect** [2] - 15:18, 21:8
**protected** [2] - 15:10, 91:6
**protecting** [1] - 20:15
**Protection** [1] - 79:24
**prove** [7] - 14:23, 15:6, 19:3, 19:4, 27:20, 91:13, 98:10
**proven** [2] - 15:13, 24:17
**proves** [1] - 91:6
**provide** [5] - 13:9, 43:20, 55:9, 153:19, 153:20
**provided** [3] - 17:19, 22:13, 154:11
**providing** [1] - 123:2
**provisions** [1] - 22:6
**Public** [2] - 69:24, 70:20
**publications** [1] - 29:4
**Purple** [1] - 39:25
**purpose** [7] - 10:1, 19:7, 20:8, 20:10, 24:23, 24:25, 147:16

**purposes** [4] - 9:20, 10:13, 20:10, 155:1
**pursuant** [1] - 123:1
**pursuit** [1] - 127:25
**push** [2] - 58:3, 152:14
**put** [11] - 6:3, 10:15, 11:7, 11:19, 14:3, 45:7, 45:9, 72:13, 77:8, 130:23, 140:9
**Put** [1] - 83:14
**putting** [2] - 11:4, 85:10, 150:18
**PYNE** [1] - 31:11
**Pyne** [4] - 1:21, 31:11, 32:23, 158:14

## Q

**questioning** [5] - 10:2, 94:8, 148:20, 148:24, 149:8
**questions** [36] - 10:3, 10:15, 11:5, 11:14, 11:16, 11:18, 11:19, 12:7, 12:21, 13:7, 13:10, 13:15, 14:2, 16:4, 19:9, 43:1, 59:17, 132:16, 132:23, 133:23, 141:12, 145:14, 146:3, 147:13, 147:14, 147:15, 147:16, 152:19, 152:20, 153:21, 153:22, 154:9, 157:3
**quick** [4] - 30:4, 97:6, 158:3, 158:25
**quickly** [1] - 95:23
**quit** [1] - 125:7
**Quite** [1] - 88:3
**quite** [8] - 14:4, 14:5, 30:2, 39:1, 66:21, 91:4, 119:22, 157:18

## R

**race** [2] - 120:6, 120:11
**Racketeer** [1] - 18:24
**racketeering** [8] - 21:20, 22:9, 22:15, 22:16, 23:16, 24:13, 25:3, 25:23
**Racketeering** [9] - 22:18, 23:4, 23:8, 23:13, 23:17, 23:21, 23:25, 24:2, 24:5
**Rahman** [1] - 38:16
**raise** [3] - 10:21, 13:20, 78:7
**Randallstown** [1] - 28:1
**Randallstown/Park** [3] - 19:16, 20:1, 22:2

**range** [2] - 12:18, 25:3
**rap** [9] - 19:25, 20:20, 119:9, 119:10, 119:14, 119:20, 119:22, 119:23, 119:24
**rare** [1] - 43:25
**rather** [2] - 54:1, 158:1
**Rather** [1] - 141:11
**Raymond** [2] - 36:13, 36:17
**reached** [1] - 78:19
**reaching** [1] - 123:4
**read** [10] - 17:21, 19:12, 27:22, 28:8, 28:14, 28:16, 28:23, 35:17, 36:4, 76:25
**reads** [1] - 19:11
**ready** [3] - 2:4, 3:7, 95:17
**Reagan** [1] - 135:2
**Real** [3] - 107:12, 117:22, 117:23
**real** [1] - 115:10
**reality** [1] - 160:12
**realize** [2] - 5:23, 57:24
**really** [7] - 9:20, 36:5, 45:23, 51:19, 55:15, 57:13, 152:12
**Really** [1] - 160:17
**reason** [7] - 13:1, 16:15, 53:7, 98:9, 147:19, 147:21, 147:23
**reasonable** [8] - 15:7, 15:14, 16:25, 19:4, 24:18, 91:14, 138:24, 139:11
**reasonably** [1] - 4:22
**receive** [1] - 52:6
**received** [2] - 94:15, 140:10
**receivers** [2] - 150:10, 158:19
**receiving** [2] - 49:14, 58:23
**recent** [1] - 116:3
**recently** [2] - 49:14, 161:2
**recess** [10] - 4:3, 5:18, 5:19, 12:23, 44:2, 44:3, 44:4, 91:20, 95:5, 96:2, 96:11, 98:21, 99:2, 99:3, 152:22, 152:25, 155:2, 161:16
**recognize** [7] - 11:21, 12:1, 33:5, 36:22, 41:11, 64:11, 76:24
**recognized** [1] - 35:2
**recognizing** [1] - 147:16
**recollect** [1] - 64:8

**recollection** [4] - 28:10, 28:21, 28:22, 65:1
**record** [7] - 5:3, 7:6, 29:13, 119:18, 122:10, 139:19, 148:13
**recorded** [1] - 162:3
**recordings** [1] - 19:25
**records** [1] - 71:15
**recover** [1] - 37:6
**recovered** [1] - 37:1
**Recovery** [1] - 135:2
**Redhead** [1] - 39:21
**refer** [2] - 18:25, 120:24
**reference** [1] - 78:24
**referred** [5] - 18:24, 19:15, 122:22, 123:11, 123:12
**reflect** [6] - 12:17, 119:18, 122:10, 124:24, 125:18, 139:19
**regard** [6] - 35:11, 35:12, 57:7, 80:23, 94:20, 137:4
**regarding** [4] - 5:7, 132:17, 133:24, 141:12
**regardless** [1] - 62:1
**registration** [2] - 52:19, 52:24
**regular** [1] - 45:3
**rehabilitate** [1] - 149:5
**reimburse** [1] - 61:25
**Reisterstown** [1] - 70:6
**related** [2] - 25:18, 25:20
**relates** [1] - 18:21
**relating** [6] - 26:6, 26:15, 26:23, 27:3, 27:5, 28:3
**relationship** [4] - 31:18, 31:24, 41:18, 76:1
**relative** [3] - 42:3, 42:20, 76:20
**relevant** [2] - 19:12, 22:6
**relieve** [1] - 18:20
**religion** [1] - 120:11
**religious** [2] - 43:16, 138:7
**relocating** [1] - 62:9
**remain** [4] - 15:10, 99:8, 121:13, 139:22
**Remain** [1] - 121:22
**remaining** [3] - 11:10, 24:19, 139:20
**remains** [1] - 91:13
**remember** [14] - 14:1, 28:18, 29:1, 33:4, 34:2, 34:5, 37:13, 37:14, 42:9, 82:17, 116:1, 149:19, 154:23

**Remember** [4] - 11:20, 89:13, 97:12, 97:13
**Remind** [1] - 126:17
**remind** [4] - 50:9, 50:10, 99:8, 156:15
**reminded** [1] - 29:6
**removed** [1] - 2:24
**render** [5] - 14:14, 15:21, 72:15, 130:25, 140:11
**rendering** [1] - 89:4
**renewed** [1] - 52:24
**repeat** [3] - 13:20, 92:2, 95:14
**repeatedly** [1] - 154:6
**rephrase** [1] - 84:23
**report** [2] - 153:1, 157:9
**Reported** [1] - 1:23
**Reporter** [1] - 162:16
**reporter** [2] - 2:23, 10:10
**REPORTER'S** [1] - 162:1
**represent** [5] - 31:6, 31:10, 31:14, 34:13, 34:17
**representation** [2] - 34:19, 35:5
**represented** [1] - 30:9
**representing** [3] - 30:14, 31:2, 33:25
**request** [2] - 4:16, 141:11
**requested** [1] - 4:6
**requests** [3] - 4:7, 4:8, 149:12
**require** [4] - 12:16, 13:16, 16:22, 48:16
**required** [5] - 15:9, 19:3, 44:7, 44:20, 98:23
**requires** [1] - 15:6
**research** [4] - 87:16, 96:17, 112:5, 154:17
**reservations** [1] - 138:11
**resident** [1] - 19:24
**resides** [2] - 13:15, 156:16
**resources** [1] - 49:8
**respect** [9] - 5:6, 25:7, 25:10, 26:24, 35:11, 94:22, 133:23, 160:3, 160:18
**respond** [3] - 19:9, 92:2, 141:12
**response** [16] - 10:3, 12:8, 16:10, 16:16, 17:4, 35:9, 35:15, 88:22, 120:2, 120:9, 120:15, 138:16, 139:1, 139:16,

147:8, 157:21
**responses** [1] - 10:14
**responsibilities** [1] - 62:24
**responsibility** [1] - 17:3
**rest** [1] - 147:6
**restaurant** [1] - 47:24
**resting** [1] - 27:19
**restroom** [1] - 4:1
**result** [1] - 122:13
**resume** [13] - 12:11, 12:13, 13:1, 91:18, 92:9, 95:9, 97:14, 119:16, 122:9, 131:25, 141:20, 153:3, 157:22
**resumed** [2] - 119:20, 122:11
**retaliate** [1] - 21:9
**retaliating** [1] - 20:16
**rethink** [1] - 45:17
**retire** [2] - 82:19, 114:4
**retired** [15] - 65:5, 66:6, 66:7, 69:14, 72:20, 73:22, 74:2, 75:22, 76:20, 76:23, 82:2, 84:5, 114:6, 118:21, 118:22
**Retired** [2] - 66:5, 126:18
**retrieve** [1] - 3:8
**return** [10] - 2:19, 5:16, 12:23, 61:11, 95:12, 95:18, 97:15, 97:20, 123:2, 150:9
**returned** [4] - 2:15, 17:9, 95:24, 95:25
**returning** [1] - 46:12
**Revenue** [1] - 62:23
**review** [2] - 14:6, 97:6
**Reynolds** [1] - 39:24
**Rhoden** [1] - 36:15
**RHODES** [10] - 6:12, 6:14, 31:1, 40:25, 41:4, 41:8, 141:3, 141:7, 144:15, 149:10, 149:16
**Rhodes** [6] - 1:17, 30:25, 31:2, 141:2, 144:14, 149:7
**Rice** [2] - 38:1, 38:15
**Rich** [2] - 38:14, 40:1
**Richard** [1] - 36:12
**RICO** [3] - 19:1, 22:7, 24:12
**ride** [7] - 126:11, 126:16, 126:20, 126:25, 127:10, 127:17, 128:6
**ride-along** [6] - 126:11, 126:16, 126:20, 126:25, 127:10, 128:6
**ride-alongs** [1] - 127:17
**Rifle** [2] - 128:22,

130:12
**rights** [4] - 15:1, 15:18, 123:11, 134:12
**rise** [1] - 28:8
**risk** [1] - 45:10
**Road** [1] - 80:17
**rob** [1] - 23:18
**Robar** [1] - 38:12
**robbery** [10] - 19:21, 20:12, 20:13, 21:6, 21:7, 24:1, 24:4, 24:23, 25:13, 26:19
**Robert** [1] - 1:16, 30:20, 36:17, 36:23, 36:24, 40:3
**Rock** [3] - 18:3
**Rod** [1] - 30:11
**rode** [2] - 127:1, 127:2
**Rodney** [1] - 39:23
**role** [15] - 14:8, 14:10, 34:11, 34:19, 35:7, 35:11, 35:13, 121:1, 123:8, 125:9, 135:5
**roll** [4] - 3:16, 3:22, 95:23, 99:9
**Romeril** [2] - 36:18, 37:23
**Ronald** [1] - 38:3
**room** [8] - 17:19, 17:20, 30:17, 95:15, 139:20, 155:18, 156:18, 158:21
**Room** [6] - 1:24, 95:12, 97:9, 97:21, 155:16, 157:10
**root** [1] - 62:14
**Roseborough** [1] - 38:12
**Rosenstein** [2] - 30:11, 30:13
**rough** [1] - 3:17
**Rouse** [1] - 39:25
**row** [7] - 8:5, 8:11, 8:15, 8:16, 8:21, 9:2, 46:3
**Roy** [1] - 38:2
**RPR** [1] - 1:24
**Rubio** [1] - 39:24
**Ruby** [1] - 40:4
**rule** [7] - 5:8, 7:2, 150:22, 158:5, 159:19, 159:25
**rules** [2] - 15:17, 156:16
**running** [1] - 115:4
**Russell** [1] - 38:12
**Ruth** [3] - 123:25, 124:2, 126:4
**Rutherford** [1] - 39:17

**S**

**Safety** [2] - 69:24, 70:21

**Saladino** [1] - 39:16
**sale** [1] - 90:22
**Salvatore** [1] - 36:7
**San** [1] - 106:24
**Sands** [1] - 38:18
**sat** [1] - 91:8
**satisfied** [1] - 149:7
**satisfying** [1] - 80:21
**Saturday** [1] - 56:3
**saw** [5] - 33:5, 33:16, 33:19, 98:14, 140:5
**scale** [1] - 33:13
**Scared** [1] - 128:12
**scene** [1] - 154:21
**scenes** [1] - 127:22
**Schaefer** [1] - 40:5
**schedule** [4] - 43:13, 43:21, 44:6, 60:13
**scheduled** [4] - 46:6, 48:1, 50:7, 98:4
**scheduling** [1] - 44:18
**scheme** [1] - 35:3
**school** [15] - 54:10, 54:17, 54:18, 54:22, 56:18, 58:5, 58:15, 58:17, 76:5, 107:22, 108:4, 108:13, 109:2, 110:19, 128:13
**School** [2] - 41:2, 55:2
**scrupulously** [3] - 9:24, 16:6, 16:13
**seat** [26] - 2:7, 2:9, 3:17, 3:19, 6:16, 7:11, 8:3, 8:5, 11:10, 12:12, 12:13, 13:1, 91:18, 92:9, 95:7, 95:9, 95:21, 97:13, 97:14, 119:16, 122:9, 132:1, 141:20, 150:14, 153:8, 153:15
**seated** [13] - 11:2, 12:3, 34:9, 43:2, 94:6, 97:14, 99:4, 117:18, 124:8, 137:25, 153:11, 154:3, 157:23
**seats** [5] - 119:20, 122:12, 150:9, 153:9, 153:13
**SEC** [1] - 62:23
**second** [8] - 5:24, 10:1, 12:20, 12:22, 12:24, 23:4, 158:7, 158:9
**seconds** [1] - 160:23
**Secret** [3] - 79:16, 79:19
**secretary** [4] - 106:16, 109:23, 116:9, 135:17
**section** [2] - 153:2, 154:15
**security** [1] - 78:12
**Security** [1] - 81:20

**See** [1] - 159:18
**see** [34] - 5:17, 10:9, 25:23, 27:11, 33:22, 42:4, 42:21, 47:20, 51:13, 54:25, 61:14, 64:4, 67:4, 68:5, 71:1, 71:5, 74:10, 74:22, 78:13, 80:7, 81:11, 82:19, 98:7, 120:3, 127:20, 130:13, 135:18, 136:14, 147:12, 153:12, 157:11, 158:22
**seek** [1] - 96:20
**seem** [2] - 51:18, 158:13
**selected** [15] - 15:25, 16:12, 41:9, 43:20, 44:7, 44:10, 50:10, 147:24, 154:1, 154:3, 156:3, 156:11, 156:13, 156:21, 156:24
**selecting** [2] - 120:25, 121:11
**selection** [2] - 6:17, 139:8
**selections** [1] - 153:25
**self** [2] - 4:22, 13:8
**self-evident** [1] - 4:22
**self-explanatory** [1] - 13:8
**semester** [1] - 107:21
**seminar** [1] - 47:25
**send** [1] - 152:2
**sending** [1] - 60:25
**senior** [1] - 55:1
**sense** [2] - 14:14, 152:13
**sensible** [1] - 77:25
**sensitivity** [1] - 141:7
**sent** [1] - 17:20
**separate** [9] - 18:9, 18:16, 18:17, 25:8, 25:9, 25:12, 25:18, 25:25, 26:5
**separately** [6] - 18:14, 25:4, 25:20, 26:25, 27:7, 33:3
**September** [5] - 1:11, 49:6, 61:10, 61:11, 162:5
**series** [2] - 11:5, 136:24
**serious** [4] - 88:4, 89:25, 94:25, 152:16
**serve** [83] - 10:5, 12:18, 13:3, 59:12, 63:13, 64:6, 65:1, 65:15, 65:24, 66:12, 67:13, 68:7, 69:9, 69:19, 70:15, 71:8, 71:17, 72:4, 72:23, 74:4, 74:11, 75:9, 76:2, 77:4, 79:6, 80:11, 80:24, 81:16, 81:22, 82:6,

82:25, 83:24, 84:8, 90:13, 107:5, 107:14, 107:24, 108:6, 108:24, 109:7, 109:18, 110:7, 110:13, 110:21, 111:11, 112:10, 112:18, 113:19, 114:14, 114:23, 116:6, 116:18, 117:7, 117:16, 118:2, 118:17, 119:3, 119:25, 122:8, 124:6, 124:15, 125:12, 125:19, 126:6, 127:6, 127:13, 128:6, 128:19, 129:7, 129:14, 130:1, 130:6, 130:15, 131:21, 135:10, 135:22, 137:5, 138:8, 143:23, 144:8, 144:24, 147:18, 147:23
**served** [10] - 64:21, 68:3, 76:21, 121:5, 121:7, 121:9, 121:11, 121:12, 122:3, 122:6
**service** [13] - 9:18, 29:11, 44:11, 44:23, 45:14, 57:15, 77:4, 87:11, 121:11, 122:5, 122:11, 122:13, 122:14
**Service** [4] - 62:23, 79:17, 79:19
**Services** [1] - 69:25
**services** [1] - 135:18
**serving** [7] - 49:15, 49:20, 120:7, 120:13, 124:25, 125:25, 131:15
**session** [15] - 43:8, 43:9, 43:11, 43:15, 43:17, 43:19, 43:22, 43:23, 43:24, 53:2, 60:15, 61:2, 156:4, 156:8, 156:9
**sessions** [1] - 134:16
**set** [2] - 22:10, 144:18
**Seven** [2] - 23:25, 25:17
**seven** [3] - 58:4, 65:6, 153:17
**several** [8] - 28:17, 47:17, 47:18, 66:23, 73:21, 96:1, 118:6, 127:17
**severe** [1] - 48:15
**sex** [1] - 120:11
**Seymour** [1] - 36:15
**Shakedown** [2] - 19:22, 20:21
**Shamier** [1] - 36:9
**Shanika** [1] - 39:24
**Shannon** [1] - 36:9
**shape** [1] - 155:19
**share** [1] - 152:18
**shared** [1] - 83:9

**Shari** [1] - 39:23
**Sharmika** [1] - 38:6
**Sharon** [1] - 38:2
**SHAWN** [1] - 1:8
**Shawn** [3] - 18:4, 19:14, 31:14
**sheets** [1] - 3:10
**Shelly** [3] - 18:3, 19:13, 31:10
**SHELLY** [1] - 1:8
**shelter** [1] - 125:23
**shelters** [1] - 136:25
**SHELTON** [1] - 1:7
**Shelton** [3] - 18:2, 19:13, 31:6
**sheriff** [2] - 65:6, 83:5
**Sheriff's** [2] - 65:6, 75:24
**Sherman** [1] - 38:19
**shooting** [1] - 75:14
**shortly** [3] - 5:16, 84:17, 97:15
**shot** [2] - 88:16, 131:25
**show** [1] - 88:16
**shown** [1] - 139:12
**Shriver** [1] - 116:12
**shut** [1] - 160:15
**side** [5] - 11:25, 12:1, 30:17, 123:14, 151:3
**sides** [1] - 69:11
**signature** [1] - 162:10
**silent** [1] - 15:10
**similar** [6] - 47:4, 122:19, 123:20, 126:11, 126:12, 128:22
**Similarly** [1] - 25:6
**similarly** [1] - 26:11
**Simpkins** [2] - 109:24, 110:1
**simply** [13] - 3:1, 5:3, 19:7, 84:21, 84:25, 91:16, 91:17, 96:24, 99:11, 124:2, 141:13, 157:19, 160:9
**sincere** [1] - 94:11
**single** [1] - 49:15
**sister** [5] - 106:18, 106:20, 106:24, 107:10, 116:21
**sister's** [1] - 108:4
**sister-in-law** [3] - 106:20, 106:24, 116:21
**sisters** [1] - 13:14
**sit** [6] - 16:19, 88:6, 91:7, 119:17, 153:9, 156:5
**site** [1] - 156:17
**sits** [1] - 6:5
**situation** [5] - 44:9,

47:4, 94:17, 94:19, 141:7
**Six** [3] - 23:21, 25:14, 63:10
**six** [4] - 45:12, 58:24, 149:4, 153:17
**skipped** [1] - 106:3
**slip** [1] - 39:12
**slipped** [1] - 67:4
**Slo** [1] - 38:20
**small** [1] - 57:10
**Smart** [1] - 128:12
**Smith** [2] - 36:11, 39:18
**Snitching** [16] - 139:19, 139:25, 140:11, 141:13, 141:18, 143:16, 143:18, 143:20, 143:23, 144:5, 144:22, 147:7, 148:18, 149:1, 149:6, 157:20
**Snyder** [2] - 38:14, 40:1
**so-called** [3] - 140:10, 141:17, 143:16
**socialize** [1] - 67:8
**software** [2] - 49:7, 118:12
**sole** [1] - 54:16
**solely** [7] - 14:15, 15:22, 67:20, 72:15, 77:10, 83:12, 131:1
**solemnity** [1] - 94:23
**Solicitor's** [1] - 113:1
**someone** [2] - 36:2, 36:5
**Somerset** [2] - 109:24, 131:10
**sometime** [1] - 98:25
**sometimes** [7] - 43:25, 44:11, 53:7, 96:15, 122:18, 156:6, 156:7
**Sometimes** [3] - 34:18, 49:1, 60:9
**somewhere** [1] - 114:6
**son** [4] - 56:19, 63:8, 63:12, 129:4
**son-in-law's** [2] - 63:8, 63:12
**sons** [1] - 80:5
**soon** [1] - 49:25
**sorry** [30] - 6:10, 6:13, 29:15, 40:16, 42:7, 44:15, 45:25, 48:2, 51:4, 53:13, 58:9, 59:2, 63:3, 74:18, 76:10, 76:17, 78:15, 78:16, 87:8, 88:11, 91:1, 108:20, 117:10, 126:18, 131:4, 137:10, 145:5, 148:11, 158:6, 161:5
**Sorry** [2] - 77:15, 108:22
**sort** [4] - 4:20, 128:12,

134:22, 154:18
  **sought** [1] - 132:19
  **sound** - 48:6
  **sounds** [1] - 78:8
  **source** [2] - 28:18, 143:20
  **speaking** [1] - 43:23
  **Special** [1] - 30:24
  **special** [1] - 49:2
  **specific** [4] - 4:8, 11:16, 11:19, 14:2
  **specifically** [1] - 153:11
  **speculate** [1] - 134:9
  **speed** [1] - 127:18
  **spells** [1] - 39:4
  **Spence** [5] - 23:24, 24:1, 24:3, 24:4, 25:19, 27:3, 27:5, 38:9, 39:17
  **spent** [4] - 83:20, 91:25, 92:5, 127:16
  **spirit** [2] - 94:15, 147:15
  **sports** [1] - 40:20
  **spouse** [1] - 13:13
  **spring** [1] - 80:7
  **Springfield** [1] - 135:1
  **stable** [1] - 46:20
  **staff** [4] - 41:16, 43:3, 43:18, 110:18
  **stage** [5] - 11:4, 12:20, 12:22, 78:18, 94:10
  **stages** [1] - 11:3
  **stairs** [1] - 95:19
  **stairway** [1] - 153:18
  **Stand** [1] - 36:4
  **stand** [28] - 2:7, 2:10, 3:4, 10:20, 11:13, 11:20, 11:22, 12:8, 36:3, 62:17, 92:8, 106:15, 120:16, 121:5, 121:9, 123:17, 126:8, 128:21, 131:23, 132:18, 132:20, 134:20, 137:16, 137:21, 138:6, 138:11, 139:17, 149:1
  **standard** [1] - 17:1
  **standing** [8] - 11:11, 51:17, 51:18, 121:13, 121:22, 122:2, 138:15, 139:23
  **standpoint** [1] - 160:10
  **start** [12] - 8:11, 57:24, 58:3, 58:13, 58:14, 62:25, 73:24, 151:4, 151:9, 153:23, 155:21, 157:25
  **starting** [3] - 58:25, 109:5, 109:6
  **Starting** [2] - 44:13, 92:8
  **starts** [1] - 58:18
  **state** [12] - 14:10, 17:7,

62:21, 64:7, 110:10, 113:25, 121:6, 121:9, 122:3, 122:11, 127:17, 128:14
  **State** [10] - 21:22, 21:24, 22:20, 22:24, 23:10, 62:20, 63:8, 72:21, 76:7, 113:25
  **State's** [1] - 117:13
  **state's** [1] - 63:22
  **statement** [1] - 98:16
  **statements** [4] - 98:13, 98:25, 157:25, 159:23
  **States** [5] - 9:15, 18:1, 30:10, 30:13
  **STATES** [2] - 1:1, 1:5
  **states** [1] - 107:4
  **statute** [9] - 19:1, 19:5, 22:7, 24:12, 25:5, 25:8, 25:9, 25:12, 26:5
  **stay** [3] - 54:21, 54:22, 156:22
  **staying** [1] - 157:1
  **stays** [1] - 48:16
  **Steelers** [2] - 62:14, 62:15
  **stenographically** [1] - 162:4
  **step** [2] - 68:18, 151:3
  **steps** [1] - 8:3
  **Stewart** [1] - 36:14
  **stick** [2] - 160:17, 160:18
  **still** [11] - 30:5, 45:8, 51:17, 57:3, 76:22, 130:11, 151:14, 152:11, 155:8
  **stolen** [1] - 37:1
  **stomach** [1] - 84:15
  **stood** [2] - 94:8, 119:19, 138:16, 139:21
  **stop** [1] - 36:4
  **Stop** [2] - 139:19, 139:25, 140:10, 141:12, 141:18, 143:16, 143:18, 143:20, 143:22, 144:5, 144:21, 147:6, 148:18, 148:25, 149:6, 157:20
  **stories** [2] - 72:6, 75:11, 83:9
  **Street** [3] - 1:25, 70:4, 70:24
  **stress** [2] - 55:15, 94:16
  **strict** [1] - 14:16
  **strikes** [4] - 6:20, 151:21, 152:2, 158:10
  **strong** [5] - 139:7, 139:8, 161:3
  **stronger** [1] - 123:12
  **student** [2] - 53:24,

106:16
  **Students** [1] - 123:20
  **studies** [3] - 54:6, 111:8, 116:15
  **subject** [1] - 34:10
  **substance** [1] - 134:22
  **substances** [6] - 19:19, 20:14, 24:7, 132:19, 136:10, 137:19
  **substantive** [2] - 24:20
  **succeed** [1] - 51:20
  **sufficient** [3] - 5:1, 98:12, 153:13
  **suggest** [2] - 143:17, 143:21
  **suggesting** [1] - 147:11
  **Sullivan** [3] - 38:13, 39:19, 40:19
  **summarize** [3] - 17:24, 19:6, 24:21
  **summarized** [1] - 119:6
  **summary** [6] - 27:15, 27:22, 29:5, 64:21, 96:4, 154:7
  **summer** [1] - 80:8
  **summons** [2] - 29:21, 30:4, 50:4, 52:6
  **summonsed** [1] - 9:17
  **Sun** [2] - 29:3
  **Support** [1] - 117:13
  **support** [7] - 64:3, 124:5, 124:14, 124:22, 125:12, 125:18, 128:24
  **supported** [2] - 126:3, 126:12
  **supporter** [1] - 126:9
  **supporting** [2] - 123:10
  **suppose** [2] - 51:22, 108:9, 157:17
  **supposed** [2] - 58:25, 158:19
  **Supreme** [3] - 35:2, 115:12, 115:14
  **surely** [1] - 49:19
  **surgery** [2] - 51:3, 51:6
  **surprise** [1] - 157:18
  **surrounds** [1] - 16:21
  **survive** [1] - 57:14
  **sworn** [2] - 10:25, 77:22
  **system** [16] - 6:1, 14:6, 14:23, 15:2, 15:6, 16:9, 34:12, 34:14, 34:20, 34:22, 34:23, 34:24, 35:14, 71:3, 88:2, 123:9

---

# T

**T-O-N-I** [1] - 42:15
  **table** [4] - 3:2, 3:6,

30:16, 32:22
  **tables** [1] - 2:24
  **taint** [1] - 141:9
  **talks** [1] - 57:3
  **Talmadge** [1] - 38:2
  **tap** [1] - 44:15
  **Task** [1] - 30:23
  **tax** [1] - 120:19
  **teach** [2] - 58:5, 58:16
  **team** [1] - 80:6
  **technician** [1] - 71:15
  **technology** [2] - 71:6, 111:19
  **telecommunications** - 118:25
  **Telecommunications** - 119:1
  **temporarily** [1] - 61:24
  **Ten** [2] - 26:11, 50:14
  **ten** [12] - 6:24, 43:5, 48:23, 49:1, 51:8, 51:19, 53:25, 54:8, 57:10, 70:21, 110:11, 160:22
  **tend** [1] - 86:4
  **tendency** [1] - 86:4
  **tense** [1] - 94:19
  **term** [8] - 13:7, 13:8, 13:11, 13:12, 22:9, 119:10, 119:20, 119:22
  **terms** [2] - 13:6, 86:12
  **terribly** [1] - 2:23
  **territory** [1] - 20:15
  **Terry** [1] - 38:11
  **test** [2] - 158:17, 158:22
  **testified** [1] - 15:16
  **testify** [5] - 15:9, 35:20, 35:21, 79:8, 122:22
  **testifying** [1] - 122:25
  **testimony** [10] - 79:10, 84:21, 84:24, 84:25, 85:6, 86:8, 86:10, 86:13, 134:5
  **Texas** [3] - 60:25, 71:14, 110:19
  **Thanksgiving** [2] - 44:12, 46:7
  **THE** [866] - 1:1, 1:2, 2:3, 2:6, 2:9, 2:12, 2:17, 2:20, 4:12, 4:21, 5:6, 5:13, 5:20, 6:4, 6:7, 6:10, 6:13, 6:16, 6:22, 7:1, 7:4, 7:10, 7:18, 7:19, 7:22, 8:1, 8:2, 8:8, 8:19, 11:1, 16:11, 16:17, 17:5, 28:13, 28:18, 28:21, 29:1, 29:5, 29:8, 29:10, 29:15, 29:20, 29:24, 30:2, 30:22, 30:25, 31:4, 31:8, 31:12, 31:17, 32:6, 32:9, 32:11,

32:15, 32:18, 32:20, 32:23, 32:25, 33:2, 33:6, 33:8, 33:13, 33:18, 33:21, 33:24, 34:2, 34:4, 34:9, 35:10, 35:16, 36:21, 36:23, 37:3, 37:8, 37:10, 37:13, 37:16, 37:20, 37:23, 38:25, 39:3, 39:5, 39:8, 39:10, 40:11, 40:13, 40:15, 40:18, 40:23, 40:24, 41:1, 41:5, 41:9, 41:13, 41:23, 42:1, 42:4, 42:7, 42:9, 42:15, 42:16, 42:18, 42:21, 42:25, 44:15, 44:18, 44:22, 44:25, 45:2, 45:13, 45:16, 45:21, 46:2, 46:5, 46:8, 46:10, 46:14, 46:18, 46:22, 47:1, 47:3, 47:6, 47:9, 47:12, 47:15, 47:20, 47:23, 48:2, 48:6, 48:8, 48:12, 48:14, 48:17, 48:21, 48:25, 49:9, 49:12, 49:18, 49:23, 50:2, 50:6, 50:9, 50:13, 50:15, 50:17, 50:19, 50:22, 50:24, 51:2, 51:4, 51:9, 51:13, 51:16, 51:25, 52:2, 52:5, 52:8, 52:11, 52:14, 52:17, 52:21, 52:25, 53:6, 53:11, 53:13, 53:15, 53:19, 53:23, 54:1, 54:4, 54:6, 54:9, 54:12, 54:15, 54:20, 54:25, 55:4, 55:6, 55:8, 55:12, 55:17, 55:20, 55:23, 56:2, 56:5, 56:8, 56:12, 56:14, 56:16, 56:21, 56:24, 57:6, 57:9, 57:15, 57:18, 57:21, 58:1, 58:3, 58:6, 58:8, 58:11, 58:14, 58:15, 58:18, 58:20, 58:22, 59:1, 59:4, 59:6, 59:8, 59:11, 59:14, 59:17, 59:20, 59:24, 60:1, 60:6, 60:8, 60:10, 60:13, 60:18, 60:21, 60:23, 61:3, 61:5, 61:6, 61:9, 61:11, 61:14, 61:16, 61:18, 61:21, 61:23, 62:4, 62:7, 62:10, 62:12, 62:14, 62:16, 63:3, 63:5, 63:7, 63:9, 63:11, 63:15, 63:18, 63:21, 63:24, 64:1, 64:4, 64:10, 64:14, 64:17, 64:20, 64:23, 64:25, 65:4, 65:9, 65:12, 65:14, 65:18, 65:21,

65:23, 66:2, 66:4, 66:7,
66:9, 66:11, 66:14,
66:16, 66:18, 66:20,
66:25, 67:4, 67:7, 67:10,
67:12, 67:16, 67:19,
67:23, 67:25, 68:5, 68:9,
68:11, 68:15, 68:17,
68:19, 68:22, 68:24,
69:1, 69:4, 69:6, 69:8,
69:11, 69:13, 69:16,
69:18, 69:21, 69:23,
70:1, 70:4, 70:7, 70:10,
70:12, 70:17, 70:19,
70:22, 71:1, 71:5, 71:10,
71:12, 71:16, 71:19,
71:24, 72:2, 72:6, 72:9,
72:11, 72:13, 72:17,
72:19, 72:22, 72:25,
73:2, 73:6, 73:9, 73:11,
73:13, 73:15, 73:18,
73:20, 73:24, 74:3, 74:7,
74:10, 74:13, 74:15,
74:18, 74:20, 74:22,
74:25, 75:2, 75:6, 75:8,
75:11, 75:14, 75:16,
75:21, 75:25, 76:4, 76:9,
76:11, 76:13, 76:15,
76:17, 76:19, 76:24,
77:3, 77:8, 77:12, 77:14,
77:16, 77:19, 77:22,
77:25, 78:7, 78:10,
78:13, 78:15, 78:18,
78:21, 78:24, 79:2, 79:4,
79:8, 79:12, 79:15,
79:18, 79:21, 79:24,
80:2, 80:7, 80:10, 80:13,
80:15, 80:19, 80:21,
80:23, 81:2, 81:5, 81:7,
81:11, 81:13, 81:15,
81:21, 81:24, 82:1, 82:3,
82:5, 82:8, 82:10, 82:13,
82:15, 82:19, 82:21,
82:24, 83:2, 83:4, 83:7,
83:9, 83:11, 83:14,
83:17, 83:19, 83:23,
84:2, 84:4, 84:7, 84:10,
84:13, 85:4, 85:9, 85:14,
85:17, 85:19, 85:23,
86:1, 86:3, 86:6, 86:17,
86:20, 86:22, 86:24,
87:1, 87:4, 87:7, 87:10,
87:14, 87:19, 87:22,
87:25, 88:2, 88:4, 88:7,
88:10, 88:13, 88:23,
89:7, 89:11, 89:13,
89:16, 89:18, 89:21,
89:25, 90:3, 90:6, 90:8,
90:12, 90:15, 90:17,
90:20, 90:25, 91:3,
93:21, 93:23, 94:6,
97:23, 98:18, 99:4, 99:7,

99:14, 99:16, 99:18,
99:20, 99:22, 99:24,
100:1, 100:3, 100:5,
100:7, 100:9, 100:11,
100:13, 100:15, 100:17,
100:19, 100:21, 100:23,
100:25, 101:2, 101:4,
101:6, 101:8, 101:10,
101:12, 101:14, 101:16,
101:18, 101:20, 101:22,
101:24, 102:1, 102:3,
102:5, 102:7, 102:9,
102:11, 102:13, 102:15,
102:17, 102:19, 102:21,
102:23, 102:25, 103:2,
103:4, 103:6, 103:8,
103:10, 103:12, 103:14,
103:16, 103:18, 103:20,
103:22, 103:24, 104:1,
104:3, 104:5, 104:7,
104:9, 104:11, 104:14,
104:16, 104:18, 104:20,
104:22, 104:24, 105:1,
105:3, 105:5, 105:7,
105:9, 105:11, 105:13,
105:15, 105:17, 105:19,
105:22, 105:24, 106:1,
106:3, 106:5, 106:8,
106:10, 106:12, 106:14,
106:19, 106:21, 106:23,
107:1, 107:3, 107:7,
107:9, 107:11, 107:13,
107:16, 107:18, 107:20,
107:23, 108:1, 108:3,
108:5, 108:8, 108:11,
108:14, 108:17, 108:21,
108:23, 109:1, 109:4,
109:6, 109:9, 109:11,
109:14, 109:17, 109:20,
109:22, 109:25, 110:3,
110:6, 110:9, 110:12,
110:15, 110:17, 110:20,
110:23, 110:25, 111:2,
111:5, 111:7, 111:10,
111:13, 111:15, 111:18,
111:20, 111:22, 111:24,
112:1, 112:2, 112:5,
112:8, 112:12, 112:15,
112:17, 112:20, 112:22,
112:25, 113:3, 113:6,
113:9, 113:12, 113:16,
113:18, 113:21, 113:24,
114:2, 114:4, 114:9,
114:11, 114:13, 114:16,
114:20, 114:22, 114:25,
115:2, 115:5, 115:7,
115:9, 115:11, 115:14,
115:18, 115:21, 115:23,
116:1, 116:3, 116:5,
116:8, 116:11, 116:13,
116:15, 116:17, 116:20,

116:23, 116:25, 117:3,
117:6, 117:9, 117:15,
117:18, 117:21, 117:23,
118:1, 118:4, 118:8,
118:11, 118:13, 118:15,
118:19, 118:22, 118:24,
119:1, 119:5, 119:11,
119:18, 120:3, 120:10,
120:16, 121:15, 121:17,
121:20, 121:22, 121:25,
122:2, 123:23, 124:1,
124:8, 124:11, 124:14,
124:18, 124:20, 124:22,
124:24, 125:2, 125:4,
125:9, 125:11, 125:15,
125:18, 125:21, 125:24,
126:2, 126:5, 126:8,
126:15, 126:17, 126:19,
126:22, 126:24, 127:4,
127:6, 127:9, 127:12,
127:15, 127:20, 127:22,
127:24, 128:2, 128:4,
128:8, 128:10, 128:16,
128:18, 128:21, 129:3,
129:6, 129:9, 129:11,
129:13, 129:16, 129:18,
129:21, 129:24, 130:3,
130:5, 130:8, 130:10,
130:13, 130:17, 130:22,
131:3, 131:6, 131:9,
131:13, 131:16, 131:20,
131:23, 132:3, 132:15,
133:17, 133:20, 133:22,
134:25, 135:4, 135:7,
135:9, 135:12, 135:15,
135:18, 135:21, 135:24,
136:1, 136:3, 136:5,
136:7, 136:10, 136:14,
136:18, 136:21, 136:23,
137:2, 137:4, 137:7,
137:9, 137:11, 137:13,
137:16, 137:25, 138:4,
138:6, 138:19, 139:2,
139:17, 139:25, 140:2,
140:4, 140:9, 140:13,
140:15, 140:17, 140:19,
140:21, 140:25, 141:2,
141:5, 141:10, 141:22,
143:12, 144:4, 144:10,
144:14, 144:17, 144:21,
144:24, 145:4, 145:10,
145:13, 145:18, 145:21,
145:23, 146:1, 146:3,
146:5, 146:7, 146:9,
146:11, 146:13, 146:15,
146:17, 146:19, 146:21,
146:24, 147:1, 147:5,
148:2, 148:5, 148:7,
148:9, 148:11, 148:14,
148:17, 148:23, 149:11,
149:15, 149:17, 149:21,

149:25, 150:8, 150:14,
150:20, 150:24, 151:3,
151:14, 151:19, 151:22,
151:25, 152:7, 152:9,
157:14, 158:5, 158:7,
158:17, 159:5, 159:10,
159:15, 159:18, 160:1,
160:6, 160:14, 160:17,
160:20, 160:24, 161:5,
161:8, 161:11, 161:13
**themselves** [4] - 30:7,
30:16, 30:18, 31:25
**therefore** [2] - 34:25,
45:9
**Theresa** [1] - 40:6
**they've** [1] - 159:12
**thinking** [2] - 6:2,
147:15
**thinks** [1] - 45:21
**third** [2] - 8:5, 108:4
**Third** [1] - 42:14
**Thomas** [3] - 1:20,
38:13, 39:22
**threatened** [1] - 21:5
**threats** [2] - 20:18,
21:13
**three** [13] - 23:8, 45:3,
45:23, 50:17, 51:7,
62:11, 76:13, 91:16,
91:22, 98:24, 110:2,
117:25
**Three** [3] - 25:6, 85:16,
136:6
**three-part** [2] - 91:16,
91:22
**throughout** [7] - 9:23,
10:23, 16:6, 16:21,
47:19, 91:12, 139:9
**thumbs** [2] - 47:10,
49:1
**Thumbs** [4] - 50:22,
52:2, 53:19, 56:5
**Thursday** [4] - 43:9,
43:12, 43:13, 44:8
**Tichner** [1] - 38:16
**Timothy** [2] - 39:16,
40:19
**tips** [1] - 62:2
**Tobacco** [2] - 79:5,
83:21
**today** [19] - 9:17, 9:23,
15:24, 28:22, 45:12,
50:19, 56:4, 96:22, 98:9,
130:14, 151:7, 152:24,
153:21, 154:6, 154:20,
154:22, 154:25, 155:2,
155:9
**Today** [2] - 59:21, 60:2
**together** [5] - 2:22,
18:15, 21:25, 33:2, 42:24

**Tom** [1] - 31:9
**tomorrow** [30] - 98:11,
98:12, 98:22, 99:1,
151:9, 152:6, 152:13,
152:14, 153:1, 153:2,
153:4, 153:14, 153:16,
153:23, 154:4, 154:15,
155:12, 155:13, 155:21,
156:4, 156:7, 156:9,
157:9, 157:11, 157:12,
157:22, 158:17, 158:22,
161:16
**Toni** [4] - 39:14, 42:12,
42:13, 42:15
**tonight** [1] - 154:13
**Tony** [5] - 38:15, 41:24,
42:2, 42:9, 42:10
**Tonya** [6] - 23:24, 24:1,
25:19, 27:3, 27:5, 38:8
**took** [2] - 45:12, 152:10
**top** [8] - 6:18, 7:11, 8:6,
40:21, 44:13, 92:8,
129:9, 130:3
**total** [2] - 126:22, 155:5
**totaling** [1] - 18:9
**totally** [3] - 29:23,
87:17, 87:20
**touched** [1] - 147:20
**touching** [1] - 13:3
**towards** [1] - 141:17
**town** [2] - 47:18, 64:16
**Towson** [1] - 110:24
**trafficked** [1] - 21:16
**trained** [2] - 106:16,
111:16
**training** [28] - 43:18,
63:12, 64:5, 64:25,
66:11, 67:12, 69:8,
69:18, 71:7, 72:3, 74:4,
75:25, 80:10, 82:5, 84:8,
86:12, 107:5, 110:7,
111:10, 112:8, 112:17,
116:6, 116:17, 117:6,
135:9, 136:7, 136:14,
137:14
**transcribed** [1] - 162:8
**transcript** [1] - 162:8
**transcripts** [1] - 134:3
**transport** [1] - 55:9
**transportation** [2] -
54:16, 54:24
**travel** [5] - 49:4, 54:17,
71:3, 155:9, 156:23
**traveling** [1] - 49:5
**Travis** [1] - 38:10
**treatment** [3] - 132:20,
134:22
**Treem** [2] - 40:8, 40:19
**trial** [27] - 9:24, 10:7,
15:3, 18:6, 18:14, 35:20,

43:5, 44:11, 115:15, 120:25, 121:10, 121:12, 122:5, 122:6, 122:22, 134:2, 134:16, 138:23, 139:8, 154:4, 156:14, 156:17, 156:19, 159:13, 161:7, 161:14

**trials** [4] - 9:15, 14:5, 18:16, 45:23

**tried** [3] - 14:9, 94:13, 128:12

**Trios** [1] - 96:13

**trips** [1] - 47:18

**trouble** [1] - 152:5

**true** [1] - 30:8

**try** [7] - 45:18, 51:19, 97:2, 148:25, 151:10, 152:15

**trying** [3] - 6:3, 108:20, 150:16

**Tuminelli** [3] - 40:7, 64:9, 64:10

**tunnel** [1] - 55:5

**turned** [1] - 11:15

**Twelve** [1] - 126:21

**Twenty** [1] - 82:4

**twice** [1] - 29:22

**two** [27] - 9:20, 11:3, 11:25, 12:8, 22:14, 22:25, 29:7, 32:16, 43:10, 48:15, 48:25, 52:9, 62:11, 63:25, 74:1, 75:23, 81:8, 91:8, 98:14, 98:16, 107:24, 108:12, 111:6, 116:14, 120:24, 128:17

**Two** [7] - 23:4, 24:22, 25:5, 56:25, 111:23, 129:4, 158:9

**Tynera** [1] - 38:2

**type** [1] - 123:13

**typically** [1] - 84:20

**Tyree** [1] - 36:14

## U

**U.S** [4] - 1:24, 30:15, 31:20, 65:7

**Um-hum** [1] - 75:7

**unable** [1] - 158:14

**unanimous** [1] - 152:12

**uncertain** [1] - 13:19

**uncle** [8] - 68:12, 74:2, 77:17, 90:10, 109:12, 109:18, 114:18

**uncle's** [1] - 109:14

**under** [17] - 3:23, 17:11, 18:23, 18:25, 20:3, 24:12, 24:18, 24:21,

25:4, 25:7, 25:9, 25:11, 25:25, 35:3, 99:8, 130:20, 156:16

**understandable** [1] - 30:2

**understood** [1] - 155:7

**Understood** [1] - 161:12

**unemployed** [1] - 58:24

**unemployment** [2] - 49:15, 58:23

**unescorted** [1] - 95:11

**unfair** [1] - 148:24

**Unfortunately** [1] - 145:22

**union** [2] - 65:7, 65:24

**unit** [1] - 20:7

**UNITED** [2] - 1:1, 1:5

**United** [5] - 9:14, 18:1, 30:10, 30:13

**University** [1] - 110:18

**unknown** [3] - 10:4, 19:14, 22:1

**unlawfully** [1] - 22:5

**Unless** [1] - 150:24

**unless** [5] - 16:23, 138:21, 139:9, 151:6, 156:13

**unlike** [1] - 158:25

**unlikely** [1] - 98:4

**unnecessarily** [1] - 13:24

**unofficial** [1] - 123:8

**unpaid** [1] - 48:24

**unsure** [4] - 32:7, 87:2, 147:2, 147:4

**Up** [2] - 40:20, 130:3

**up** [45] - 3:4, 3:8, 3:9, 3:11, 3:25, 4:14, 5:14, 8:2, 11:13, 11:16, 11:18, 11:22, 12:7, 14:2, 32:3, 47:10, 49:1, 52:2, 54:18, 55:18, 61:19, 95:18, 96:14, 96:17, 97:10, 115:4, 115:13, 115:20, 119:12, 122:4, 129:9, 133:23, 136:7, 138:16, 141:12, 141:15, 147:13, 152:18, 152:22, 153:22, 154:18, 154:19, 158:19, 160:10, 161:10

**upstairs** [5] - 9:10, 15:23, 95:15, 97:9, 153:6

**USA** [1] - 162:4

## V

**vacation** [3] - 45:12, 46:16, 50:21

**value** [2] - 2:16, 2:19

**various** [4] - 12:17, 19:12, 24:20, 126:4

**Vehicles** [1] - 52:23

**vein** [1] - 119:21

**venire** [3] - 3:12, 9:9, 84:14

**verdict** [11] - 14:15, 14:20, 15:11, 18:18, 18:19, 67:20, 72:15, 89:4, 123:4, 131:1, 140:11

**version** [1] - 128:12

**versus** [1] - 18:2

**victim** [1] - 91:24, 92:3, 123:11

**victims** [1] - 123:16

**video** [17] - 139:19, 139:25, 140:11, 140:15, 141:13, 141:18, 143:16, 143:19, 143:20, 143:23, 144:5, 144:7, 144:22, 145:2, 147:2, 147:7, 149:1

**view** [2] - 151:8, 152:12

**violate** [2] - 15:17, 22:6, 159:19

**violated** [1] - 19:5

**violation** [6] - 15:11, 21:20, 23:1, 27:5, 27:21, 158:8

**violations** [1] - 26:10

**violence** [10] - 19:20, 20:17, 20:18, 21:6, 21:13, 21:14, 124:3, 124:4, 125:6, 125:23

**Virginia** [1] - 55:10

**visit** [2] - 67:2, 154:21

**voir** [33] - 3:14, 3:24, 4:2, 4:4, 4:6, 6:8, 6:23, 9:19, 10:1, 10:24, 10:25, 11:3, 11:4, 12:19, 12:20, 12:22, 12:24, 16:2, 19:10, 94:10, 98:5, 98:11, 141:14, 149:12, 151:4, 151:10, 152:14, 152:16, 152:17, 153:3, 153:17, 154:9

**VOLUME** [1] - 1:11

**volunteer** [2] - 80:16, 123:24

**volunteered** [1] - 89:14

**Vonzella** [1] - 39:22

## W

**Wabash** [1] - 28:1

**Wagster** [1] - 36:10

**wait** [4] - 11:20, 14:1,

36:3, 98:6

**waiting** [2] - 4:13, 6:19

**walk** [1] - 128:14

**walked** [1] - 139:3

**Walker** [1] - 38:20

**Walters** [1] - 40:5

**Washington** [3] - 111:21, 117:20, 118:24

**watch** [2] - 97:8, 126:9

**WAYNE** [1] - 1:8

**Wayne** [2] - 18:3, 18:4

**weapon** [1] - 23:18

**Weaze** [1] - 18:4

**Weazy** [1] - 18:4

**week** [12] - 43:5, 43:14, 44:21, 46:7, 47:5, 47:7, 52:7, 56:10, 58:25, 67:9

**weekend** [3] - 46:11, 46:12, 81:12

**weeks** [1] - 43:13, 44:7, 51:7, 51:8, 51:20, 53:25, 54:8, 61:6, 62:11, 107:24

**weighing** [1] - 139:11

**weight** [2] - 84:24, 84:25

**Welcome** [1] - 99:8

**Welsh** [1] - 39:19

**Wesley** [1] - 38:21

**West** [2] - 1:25, 70:24

**Whalen** [1] - 40:6

**whatsoever** [16] - 14:18, 15:13, 15:24, 16:15, 59:23, 91:12, 96:2, 96:5, 96:12, 96:20, 138:11, 147:20, 147:21, 147:23, 154:7, 154:8

**whereby** [1] - 153:17

**Whereof** [1] - 162:10

**whisper** [1] - 149:25

**White** [1] - 36:12

**Whitehead** [1] - 38:19

**whole** [3] - 36:3, 128:23, 131:10

**wide** [2] - 12:18, 112:3

**wife** [1] - 113:14

**Willard** [1] - 36:12

**willful** [1] - 23:1

**willfully** [2] - 22:21, 23:23

**Williams** [4] - 36:17, 38:2, 38:5, 39:20

**WILLIE** [1] - 1:7

**Willie** [5] - 18:2, 19:13, 19:24, 31:2, 162:4

**willing** [3] - 48:3, 149:1

**wish** [4] - 2:12, 48:17, 49:23, 156:20

**wishes** [4] - 9:10, 13:1, 56:22, 156:18

**Wisnieski** [1] - 39:18

**Witness** [1] - 162:10

**witness** [15] - 2:7, 2:9, 4:9, 20:24, 21:7, 41:10, 84:21, 84:22, 84:24, 84:25, 85:1, 85:6, 86:7, 86:8, 86:10

**witness'** [1] - 79:10

**witnesses** [9] - 5:23, 14:25, 35:21, 122:15, 122:16, 122:18, 122:21, 122:25

**woman** [2] - 23:5, 23:24

**women** [1] - 124:4

**women's** [1] - 125:22

**wonderful** [2] - 9:11, 94:13

**wonderment** [1] - 157:19

**Wooden** [1] - 36:14

**word** [5] - 3:1, 4:18, 4:21, 160:5, 160:7

**words** [7] - 11:6, 25:23, 49:9, 95:14, 96:17, 154:19, 154:23

**Works** [1] - 75:6

**works** [5] - 11:9, 55:10, 70:13, 76:7, 113:14

**world** [2] - 35:1, 38:17

**worth** [1] - 152:4

**writing** [1] - 3:14

**wrongly** [1] - 96:15

**Wyche** [14] - 23:12, 23:15, 23:19, 25:13, 25:15, 26:20, 26:23, 26:25, 29:8, 36:8, 38:8

## X

**XXXVII** [1] - 1:11

## Y

**year** [7] - 55:1, 108:4, 109:4, 114:5, 114:7, 125:7

**years** [43] - 28:17, 28:23, 35:2, 37:9, 63:10, 63:25, 64:24, 65:7, 66:8, 66:10, 69:7, 69:17, 70:21, 73:14, 74:17, 74:25, 75:12, 76:21, 79:20, 79:23, 80:20, 82:4, 83:8, 84:6, 110:2, 110:11, 111:6, 111:23, 113:2, 114:3, 116:14, 117:5, 117:25, 125:6, 125:7, 126:21, 128:1, 128:17, 129:4, 135:14,

136:6
  **yesterday** [1] - 4:11
  **York** [8] - 21:24, 72:21, 110:11, 113:14, 115:4, 115:5, 115:13, 115:14
  **Young** [1] - 36:16
  **yourself** [8] - 11:14, 91:17, 91:18, 97:10, 141:14, 154:11, 155:17, 155:18
  **yourselves** [4] - 94:22, 119:13, 154:14, 157:6
  **youth** [2] - 128:13

## Z

  **Zajac** [5] - 1:24, 2:22, 5:2, 162:3, 162:15
  **zealous** [1] - 34:19