PROB 22
(Rev. 1/24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 1:04CR00029-3 |
| DOCKET NUMBER (Rec. Court) | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Shelly Wayne Martin<br>Wake County | Maryland | Baltimore |

| NAME OF SENTENCING JUDGE | | |
|---|---|---|
| Richard D. Bennett | | |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 04/04/2025 | 04/03/2030 |

**OFFENSE**

Racketeering Conspiracy, 18 U.S.C § 1962(d); Conspiracy to Distribute and Possess with Intent to Distribute Drugs, 21 U.S.C. § 846

SENTENCING DATE: 03/27/2009

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Offender committed a violation in the Eastern District of North Carolina.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_APRIL 17, 2025_
Date

_Richard D. Bennett_ (signature)
United States District Judge

Richard D. Bennett

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_4/22/2025_
Effective Date

_Richard E Myers II_ (signature)
Chief United States District Judge